IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IDENIX PHARMACEUTICALS, INC., UNIVERSITA DEGLI STUDI DI CAGLIARI, CENTRE NATIONAL DE LA RECHERCHE SCIENTIFIQUE and L'UNIVERSITE MONTPELLIER II,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>GILEAD SCIENCES, INC. and GILEAD PHARMASSET LLC,<br><br>　　　　　　Defendants. | C.A. No. 13-1987-LPS |
| IDENIX PHARMACEUTICALS, INC. and UNIVERSITA DEGLI STUDI DI CAGLIARI,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>GILEAD SCIENCES, INC.<br><br>　　　　　　Defendant. | C.A. No. 14-846-LPS |

**JOINT STIPULATION TO AMEND
CLAIM CONSTRUCTION SUBMISSION DEADLINES**

WHEREAS, on August 8, 2014, the Court entered the current Scheduling Order in the above-captioned cases (D.I. 42);

WHEREAS, the parties have met and conferred, and have agreed to amend the dates as set forth below in order to allow time to continue to meet and confer regarding narrowing the disputed issues for claim construction;

WHEREAS, the parties' proposed modification to the case schedule does not alter any other dates set by the Court's Scheduling Order;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel, and subject to the approval of the Court, that the schedule be hereby amended as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Submission of Joint Claim Construction Chart | May 6, 2015 | May 20, 2015 |
| Submission of initial claim construction briefs and technology tutorial(s) | June 9, 2015 | June 23, 2015 |
| Submission of answering/responsive claim construction briefs | July 23, 2015 | August 6, 2015 |

ASHBY & GEDDES

By: /s/ John G. Day
 Steven J. Balick (#2114)
 John G. Day (#2403)
 Andrew C. Mayo (#5207)
 500 Delaware Avenue, 8th Floor
 P.O. Box 1150
 Wilmington, DE 19899
 (302) 654-1888
 sbalick@ashby-geddes.com
 jday@ashby-geddes.com
 amayo@ashby-geddes.com

*Attorneys for Plaintiffs*
*Idenix Pharmaceuticals, Inc., Universita Degli Studi Di Cagliari, Centre National de la Recherche Scientifique and L'Université Montpellier II*

FISH & RICHARDSON P.C.

By: /s/ Martina Tyreus Hufnal
 Douglas E. McCann (#3852)
 Martina Tyreus Hufnal (4771)
 Santosh V. Coutinho (#5470)
 222 Delaware Avenue, 17th Floor
 Wilmington, DE 19899
 (302) 652-5070
 dmccann@fr.com; hufnal@fr.com;
 coutinho@fr.com

W. Chad Shear (#5711)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
(858) 678-5070
shear@fr.com

        John M. Farrell
        Tamara Fraizer
        Rebecca Charnas Grant
        FISH & RICHARDSON P.C.
        500 Arguello Street, Suite 500
        Redwood City, CA 94063
        Telephone: (650) 839-5070
        jfarrell@fr.com; fraizer@fr.com;
        rgrant@fr.com

        Rebecca Shult
        Tasha Francis
        FISH & RICHARDSON P.C.
        3200 RBC Plaza
        60 South Sixth Street
        Minneapolis, MN 55402
        Telephone: (612) 335-5070
        shult@fr.com; tasha.francis@fr.com

        Corrin N. Drakulich
        FISH & RICHARDSON P.C.
        1180 Peachtree St., N.E., 21st Floor
        Atlanta, GA 30309
        Telephone: (404) 892-5005
        drakulich@fr.com

        *Attorneys for Defendants Gilead Sciences,*
        *Inc. and Gilead Pharmasset LLC*

SO ORDERED this _____ day of _____, 2015.

        _____
        Hon. Leonard P. Stark
        Chief United States District Judge