# EXHIBIT A

**Professor Jason Micklefield FRSC**
**Chair of Chemical Biology**
The University of Manchester
School of Chemistry &
Manchester Institute of Biotechnology
131 Princess Street, Manchester M1 7DN, UK
jason.micklefield@manchester.ac.uk

D.O.B: 18 June 1968 (Leeds, UK)
Married to Beverley with one daughter Phoebe

# CURRICULUM VITAE (May 2015)
## PERSONAL RECORD

### ACADEMIC APPOINTMENTS

| | |
|---|---|
| Sept 2008 | Director of Research for the School of Chemistry (to Sept 2011) |
| Aug 2008 | Promoted to a Personal Chair in Chemical Biology |
| July 2006 | Moved laboratories to the Manchester Interdisciplinary Biocentre (MIB). |
| Oct 2004 | Transferred to the School of Chemistry at The University of Manchester. |
| Dec 2003 | Promoted to Reader in Biological Chemistry UMIST |
| Mar 2002 | Promoted to Senior Lecturer in Biological Chemistry UMIST |
| Aug 1999 | Promoted to Lecturer Grade B UMIST |
| Sept 1998 | Lecturer in Biological Chemistry (Grade A), The University of Manchester Institute of Science and Technology (UMIST). JM was recruited by UMIST to promote collaboration in research and teaching between Chemistry and Biomolecular Sciences as part of a longer-term commitment to the expansion of Life Sciences. |
| Jan 1995 | Lecturer in Organic Chemistry (Grade A), Birkbeck College, University of London. |

### POSTDOCTORAL RESEARCH

1993–1994 NATO Postdoctoral Fellow, University of Washington, Seattle, USA.
With Professor Heinz. G. Floss.

Elucidation of biosynthetic pathways and the stereochemical course and mechanism of enzyme catalysed reactions. Lectured undergraduate level organic chemistry at the University of Washington (Fall 1993).

### EDUCATION

1989–1993 PhD in Chemistry, University of Cambridge, Clare College.
With Professor Sir Alan. R. Battersby FRS.

Thesis: "A Synthesis of Haem $d_1$." The first total synthesis of haem $d_1$ was completed (>35 steps) and novel synthetic methodologies were developed. A period was also spent in industry at ICI Pharmaceuticals (now AztraZeneca) as part of a SERC CASE award.

1986–1989 BSc First Class (Honours) in Chemistry from the University of Hull.
First year prize (Tioxide award) and final year prize (B. P. Award).

1979–1986 Royds Comprehensive School, Rothwell, Leeds.

FELLOWSHIPS & AWARDS

| | |
|---|---|
| 2008 | NPR lecture award (2008). The RSC publication *Natural Product Reports* (NPR) made this award "in recognition of [JMs] international reputation and contribution to the wide field of natural products research, particularly biosynthetic engineering." |
| 2006 | Elected fellow of the Royal Society of Chemistry (FRSC). |
| 1993–1995 | NATO Postdoctoral Fellowship. Awarded by the SERC to work with Prof. H. G. Floss. |
| 1989 | B. P. Awards (Final Year Undergraduate Chemistry Prize, University of Hull). |
| 1987 | Tioxide Award (1st Year Undergraduate Chemistry Prize, University of Hull). |

FURTHER APPOINTMENTS

Government Office for Science (GO-Science), BBSRC nominated Expert in Antimicrobial Resistance (Oct 2014-)

European Cooperation in Science and Technology (COST) action, International Chemistry Panel, Brussels (2014)

Director & PI of the BBSRC Natural Products Discovery and Bioengineering Network (NPRONET) (2014-) (http://npronet.com)

BBSRC Portfolio Monitoring Group - Exploiting New Ways of Working Strategy Advisory Panel (2014-)

EPSRC-BBSRC-DSTL- MRC Joint Synthetic Biology Initiative Review Panel (2012).

EPSRC Chemistry Panel (2012).

Deutsche Forschungsgemeinschaft (DFG) - German Research Foundation. International Review Panel for Clusters of Excellence (EXC) and Graduate Schools (GSC) (2012).

Director & PI of the EPSRC-BBSRC-MRC funded Manchester Chemical Biology Network (MCBN) (2011-) (go to http://www.mib.ac.uk/MCBN.html)

BBSRC Research Committee (Technological and Methodological committee C) (2009-2012).

BBSRC Research Committee (Molecules, cells and industrial biotechnology panel D) (2012).

Editorial Advisory Board of *Chemical Communications* (RSC) (2003-2006).

Editorial Board of *Current Organic Synthesis* editor Prof Atta-Ur-Rahman (2004-2009)

Editorial Board of *Marine Drugs* (ISSN 1660-3397) (2008-2014)

Editorial Board of *Chemical Biology and Drug Design* (ISSN 1747-0285) (2013-)

Editorial Board (Chemical Biology) of *Frontiers in Chemistry* (2014-)

Editorial Board of *Synthetic and Systems Biotechnology* (2015-)

Guest Editor of RSC themed issue: "Nucleic Acids: new life, new materials" (2012)

Fellow of the Royal Society of Chemistry (FRSC). Invited by Dr Simon Campbell, president of the RSC, to become FRSC (2006).

Member of the EPSRC Chemistry College

Committee member of the RSC Nucleic Acid Group (Chemical Biology Forum) (2004-).

Committee member of the RSC Bioorganic Group (Chemical Biology Forum) (2006-2011).

Member of the UK Centre of Excellence in Biocatalysis (CoEBio3) (2005-)

## RESEARCH

PUBLICATIONS

*Corresponding author.


86. **Rational Re-engineering of the Transcriptional Silencing $PreQ_1$ Riboswitch.** M.-C. Wu, P. T. Lowe, C. J. Robinson, H. A. Vincent, N. Dixon, J. Leigh, J. Micklefield* **2015** *in revision.*

85. **Dual transcriptional-translational cascade permits cellular level tuneable expression control.** R. Morra, J. Shankar, C. J. Robinson, L. Butler, S. Halliwell, S. Hay, J. Micklefield, N. Dixon **2015** *in revision.*

84. **Extending the biocatalytic scope of regiocomplementary flavin-dependent halogenase enzymes.** S. A. Shepherd, C. Karthikeyan, J. Latham, A.-W. Struck, M. L. Thompson, B. Menon, C. Levy, D. Leys and J. Micklefield* *Chemical Science* **2015** *6,* 3454-3460 (http://dx.doi.org/10.1039/C5SC00913H)

83. **Engineered Biosynthesis of Enduracidin Lipogyclopeptide Antibiotics using the Ramoplanin Mannosyltransferase Ram29.** M.-C. Wu, M. Q. Styles, L. Nunns, B. J. C. Law, J. Micklefield* **2015** *in press* (http://dx.doi.org/10.1099/mic.0.000095)

82. **Functional exchangeability of oxidase and dehydrogenase reactions in the biosynthesis of hydroxyphenylglycine, a non-ribosomal peptide building block.** V. Diez, M. Loznik, S. Taylor, M. Winn, N. J. W. Rattray, H. Podmore, J. Micklefield, R. Goodacre, M. H. Medema, U. Müller, R. Bovenberg, D. B. Janssen and E. Takano *ACS synthetic Biology* **2015***, in press.* (http://dx.doi.org/10.1021/sb500368w)

81. **Site-specific Bioalkylation of Rapamycin by the RapM 16-*O*-Methyltransferase.** B. J. C. Law, A.-W. Struck, M. R. Bennett, B. Wilkinson and J. Micklefield* *Chemical Science* **2015**, *6,* 2885-2892 (http://dx.doi.org/10.1039/C5SC00164A)

80. **Enzymatic Enantioselective Decarboxylative Protonation of Heteroaryl Malonates.** R. Lewin, M. Goodall, M. L.Thompson, J. Leigh, M. Breuer, K. Baldenius and J. Micklefield* *Chem. Eur. J.,* **2015,** *17*, 6557-6563 (http://dx.doi.org/10.1002/chem.201406014)

79. **Enzymatic Carboxylation and Decarboxylation**. R. Lewin, M. Thompson and J. Micklefield* *Science of Synthesis: Biocatalysis in Organic Synthesis,* **2014**, 2, 133-157

78. **A High-Throughput Assay for Arylamine Halogenation Based on a Peroxidase Mediated Quinone-Amine Coupling with Applications in the Screening of Enzymatic Halogenations** J. Hosford, S.A. Shepherd, J. Micklefield, L. S. Wong* *Chem. Eur. J.,* **2014**, *20,* 16759-16763 (http://dx.doi.org/10.1002/chem.201403953)

77. **Modular Riboswitch Toolsets for Synthetic Genetic Control in Diverse Bacterial Species.** C. J. Robinson H. A. Vincent, M.-C. Wu, P. T. Lowe, M. S. Dunstan, D. Leys, and J. Micklefield* *J. Am. Chem. Soc.* **2014**, *136,* 10615-10624. (http://dx.doi.org/10.1021/ja502873j)

76. **Generation of Orthogonally Selective Bacterial Riboswitches By Targeted Mutagenesis and *in vivo* Screening.** H. Vincent, C. Robinson and J. Micklefield* *Methods in Molecular Biology* **2014**, *1111,* 107-129 (http://dx.doi.org/10.1007/978-1-62703-755-6_8)

75. **Nucleic acids: new life, new materials.** M. J. Gait, M. Komiyama, N. C. Seeman, O. Seitz, J. Micklefield and D. R. Liu *Org. Biomol. Chem.* **2013***, 11,* 2058-2059 (commentary) (http://dx.doi.org/10.1039/C3OB90017G)

74. ***S*-adenosyl methionine dependent methyltransferases: Highly versatile enzymes in biocatalysis, biosynthesis and other biotechnological applications.** A.-W. Struck, M. L. Thompson, L. S. Wong, and J. Micklefield* *ChemBioChem* **2012**, *13,* 2642–2655 (http://dx.doi.org/10.1002/cbic.201200556)

73. **Introduction of a non-natural amino acid into a nonribosomal peptide by modification of adenylation domain specificity.** J. Thirlway, R. Lewis, L. Nunns, M. Al Nakeeb, M. Styles, A.-W. Struck, C. P. Smith and J. Micklefield* *Angew. Chem. Int. Ed.* **2012**, *51*, 7181-7184 (http://dx.doi.org/10.1002/anie.201202043)

72. **Thermal bifunctionality of bacterial phenylalanine aminomutase and ammonia lyase enzymes.** C. Chesters, M. Wilding, M. Goodall and J. Micklefield* *Angew. Chem. Int. Ed.* **2012**, *51*, 4344-4348. (http://dx.doi.org/10.1002/anie.201200669)

71. **Orthogonal riboswitches for tuneable co-expression in bacteria.** N. Dixon, C. Robinson, J. N. Duncan, T. Geerlings, S.P. Drummond and J. Micklefield* *Angew. Chem. Int. Ed.* **2012**, *51*, 3620-3624. (http://dx.doi.org/10.1002/anie.201109106)

70. **Bioengineering natural product biosynthetic pathways for therapeutic applications.** M.-C. Wu, B. Law, B. Wilkinson and J. Micklefield* *Current Opinion Biotech*. **2012**, *23*, 931–940 (http://dx.doi.org/10.1016/j.copbio.2012.03.008)

69. **Probing riboswitch-ligand interactions using thiamine pyrophosphate analogues**. L. Chen, E. Cressina, N. Dixon, K. Erixon, K. Agyei-Owusu, J. Micklefield, A. G. Smith, C. Abell and F. J. Leeper* *Org. Biomol. Chem.* **2012**, *10,* 5924-5931 (http://dx.doi.org/10.1039/c2ob07116a)

68. **A methodology for preparing nanostructured biomolecular interfaces with high enzymatic activity**. L. S. Wong, C. V. Karthikeyan, D. J. Eichelsdoerfer, J. Micklefield and C. A. Mirkin* *Nanoscale* **2012**, *4*, 659-666. (http://dx.doi.org/10.1039/c1nr11443c)

67. **The Snomipede: A Parallel Platform for Scanning Near-Field Photolithography**. E. ul Haq, Z. Liu, Y. Zhang, S. A. Alang Ahmad, L. S. Wong, J. K. Hobbs, G. J. Leggett*, J. Micklefield, C. J. Roberts and J. M. R. Weaver *Journal of Materials Research* **2011**, *26*, 2997-3008. (http://dx.doi.org/10.1557/jmr.2011.370)

66. **Biophysical and Cellular Uptake Properties of Mixed Sequence Pyrrolidine-amide Oligonucleotide Mimics.** R. Worthington and J. Micklefield* *Chem. Eur. J.,* **2011**, *17*, 14429-14441 (http://dx.doi.org/10.1002/chem.201101950)

65. **Protein micro- and nano-patterning using aminosilanes with protein-resistant photolabile protecting groups**. S. A. Alang Ahmad, L. S.Wong, E. ul-Haq, J. K Hobbs, G. J. Leggett* and Jason Micklefield* *J. Am. Chem. Soc.* **2011**, *133*, 2749-2759. (http://dx.doi.org/10.1021/ja1103662)

64. **Active site modification of the β-ketoacyl-ACP synthase FabF3 effects fatty acid chain length of the CDA lipopeptides**. R. A. Lewis, L. Nunns, J. Thirlway, K. Carroll, C. P. Smith and J. Micklefield* *Chem. Commun.* **2011**, *47*, 1860-1862. (http://dx.doi.org/10.1039/c0cc03444d)

63. **Borrelidin modulates the alternative splicing of VEGF by targeting spliceosome-associated protein FBP21**. J. Woolard , W. Vousden , S. J. Moss , A. Krishnakumar , M. V. R. Gammons , D. G. Nowak , N. Dixon , J. Micklefield , A. Spannhoff , M. T. Bedford , M. A. Gregory , C. J. Martin, P. F. Leadlay , M. Q. Zhang , S. J. Harper , D. O. Bates and B. Wilkinson* *Chemical Science* **2011**, *2*, 273-278. (http://dx.doi.org/10.1039/C0SC00297F)

62. **Parallel scanning near-field photolithography: The snomipede**. E. ul Haq, Z. Liu,; Y. Zhang, S. Alang Ahamd, L. S. Wong, S. Armes, J. K. Hobbs, G. J. Leggett*, J. Micklefield, C. Roberts and J. Weaver *Nano Letters* **2010**, *10*, 4375-4380. (http://dx.doi.org/10.1021/nl1018782)

61. **Biomolecular arrays on self-assembled monolayers generated from modular pegylated disulfides**. L. S. Wong, S. J. Janusz, S. Sun, G. J. Leggett and J. Micklefield* *Chem. Eur. J.,* **2010**, *40*, 12234-12243. (http://dx.doi.org/10.1002/chem.200902439)

60. **Reengineering orthogonally selective riboswitches**. N. Dixon, J. Duncan, T. Geerlings, M. S. Dunstan, D. Leys and J. Micklefield* *Proc. Natl. Acad. Sci. USA* **2010**, 107, 2830-2835. (http://dx.doi.org/10.1073/pnas.0911209107). Highlighted in *Nature* **2010**, *463*, 591, spotlight in *ACS Chemical Biology* 2010, 5, 349 and evaluated by Faculty1000.

59. **A non-enzymatic, DNA template directed, morpholino primer extension approach**. N. M. Bell, R. Wong, J. Micklefield* *Chem. Eur. J.,* **2010,** *16*, 2026-2030 **(**http://dx.doi.org/10.1002/chem.200902237)

58. **Site-selective Immobilisation of Functional Enzymes on to Polystyrene Nanoparticles**. L. S. Wong, K. Okrasa and J. Micklefield* *Org. Biomol. Chem.*, **2010**, *8*, 782-787 (http://dx.doi.org/10.1039/b916773k)

57. **Structure guided directed evolution of alkenyl and arylmalonate decarboxylases**. K. Okrasa, C. Levy, M.Wilding, M. Goodall, N. Baudendistel, B. Hauer, D. Leys and J. Micklefield* *Angew. Chem. Int. Ed.* **2009***, 48,* 7691-7694. (http://dx.doi.org/10.1002/anie.200904112)

56. **Chemical modification of oligonucleotides for therapeutic, bioanalytical and other applications**. N. Bell, J. Micklefield* *ChemBioChem* **2009**, *17,* 2691-2703. (http://dx.doi.org/10.1002/cbic.200900341)

55. **Selective protein immobilization: strategies and applications**. L. S. Wong, F. Ahmed and J. Micklefield* *Chem Rev* **2009***, 109,* 4025-4053. (http://dx.doi.org/10.1021/cr8004668)

54. **Lipase-catalysed kinetic resolutions of secondary alcohols in pressurised liquid hydrofluorocarbons**. A. Ball, S. Corr and J. Micklefield* *Tetrahedron Lett*. **2009**, *50,* 3543–3546. (invited 50th anniversary edition, http://dx.doi.org/10.1016/j.tetlet.2009.03.037)

53. **Nonribosomal peptide precursor biosynthesis**. B. Wilkinson and J. Micklefield* *Methods in Enzymology* **2009**, 458, 353-378. (http://dx.doi.org/10.1016/S0076-6879(09)04814-9)

52. **Biosynthesis and biosynthetic engineering of calcium-dependent lipopeptide antibiotics**. Jason Micklefield* *Pure & Applied Chemistry* **2009**, *81,* 1065-1074. (http://dx.doi.org/10.1351/PAC-CON-08-08-29)

51. **Micrometer- and nanometer scale photopatterning using 2-nitrophenylpropyloxycarbonyl (nppoc) protected aminosiloxane monolayers**. S. Alang-Ahmad, L.-S. Wong, E. ul-Haq, J. K. Hobbs, G. J. Leggett* and J. Micklefield *J. Am. Chem. Soc.* **2009**, *131,* 1513-1522. (http://dx.doi.org/10.1021/ja807612y)

50. **Combinatorial biosynthesis of nonribosomal lipopeptides**. Jason Micklefield* *Chemica Oggi* **2008**, *26*, 6-8.

49. **Direct site-selective covalent protein immobilization catalyzed by a phosphopantetheinyl transferase**. L. S. Wong, J. Thirlway and J. Micklefield* *J. Am. Chem. Soc*. **2008**, *130,* 12456-12464. (http://dx.doi.org/10.1021/ja8030278)

48. **Structure and mechanism of an unusual malonate decarboxylase and related racemases**. K. Okrasa, C. Levy, N. Baudistel, D. Leys and J. Micklefield* *Chem. Eur. J.* **2008**, *14*, 6609-6613. (http://dx.doi.org/10.1002/chem.200800918)

47. **Auxotrophic-precursor directed biosynthesis of nonribosomal lipopeptides with modified tryptophan residues**. B. Amir-Heidari, J. Thirlway and J. Micklefield* *Org. Biomol. Chem.* **2008**, *6*, 975-978. Highlighted on the front cover. (http://dx.doi.org/10.1039/b718766c)

46. **Subsurface biomolecular imaging of *Streptomyces coelicolor* using mass spectrometry**. S. Vaidyanthan*, J. S. Fletcher, N. P. Lockyer, R. Goodacre, J. Micklefield and J. C. Vickerman *Anal. Chem*. **2008**, *80,* 1942-1951. (http://dx.doi.org/10.1021/ac701921e)

45. **RNA selective cross-pairing of backbone extended pyrrolidine-amide oligonucleotide mimics (bePOMs)**. R. Worthington, N. Bell and J. Micklefield* *Org. Biomol. Chem*. **2008**, *6*, 92-103. (http://dx.doi.org/10.1039/b714580m)

44. **Instant insight: Natural remedies**. J. Micklefield* *Highlights in Chemical Biology* **2008**, *3*, B7. (commentary)

43. **Engineered biosynthesis of nonribosomal lipopeptide antibiotics with modified fatty acid side chains**. A. Powell, M. Borg B. Amir-Heidari, J. M. Neary, J. Thirlway, B. Wilkinson, C.P. Smith and J. Micklefield* *J. Am. Chem. Soc*. **2007**, *129*, 15182-15191. Articles based on this paper were published in the *Daily Express, Chemistry & Industry, Manchester Evening News* see below. (http://dx.doi.org/10.1021/ja074331o)

42. **Stereospecific enzymatic transformation of a-ketoglutarate to (2*S*,3*R*)-3-methyl glutamate during acidic lipopeptide biosynthesis**. C. Mahlert, F.Kopp, J. Thirlway, J. Micklefield, and M. A. Marahiel* *J. Am. Chem. Soc* **2007**, *129*, 12011-12018. (http://dx.doi.org/10.1021/ja074427i)

41. **NMR confirmation that tryptophan dehydrogenation occurs with *syn*-stereochemistry during the biosynthesis of CDA in *Streptomyces coelicolor***. B. A. Heidari and J. Micklefield* *J. Org. Chem.* **2007**, 72, 8950-8953. (http://dx.doi.org/10.1021/jo701660v)

40. **Precursor-directed biosynthesis of nonribosomal lipopeptides with modified glutamate residues**. A. Powell, M. Al Nakeeb, B. Wilkinson and J. Micklefield* *Chem. Commun.* **2007**, 2683-2685.

Highlighted on the front cover. (http://dx.doi.org/10.1039/b706224a)

39. **Stereochemical course of tryptophan dehydrogenation during calcium-dependent lipopeptide antibiotic biosynthesis**. B. A. Heidari, J. Thirlway and J. Micklefield* *Org. Lett.* **2007**, *9*, 1513-1516. (http://dx.doi.org/10.1021/ol0701619)

38. **An asparagine oxygenase (AsnO) and a 3-hydroxyasparaginyl phosphotransferase (HasP) are involved in the biosynthesis of calcium dependent lipopeptide antibiotics**. J. Neary, A. Powell, L. Gordon C. Milne, F. Flett, B. Wilkinson, C.P. Smith and J. Micklefield* *Microbiology* **2007**, *153*, 768-776. (http://dx.doi.org/10.1099/mic.0.2006/002725-0)

37. **Mixed-sequence pyrrolidine-amide oligonucleotide mimics: Boc(Z) synthesis and DNA/RNA binding properties**. R. Worthington, A. O'Rourke J. Morral, S.T.H. Tan and J. Micklefield* *Org. Biomol. Chem.,* **2007**, 5, 249-259. (http://dx.doi.org/10.1039/b613386j)

36. **Homopolymeric pyrrolidine-amide oligonucleotide mimics: Fmoc-synthesis and DNA/RNA binding properties**. S.T.H. Tan, R. Worthington, A. O'Rourke J. Morral R. G. Pritchard and J. Micklefield* *Org. Biomol. Chem.,* **2007**, *5*, 239-248. (http://dx.doi.org/10.1039/b613384n)

These two *OBC* papers were highlighted on the front cover: "Pyrrolidine amide oliogonucleotide mimics (POM): Chemical biology solutions from zebrafish developmental biology through to high throughput DNA sequencing."

35. **Mining and engineering natural-product biosynthetic pathways**. B. Wilkinson* and J. Micklefield* *Nature Chemical Biology* **2007**, *3*, 379-386. (http://dx.doi.org/10.1038/nchembio.2007.7)

34. **Cellular targets of natural products**. N. Dixon, L. S. Wong, T. Geerlings and J. Micklefield* *Nat. Prod. Rep*. **2007**, *24*, 1288-1310. (http://dx.doi.org/10.1039/b616808f) Highlighted on the front cover.

33. **Biosynthesis of the (2*S*,3*R*)-3-methyl glutamate residue of nonribosomal lipopeptides**. C. Milne, A. Powell, J. Jim, M. Al Nakeeb C. P. Smith and J. Micklefield* *J. Am. Chem. Soc*. **2006**, *128*, 11250-11259. (http://dx.doi.org/10.1021/ja062960c)

32. **Effects of stereospecific backbone methylation on the DNA/RNA binding properties of pyrrolidine-amide oligonucleotide mimics (cPOM)**. A. Kahn and J. Micklefield* *Chem. Commun*. **2006**, 1436-1438. (http://dx.doi.org/10.1039/b518171b)

31. **Reagents for carbonyl methylenation in organic synthesis**. I. G. Beadham and J. Micklefield* *Current Organic Synthesis* **2005**, *2*, 231-259. (http://dx.doi.org/10.2174/1570179053545396)

30. **Nature's protection racket**. J. Micklefield* *Chemistry & Biology* **2005**, *12*, 1-3. (commentary) (http://dx.doi.org/10.1016/j.chembiol.2005.06.002)

29. **Active-site modifications of adenylation domains leads to hydrolysis of upstream nonribosomal peptidyl thioester intermediates**. G. C. Uguru, C. Milne, M. Borg, F. Flett, C.P Smith and J. Micklefield* *J. Am. Chem. Soc.* **2004**, *126*, 5032-5033. (http://dx.DOI.org/10.1021/ja048778y)

28. **Superior nucleic acid binding properties of adeninyl pyrrolidine-amide oligonucleotide mimics (POM)**. T.H.S. Tan, D. T. Hickman, J. Morral, I. G. Beadham and J. Micklefield*
*Chem. Commun.* **2004**, 516-517. (http://dx.doi.org/10.1039/b315768g)

27. **NMR structure determination and calcium binding effects of lipopeptide antibiotic daptomycin**. L.-J. Ball, C.M. Goult, J.A. Donarski, J. Micklefield and V. Ramesh*
*Org. Biomol. Chem.,* **2004**, *2*, 1872-1878.
Illustrated on the front cover (http://dx.doi.org/10.1039/b402722a)

26. **Biotransformations in low-boiling hydrofluorocarbon solvents**. S. Saul, S. Corr and J. Micklefield*
*Angew. Chem. Int. Ed*. **2004**, *43*, 5519-5523. (http://dx.doi.org/10.1002/anie.200460082)

25. **Metabolic flux balancing for calcium dependent antibiotic (CDA) production in *Streptomyces coelicolor***. H. B. Kim, C. P. Smith, J. Micklefield and F. Mavituna*
*Metabolic Engineering,* **2004**, *6*, 313-325.
(http://dx.doi.org/10.1016/j.ymben.2004.04.001)

24. **A dynamic combinatorial screen for novel imine reductase activity**. H. Li, P. Williams, J. Micklefield, J. M. Gardiner and G. Stephens* *Tetrahedron,* **2004** *60*, 753-758.
(http://dx.doi.org/10.1016/j.tet.2003.10.114)

23. **Daptomycin structure and mechanism of action revealed**. J. Micklefield*
*Chemistry & Biology* **2004**, *11,* 887-888. (http://dx.doi.org/10.1016/j.chembiol.2004.07.001)

22. **Design, synthesis, conformational analysis and nucleic acid hybridisation properties of thymidyl pyrrolidine-amide oligonucleotide mimics (POM)**. D. T. Hickman, T. H. S. Tan, J. Morral, P. M. King, M. A. Cooper and J. Micklefield* *Org. Biomol. Chem.* **2003**, *1*, 3277-3292.
(http://dx.doi.org/10.1039/b306156f)

21. **Synthesis and nucleic-acid-binding properties of sulfamide and 3´-*N*-sulfamate modified DNA**. K. J. Fettes, N. Howard, D. T. Hickman, S. A. Adah, M. R. Player, P. F. Torrence and J. Micklefield* *J. Chem. Soc., Perkin Trans. 1* **2002**, 485-495.
(http://dx.doi.org/10.1039/b110603c)

20. **Structure, biosynthetic origin, and engineered biosynthesis of calcium-dependent antibiotics from *Streptomyces coelicolor***. Z. Hojati, C. Milne, B. Harvey, L. Gordon, M. Borg, F. Flett, B. Wilkinson, P. J. Sidebottom, B. A. M. Rudd, M. A. Hayes, C. P. Smith and J. Micklefield*
*Chemistry & Biology* **2002**, *9*, 1175-1187. (http://dx.doi.org/10.1016/S1074-5521(02)00252-1)
Featured as the lead article and was illustrated on the front cover "*Chemobiosynthesis leads to new lipopeptide antibiotics*". This paper was also reviewed "*New compounds by combining modern genomics and old-fashioned mutasynthesis*" by Wohlleben, W.; Pelzer, S. *Chemistry & Biology* **2002** *9*, 1163.

19. **Kinetically selective binding of single stranded RNA over DNA by a pyrrolidine–amide oligonucleotide mimic (POM).** D. T. Hickman, P. M. King, J. M. Slater, M. A. Cooper and J. Micklefield* "*Nucleosides, Nucleotides & Nucleic Acids* **2001**, *20*, 1169-1172.
(http://dx.doi.org/10.1081/NCN-100002512)

18. **Backbone Modification of Nucleic Acids: Synthesis, Structure and Therapeutic Applications**. J. Micklefield* *Current Medicinal Chemistry* **2001**, *8*, 1157-1180.
(http://dx.doi.org/10.2174/0929867013372391)

17. **Unusual RNA & DNA binding properties of a novel pyrrolidine-amide oligonucleotide mimics (POM).** D. T. Hickman, P. M. King, M. A. Cooper, J. M. Slater and J. Micklefield* *Chem. Commun.* **2000**, 2251-2252. (http://dx.doi.org/10.1039/b001586p)

16. **Replacement of the phosphodiester linkage in DNA with sulfamide and 3′-*N*-sulfamate groups.** K. J. Fettes, N. Howard, D. T. Hickman, S. A. Adah, M. R. Player, P. F. Torrence and J. Micklefield* *Chem. Commun.,* **2000**, 765-766. (http://dx.doi.org/10.1039/b001586p)

15. **Sulfamide replacement of the phosphodiester linkage in dinucleotides: Synthesis and conformational analysis**. J. Micklefield* and K. J. Fettes *Tetrahedron* **1998**, *54*, 2129-2142. (http://dx.doi.org/10.1016/S0040-4020(97)10421-5)

14. **The optimisation of sorbtion sensor arrays for use in ambient conditions**. K.-T. Lau, J. Micklefield and J. M. Slater* *Sensors and Actuators B: Chemical* **1998**, *50(1),* 69-79. (http://dx.doi.org/:10.1016/S0925-4005(98)00158-0)

13. **Synthesis of sulfamide linked dinucleotide analogues**. J. Micklefield* and K. J. Fettes *Tetrahedron lett.,* **1997**, *38*, 5387-5390. (http://dx.doi.org/10.1016/S0040-4039(97)01179-9)

12. **Haem $d_1$: Development of a new coupling procedure leading to the synthesis of isobacteriochlorins**. R. L. Mackman, J. Micklefield, M. H. Block, F. J. Leeper and A. R. Battersby* *J. Chem. Soc., Perkin Trans. 1* **1997**, 2111-2122. (http://dx.doi.org/10.1039/a700654c)

11. **Haem $d_1$: Stereoselective synthesis of the macrocycle to establish its absolute configuration as 2*R*, 7*R***. J. Micklefield, M. Beckmann, R. L. Mackman, M. H. Block, F. J. Leeper and A. R. Battersby* *J. Chem. Soc., Perkin Trans. 1* **1997**, 2123-2138. (http://dx.doi.org/10.1039/a700655a)

10. **Stereochemical course of malonate decarboxylation in *Malonomonas rubra*.** J. Micklefield, K J. Harris, S. Gröger, U. Mocek, H. Hilbi, P. Dimroth and H. G. Floss* *J. Am. Chem. Soc.* **1995**, *117*, 1153-1154. (http://dx.doi.org/10.1021/ja00108a042)

9. **A novel stereoselective synthesis of the macrocycle of Haem $d_1$ that establishes its absolute configuration as 2*R*, 7*R***. J. Micklefield, R. L. Mackman, C. J. Aucken, M. Beckmann, M. H. Block, F. J. Leeper and A. R. Battersby* *Chem. Commun.* **1993**, 275-277. (http://dx.doi.org/10.1039/C39930000275)

8. **Alkylation and acylation of 5-phenylsulphonyl- and 5-cyanobutyrolactones**. J. Micklefield, M. H. Block and A. R. Battersby* *Tetrahedron* **1992**, *48*, 7519-7526. (http://dx.doi.org/10.1016/S0040-4020(01)90365-5)

***Edited book chapters***

7. M. Wilding, M. Goodall and J. Micklefield* "Decarboxylases: Enzymatic enantioselective decarboxylative protonation and C-C bond formation" in Comprehensive Chirality, H. Yamamoto & E. Carreira (Eds.), Elsevier, **2012**, vol 7, pp. 402-409. (ISBN 978-0-08-095168-3). http://dx.doi.org/10.1016/B978-0-08-095167-6.00724-2

6. C.P. Smith and J. Micklefield* “Engineering the biosynthesis of nonribosomal lipopeptide antibiotics” in The Chemical Theatre of Biological Systems, M. G. Hicks & C. Kettner (Eds.), Proceedings of the Beilstein-Institut Symposium, 2004, Bozen, Italy. Logos Verlag-Berlin, **2005**, pp. 87-103. (ISBN 3-8325-1019-2) http://www.beilstein-inst.de/bozen2004/proceedings/contents.html).

***Patents***

5. N. Dixon and J. Micklefield “Riboswitch-regulated transgene expression systems” PCT Int. Appl. (2012), WO 2012153142. A2 20121115

4. R. Lewis, C. Smith, J. Thirlway, J. Micklefield, L. Nunns, “Novel calcium dependant antibiotic variants with modified fatty acid side-chains produced by *Streptomyces* strains expressing a mutant β-ketoacyl-ACP synthase II gene” Brit. UK Pat Appl. (2012), GB 2483075 A 20120229

3. K. Okrasa, C. Levy, N. Baudistel, B. Hauer, D. Leys and J. Micklefield “New Malonate Decarboxylases for Industrial Applications.” PCT Int. Appl. (**2009**) WO2009068308.

2. J. Micklefield, A. J. Ball and S. Corr, “Process for dynamic kinetic resolution (DKR) of racemic compounds in hydrofluorocarbon solvents.” PCT Int. Appl. (**2007**) WO2007129018.

1. S.J.P. Saul, J. Micklefield and S. Corr “Enzymatic process for stereo-selective preparation of chemical compounds in hydrofluorocarbon solvents” PCT Int. Appl. (**2004**) WO2004083444

***Conference contributions, abstracts - ONLY RECORDED UP TO 2012***

10. Orthogonal riboswitches as tools for controlling gene expression in bacteria
N. Dixon, C. J. Robinson, J. N Duncan, T. Geerlings, S. A. Lestari, J. Micklefield, *Collection Symposium Series* (**2011**), *12* (Chemistry of Nucleic Acid Components), 86-94.

9. Wong, Lu Shin; Leggett, Graham J.; Micklefield, Jason. Application of phosphopantetheinyl transferase catalyzed site-selective covalent protein immobilization on to nanofabricated surfaces. Abstracts of Papers, 237th ACS National Meeting, Salt Lake City, UT, United States, March 22-26, 2009 (2009), BIOL-067.

8. Bell, Neil M.; Worthington, Roberta J.; Micklefield, Jason. Nucleic acid redesign, recognition and transcription: The pyrrolidine-amide oligonucleotide mimics. Abstracts of Papers, 236th ACS National Meeting, Philadelphia, PA, United States, August 17-21, 2008 (2008), BIOL-171.

7. Bell, Neil M.; Worthington, Roberta J.; Micklefield, Jason. Nucleic acid redesign and recognition: the pyrrolidine-amide oligonucleotide mimics (POMs). Collection Symposium Series (2008), 10 (Chemistry of Nucleic Acid Components), 206-209.

6. Okrasa, Krzysztof; Micklefield, Jason. Cofactor free decarboxylases, mechanism and specificity of aryl malonate decarboxylation. Abstracts of Papers, 235th ACS National Meeting, New Orleans, LA, United States, April 6-10, 2008 (2008), BIOL-181.

5. L. S. Wong, S. J. Janusz, G. J. Leggett, J. Micklefield “Solid phase organic synthesis of pegylated disulfides for the generation of biocompatible self-assembled monolayers. ” *Abstr. Pap. Am. Chem. Soc.* **2007**, *234,* COLL-198.

4. R. Wong and J. Micklefield* "Dynamic combinatorial approaches towards the non-enzymatic transcription of nucleic acids." *Abstr. Pap. Am. Chem. Soc*. **2005**, *230*, ORGN-487.

3. A. P. O'Rourke, R. J. Worthington, J. Morral and J. Micklefield* "Synthesis and UV hybridization studies of mixed-sequence pyrrolidine-amide oligonucleotide mimics (POM)." *Abstr. Pap. Am. Chem. Soc*. **2005**, *230*, ORGN-605.

2. A. I. Khan, S. T. H. Tan, J. Moral-Cardoner and J. Micklefield* "Synthesis and DNA/RNA binding properties of conformationally restricted pyrrolidine-amide oligonucleotide mimics (POM)." *Abstr. Pap. Am. Chem. Soc.* **2003**, *226*, ORGN-510.

1. C.E Milne, Z. Hojati, L. Gordon, J. Jim, G. Uguru, C.P. Smith and J. Micklefield* "Structure, biosynthetic origin and engineered biosynthesis of Calcium Dependent Antibiotic from Streptomyces coelicolor" *Abstr. Pap. Am. Chem. Soc.* **2003**, *226*, ORGN-534.

***Conference contributions, other (presenting author is underlined) ONLY RECORDED UP TO 2012***

39. C. J. Robinson, N. Dixon, J. N. Duncan, T. Geerlings, M.-C. Wu, P. Lowe, J. Micklefield, "Orthogonal Riboswitches As Tools For Controlling Gene Expression In Bacteria," RNA 2012 : The 17th Annual Meeting of the RNA Society, The University of Michigan, Ann Arbor, MI, USA. May 29–June 2, 2012

38. M. Styles, M-C. Wu, L. Nunns, B. Law J. Micklefield, "Combinatorial Biosynthesis of Non-Ribosomal Peptide Antibiotics" 2nd RSC Symposium on Chemical Biology for Drug Discovery, 2012 March 20-21, Alderley Park Conference Centre, Cheshire, UK.

37. C. Chesters, J. Micklefield, "Thermal switch in functionality in members of the MIO-containing mutase/lyase superfamily." Zing Biocatalysis Conference, Cancun, Mexico, Dec 10-13, 2010.

36. M. Wilding, J. Micklefield, "Structure-Guided Directed Evolution of Arylmalonate Decarboxylases." Zing Biocatalysis Conference, Cancun, Mexico, Dec 10-13, 2010.

35. E. ul-Haq, Z. Liu, Y. Zhang, S. A. Alang Ahmad, L. S. Wong, S. P. Armes, J. K. Hobbs, G. J. Leggett, J. Micklefield, C. J. Roberts, J. M. R. Weaver. Parallel Scanning Near-Field Photolithography: The Snomipede, Materials Research Society (MRS) Fall 2010 Meeting, Boston, 2010, VV2.7.

34. E. ul-Haq, Z. Liu, Y. Zhang, S. A. Alang Ahmad, L. S. Wong, S. P. Armes, J. K. Hobbs, G. J. Leggett, J. Micklefield, C. J. Roberts, J. M. R. Weaver. Parallel Scanning Near-Field Photolithography: The Snomipede, Royal Microscopical Society Microscience 2010, London, 2010, 0257.

33. S. A. Alang Ahmad, L. S. Wong, E. ul-Haq, J. K. Hobbs, G. J. Leggett, J. Micklefield. Micrometer- and Nanometer-Scale Photopatterning Using 2-Nitrophenylpropxylcarbonyl-protected aminosiloxane, 42nd IUPAC Congress, Glasgow, 2009, P601_007.

32. N. Dixon, J. Micklefield *et al*. Lecture at the 10th Annual RiboClub Meeting Sherbrooke, Canada 21-24th September 2009. New riboswitch-based tools for orthogonal genetic regulation.

31. N. Dixon, J. Micklefield *et al*. Lecture & poster at the 13th Asian Chemical Congress Shanghai, China 14-16th September 2009. New riboswitch-based tools for orthogonal genetic regulation.

30. N. Dixon, J. Micklefield *et al*. Lecture at the Nucleic Acid-Chemical Biology Interface Meeting (Royal Society of Chemistry) 7-8th September 2009. New riboswitch tools for orthogonal genetic regulation.

29. N. Dixon, J. Micklefield *et al*. FEBS Advanced Lecture Course. Spetses, Greece, September 2008. Evolution vs. Design: New riboswitch based genetic circuitry.

28. N. Dixon, J. Micklefield *et al*. Lecture at the Nucleic Acid Group Meeting (RSC) Southampton July 2008. New riboswitch based genetic circuitry.

27. T. Geerlings, J. Micklefield *et al*. Changing riboswitch specificity using a versatile in vivo selection system RNA 2008, 13th annual meeting of the RNA society. Monday, July 28th - Sunday, August 3rd in Berlin, Germany (poster)

26. N. Dixon, J. Micklefield *et al*. Lecture at the BBSRC Selective Chemical Intervention in Biological Systems Conference series October 2007. Co-evolution of small molecule responsive riboswitches.

25. S. Alang-Ahmad, L. S. Wong, E. ul-Haq, J. K Hobbs, G. J Leggett1 and J. Micklefield, Nanopatterning by near-field photodeprotection of 2-nitrophenylpropyloxycarbonyl-protected aminosiloxane monolayers on glass. AVS 55th International Symposium & Exhibition 19-24 October, Boston, MA. Abstract Number: 834 rogram Number: NS-TuP22.

24. J. Thirlway, J. Micklefield "Biosynthetic engineering of nonribosomal peptide antibiotics." *The Chemistry and Biology of Natural Product Biosynthesis III*. School of Chemistry, University of Bristol, June 20 **2007**. (oral/abstract)

23. L. S. Wong, J. Thirlway, J. Micklefield "Site-selective covalent protein immobilization catalysed by a promiscuous phosphopantetheinyl transferase." *Surface Science for Biologically Important Interfaces (SSBII) 9th Annual Meeting,* Manchester, 13-14 Sept **2007**. (oral/abstract)

22. R. Wong, R.Worthington, J. Micklefield "Synthesis and biophysical studies of pyrrolidine-amide oligonucleotide mimic (POM) and non-enzymatic transcription of nucleic acids." *EPSRC Synthetic Studentship Review,* Jurys Inn Birmingham, 27 June **2007**. (poster)

21. R. Worthington, N. Bell, A. O'Rourke J.Micklefield "Redesigning nature's genetic material: pyrrolidine amide oligonucleotide mimics" *RSC Bio-organic Chemistry Annual Meeting*. MIB Manchester, 18 Dec **2006**. (poster)

20. R. Wong, J. Micklefield "Dynamic combinatorial approaches towards non-enzymatic transcription of nucleic acids" *RSC Nucleic Acids Forum*, MIB, Manchester,7 July **2006**. (Oral/abstract)

19. R. Worthington, A. O'Rourke J.Micklefield "Synthesis and DNA/RNA binding properties of mixed sequence pyrrolidine amide oligonucleotide mimics" *RSC Nucleic Acids Forum*, MIB, Manchester 7 July **2006**. (poster)

18. Ian Beadham and J, Micklefield "Synthesis and DNA/RNA binding properties of Pyrrolidine-Amide Oligonucleotide Mimics (POM)." *RSC Bioorganic and Carbohydrate Group Meeting,* Firbush, Loch Tay, Scotland, 4-7 Sept **2003**. (oral/abstract).

17. A. I. Khan, D.T Hickman, T.H.S. Tan and J. Micklefield. "Synthesis and DNA/RNA Binding properties of Second-generation Pyrrolidine amide Oligonucleotide Mimic (POM)." *RSC Postgraduate Symposium on Organic and Medicinal Chemistry,* Cambridge University, 9 Dec **2002**. (poster)

16. C. Milne, L. Gordon, Z. Hojati, J. Jim, G. Uguru, C. P. Smith and J. Micklefield. "Structure, biosynthetic origin and engineered biosynthesis of calcium dependent antibiotics from *Streptomyces coelicolor*." *RSC Postgraduate Symposium on Organic and Medicinal Chemistry,* Cambridge University, 9 Dec **2002**. (oral/abstract)

15. C. Milne, L. Gordon, Z. Hojati, J. Jim, G. Uguru, C. P. Smith and J.Micklefield. "Structure, biosynthetic origin and engineered biosynthesis of calcium dependent antibiotics from *Streptomyces coelicolor.*" *RSC Bio-organic Symposium*, St. John's College, Cambridge, 27 Nov **2002**. (oral/abstract)

14. L. Gordon, Z. Hojati, C. Milne, B. A. M. Rudd, M. A. Hayes, J. Micklefield and C. P. Smith. "Characterisation of natural and engineered varients of calcium-dependent antibiotics of *Streptomyces coelicolor* and manipulation of the genes involved in its biosynthesis." *Seventh International Conference on the Biotechnology of Microbial Natural Products (BMP) 2002*, Honolulu, Hawai, Oct 27-30, **2002**, pp. 35. (poster)

13. S. T. H. Tan, J. Morral-Cardoner, D. T. Hickman and J. Micklefield. "Solid phase synthesis and biophysical studies of pyrrolidine-amide oligonucleotide mimics (POM)." *IUPAC 6th International Symposium of Bio-organic Chemistry*, Toronto, Canada, Aug 11-14, **2002**, pp. 75.

12. J. M. Neary, C. Milne, J. Micklefield, C. P. Smith "Characterisation and manipulation of the non-ribosomal peptide synthetase enzymes involved in CDA biosynthesis." *Abstracts of the 9th International Symposium on the genetics of industrial microorganisms* (GIM), Gyongju, Korea, 1-5 July, **2002** pp. 96.

11. M. Borg, J. Micklefield, C. P. Smith. " The fatty acid biosynthesis Operon in the CDA Cluster" *Abstracts of the 9th International Symposium on the genetics of industrial microorganisms* (GIM), Gyongju, Korea, 1-5 July, **2002** pp. 88.

10. G. Uguru, F. Flett, J. Micklefield, C. P. Smith. " Alteration of the Adenylation domain specificities of CDA NRPS by site-directed mutagensis" *Abstracts of the 9th International Symposium on the genetics of industrial microorganisms* (GIM), Gyongju, Korea, 1-5 July, **2002** pp. 98.

9. S. T. H. Tan, J. Micklefield and D. T. Hickman. "Pyrrolidine-Amide Oligonucleotide Mimics (POM)." *RSC Bio-organic Group Postgraduate Symposium*, John Innes Centre, Norwich, 17 Dec **2001**. Samuel Tan won the Prize for the best poster.

8. J. Micklefield, A. E. Hayes, Z. H. Najafabadi, G. C. Uguru, J. M. Neary, C. Milne, L. Gordon, J. Jim, M. Borg, F. Flett and C. P. Smith. "CDA biosynthesis: towards the engineered biosynthesis of novel lipopeptide antibiotics." *BBSRC Workshop on Natural Products Biology,* University of Warwick, 21-22 May **2001**. (poster)

7. S. T. H. Tan, J. Micklefield and D. T. Hickman. "Pyrrolidine-amide oligonucleotide mimics (POM): Synthesis and biophysical studies." *NACON-V International Conference on Nucleic Acid Recognition,* University of Sheffield, 8-12 Apr **2001**. (poster)

6. J. Micklefield, A. E. Hayes, Z. H. Najafabadi, G. C. Uguru, J. M. Neary, C. Milne, L. Gordon, J. Jim, M. Borg, F. Flett and C. P. Smith. "Characterisation of the nonribosomal peptide synthetases and other key enzymes involved in CDA biosynthesis: Towards the engineered biosynthesis of novel lipopeptide antibiotics." *Conference on* Streptomyces, University of Warwick, Feb **2001**. (poster)

5. C. P. Smith and J. Micklefield." Nonribosomal peptide synthetases and other key enzymes involved in CDA biosynthesis." *BBSRC Workshop on Metabolic Engineering and Directed Evolution*, 9-10 Nov **2000**. (poster)

4. D. T. Hickman, P. M. King, J. M. Slater, M. A. Cooper and J. Micklefield. "Kinetically selective binding of single stranded RNA over DNA by a pyrrolidine-amide oligonucleotide mimic (POM)." *XIV International Roundtable: Nucleosides, Nucleotides and Their Biological Applications,* San Francisco, USA, Sept **2000**. (poster)

3. D. T. Hickman, J. Micklefield and J. M. Slater. "Positively charged pyrrolidine polyamide nucleic acid analogues." *Royal Society of Chemistry 1999 Annual Conference,* Heriot-Watt Univ., **1999**. (poster)

2. K. J. Fettes and J. Micklefield. "Synthesis and conformational analysis of sulfamide linked dinucleotide analogues." *4th Cambridge Symposium on Oligonucleotide Chemistry & Biology,* Cambridge, **1997**. (poster)

1. J. Micklefield, K. J. Harris, H. Hilbi, P. Dimroth and H. G. Floss. "The stereochemical course of malonate decarboxylation in *Malonomonas rubra."Abstracts IKCOC-6 Conference, Kyoto, Japan* **1994**, pp. 318.

SUPERVISION OF RESEARCH STUDENTS & PDRAs

JM has trained a research group of over 60 co-workers from 19 different nationalities over a period of 17 yrs as a PI. My group for 2014/15 comprises 9 PDRAs and 12 PhDs. In addition 12 PDRAs, 3 Tech, and 33 PhDs (29 submitted within 4 yrs, and 2 that did not had certified medical issues) have successfully graduated from the group. ALL former co-workers from the JM group have remained in science and all have published papers/patents from their research in the JM group and ALL are employed in academia and industry across the UK, Europe, USA, Middle East and Asia. A number of co-workers have won awards/prizes during their time in the group, including prizes at national RSC & SCI meetings. A number of former co-workers have also secured prestigious academic fellowships (e.g. Marie Curie, EPSRC and BBSRC Fellowships), lectureships & professorships and senior positions in leading companies.

POSTDOCTORAL RESEARCH ASSOCIATES

Sept 2014- Dr Brian Law PDRA 2 (BBSRC, BB/K002341/1, Syngenta sLola), "Natural products biosynthesis & bioengineering," (should have started 1 Aug instead started 1 Sept)

Mar 2014- Dr Sarah Shepherd (BBSRC) NPRONET project manager.

Mar 2014- Dr Ying Zhu PDRA 2, BBSRC (BB/L002299/1) "Bioengineering of next generation lipoglycopeptide antibiotics."

Mar 2014- Dr Joanne Fyans PDRA 1, (BBSRC, BB/L002299/1) "Bioengineering of next generation lipoglycopeptide antibiotics."

Nov 2013- Dr Mark Thompson PDRA 2 (BBSRC, BB/K00199X/1, GSK slola), "Rapid Evolution of Enzymes and Synthetic Micro-organisms for the Development of Industrial Biocatalysts" PhD & BSc, Univ of York, PDRA with Professor Bornscheuer at the University of Greifswald, Germany.

Aug 2013- Dr Michael Winn (BBSRC, BB/K002341/1, Syngenta sLola), "Natural products biosynthesis & bioengineering," MChem & PhD UEA (Dr Rebecca Goss), PDRA Univ College Dublin (Prof Eoin Casey)

June 2013- Dr Binuraj Menon (BBSRC, BB/K00199X/1, GSK slola), "Rapid Evolution of Enzymes and Synthetic Micro-organisms for the Development of Industrial Biocatalysts." M.Sc. & M. Tech India, PhD & PDRA Univ of Manchester with Profs Nigel Scrutton & David Leys.

Feb 2012- Dr Helen A. Vincent (BBSRC, BB/I012648/1), "Orthogonal riboswitches as tools for controlling gene expression in bacteria." MChem (Chemistry), University of Oxford, PhD in Biochemistry and Molecular Biology in (University of Miami, USA, Prof Murray Deutscher's lab).

Jan 2012-13 Dr Ming Cheng Wu (BBSRC, BB/I012648/1), "Orthogonal riboswitches as tools for controlling gene expression in bacteria." BSc and MSc Taiwan, PhD Chemical Biology, University of Manchester. (then final 2 months from 1 Oct 2013 on BB/L002299/1)

Oct 2011- Dr Anna-Winona Struck (BBSRC, BB/I008055/1) "Bioorthogonal site-selective protein immobilisation and labelling."Germany, PhD & Diploma, University of Hamburg.

Nov 2011-14 Dr Mark Thompson then Dr Mark Goodall (BBSRC, BB/I020764/1) "Directed Evolution of Enantio-complementary Malonate Decarboxylases"

Nov 2009- Dr Christopher Robinson (BBSRC BB/D005612/1, SCIBS) "Riboswitches." BSc 1st & PhD University of Manchester.

May 2006-10 Dr Neil Dixon (BBSRC BB/D005612/1, SCIBS) "Riboswitches." BSc & PhD University of Leeds. Expertise in bio-organic chemistry and biochemistry. Now a BBSRC Fellow.

June 2006-09 Dr Krzysztof Okrasa (BASF-CoEBio3) "New malonate decarboxylase enzymes" Poland, PhD Univ Paris-Sud (France) & Warsaw Univ of Technology (Poland), PDRA Univ Minnesota, Ass. Prof Warsaw Univ of Technology. Expertise in biocatalysis and enzymology. Currently works for Novacta (Biotech), Welwyn Garden City, UK.

May 2006-10 Dr Torsten Geerlings (BBSRC BB/D005612/1, SCIBS) "Riboswitches." Holland, PhD University of Amsterdam and PDRA Univ Groningen, Holland. Currently chemistry school teacher in Holland.

Sept 2005-09 Dr Lu Shin Wong (EPSRC EP/C523857/1, Basic technology Research programme, Research Councils) "Nanoscale arrays for near single biomolecular detection." Malaysia, PhD Univ of Southampton with Prof. Mark Bradley. Expertise in solid phase synthesis and bioanalytical chemistry. EPSRC life science interface fellow and now Lecturer at the University of Manchester.

Mar 2005-08 Dr Jenny Thirlway (BBSRC BB/C503662/1) "Engineering the biosynthesis of nonribosomal peptides." PhD Univ of Nottingham with Dr Panos Soultanas. Expertise in molecular biology and biochemistry. Eden Biodesign Ltd, National Biomanufacturing Centre, Estuary Banks, Liverpool.

Dec 2006-07 Dr Raymond Wong (EPSRC Adventurous chemistry) "DNA template directed synthesis" MChem and PhD University of Manchester. Expertise in bio-organic chemistry. Former PhD students of the JM group see below for more details.

April 2004-05 Dr Simon Saul (INEOS Fluor, Industrial Grant). "Biotransformations in HFC solvents II." Expertise in bio-organic chemistry and enzymology. Simon was a former PhD student of the JM group see below for more details.

Jan 2003-05 Dr Ian Beadham (EPSRC Grant GR/R94374/01). "Synthesis and nucleic acid binding properties of *de novo* zwitterionic pyrrolidine-phosphonate oligonucleotide mimics." PhD Univ. of Sheffield, Prof. M.G. Blackburn, PDRA Dr Joe Sweeney Reading. Expertise in synthesis and bio-organic chemistry. Visiting scientist at Indian Institute of Science in Bangalore, India.

Jan 2002-05 Dr Jordi Morral Cardoner, (BBSRC Grant 36/B15998). "Solid phase synthesis and nucleic acid binding properties of mixed sequence pyrrolidine-amide oligonucleotide mimics." Spain, PhD Univ. de Barcelona, PDRA with Prof. Piet Herdewijn (Leuven, Belgium) & Prof Koen Augustyns (Antwerp, Belgium). Expertise in synthesis and bio-organic chemistry. Currently lecturer Pharmaceutical Chemistry at the University of Huddersfield, and an associate lecturer with the Open University.

Sept 2000-03 Dr Gabriel Chukwu Uguru (BBSRC Grant 36/B12126). "Combinatorial biosynthesis of lipopeptides." PhD Nigeria, PDRA Univ of Strathclyde. Expertise in molecular biology and *Streptomyces genetics*. Moved to PDRA position with Dr Kenneth McDowall at the University of Leeds.

CURRENT PhD POSTGRADUATE STUDENTS *(all completed within the 4 year deadline†)*

2014- Jean-Marc Henry

2014- Adam Munro

2013- Jonathan Latham (1st MChem Manchester, ranked 3rd out of 200, EPRSC DTA with M. Greaney co-supervisor) "Integrated Catalysis: Biohalogenation and transition metal-catalysed cross coupling cascade reactions in water"

2013- Eileen Brandenburger (BSc and MSc Justus-Liebig-University, Giessen, Germany, CoEBio3)

2013- Daniel Francis (1st MChem Univ of Leicester, BBSRC Syngenta Lola PhD) "Natural products chemical biology"

2013- Victoria Ann Cronin (1st BSc (Hons) Biochemistry, University of Bath with one year at the University of Colorado, USA, EPSRC-GSK PhD Case award) "Alkyltransferases as synthetic tools"

2013- Humera Sharif (2i, MChem Manchester, with M. Greaney co-supervisor)

2013- Heidi Fisk (2i, Mchem, University of Nottingham, BBSRC GSK Lola PhD) "Biological and analytical chemistry for development of halogenase enzymes"

2012- Daniel Medina Stacey (Bachelors Degree in Genetics, Universidad Complutense de Madrid & MSc Bioinformatics UoM; BBSRC DTP PhD) "Riboswitch expression tools for plant chloroplasts"

2011- Angelica Jimenez (Masters in Chemistry & Bachelor's Degree in Pharmaceutical Biochemistry from the University of the State of Mexico) "Biosynthesis of lipopeptide antibiotics"

2011- Mathew Bennett (2i MChem Univ of Bristol, CoEBio3 3 year PhD) "Alkyltransferases"

2011- James Leigh (1st MChem Manchester, BBSRC 4 year PhD) "Orthogonally Selective Riboswitches for Controlling Gene Expression in Bacteria."

2010-2014 Dr Ross Lewin (1st MChem Manchester, BBSRC & BASF industrial case award, 4 years PhD) "Structure-Guided Directed Evolution of Malonate Decarboxylases and Related Enzymes"

2010-2014 Dr Philip Lowe (1st MChem Manchester, EPSRC Chemistry quota competition, 3.5 years PhD) "Tuneable riboswitches for controlling gene expression with synthetic small molecules." PDRA with Prof David O'Hagan, Univ of St Andrews.

2010-2014 Dr Brian Law (2i BSc Cell Biology with Industrial Experience, FLS Univ of Manchester, BBSRC & Biotica industrial case award, 4 years PhD) A synthetic biology approach for engineering the biosynthesis for new friulimicin lipopeptide antibiotics." PDRA JM group

2010-2014 Dr Sarah Shepherd (2i MChem, Univ of Warwick, CoEBio3 industrial affiliates case award, 3 years PhD). "Halogenase enzymes" NPRONET manager.

2009-2013 Dr Matthew Styles (1st MChem Durham, BBSRC EPS faculty quota 4 years PhD)" A synthetic biology approach for engineering lipoglycopeptide antibiotics" (PDRA University of Bath)

2009-2013 Dr Chinnan Karthikeyan (India, Indian Government Scholarship) "Biosynthetic enginnering and biocatalysis" IT role at University of, India.

2008-2012 Dr Laura Nunns (2i MChem, Univ of Manchester, BBSRC EPS faculty quota (3 years)) "New methods for site specific protein immobilisation." Analytical Chemist for Quay Pharma

2008-2012 Dr Mark Goodal (2i BSc Univ of Manchester, BBSRC EPS faculty quota 4 years PhD) Research Officer at Bangor University, PDRA UoM with Prof. Greaney.

2008-2011 Dr Ming Cheng Wu (Taiwan), PDRA position in the JM group, then PDRA Academia Sinica, Taiwan.

2008-2010 Tudor Grecu (1st MChem Sheffield, CoEBiO 2 year MPhil)

2007-2011 Dr Mathew Wilding (1 MChem, Univ of Manchester, CoEBio3) "Redesign and directed evolution of new racemase enzymes." Research Scientist, Unilever, Leeds, UK. Now Research Fellow, Ecosystem Sciences, CSIRO, Australia.

2007-2011 Dr Chris Chesters (2i MChem, Univ of Manchester, DTI) "Redesign and directed evolution of aminomutase enzymes for preparation of homochiral b-aminoacids." Scientists at Adelphi a pharmaceutical based company in Manchester, working in medical writing (market access) for the pharmaceutical industry.

2007-2011 Michael Power (2ii MChem, Univ of Manchester, EPSRC DTA) "Nucleic acid recognition and DNA template directed synthesis." (withdrew)

2006-2010 Dr John Duncan (2i Molecular Biology, Univ of Huddersfield, BBSRC targeted priority studentship) "Riboswitches & small molecule modulators of gene expression." PDRA position, School of Life Science, University of Warwick.

2006-2010 Dr Mitchel Jacobs (2i MChem, Univ of Manchester, BBSRC EPS faculty quota) "Riboswitches and Nucleic acid recognition." PDRA, Department of Chemistry, The Scripps Research, Institute, La Jolla, California, with Prof Ramanarayanan Krishnamurthy.

2005-2009 Dr Neil Bell (2i Chemistry, University of Leeds, EPSRC) " Synthesis and biophysical evaluation of backbone extended pyrrolidine-amide oligonucleotide mimics." PDRA University of Cambridge, now R&D Scientist at Cambridge Epigenetix.

2004-2008 Professor Roberta Worthington (1 MChem, the top student in her year, EPSRC) " Synthesis and biophysical evaluation of pyrrolidine-amide oligonucleotide mimics." Roberta was a post-doctoral research associate working in the Medicinal Chemistry group at the Wolfson Institute for Biomedical Research, University College London. Currently Roberta is Assistant Professor at North Carolina State University.

2004-2008 Dr Majid Al Nakeeb (Iraq, Departmental fees waiver and UMIST Graduate School Awards) "Synthetic studies related to the biosynthesis of acidic lipopeptide antibiotics." JM lab technician, then PDRA in Chemistry at the University of Newcastle

2003-2007 Dr Amanda Jane Powell (2i, Biochemistry, Univ. of Wales, Aberystwyth. BBSRC/Biotica CASE) "Engineering the biosynthesis of lipopeptide antibiotics" Amanda is a Mass Spec Support Specialist, Structural Purity Group, Cancer and Infection Chemistry, AztraZeneca, Alderley Edge UK. Now works for Campden & Chorleywood Food Research Association Group, Gloucestershire.

2003-2007 Dr Anthony Ball (1 BSc, Chemistry UMIST, EPSRC / INEOS Fluor) "Biotransformations in hydrofluorocarbon solvents." Anthony is a drug/process development chemist for Shasun Pharma Solutions Ltd., Northumberland.

2003-2007 Professor B. Amir-heidari (Overseas, Iran, Government funded) "Synthetic studies related to the biosynthesis of acidic lipopeptide antibiotics." Runner up final year PhD presentation-awards. Amir is now a Assistant Professor and Dean of the Faculty of Pharmacy, Kerman University of Medical Sciences, Iran.

2002–2006 Dr Adam P. O'Rourke (2i MChem and MPhil by research Chemistry, UMIST, EPSRC) "Solid phase synthesis and nucleic acid binding properties of mixed sequence pyrrolidine-amide oligonucleotide mimics" Adam is a research chemist at FujiFilm in Blackley.

2002–2006 Dr Raymond Wong (2i MChem, UMIST, EPSRC managed BMS Committee studentship awarded by the BBSRC) "Dynamic-combinatorial approaches towards the non-enzymatic transcription of nucleic acids." Ray completed a one year PDRA position in the JM lab and now works for Phenomenex.

2002–2006 Dr Lee Jon Ball (1 MChem, UMIST, EPSRC joint with Dr Ramesh) "NMR structural studies of acidic lipopeptide antibiotics."

2000–2004 Dr Claire Milne (1 BSc, Chemistry, Univ. of Abertay, BBSRC & Glaxo Wellcome CASE). "Combinatorial biosynthesis of lipopeptides: Mode of biosynthesis and mutasynthesis studies." Claire won the prize for the best lecture at the *RSC National Bio-organic Group Postgraduate Symposium* 2003 and *the Greater Manchester Symposium* 2003. Claire was also the winner of the departmental final year prize and is now working for Astra Zeneca R&D Mölndal, Sweden (Biotransformations Team Leader).

2000–2004 Dr Simon Saul (2i BSc, Chemistry, John Moores Univ. Liverpool, ICI Chemicals & Polymers). "Biotransformations in HFC solvents." Simon is now a research scientist in the US oil & chemical technology company Baker Petrolite in Liverpool.

2000–2004 Dr Mathew Borg (1 Biological Sci, Malta, ORS, joint with C.P.Smith), "Engineered biosynthesis of novel lipopeptide antibiotics: The enzymes involved in synthesis of the 2,3-epoxyhexanoyl fatty acid side chain " Matt works for the biotechnology start-up company Recombinogen based at Guildford in Surrey.

2000-2005† Dr Anila Khan (2ii BSc Chemistry & MSc Univ. of Huddersfield, EPSRC), "The second generation of pyrrolidine amide oligonucleotide mimics." Anila's first position was as a medicinal chemist at Aztra Zeneca Alderley Edge. Anila now works for Thermofisher in Runcorn, as an analytical chemist. †took a year off for an arranged marriage.

2000–2005 Dr Lyndsey Gordon (2i BSc, Biomolecular Sci, UMIST, BBSRC & Glaxo Wellcome CASE, joint with Dr Colin Smith, BmS, UMIST), "Engineered biosynthesis of novel lipopeptide antibiotics: 3-Hydroxyasparagine phosphotransferase and NRPS Ad-domain specificities." †Certified medical illness prevented completion within 4 years (JM co-supervisor, registered in BMS).

1999–2003 Dr Samuel T. H. Tan (Singapore, BSc Chemistry UMIST 2i, ORS award), "Synthesis and Biophysical studies of pyrrolidine–amide oligonucleotide mimics (POM)." Sam was employed by the US biotech company Galileo Pharma in Singapore and now works for GSK Global Manufacturing and Supply in Singapore. Sam won the prize for best poster at the *RSC National Bio-organic Group Postgraduate Symposium*, John Innes Centre, Norwich, 17 Dec **2001** and was the winner of the departmental final year prize. Sam was also second at the Greater Manchester Symposium.

1999–2003 Dr Joanne M. Neary (2ii BSc & MPhil Biological Sci, Univ of Manchester, EPSRC), "The function of the Non–ribosomal peptide synthetases and other key enzymes in CDA lipopeptide biosynthesis." Joanne has a research position in a biotechnology start-up company Recombinogen based at Guildford in Surrey.

1996–2000 Dr David T. Hickman (2i, Chemistry, University of Glasgow, EPSRC) "Pyrrolidine-amide oligonucleotide mimics (POM)." David was a Marie Curie Fellow at the Université Louis Pasteur (France) working with Prof. Jean-Marie Lehn (Nobel Laureate) and is now employed by the biotechnology company AC Immune (JM Lehn Chairman) Lausanne, Switzerland.

1995–1999 Dr Kevin J. Fettes (1, Chemistry, University of Dundee, EPSRC CASE), "Synthesis of 3´-*N*-sulfamate and sulfamide modified oligonucleotides." Kevin became a temporary Lecturer in Organic Chemistry at the University of Newcastle, after postdoctoral work at the University of Liverpool with Dr R. Cosstick and Prof S. Roberts. He now works for Avecia (Biotech.) Boston USA, having initially worked for Avecia (Grangemouth, Scotland) on the production of modified oligonucleotide therapeutics.

†2001 Richard Hamilton (2i MChem, UMIST, EPSRC managed BMS Committee studentship awarded by the BBSRC), "Synthesis and nucleic acid binding properties of *de novo* zwitterionic pyrrolidine-phosphonate oligonucleotide mimics." † with drew due to illness

†2007 Rebecca Carrey (2i MChem, Univ of Manchester, BBSRC EPS faculty quota (1 year)) "New methods for site specific protein immobilisation." (transferred to 1 year MPhil, choose not to complete)

LAB TECHNICIANS

2010 Dr Majid Al Nakeeb (PhD JM group above)

2007-2009 Dr Sri Anendya Lestari (BBSRC TED, BB/D005612/1, SCIBS) B.Sc. in Pharmacy & M.Sc. in Microbiology, Department of Pharmacy, Institut Teknologi Bandung, Bandung, Indonesia. Sri was also research assistant at the Center for Research on Life Science, Institut Teknologi Bandung (ITB), and the Department of Microbiology at the University of Minnesota, Minneapolis, USA. Currently lab technician at the University of Dundee.

2012-13 Dr Jayendra Shankar (BBSRC FoF): PhD Molecular Microbiology, University of Liverpool; MSc Sheffield Hallam University; BSc Microbiology, University of Madras, India.

FORMER MSc POSTGRADUATE RESEARCH STUDENTS (University of London)

1995–1996 Sharon Akintunde (2ii UCL, London) "Synthesis of Biliprotein pigments."

Catrin Davies (3 Leeds Univ.) "Synthesis of novel antiviral & antisense agents."

1997–1998 Nigel Howard (2i UEA) "Synthesis of sulfamate and sulfamide modified oligonucleotides."

Mohamed Abdel–Basit (Egypt) "Pyrrolidine Polyamide Oligonucleotide Mimics."

ORGANISATION & PROMOTION OF RESEARCH

RESEARCH GRANTS AWARDED

JM has 12 current grants (9 as PI) worth over of £22 million with over £ 4 million going directly to the JM lab. In total Since 2000 JM has won 46 grants (34 as PI) worth a total of over £30 million for the University with over £8 million going directly to the JM lab. This excludes £6.4 million, which was secured for the Manchester Centre for Integrated Systems Biology where JM was a co-I. This also excludes the 36 PhD studentships (which are worth £2.43 million) that JM secured as coordinator of EPS faculty and University bids to BBSRC. It also excludes the studentships that were awarded through University managed DTA, DTG and DTP schemes.

**Current funding (ca. 30h/wk RCUK)**

| Date | Source | PI/Co-I | h/wk† | to JM | Total award |
|---|---|---|---|---|---|
| 11/14-11/19 | BBSRC (BB/M017702/1) | Co-I | 3.8 | 509,947 credit | 10,198,943 |
| 03/14-03/19 | BBSRC (BB/L013754/1) | PI | 3.5 | 506,944 UoM | 1,506,994 |
| 09/13-09/17 | BBSRC (BB/L002299/1) | PI | 5 | 691,000 | 691,000 |
| 09/13-09/17 | BBSRC (BB/L502017/1)¥ | Co-I | | 377,000 | 94,000 |
| 09/13-09/17 | EPSRC-GSK case¥ | PI | | 80,000 | 80,000 |
| 06/13-04/18 | BBSRC (BB/K002341/1) & Syngenta | PI (UoM) | 5 | 882,007 | 4,500,000 |
| 11/12-11/17 | BBSRC (BB/K00199X/1) & GSK | Co-I | 3 | 700,000 | 4,500,000 |
| 09/14-09/18 | CoEBio3¥ | PI | | 15,000 | 15,000 |
| 09/13-09/17 | CoEBio3¥ | PI | | 15,000 | 15,000 |
| 09/11-09/15 | CoEBio3¥ | PI | | 15,000 | 15,000 |
| 04/11-08/15 | BBSRC (BB/I012648/1) | PI | 5 | 652,000 | 652,000 |
| 04/11-04/15 | BBSRC (BB/I008055/1) | PI | 5 | 472,000 | 472,000 |
| | | **9 PI, 3 co-I** | **30.3** | **4,915,898** | **22,739,937** |

† JM salary costs recovered in responsive mode grants ¥ Externally reviewed PhD training grant or case funding

**Previous funding**

| Date | Source | PI/Co-I | | to JM | Total award |
|---|---|---|---|---|---|
| 04/11-11/14 | BBSRC (BB/I020764/1) | PI | 3 | 318,000 | 318,000 |
| 09/10-09/14 | BBSRC (BB/H015914/1)¥ | PI | | 75,000 | 75,000 |
| 09/10-09/14 | Biotica¥ | PI | | 20,000 | 20,000 |
| 09/10-09/14 | BASF¥ | PI | | 30,000 | 30,000 |
| 09/10-09/14 | CoEBio3¥ | PI | | 15,000 | 15,000 |
| 04/11-04/13 | EPSRC (EP/I037253/1) | PI | 4 | (network) | 144,000 |
| 06/12-09/13 | BBSRC (BB/J019089/1) | PI | 1 | 146,000 | 146,000 |
| 01/08-11/13 | BBSRC (BB/F000537/1) | Co-I | 1.1 | 7,000 | 2,402,000 |
| 06/11-12/11 | BBSRC Follow-on-fund | PI | | 9,500 | 9,500 |
| 01/12-06/12 | EPSRC KTA | PI | | 29,000 | 29,000 |
| 08/10-08/12 | EPSRC KTA (25% JM) | Co-I | | 45,000 | 180,000 |
| 10/09-10/10 | TSB (TP/3/BIO/6/I/15172) | PI | | 133,000 | 133,000 |
| 09/07-09/10 | CoEBio3 | PI | | 15,000 | 15,000 |
| 09/07-09/10 | BBSRC (BB/E013007/1) | Co-I | | 50,000 | 250,000 |
| 09/07-09/10 | DTI | PI | | 60,000 | 260,000 |
| 06/07-06/10 | BBSRC (BB/E017010/1) | Co-I | | 35,000 | 681,000 |
| 10/06-10/07 | EPSRC (EP/D053951) | Co-I | | 50,000 | 200,000 |
| 09/06-09/09 | BBSRC (BB/D000203/1) | Co-I | | 108,000 | 723,000 |
| 06/06-09/09 | BASF | Co-PI | | 218,000 | 730,000 |

| | | | | |
|---|---|---|---|---|
| 04/06-04/10 | BBSRC (BB/D005612/1) | PI | 689,000 | 689,000 |
| 09/05-09/08 | EPSRC (EP/C523857/1) | PI | 181,000 | 3,143,000 |
| 03/05-03/08 | BBSRC (BB/C503662/1) | PI | 246,000.00 | 460,000 |
| 07/04-07/07 | BBSRC REI20500 | Co-I | - | 123,000 |
| 09/04-09/07 | Wellcome (075314/Z/04/Z) | Co-I | - | 92,000 |
| 04/04-04/05 | INEOS | PI | 58,000 | 58,000 |
| 09/03-09/06 | BIOTICA | PI | 12,000 | 12,000 |
| 09/03-09/06 | INEOS | PI | 27,000 | 27,000 |
| 01/03-01/05 | EPSRC (GR/R94374/01) | PI | 114,000 | 114,000 |
| 01/02-01/05 | BBSRC (36/B15998) | PI | 208,000 | 208,000 |
| 09/00-09/03 | GSK | PI | 20,000 | 20,000 |
| 09/00-09/03 | INEOS | PI | 110,000 | 110,000 |
| 09/00-09/03 | GSK | PI | 19,000 | 19,000 |
| 04/00/-04/03 | BBSRC (36/B12126) | PI | 192,000 | 192,000 |
| | | **25 PI, 8 Co-I** | **3,239,500** | **11,627,500** |

**Details of funding awarded** (JM is PI unless stated otherwise)

2014 BBSRC (BB/M017702/1) Centre for synthetic biology of fine and speciality chemicals – SynBioChem **£10,198,943,** N. Scrutton (PI), J. Micklefield (Co-I, leader of one of the four technology platforms & centre management board member, 5% credit share), 17 other co-Is from UoM, 11/14-11/19

CoEBio3 PhD CASE with industrial affiliates. A 3 year PhD studentship with **£15,000** additional support from CoEBio3 "integrated chemo/biocatalysis."

BBSRC (BB/L013754/1) Networks in industrial biotechnology and bioenergy (NIBB), Natural products discovery and bioengineering network (NPRONET), J. Micklefield (PI), B. Wilkinson (co-I) **£998,058** (proof of concept funding for network) **& £506,944 (UoM)** 02/14-02/19

2013 BBSRC (BB/L002299/1) Responsive Mode, "Bioengineering of next generation lipoglycopeptide antibiotics." JM is PI (95% credit share-based on his work and his groups work), **£690,996** (fEC £904,272). 4 year with 2 PDRAs and Tech support all to funds to JM lab).

EPSRC-GSK PhD case award, by competitive peer review. "Alkyltransferases as synthetic tools." **£80,000**

BBSRC (BB/K002341/1) (sLola) Exploiting natural product assembly line genomics and synthetic biology for discovery and optimisation of novel agrochemicals, **£4.9 million with £500k from Syngenta,** G. Challis (PI, Warwick), J. Micklefield (PI, Manchester), P. Leadlay (PI Cambridge), R. Cox (PI Bristol). **JM lab £882,007** (fEC £1,209,487), includes 9 PDRA years to JM.

BBSRC (BB/L502017/1) Doctoral Training Grant (Syngenta sLola) **£377,280**; G. Challis (Warwick, PI), J. Micklefield (Manchester, co-I), P. F. Leadlay (Cambridge, Co-I) , A. Bailey & C. Willis (Bristol Co-Is). (01/10/13-30/09/17)

CoEBio3 PhD CASE with industrial affiliates. A 3 year PhD studentship with **£15,000** additional support from CoEBio3 "halogenases"

2012. BBSRC BB/K00199X/1 (sLola) Rapid Evolution of Enzymes and Synthetic Micro-organisms for the Development of Industrial Biocatalysts, **£4.5 million with £500k from GSK,** N. Turner (PI), J. Micklefield (Co-I), N. Scrutton (Co-I), D. Leys (Co-I), R. Goodacre(Co-I), S. Flitsch(Co-I), C. Eyres(Co-I), JM Share *ca*. £0.7 million (7 PDRA years, 1 PhD, consumables etc.).

EPSRC KTA Concept and Feasibility project with Cobra Biologics, “Supply of Small Molecule Inducers for Commercial Licensing Evaluation.” **£29,612**

BBSRC (BB/J019089/1) Feasibility and Benchmarking of RiboTite gene expression control technology **£146,160**

2011 CoEBio3 PhD CASE with industrial affiliates. A 3 year PhD studentship with **£15,000** additional support from CoEBio3 “Alkyltransferases”

BBSRC Follow-on-fund, Pathfinder award “Market Analysis and Intellectual Property Management of Gene Expression Control Technology” **£9500**

EPSRC (EP/I037253/1) Collaborative Networks in Chemical Biology, **£144,333** EPSRC contribution and **£257,250** industrial in-kind contributions “The Manchester Chemical Biology Network” JM (PI) with industrial project partners: AZ, GSK, Pfizer, Peakdale Molecular, Morvus, Oxyrane, Biotica, Imagen-biotech, Syngenta, Senexis.

BBSRC/IPA (BB/I020764/1), £**318,552** (all funding is to JM lab), Directed Evolution of Enantio-complementary Malonate Decarboxylases, Micklefield (PI).

BBSRC (BB/I012648/1) Responsive mode, **£652,206** BBSRC contribution (all funding is to JM lab), “Orthogonal riboswitches as tools for controlling gene expression in bacteria” JM (PI), D. Leys & F. Hayes (FLS, co-Is). Submitted June 2010.

BBSRC (BB/I008055/1) Responsive mode, **£472,039** BBSRC contribution (all funding is to JM lab), “Bioorthogonal site-selective protein immobilisation and labelling” JM (PI), L. S. Wong (EPSRC LSI fellow, co-I). Submitted April 2010.

2010 BBSRC (BB/H015914/1) Industrial PhD CASE award **£75,281.04** with Biotica **(P112840)** “A synthetic biology approach for engineering the biosynthesis for new friulimicin lipopeptide antibiotics.” A 4 year PhD studentship with £20,000 additional support from Biotica.

BBSRC Industrial PhD CASE award with BASF. A 4 year PhD studentship with **£30,000** additional support from BASF (P112654).

CoEBio3 PhD CASE with industrial affiliates. A 3 year PhD studentship with **£15,000** additional support from CoEBio3 “Halogenases.”

EPSRC KTA Fellow. **£179,677** “Manchester centre for chemical intervention in biology and medicine” D. Procter 50%, JM 25%, S. Flitch 25%. July 1 2010 for 24 mth.

TSB, **£132,851** “Biotransformations in ionic liquids” transfer from CEAS. (see 2006 DTI Research Award), Nov 2009-Nov 2010

2008 BBSRC Doctoral Training Grant (DTG) 2007 competition. **36 PhD studentships worth £2,443,078 million.** PhD studentships are 4 yr duration and to be allocated over 3 years from Sept 2009 within the EPS faculty. JM coordinated and led this application in the absence of the outgoing graduate dean of the EPS faculty. JM undertook sole (academic) responsibility for collecting data/information from 50 individual (named) co-applicants in the faculty and then completed the JeS forms/case with administrative assistance from Ann Fretwell (Chemistry) and Alison McMurray (FEPS). Chemistry was the single largest group of co-applicants and other schools involved included CEAS, Computer Science, Physics, Mathematics, SEAES and Materials.

BBSRC Public Engagement Awards 2008. JM hosted a schools outreach project, as an established BBSRC grant holder, with Dr Steven Rossington (exPDRA School of Chemistry). This activity engaged over 1300 students at Key Stages 3-5 students in London, Manchester and York, promoting aspects of Chemical Biology and highlighting the complexities of medicinal drug design. This also highlighted as an example of successful public engagement by BBSRC.

2007 BBSRC Targeted Priority Studentships: Selective Chemical Intervention in Biological Systems (SCIBS). 3 PhD studentships (4 yr duration) Sept 2007. JM was the PI and lead applicant, the case includes projects from *ca.* 30 other academics in chemistry, life science and medicine at the Univ of Manchester (start 2007). Note that the panel scored JMs scientific case highest of the 30. However JM withdrew his individual application, to avoid any accusation of bias. The 3 students were accordingly awarded to other members of the School of Chemistry. 09/07-09/10

CoEBio3 Studentship with an additional **£15,000** (competitive peer review, judged by industrial affiliates). “Redesign and directed evolution of racemase enzymes” (M. Wilding with DSM) 09/07-09/10.

BBSRC Research Equipment Initiative 2007 (BB/E013007/1). **£250,000** (fEC) for a biological pulsed EPR/ENDOR facility for the Manchester Interdisciplinary Biocentre. Stefan Weber (PI), JM (co-I). 09/07-09/10.

BBSRC Research Grant (BB/E017010/1) **£852,151** (fEC cost), BBSRC contribution (80%) £681,729 for “Substrate channelling in catabolism of methylated amines.” David Leys (PI), JM (co-I). 06/07-06/10. (R101577)

BBSRC Research Longer Larger Grant Scheme (LoLa) (BB/F000537/1). £3,489,256 **(£3.5 million** fEC) for “Dynamically-coupled enzyme catalysis: towards a step change in our understanding of enzyme catalysed reactions.” N. Scrutton (PI), JM et al. (co-I). 09/07-09/12. (R104553)

BBSRC EPS faculty DTG PhD studentship (competitive peer review). “New methods for site specific protein immobilisation.” (R. Carrey) 09/07-09/10.

EPSRC School of Chemistry Quota PhD studentship (competitive peer review). “DNA template directed synthesis.” (M. Power) 09/07-09/10.

2006 EPSRC Adventurous Research in Chemistry (EP/D053951) **£ 263,882** (£50,000 to JM) for 1 year PDRA (R. Wong). “Approaches towards the nucleic acid template directed assembly of complex synthetic molecules.” JM (co–I) with 5 others. 10/06-10/07. (R012236)

BBSRC Targeted Priority SCIBS PhD (competitive peer review). “Chemical and genetic selection of small molecule responsive riboswitches.” (J. Duncan) 09/07-09/10.

BBSRC Research Grant (BB/D000203/1) **£723,329** for “A novel strategy for microarrays of selective binding agents: closed loop aptameric directed evolution (CLADE)” Douglas Kell (PI), JM (co–I) *al*. 09/06-09/09. (R100171)

BASF Research Grant €1.0 million (euro) or **£730,000** of which **£218,000** was awarded to JM to support 1 PDRA for 3 years. JM lead the component of the bid concerned with “New malonate decarboxylases for biocatalysis” the remainder of the funds (£512,000) went to the UK Centre of Excellence in Biocatalysis (CoEBio3). Application led by Stan Roberts, with JM, Nick Turner *et al*. (co-Is) 06/06-06/09. (R013645)

DTI Research Award. The total project value is **£1,048,252,** which DTI pays 50% the remainder comes from various industrial sponsors. UoM gets £**310,379** directly from DTI of which JM was awarded £60K for a fully funded PhD studentship (under sole supervision of

JM. “Biotransformations in ionic liquids.” Gill Stephens (PI), JM (co-I) Ken Seddon Queens Belfast (co-I). 09/07-09/10. (R0100813 & R111014)

BBSRC JEI (Grant BB/D524608/1). **£199,800** for a high-brilliance X-ray generator with CCD detector for the Manchester Interdisciplinary Biocentre. John McCarthy (PI), JM (co-I) *et al*. 01/06-01/09.

2005 EPSRC Basic technology Research programme, Research Councils (EP/C523857/1). **£ 3,143,259** (**£181,000** RCH1175 to JM) “The Snomipede: Building Materials Molecule-by-Molecule.” Graham Leggett, Univ. of sheffield (PI) JM (co–I), *et al.* 01/05-01/09. (R011840 & R012761)

CoEBio3 PhD Studentship (competitive peer review, judged by industrial affiliates). “Novel Biocatalytic Amide Reductions” with Gill Stephens (CEAS)

BBSRC Research Grant (BB/D005612/1). Selective chemical Intervention in Biological systems (SCIBs) initiative **£688,499** for 2PDRA, 1 TED, equipment and consumables “Co-evolution of small molecule responsive riboswitches by chemical and genetic selection” JM (PI) J. McCarthy and F. Hayes (co-I) ranked 9/74. 04/06-04/10. (R012766 & R012673)

BBSRC Manchester Centre for Integrated Systems Biology **£6,424,232** (£6.4 million). Douglas Kell (PI) JM (co–I) with 39 others. 01/06-

EPSRC Quota PhD studentship (competitive peer review). “Synthesis and biophysical evaluation of backbone extended pyrrolidine-amide oligonucleotide mimics.” (N. Bell) 09/05-09/08.

2004 BBSRC Research Equipment Initiative 2003 (REI20500) **£123,120** Infrastructure for single-molecule biology in the Manchester Interdisciplinary Biocentre.” Douglas Kell (PI), JM, J. McCarthy, J. Derrick, A. Doig (co-Is). 07/04-07/07

BBSRC Research Grant total **£460 382**. (BB/C503662/1 £246,575 & BBC5072101 £213,807) 3 year grant for 2 PDRAs, part time technician & equipment. “Biosynthetic engineering of nonribosomal lipopeptides antibiotics in the model actinomycetes, *Streptomyces coelicolor*.” JM (PI), Colin P. Smith (co-I)

Wellcome Trust Equipment Grant (075314/Z/04/Z) **£91,838** for a peptide synthesiser and HPLC equipment. A. Doig (PI), JM (co-I) *et al*. (R012493)

EPSRC Quota PhD studentship (competitive peer review). “Pyrrolidine-amide oligonucleotide mimics.” (R. Worthington) 09/04-09/07.

2003 BBSRC Industrial CASE PhD studentship with Biotica Technologies Limited (Cambridge). Includes an additional **£12,000** (competitive peer review). “Development of methodology for engineering the biosynthesis of nonribosomal peptides in *Steptomyces coelicolor*.” 10/03-10/06. (R012735)

INEOS Fluor Industrial Grant **£57,950** (with 50% overheads), for 1 year funding of a PDRA. “Biotransformations in HFC solvents II” 04/04-04/05. (R01736)

EPSRC Faraday Partnership Industrial PhD CASE award (Implementation of Biocatalytic Manufacturing Processes) with INEOS Fluor with an additional **£27,000**. “Biotransformations in HFCs II.” 10/03-10/06.

2002 EPSRC Research Grant (GR/R94374/01) **£114,228** for 1 PDRA “Synthesis and nucleic acid binding properties of *de novo* zwitterionic pyrrolidine-phosphonate oligonucleotide mimics.” 01/03-01/05 (Final report: overall grade GOOD).

BBSRC, Research Committee PhD Studentship (2002) (competitive peer review). "DNA and RNA recognition properties of *de novo* zwitterionic pyrrolidine–phosphonate oligonucleotide mimics." (R. Wong) 09/02-09/05

EPSRC PhD Studentship (competitive peer review). "Solid phase synthesis and nucleic acid binding properties of mixed sequence pyrrolidine-amide oligonucleotide mimics." A. O'Rourke, 09/02-09/05

0.5 EPSRC PhD Studentship Lee Jon Ball, "NMR structural studies of acidic lipopeptide antibiotics." Joint with V. Ramesh, 09/02-09/05.

2001 BBSRC Research Grant (36/B15998) **£207,632**. 3 year grant for 1 PDRA, part time technician & money for the purchase of a state of the art double beam UV-vis spectrophotometer with 6 sample Peltier control and stop flow kinetics. "Exploring the high affinity, kinetically selective binding of RNA over DNA by pyrrolidine-amide oligonucleotide mimics (POM)." 01/02–01/05

2000 BBSRC Plants & Microbial Sciences Research Committee Studentships, "Exploiting the *Streptomyces coelicolor* genome sequence: Engineered biosynthesis of novel lipopeptide antibiotics." JM (co–I and C P Smith (PI) JM (co-I) wrote the proposal. (L. Gordon) 10/00-10/03

GlaxoWellcome CASE support for a PhD Studentship **£20,250**. JM (PI) and C P Smith (co–I). 10/00-10/03

ICI Chemicals and Polymers (now INEOS Fluor) 3 year research grant (**£109,700** with 50% overheads), "Biotransformations in HFC solvents." 10/00-10/03

EPSRC PhD Studentship (competitive peer review). "Synthesis and biophysical properties of backbone modified nucleic acids." 10/00-10/03

BBSRC, Research Committee PhD Studentship (2001) (competitive peer review), studentship is managed by the EPSRC, "Exploring the kinetically selective binding of ssRNA over ssDNA by pyrrolidine–amide oligonucleotide mimics." 10/01-10/04

BBSRC/Glaxo Wellcome Industrial PhD CASE Studentship (competitive peer review). With an additional **£19,500**. "Modification of lipopeptide antibiotics from *Streptomyces* by a chemical and genetic approach." JM (PI ) and C.P.Smith (co-I), (C. Milne)10/00-10/03

Pfizer Academic Travel Award 2000 to present a paper, "Kinetically selective binding of single stranded RNA over DNA by a pyrrolidine-amide oligonucleotide mimic (POM)," at The XIV International Roundtable: Nucleosides, Nucleotides and Their Biological Applications, San Francisco, USA (Sept).

1999 EPSRC PhD Studentship, "Backbone modified nucleic acids: Synthesis and hybridisation properties."

BBSRC research grant (36/B12126) for **£192,320**. 3 year support of 1 postdoctoral RA, a part time technician, consumables and equipment. "Combinatorial biosynthesis of lipopeptides: The function of the multienzyme system required for CDA biosynthesis." JM (principal applicant) and C.P.Smith (BmS UMIST, co–appl.). 04/00-04/03. (Final report: overall grade B, which is defined as Work that has added significantly to knowledge in the field and met the majority of its agreed or related key objectives)

1998 UMIST Chemistry departmental start-up grant (£20,000).

1996 Birkbeck College Research Grant (£9,000) "Synthesis of biliprotein pigments."

EPSRC PhD CASE Studentship (competitive peer review) with Dr J. Slater and Array Tec Chemical Sensors "Novel Biosensors."

Royal Society Research Grant (£7,925), "Novel antisense agents."

1995 Birkbeck College, Chemistry departmental start-up grant (£20,000).

EPSRC PhD Studentship "Backbone modified nucleic acids."

CONFERENCE ORGANISATION

Organiser of *RSC international conference on Directing Biosynthesis 2015*, John Innes Centre, Norwich.

Organiser of *RSC international conference on Directing Biosynthesis 2012*, Univ of Nottingham.

Organiser of *RSC international conference on Directing Biosynthesis 2010*, Univ of Durham, 15-17 Sept.

Organiser and chair of the *RSC Nucleic Acids Forum* MIB, Manchester 7 July 2006 (*ca*. 150 delegates).

Organiser and chair of the *RSC Bio-organic Chemistry Annual Meeting* MIB, Manchester 18 Dec 2006 (*ca*. 150 delegates).

Organiser of the International Conference "*Genomes to Systems (G2S)*" and chair of the Chemical Genomics Session. 17-19 Mar 2008, Manchester. Planned to attract >800 delegates and >50 exhibitors, and 200 posters.

Organising committee of the International Symposium "*Heterocyclic Chemistry: Synthesis Chemical Biology and Drug Discovery.*" Part of the IUPAC 2009 meeting to be held in Glasgow.

Organising committee of an RSC (Nucleic Acids Group) 2 day meeting "*Nucleic Acid Chemistry and Biology.*" Manchester Interdisciplinary Biocentre, Sept 2009.

CONSULTANCIES

*The Gerson Lehrman Group* (GLG). JM was a council member and consultant to GLG clients. GLG is global networks of executives, physicians, scientists, engineers, attorneys, and other professionals who deliver expertise and decision-making assistance to business, government and investment leaders from around the world. http://www.glgcouncils.com/ (JM's involvement has been concerned with the potential of siRNA for therapeutic development, 2006)

*RecombinoGen Ltd.* (Surrey) is a biopharmaceutical research and development company generating novel, lead drug candidates for the anti-infectives disease market http://www.recombinogen.com/ (2004-2007)

*INEOS Fluor* (Runcorn Cheshire). Hydrofluorocarbon solvents in biocatalysis (2000-2004)

REVIEWER

JM regularly reviews/referees papers (*ca*. 20-40 per year) and grant applications (*ca*. 6-10 per year).

PUBLIC DISSEMINATION, LOCAL AND NATIONAL PRESS

Our work on the biosynthetic engineering of lipopeptide antibiotics (*e.g*. Micklefield *et al. J. Am. Chem. Soc* **2007**, *129*, 15182-15191) was reported in the following national and local newspapers:

***Daily Express*** "Scientists fight back against superbugs," article by John Triggs & Jenna Hodson (11/12/07). "British Scientist from the University of Manchester have discovered new ways of tweaking the molecular structures of antibiotics..... "

***Manchester Evening News*** "Sinking the superbugs," article by Amanda Crook (5/12/2007).
Scientists have developed a way of producing a new generation of drugs designed to stay one step ahead of deadly superbugs. And they work at Manchester University......The 'tweaking' technique will feature in the Journal of American Chemical Society. Project leader Dr Jason Micklefield said: "The

results are essential in the development of the next generation of antibiotics, which are critical to combat emerging superbugs that have acquired resistance.... ”
(http://www.manchestereveningnews.co.uk/news/health/s/1027085_sinking_the_superbugs)

***Chemistry and Industry*** “Biosynthesis Tweaks Antibiotics,” article by Sarah Houlton (24/12/2007 issue 24, pp 6, http://www.chemind.org/CI/index.jsp). The ongoing battle with antibiotic resistant bacteria such as MRSA and *C. difficile* means that new antibiotics are very much needed to treat them. Now scientists at the University of Manchester have developed a way of altering the structure of calcium–dependent lipopeptide antibiotics based on biosynthesis that could lead to novel drugs that are active against superbugs (*J. Am. Chem. Soc*. **2007**, *129*, 15182).

***BBSRC Brochure: Tackling Superbugs*** (Jan 2008). Our work on lipopeptide antibiotics was also covered in this magazine “Chemists and bioscientists from the University of Manchester (led by Dr Jason Micklefield) have shed light on the biosynthetic pathways and enzymes which make an unusual class of antibiotic.... ” This magazine illustrates the relevance of basic and strategic bioscience research to major challenges, and thus demonstrates the potential social and economic benefits of BBSRC funded research. The brochure is aimed primarily at government officials/policymakers, industry, the media and the wider public. (http://www.bbsrc.ac.uk/publications/corporate/bioscience_behind_superbugs.html)

***UniLife*** “Scientists strike blow in superbugs struggle.” (04/02/08. issue 4, volume 5.). An article featuring our research into the biosynthesis of lipopeptide antibiotics was also published in the University of Manchester magazine.

***Guardian*** article about synthetic biology: "Biofuels aren't the only target of synthetic biology. Scientists at the University of Manchester are trying to engineer bacteria to make novel antibiotics." Johnjoe McFadden Guardian 24 August 2009
http://www.guardian.co.uk/commentisfree/2009/aug/23/venter-artificial-life-genetics

***RSC Chemistry World*** (26/08/2008). “High-throughput protein microarrays on the way.” Article by Fred Campbell following our publication *J. Am. Chem. Soc*. 2008, 130, 12456. A new method to rapidly generate protein microarrays has been developed by UK researchers at the University of Manchester… “This is the first attachment method of its kind. It's very nice because it creates stable, covalent bonds under mild, protein-friendly conditions,” says Brian Haab, a biomedical scientist at the Van Andel Research Institute, US. “Those features could be useful in a variety of applications, such as bio-compatible materials generation.”
(http://www.rsc.org/chemistryworld/News/2008/August/26080803.asp)

***PNAS riboswitch paper 2010:*** Chemical gene switch highlighted in *Nature* **2010***, 463,* 591 (http://dx.doi.org/10.1038/463591b); Re-engineering orthogonally selective riboswitches evaluated by *Faculty1000* (http://www.f1000biology.com/article/id/2771957); Engineered switches to control gene expression inside of living cells. Spotlight in *ACS Chemical Biology* **2010***, 5,* 349 (http://pubs.acs.org/doi/pdfplus/10.1021/cb100086a)

OTHER ESTEEM INDICATORS

JM has been approached officially by (HoDs or heads of selection panels) on more than ten occasions to discuss his availability for Professorial Chair Positions by Universities both in the UK and overseas but has declined any offers/or invitations to apply in order to remain at The University of Manchester.

EXTERNAL ADVISORY ROLES

External advisor and interview panel member for the selection of a Chair in Chemical Biology at the University of Strathclyde.

External advisor on Chair appointments at the University of Bonn, Germany

REF Assessment exercise, external assessor for the Department of Chemistry at the Lancaster University.

EXTERNAL EXAMINER UNDERGRADUATE DEGREES

2009-2013 University of Salford, undergraduate degree programmes in Life Science and Pharmaceutical Science

EXTERNAL PhD EXAMINER

April 2005 Department of Chemistry, University of Cambridge (for Dr Joe Spencer).

July 2005 Division of Organic Chemistry (Synthesis), National Chemical Laboratory, Pune, INDIA (for Prof. Krishna Ganesh).

April 2007 Department of Chemistry, University of Southampton (for Dr Cameron Nylon).

June 2007 Department of Chemistry, University of Strathclyde (for Prof. Duncan Graham).

Dec 2007 Department of Chemistry, University of Leeds (for Dr Stuart Warriner).

April 2008 Department of Chemistry, University of Strathclyde (for Prof. Colin Suckling).

Nov 2009 Department of Chemistry, Heriot-Watt University (for Dr Nicola Howarth).

Sept 2010 Division of Organic Chemistry (Synthesis), National Chemical Laboratory, Pune, INDIA (for Prof. Vaijayanti Kumar).

April 2012 Department of Chemistry, University of Bristol (for Prof Russell Cox).

June 2014 Department of Chemistry, University of Durham (Dr David Hogson)

Dec 2014 University of Edinburgh (Dr Dominic Compopiano)

Jan 2015 University of Cambridge (Prof. Chris Abel)

INVITATIONS RECEIVED FOR PRESENTATION OF EXTERNAL LECTURES

JM has been invited to give over 80 external lectures. These include 32 lectures at major international conferences and 24 overseas lectures. *International Conference, †Overseas.

2015 IBLF Industrial Biotechnology Showcase, QEII Conference Centre, London 11-12 Feb.

2014 BBSRC IBBE Grant holder's Workshop, 27-28 November, University of Warwick.

*† 4th Zing Nucleic Acids Conference, Cancun, Mexico.5th - 9th December 2014

Invited lecture, University College London and Birkbeck College London 29 Nov 2014

*† Key Note lecture International Symposium on Synthetic Biology (ISSB), Beijing, China, 26 -27 Oct 2014.

† Institute of Microbiology, Chinese Academy of Sciences, Beijing, China, 25 Oct 2014

Outlooks in Synthetic Biology, University of Manchester, 11 April 2014.

2013 GSK- Edinburgh Sympossium on Synthesis and Catalysis, University of Edinburgh, 19 June 2013.

*† Symposium on Biomolecular Synthesis and Nanotechnology" University of Southern Denmark, Odense, Denmark on June 3-4, 2013.

* Plenary lecture: 47th European Symposium on Biological and Organic Chemistry May 17th-19th 2013, Gregynog, Powys, Wales

* Society for General Microbiology, Mar 25-28 2013 in Manchester, UK

2012 *† Zing Biocatalysis Conference, Xcaret, Cancun, Mexico, Dec 10-13, 2010.

*† Synthetic Biology Symposium, Washington, DC, USA June 12-13, 2012. Organised jointly by National Academy of Sciences (NAS), National Academy of Engineering (NAE), Royal Society (RS), Royal Academy of Engineering (RAE), Chinese Academy of Sciences (CAS) and Chinese Academy of Engineering (CAE).

*† Keynote Lecture, The 9th Foundations of Nanoscience Meeting: Self Assembled Architectures and Devices (FNANO12), synthetic biology track , Snowbird Utah April 15-19, 2012.

*† Zing Natural Products Chemistry Feb 2012, Lanzerote, Spain.

Dr Reddy's Laboratories, Chriotech Technology Centre, Cambride 30 Jan 2012, "Engineering biosynthetic pathways and enzymes"

2011 * Challenges in Chemical Biology - International Symposia on Advancing the Chemical Sciences (ISACS5), 26-29 July 2011, Manchester, UK.

*† Plenary XIV Symposium on the Chemistry of Nucleic Acids, Český Krumlov, Czech Republic. June 5-10, 2011

*† Plenary Zing Natural Products Chemistry 2011, 13-16th Feb 2011, Sharm el Sheikh

Cellzome, Cambridge, "Riboswitches" 26 Jan 2011.

2010 † BASF Ludwigshafen, Germany "AMDase enzymes" 17 Sept 2010.

Centre for Biophysics and Catalysis, Launch Sympossium, "Riboswitches" 4 Oct 2010.

*† Gordon research conference, Bioctalysis, July 11-16, 2010 Bryant University Smithfield, RI, USA

2009 Inaugural "Frontiers in Chemical Biology" symposium at the Astbury Centre, University of Leeds, Monday 14th December 2009.

The 13th Firbush Conference of the Bioorganic Group of the Royal Society of Chemistry. "Structure guided directed evolution of alkenyl and arylmalonate decarboxylases," 11-13 Sept 2009.

* RSC International Conference on Functional Molecules from Natural Sources. Magdalen College, University of Oxford, 5-8 July 2009. "Biosynthetic Engineering of nonribosomal lipopeptide antibiotics."

University of Durham, Dept of Chemistry, 4 Mar 2009.

† Universität Zürich Organisch-chemisches Institut 23-25 Mar 2009

University of St Andrews, Dept of Chemistry 4 Feb 2009.

2008 *† Japan-UK Bilateral Meeting on Genomics and Biosynthesis of Antibiotic Production, Tokyo, Japan, 30 Oct - 2 Nov 2008. "Biosynthetic engineering of nonribosomal lipopeptide antibiotics and related biocatalysis."

GSK, Stevenage, 16th October 2008, "Synthetic biology: From nucleic acid redesign to engineering biosynthetic pathways" Lecture broadcast to all GSK sites world wide

Interdisciplinary Bioscience Research Conference, held at the Manchester Interdisciplinary Biocentre, 2nd-3rd October 2008

* RSC International Conference: Chemistry in the New World of Bioengineering and Synthetic Biology. University of Oxford, 22-24 Sept 2008. "Co-evolution of small molecule responsive riboswitches using chemical and genetic selection."

University of Edinburgh, School of Chemistry, 10 Sept 2008. "Biosynthetic engineering of nonribosomal lipopeptides"

*† The 4th International Congress on Biocatalysis (Biocat2008), Hamburg University of Technology, Germany, 31Aug – 4 Sept 2008. "Biosynthetic engineering of nonribosomal

lipopeptide antibiotics and related biocatalysis.”

*† Plenary IUPAC International Conference on Biodiversity and Natural Products (ICOB-6 and ISCNP-26) to be held at the Delta Prince Edward, in Charlottetown, Prince Edward Island, Canada, 13-18 July 2008. “Biosynthetic Engineering of nonribosomal lipopeptides.” *Acceptance lecture for the RSCs NPR lecture award.*

University of Sheffield, Public Meeting of the EPSRC Basic Technology Consortium SNOMIPEDE, 5 July. “Nanoscale biomolecular arrays.”

*† XIV Symposium on the Chemistry of Nucleic Acids, Český Krumlov, Czech Republic. 8-13 June 2008.

University of Leeds, School of Chemistry, 2 April 2008. “Biosynthetic engineering and related chemical biology.”

Nucleic Acids Symposium, University of Leicester, Centre for Chemical Biology, 6 Mar 2008. “Nucleic acid recognition and the redesign of nature's genetic material.”

2007 † Brussels EU meeting, Institut de Recherches Microbiologiques J-M Wiame, Université Libre de Bruxelles .8 July 2007. “Engineering natural product biosynthesis pathways.”

Frontiers of Biocatalysis and Enzymology–The Manchester Connection, Manchester Interdisciplinary Biocentre, 11 July 2007. “Biosynthetic engineering of nonribosomal lipopeptide antibiotics and related biocatalysis.”

The 12th Firbush Conference of the Bioorganic Group of the Royal Society of Chemistry. “Biosynthetic engineering of nonribosomal lipopeptide antibiotics,” 7-9 Sept 2007.

2006 *† 10th International Symposium on Natural Product Chemistry Karachi, Pakistan 6-9 Jan 2006. *withdrew*.

RSC Chemistry of Ageing Symposium, Burlington House, London, 21 April 2006. “Nucleic acid mimics: The redesign of nature's genetic material.”

* 40th European Symposium on Bio-Organic Chemistry (ESBOC), “Natural products and their cellular targets” Gregynog, Wales. “Biosynthetic Engineering of nonribosomal lipopeptide antibiotics,” 19-22 May 2006.

* RSC International Conference on Chemical Biology: Directing Biosynthesis, Robinson College, Cambridge. “Biosynthetic Engineering of nonribosomal lipopeptide antibiotics,” 11-13 September 2006,

University of Surrey School of Biomedical and Molecular Sciences, 12 Oct 2006. “Biosynthetic Engineering of nonribosomal lipopeptide antibiotics.”

2005 † The University of Marburg (Germany) on the invitation of Prof. Mohamed A. Marahiel. 2 Feb 2005. “Biosynthetic engineering of the calcium-dependent antibiotics in *Streptomyces coelicolor*.”

*† The First European Conference on Chemistry for Life Sciences. “Understanding the chemical

Mechanisms of life," Rimini, Italy, 4-8 Oct 2005. "Design, synthesis and biophysical properties of modified nucleic acids and oligonucleotide mimics."

* RSC Nucleic Acids Chemistry Towards Biology: 50 Years On. MRC Laboratory of Molecular Biology, Cambridge, 8 Dec. 2005. "Design, synthesis and biophysical properties of modified nucleic acids and oligonucleotide mimics."

2004 *† Beilsein-Institut, International Conference: The Chemical Theatre of Biological Systems, Bozen, Italy, 24-28 May 2004. "Combinatorial Biosynthesis of Nonribosomal Lipopeptides."

RSC sponsored lecture, to members of the Birmingham and West Midlands Division of the RSC at the Univ of Warwick, 8 Jan 2004. "Engineering the Biosynthesis of nonribosomal peptides."

Queen Mary College, University of London, Dept of Chemistry, 17 Mar 2004. "Nucleic Acid Mimics and nonribosomal peptides."

Biotica Technologies, Cambridge, 2 Mar 2004. "Biosynthetic Engineering of nonribosomal lipopeptide antibiotics."

* 7th International Symposium on Biomolecular Chemistry - ISBOC-7, Univ of Sheffield, UK, 27-01 July 2004. "Biosynthetic Engineering of nonribosomal lipopeptide antibiotics."

The UK Centre of Excellence in Biocatalysis, Wilton, Middlesboro, 20 Sept 2004. "Biosynthetic engineering of non-ribosomal peptides & Biocatalysis in hydrofluorocarbon (HFC) solvents.".

* Promoting Biocatalysis: New Developments and Future Prospects. A joint Conference Pro-Bio & LINK Applied Biocatalysis. Scarman House, University of Warwick, 8-9 Nov 2004. "Pressurised liquid hydrofluorocarbons as a new media for biocatalysis"

2003 *† International Conference on Nucleic Acid Chemical Biology, Odense, Denmark, 19-20 June 2003. (Invite Prof. Jesper Wengel) "Design, synthesis and biophysical properties of modified nucleic acids and oligonucleotide mimics."

* Royal Society of Chemistry, The Spinks Symposium "DNA structure and function: a therapeutic target for the 21st century", London (invite Prof. Stephen Niedle), 22 Jan 2003. "Design, synthesis and biophysical properties of modified nucleic acids and oligonucleotide mimics."

* Nucleosides, nucleotides and nucleic acids: Their chemistry and application. Royal Institute, London, 1 April 2003. Symposium organised by the Chemical Biology and Nucleic acid and molecular biology groups of the RSC. Invite from Prof Stan Roberts & Dr Rick Cosstick. "Synthesis and DNA/RNA binding properties of modified nucleic acids and oligonucleotide mimics."

Victoria University of Manchester, Department of Chemistry, 9 April 2003. "Chemistry and Biology of Nucleic Acid Mimics and chemobiosynthesis of nonribosomal peptides." At the time VUM and UMIST were seperate institutions, so this was an external lecture.

Heriot-Watt University, 23 April 2003. "Nucleic Acid Mimics and nonribosomal peptides."

Exeter University, 18 June 2003. “Nucleic acid mimics, nonribosomal peptides and directed evolution.”

NESBiC Symposium (Structural Biology and Chemical Biology) University of Leeds, 27 June 2003, *withdrew due to illness.*

2002 † Univ de Zaragoza (Spain), Departamento de Quimica Organica, 11-12 April 2002. “Modified Nucleic Acids and Oligonucleotide Mimics.”

University of Nottingham, Dept of Chemistry, 20 Mar 2002. “Nucleic acid mimics and non-ribosomal peptide biosynthesis.”

CUBIST Pharmaceuticals, Slough, 21 Mar 2002. “Engineered Biosynthesis of Non-ribosomal Peptides.”

University of Southampton, Dept of Chemistry, 1 May 2002. “Nucleic acid mimics and non-ribosomal peptide biosynthesis.”

University of Cambridge, Chemical Laboratories, Lensfield Rd, 27 May 2002. “Nucleic acid mimics and engineered biosynthesis of nonribosomal peptides.”

* IIR 2002 International Conference on Oligonucleotide Technologies. Cambridge 11-12 July. “Synthesis and DNA/RNA binding properties of novel modified nucleic acids and oligonucleotide mimics.”

2001 *† ACS International Meeting on Heterocyclic Chemistry, San Antonio, Texas, USA. 17-20 Oct 2001. “Synthesis and Nucleic Acid Binding Properties of Pyrrolidine-Amide Oligonucleotide Mimics (POM).”

GlaxoWellcome Research and Development, Stevenage, 16 Jan 2001. “Non-ribosomal peptide synthetases.”

* NACON-V International Conference on Nucleic Acid Recognition, Sheffield, 8-12 Apr 2001.“Kinetically selective binding of single stranded RNA over DNA by a pyrrolidine–amide oligonucleotide mimic (POM).” Other notable speakers at this conference included Rich Roberts (Nobel Laureate)

RSC Bio-organic conference, Firbush, Scotland, 7-9 Sept 2001. “Synthesis and DNA/RNA Binding Properties of Modified Nucleic Acids and Oligonucleotide Mimics.”

University of Liverpool, Dept of Chemistry, 10 Oct 2001. “Synthesis and DNA/RNA Binding Properties of Modified Nucleic Acids and Oligonucleotide Mimics.”

1999 University of Sheffield, Deptartment of Chemistry, 17 Feb 1999. “Recognition of nucleic acids with backbone modified oligonucleotides.”

GlaxoWellcome Research and Development, Stevenage, 24 Sept 1999. “Biosynthesis of lipopeptides.”

1998 University of Oxford, Department of Chemistry, Dyson Perrins Laboratory, Mar 1998. "Recognition of nucleic acids using modified oligonucleotides." (interview for lectureship).

UMIST, Manchester, Department of Chemistry, May 1998. "Recognition of nucleic acids using modified oligonucleotides."

Greater Manchester Symposium, Zeneca Pharmaceuticals, 28 Oct 1998. "Recognition of nucleic acids using modified oligonucleotides."

Paterson Institute for Cancer Research, Manchester, 11 Nov 1998. "Therapeutic Oligonucleotides."

1995 King's College London, Department of Chemistry, Nov 1995. "Stereochemistry of enzyme catalysed reactions."

1994 Birkbeck College and University College London, Departments of Chemistry, Mar 1994. "A Synthesis of Haem $d_1$."

ACADEMIC RESEARCH COLLABORATION

JM has a strong track record of collaboration, particularly with groups in biological sciences (see below) and JM recognises the importance of these contributions, which have undoubtedly increased the quality of his research outputs. Also, in addition to furthering his own research programmes through collaboration, JM has demonstrated considerable collegiality by supporting the research activities of other groups. This is best demonstrated through the many successful joint grant applications that JM has been involved in (see research grants section). Nevertheless, JM remains his own person and continues to develop his own individual (inventive) academic identity, which is not reliant on other individuals or groups. **This is exemplified by the fact that the vast majority of publications (since becoming lecturer) were led by JM as the senior corresponding author**.

JM's academic career has to large extent been concerned with developing both the chemistry and biology research expertise within the one laboratory in order to deliver novel, independent chemical-biology research and training (that would be difficult if entirely reliant on collaboration across disciplinary boundaries). It is now possible within the MIB for JM to run a truly multidisciplinary research group in the same laboratory, which has access to all the required facilities in chemistry and biology.

The collaborators who have contributed to our work and *vice versa*, include:

Prof Colin P. Smith (Manchester, now at the University of Surrey): Streptomyces genetics

Prof Mohamed A. Marahiel, Fachbereich Chemie/Biochemie, Philipps-Universität Marburg, Marburg Germany.

Dr V. Ramesh (Manchester): NMR conformational studies of lipopeptide antibiotics.

Dr Gill Stevens (CEAS Manchester): Biotransformations and biocatalysis.

Prof. Ferda Mavituna (CEAS Manchester): Metabolic engineering.

Prof. Paul Torrence (formerly NIH Bethesda USA, now chair of the Department of Chemistry at the University of Northern Arizona): Backbone modified oligonucleotides.

Dr Paul King (University of London): Theoretical chemistry.

Prof. Barrie Wilkinson (Head of Natural Products Chemistry, Biotica Technologies Cambridge): Biosynthetic engineering.

Prof David Leys (FLS)

Prof Graham Leggett (Chair in Bioanalytical Science, Univ. of Sheffield): EPSRC Basic Technology Consortium.

Prof Neil Bruce (School of Biological Sciences, University of York): BASF project on malonate decarboxylases.

Prof Chad Mirkin (USA)

## STATEMENT ON ENTERPRISE AND KNOWLEDGE TRANSFER (SOCIAL & ECONOMIC IMPACT)

Former co-workers from the JM lab have secured prestigious fellowships (e.g. the Marie Curie Fellowship, EPSRC LSI Fellowship, BBSRC and RSE Fellowships), lectureships & professorships and senior positions in leading companies. Destinations of some of our PhDs: Lecturer Univ Newcastle then Avecia (Med Chem, Boston USA); Professor & Faculty Dean (Kerman Univ, Iran); Marie Curie Fellowship (Univ Louis Pasteur, France) then Ac Immune (Med Chem, Switzerland); Galileo Pharma then GSK (Singapore); Aztra Zeneca (Biotrans, Sweden); Recombinogen (Biotech, UK); Aztra Zeneca (Med Chem, UK) then Thermofischer (Anal Chem, UK); Baker Petrolite (Petrochemicals, UK & USA); BioPharmaceuticals Div (Biotech, Italy); Onyx Scientific (Med Chem, UK); Science Teacher (UK); FujiFilm (Synthesis, UK); Shasun Pharma (Med Chem, UK); Aztra Zeneca (Anal Chem, UK); Assistant Professor (North Carolina State Univ, USA); Cambridge Epigenetix (Med Chem, UK); Adelphi (Pharma UK); Unilever (UK); CSIRO (Australia); Quay Pharma; Research fellow (Academia Sinica, Tiawan); several others took up PDRA positions. Destinations of PDRAs: EPSRC Fellowship & Lectureship (UoM); BBSRC/RSE Fellowship, David Philips Fellowship (UoM); Eden Biodesign Ltd (Biopharma UK); Indian Institute of Science (Bangalore, India); Boots (Pharmaceutical Sci, UK); Lecturer Huddersfield & Open University (UK); Paterson Institute (Lab Manager, UK); Chemistry school teacher (Holland); Novacta Biotech (UK); and several took up further PDRAs.

JM also has a strong track record of collaboration with industry and has established joint projects with GlaxoSmithKline, Syngenta, Biotica, INEOS Fluor, BASF, DSM, Astrazeneca (and other industrial affiliates of the CoEBio3) and QUILL (Ionic liquids, industrial consortium Belfast DTI). So far two patents have been published (with INEOS Fluor), which exploit the discovery in the Micklefield laboratory that hydrolase enzymes have improved catalytic properties in pressurised liquid hydrofluorocarbons (HFCs), compared with conventional media. A third patent was also submitted (with BASF) which exploits the structure and mechanism of an unusual class of malonate decarboxylase enzymes (elucidated in the Micklefield lab). The malonate decarboxylase can catalyse the asymmetric decarboxylation of disubstituted malonates leading to homochiral carboxylic acids, which are valuable precursors in pharmaceutical synthesis. A fourth patent was submitted on methods to engineer lipopeptide antibiotics developed in the JM lab. Finally a patent has been submitted to protect IP in the area of riboswitch gene expression tools.

Furthermore JM has acted as a consultant to INEOS Fluor (biocatalysis in HFCs) and RecombinoGen Ltd. (UK, antibiotics and biosynthetic engineering). JM was also a council member of the Gerson Lehrman Group (GLG), for whom he has acted as a consultant to biotechnology clients with interests in siRNA based therapeutics. Finally JM has contacts with industrialists as a member of RSC Bio-organic and Nucleic acid subject groups. This has led to the promotion of industrially related research/collaborations through various RSC meetings and conferences.

As well as increasing the economic impact of his research, JM has actively sought to demonstrate the social impact of his work. For example, through University and BBSRC press releases a series of articles were published in the *Daily Express*, *Manchester Evening News*, *BBSRC magazine*, and other publications based on work carried out in the Micklefield lab. These articles all describe research concerned with developing new methods for modifying the molecular structures of lipopeptide antibiotics, which are

currently used to combat MRSA and other pathogens resistant to other antibiotics (of major public concern). Finally JM was recipient of a BBSRC Public Engagement Awards 2008, which engaged over 1300 students at Key Stages 3-5 students in London, Manchester and York, promoting aspects of Chemical Biology and highlighting the complexities of medicinal drug design. This also highlighted as an example of successful public engagement by BBSRC.

(FURTHER SOCIAL & ECONOMIC IMPACT)

Most recently, I took on the major responsibility of leading the UKs natural product research community, as PI and Director of **NPRONET** (http://npronet.com), one of BBSRC's Networks in Industrial Biotechnology & Bioenergy (NIBB). NPRONET comprises 37 academic institutions, 25 companies (including GSK, Pfizer, Syngenta, UCB, Novacta, Croda *etc*.) with over 200 members in the UK and overseas. NPRONET promotes UK research in the natural products field, provides proof-of-concept funding and assists in building new academic-industrial partnerships to attract larger external research investment. The network is central to the BBSRC's and the Government's commitment to promote Industrial Biotechnology in the UK. My leadership of NPRONET further emphasises my reputation and standing in the community.

D. Willets, NIBB announcement: http://www.bbsrc.ac.uk/news/industrial-biotechnology/2013/131218-pr-unique-industry-academia-nibbs.aspx

JM is also PI and Director of the EPSRC-BBSRC-MRC funded **Manchester Chemical Biology Network** (MCBN, see http://www.mib.ac.uk/MCBN.html) for details of all those that will benefit from this). MCBN provides a unique cross-disciplinary forum for uniting scientists from chemical, biological and medical science, with user organisations including industry, KTNs, healthcare providers and charities, to focus on the emerging themes in chemical biology which are central to tackling grand challenges in healthcare. The network provides a platform for the development of innovative and novel science & technology, for the exchange of best practice, and for building collaborations leading to solid sustainable links and partnerships for translational research, with accelerated economic and societal impact. In addition to network meetings, workshops and sandpits, MCBN provides seed funding (UoM-industry exchanges, consumables and PhD funding in the first instance) in order to establish new collaborative interdisciplinary research projects between UoM academics and the end users listed below. This research is central to several RCUK strategic priority areas including: advances towards next generation healthcare (EPSRC); synthetic biology, systems biology & technological development (BBSRC); natural protection, tissue disease & degeneration, and genetics & disease (MRC). MCBN's long term goal is to become the main focal point for chemical biology in Europe. More than 40 research groups in this area have already committed to MCBN, including 15 from the School of Chemistry, along with 12 Biotech and Pharma companies and various other partners (e.g. AZ, GSK, Pfizer, Peakdale Molecular, Morvus, Oxyrane, Biotica, Imagen-biotech, Syngenta, Senexis), who have formally agreed to make contributions totalling £250k for travel and staff time (12 letters of support available on request).

## TEACHING

TEACHING DUTIES (81 contact hour per year)

*Lecture courses (currently 17 hours contact time)*

2012– “Chemistry for Bioscientists” (1022). 7 lectures with 2 workshops to *ca*. 120 Faculty of Life Sciences undergraduate students. The course covers amino acids, peptides, proteins, fatty acids, lipids, carbohydrates and oligosaccharides.

2006– “*Advanced topics in organic chemistry: Chemical biology*” (41412). 8 lectures during Semester 2 to *ca*. 45 fourth year MChem undergraduates, as part of the their final year options. Topics covered include: Fatty acid, terpene, polyketide and nonribosomal peptide biosynthesis. Student assessment awarded this course the highest aggregate score for any course within the School of Chemistry in the academic year 2006-2007.

2006–2012 “*Biological pathways: The organic chemistry approach* (BioPath)” (30411). Formerly primary metabolism, covers background to primary and secondary metabolism, enzyme chemistry, glycolysis and the citric acid cycle. 8 lectures to *ca*. 130 third year chemistry undergraduates, as part of the core organic chemistry taught during semester 1.

2006–2009 “*DNA fingerprinting*” (30810 and 20810). 4 lectures during semester 2, for second and third year students taking the forensics option or the chemistry with forensics degree. JM agreed to deliver this course, in the absence of any suitably qualified individuals in the School of Chemistry, even though JM has no background knowledge in forensics. This has therefore proved to be a significant challenge and required considerable background reading in unfamiliar areas.

2008–2011 "Postgraduate lectures" 3 per year

*Tutorials (currently 64 hours contact time)*

2006– First year, second year & third year undergraduate organic chemistry.
(groups of *ca*. 6 students) 2 x 32 tutorials in total during the year.

*Laboratory demonstrating (previously 24 hours contact time)*

2006–2010 *Second year synthesis lab* (*ca*. 150 students).
In 2006 this involved 36 hours, 12 sessions (3h each) during semester 1&2

*Other teaching*

2006- JM is responsible for supervising 2-3 MChem project students each year

PREVIOUS TEACHING DUTIES

*Lecture courses*

2001–2002 "*Biological Chemistry*: *Nucleic acids, Proteins & Carbohydrates.*" 12 postgraduate lectures with V. Ramesh.

1999–2005 "*Enols and enolates.*" (2OC12) 14 lectures presented 6 times to *ca*. 80–90 second year undergraduates in Chemistry during semester 1.

1998–2005 "*Alkynes, dienes and aromatic chemistry.*" (1OC22) 14 lectures presented 7 times to *ca*. 90 first year undergraduates in Chemistry during semester 2.

1998–2005 "*Introduction to organic reaction mechanisms.*" (1MBL) 6 lectures presented 7 times to *ca*. 90 first year undergraduates in Biomolecular Sciences, as part of the module "Molecular basis of life," during semester 1.

1996–1998 "*Carbonyl chemistry: Aldehydes, ketones and carboxylic acid derivatives.*" 7 lectures, 10.5 hours. Presented twice to *ca*. 40 second year undergraduates students at the Univ. of London.

1996–1998 "*Biological Chemistry I: Protein and nucleic acid synthesis and biosynthesis.*" 9 lectures, 13 hours. Presented twice to *ca*. 60 third and fourth year undergraduates students at the Univ. of London.

1996–1998 "*Stereochemistry.*" 7 lectures, 10.5 hours. Presented 3 times to *ca*. 40 second year undergraduates students at the Univ. of London.

1995–1998 "*NMR for Organic Chemists.*" 5 lectures, 7.5 hours. Presented 4 times to *ca*. 40 second year undergraduate students at the Univ. of London.

1993 "*Carbohydrates, amino acids, peptides and proteins*" 10 lectures, 10 hours. Presented to *ca*. 120 second year undergraduate students at the Univ. of Washington (USA).

*Tutorials*

1998–2005 *First year and second year undergraduate Organic Chemistry.* (groups of between 8–12 students) 24 tutorials.

*Laboratory supervision and demonstrating*

1999–2005 *First year organic practical classes* (*ca*. 80-90 students). 54 hours, 18 afternoon sessions (3h each), semester 1 (presented 6 times).

1995–1998 *Second year organic chemistry practical class* (ca. 50 students). 8 classes, 24 hours, presented for 4 consecutive years at the Univ. of London.

*Undergraduate project supervision*

1998–2005 Between 2-5 MChem / BSc undergraduate project students each year

TEACHING OUTSIDE THE SCHOOL

JM was involved in teaching chemistry to biochemists from the former Department of Biomolecular Sciences at UMIST (1 MBL 1998-2005 see above).

JM was invited to lecture as part of the postgraduate lecture series run at the Fachbereich Chemie, Universität Marburg, Germany (Feb 2005) and also at the Univ de Zaragoza, Departamento de Quimica Organica, Spain (April 2002).

After moving from London to Manchester in 1998, JM delivered a lecture course on biological chemistry at the Univ of London (1998 semester 1), whilst employed at UMIST, as no replacement lecturer could be found to deliver this course to the undergraduates in London.

INNOVATIONS IN TEACHING, CURRICULUM REFORM AND DEVELOPMENT

2007 *Working party* to assess the balance of biological chemistry in the current undergraduate degree programmes. Subsequent recommendations were made to the teaching committee.

2007 *Working party* to assess the teaching and learning experience of chemistry students enrolled in the medicinal chemistry degree programme. Subsequent recommendations were made to the teaching committee.

*Development of new modules and programmes*

2001 *Masters Training Package in Physical Methods for Bioanalysis and Post-Genome Science.* Assistant to co-ordinator Brian Booth in the development of this MSc course (ran 5 years).

2001 *Co-ordinator of Postgraduate Lectures courses in Biological Chemistry*. Responsible for design and allocation of teaching duties, integration, assessment and general smooth running of this 12 lecture postgraduate module.

1999 *MSci Chemistry and Biology Degree Working Party.* Design and implementation of a new degree course.

COURSE DIRECTOR /TUTOR (ORGANISATION OF TEACHING)

JM has also taken on the additional responsibilities in the organisation and administration of teaching and assessment at both undergraduate and postgraduate levels.

2007- *Convenor* “Advanced topics in organic chemistry: Chemical biology” (41412).

2007-2009 *Visiting academic tutor* to an undergraduate MChem student working on placement at Aztra Zeneca (Macclesfield). Involves 2 visits and assessment of the industrial projects.

2002–2005 *Postgraduate Degrees Coordinator/tutor* replacing Dr Brian Booth as the Postgraduate tutor. (This was a major task see also administrative duties)

2000–2003 *Organic Group Examinations Coordinator.* (See also administrative duties)

1998–2003 *Postgraduate Seminar Coordinator* for all postgraduate presentations in organic and biological chemistry. This is a key element in the education and progression of all postgraduates working in this area. (See administrative duties)

TEACHING ASSESSMENT AND OUTCOMES

All lecture courses have been self–assessed and assessed by student feedback at the end of each lecture course. These considerations, in addition to exam results, have been used to modify the taught material, teaching style and mediums used for subsequent years. Furthermore, I have taken part in peer audit and received very positive feedback from the assessors e.g. Prof Pat Bailey

*Letter from Prof. Pat Bailey (former Dean of Teaching and Learning) to Prof Bob Munn (former Vice-President for Teaching and Learning, also former HoD) (cc. JM), detailing feed back from a review of JM lecturing.*

Bob/Jason

I sat in on one of Jason's 1st year lectures on Tuesday 18th February (week 4). This was lecture 8 of a 12 lecture course on "Alkynes, Conjugated Unsaturated Systems, and Aromatics" (1OC22). This was a well structured lecture, following a set of excellent handouts that related to the entire course. Jason was thoroughly audible, wrote clearly on the blackboard, used good overheads, and explained all of the material very clearly; however, it was his enthusiasm and confidence that really came over particularly well. My view was that he set quite a tough level of material for year 1 ... but their attentiveness and response to his questions demonstrated that he had maintained their attention and understanding - very impressive. He covered all he intended in a well paced 45 minutes, then told them to put their pens down whilst he told them how important aromatic chemistry was to life, the Universe, and pretty well everything. They were fascinated. Two minor things that he might have improved on were: a) More use of the interactiveness with the students, because they responded well to him, and this would have broken up the main lecture part more (but Jason apparently does often give a change of some sort half way through, in other lectures); b) Guidance as to how the notes they took would mesh in with his excellent handouts (maybe leave key gaps in the handouts to be completed in the lectures).

But this was an excellent lecture from a 'natural' presenter. This was wonderfully reinforced a little later. Talking to an advisee who has dropped out of Physics at Sheffield and joined Chemistry here, he said how much he was enjoying the course. Unprompted, he said something along the lines of: "it was tough at the start of the year, but now I'm starting to see how it all fits together. There are some really interesting lectures ... like the one you were at today - Dr. Micklefield's a really good lecturer, and it's great to see how the first year chemistry links in with really important and exciting science."

Prof. Patrick Bailey

Former Dean of Teaching and Learning
The University of Manchester

## ADMINISTRATION

ACADEMIC LEADERSHIP & MANAGEMENT ROLES

2014- PI and Director of NPRONET (http://npronet.com)

2012- Chair of the EPS Faculty Biosafety Committee.

2012- Leader of the MIB medical and healthcare grand challenges theme.

2011- PI & Director of the EPSRC-BBSRC-MRC funded Manchester Chemical Biology Network (40 PIs, 15 industrial partners & other end users).

2010-12 Head of Synthetic & Chemical Biology (MIB), coordinating research in this area (ca. 20 PIs).

2010- MIB Research Strategy Group (equivalent to a School Management Team)

2009-11 MIB Council (elected council)

2008-11 Director of Research for the School of Chemistry. Responsible for the School's research portfolio (*ca*. 64 PIs) and all that this entails.

2008-11 School of Chemistry Management Team.

2008-11 Chair of the School of Chemistry Research Committee.

2008-11 Faculty of Engineering & Physical Sciences Research Committee.

2006-11 School of Chemistry Personnel Committee.

2005-07 Nominated to serve on the *EPS faculty committee.*

2002-04 *Postgraduate Tutor (Research Degrees Co-ordinator)* (40 days per year 2002-04). Previously JM was head of recruitment, progression and all other aspects of the PhD Degree within the department. JM also dealt with all applications and interviewed all students who applied for PhD positions. This also involves attending a number of external meetings and recruitment events. Overall the job of postgraduate tutor required almost daily attention and as a result of this JM was largely responsible for a full time secretary (Lorraine Onabanjo) and dealt with all personnel issues relating to Lorraine's performance.

GENERAL RESPONSIBILITIES

2007-08 *BBSRC proposal assessor* for the School of Chemistry research committee. JM provides feedback and guidance to others on writing BBSRC grant applications.

2006-08 *Academic co-ordinator of analytical facilities* (*e.g*. HPLC and GC *etc*.) for Chemistry in the MIB.

2005-11 *UCAS interviewing*. Between 8-10 interviewing session (ca. 1.5 h each) are undertaken each year.

2001-04 *Postgraduate Research Student Adviser* (minimal, now complete).

JM was an adviser to a group of first year PhD students in Biological Chemistry. These students, who were not members of JM group, met with JM to discuss their progress, integration into research work, and any problems they encounter that could not be resolved by their own PhD supervisors.

*Masters Training Package in Physical Methods for Bioanalysis and Post-Genome Science.* (2 days per year, now complete). JM acted as an assistant to co-ordinator Dr Brian Booth in the development and implementation of the new MTP. This involved extensive consultation with colleagues in Biomolecular Sciences.

*Central UMIST Library Services Sub-Committee.* (1 Day total, now complete)

2000-04 *Biological Chemistry Group Seminar Organiser* (4-6 Days per year, for 2 years, now complete). JM invited, entertained and introduced external speakers (6 per year) who presented their recent research to members of both the Chemistry and Biomolecular Science Departments.

*Faraday Building Refurbishment Working Party* (2 Days total, now complete) JM contributed to a group concerned with implementation of extensive refurbishments (£3.8 million) of the synthesis laboratories in the Faraday Building.

*Organic Group Examination Co-ordinator* (1 day per year) Responsibilities include compiling a list of all corrections required to all organic chemistry exam papers and carefully monitoring that all corrections are made before examination papers are printed.

*Head of the Faraday HPLC/Analytical Facility* (8 days per year) As head of the Faraday HPLC/analytical facility JM liaises with Senior Experimental Officer Dr Ian Fleet, implementing new ideas that will further increase the smooth running of the facility. In addition JM reports regularly to the organic and biological group Meetings regarding the state of the facility. JM has actively sought to bring in new equipment through industrial contacts and recently negotiated a donation of 3 HPLC instruments from GSK. JM is the line manager of the Senior Experimental Officer in the facility, Dr Ian Fleet.

*UCAS Admissions*. (4-8 days per year) JM was a member of the UCAS team that interviewed and met with six form students when they visitED the Chemistry department at UMIST (1 afternoon every fortnight during semester time). JM's enthusiasm for science and teaching provided the best possible incentive for bright students to choose to join UMIST. JM provided input on ways in which the UCAS interviews can be improved *via* the Admissions Tutor Dr Hinchcliffe and his assistant Joan.

1998-2004 *Postgraduate Seminars*. (4 days/year) JM organised the first year (semester 1), second year and final year (semester 2) postgraduate student seminars (3 per year). This involved organising the speakers, location, visual aids, and advertising the events. In addition JM arranged for a member of the GlaxoSmithKline Company to attend the final year presentations in order to present prizes to the best student talks.

1996 –98 *Chairman of the Board of Examiners, MSc in Chemical Research Degree* (Birbeck College, University of London). This included two sub–board and two university board of examiners' meetings that were successful. These duties required on average 3-5 hours per week of my time.

1995–98 *Departmental Safety Officer* (Birbeck College, University of London) 2-3 hours per week.

## OTHER COMMITTEES & WORKING GROUPS

2007 Working parties to review biological chemistry and medicinal chemistry components of the undergraduate chemistry course.

2006-2011 Nominated *panel to allocate FEPS Quota of BBSRC DTG studentships*.

2006 Organic representative of the committee reviewing the funding of equipment in the undergraduate laboratories.

2003–2004 *Interim School leadership Team (ISLT)-Research Group* (met every fortnight 2003-04).

The group made recommendations to the ISLT on the organisation, support and promotion of research in the new School, and assisted in the drafting of the school development plan. JM was also in part responsible for organising 2 research away-days for all academics in chemistry at both UMIST and VUM.

2002-2004 *Department Research Committee* (3-4 meetings per year 2002-04) In addition to meetings various duties were allocated to JM from this committee, such as co-ordinating the production of the department's research booklet.

2001-2004 *Manchester Interdisciplinary Biocentre (MIB) Steering Committee.* (10 days/year maximum) JM acted as a deputy for Prof. Simon Gaskell and attended most meetings, every fortnight, to steer the successful planning and design of the new Biocentre Building at UMIST (£38 million, Wellcome Trust and SRIF funded). JM acted as a contact point through which staff in chemistry could contribute their ideas on the planning and implementation of the new building. JM regularly distributed information to members of the department involved in the project and collated their responses, ideas and additional information to be submitted to the working group. Generally JM oversaw the smooth involvement of Chemistry in this important project for the future of the new University.

1998-2004 *Library Committee (Chairman 2001-2002).* (2 days/year for 3 years). JM attended regular meetings as the organic group representative on the library committee, reporting recent developments in the library services to members of the organic group. Indeed JM proceeded to become Chairman of the Committee. JM conducted regular discussions with the librarian (Helen Schofield) and personnel from the UMIST library (Jenny Curtis) concerning ways in which the library service and facilities might be improved to benefit chemistry staff and students alike. JM instigated the development of a Chemistry Department Virtual Library.

1999 *MSci Chemistry and Biology Degree Working Party.* (2 Days total, now complete) JM has been an active member of a working party considering the design and implementation of a 4 year MSci Degree in Chemistry and Biology at UMIST. This was a very important move towards building closer links between Chemistry and Biomolecular Sciences, as well as training excellent students with expertise in Biological Chemistry. In the long term this provided a valuable source of potential PhD students with more relevant training for some JM research programmes.

*Academic appointment panels*

JM has been involved in many new appointments and interview panel for lecturer through to professorial appointments in EPS, FLS, FHMS and also externally at Universities in the UK and overseas.

SERVICE ON EXTERNAL BODIES

See page 2 "further appointments" for a list of my more recent and current roles on external bodies. Some earlier work is listed here:

2012 EPSRC-BBSRC-DSTL- MRC Joint Synthetic Biology Initiative Review Panel.

2012 EPSRC Chemistry Panel.

2012 Deutsche Forschungsgemeinschaft (DFG) - German Research Foundation. International Review Panel for Clusters of Excellence (EXC) and Graduate Schools (GSC)

2012 BBSRC Research Committee Panel D (Molecules, cells and industrial biotechnology). This involved up to 4 panels per year (ca. 16 days per year)

2009-2012 Core member BBSRC Research Committee Panel C (Technological and methodological development). This involved up to 3 panels per year.

2006-2008 *BBSRC heads of department meeting*. JM has stood in over a 2 year period for the Head of the School of Chemistry, at these important meeting. JM provides a full report of the content of these meetings to the school research committee.

2006- *EPSRC Chemistry College*.

2006- *RSC Bioorganic Group* (Chemical Biology Forum).

2004- *Current Organic Synthesis* Editorial Board.

2004- *RSC Nucleic Acids Group* (Chemical Biology Forum).

2003-2006 *RSC Chemical Communications* Editorial Advisory Board.

1996-1997 Served as an external MSc examiner at University College London (UCL).

*Staff development*

JM attended a three-day residential staff development course concerning all aspects of lecturing and teaching at UMIST from which he gained a considerable amount of useful information. In addition he has continued to attend several follow-up courses on teaching and various aspects of administration and supervision of research students and staff.