**EXHIBIT B**
**DOCUMENTS CONSIDERED BY EXPERT JASON MICKLEFIELD, Ph.D.**

I have reviewed and relied on portions of the materials listed below.

**PATENTS AND FILE HISTORIES**

U.S. Patent No. 6,914,054

U.S. Patent No. 6,914,054 File History

U.S. Patent No. 7,608,597

U.S. Patent No. 7,608,597 File History

U.S. Patent No. 7,608,600

U.S. Patent No. 7,608,600 File History

U.S. Provisional Application 60/206,585

U.S. Provisional Application 60/392,350

U.S. Provisional Application 60/466,194

U.S. Provisional Application 60/470,949

**REFERENCES**

R.D. BLAKE, INFORMATIONAL BIOPOLYMERS OF GENES AND GENE EXPRESSION (Ann B. McGuire ed., 2005).

PAUL M. DEWICK, ESSENTIALS OF ORGANIC CHEMISTRY (2006).

MARYE ANNE FOX & JAMES K. WHITESELL, ORGANIC CHEMISTRY (2d ed. 1997).

H. ROBERT HORTON ET AL., PRINCIPLES OF BIOCHEMISTRY (John Challice et al. eds., 3d ed. 2002).

THOMAS L. LEMKE, REVIEW OF ORGANIC FUNCTIONAL GROUPS (David B. Troy et al. eds., 4th ed. 2003).

JOHN MCMURRY, FUNDAMENTALS OF ORGANIC CHEMISTRY (Lisa Lockwood et al. eds., 7th ed. 2011).

DAVID L. NELSON & MICHAEL M. COX, LEHNINGER PRINCIPLES OF BIOCHEMISTRY (Katherine Ahr et al. eds., 5th ed. 2008).

I. DAVID REINGOLD, ORGANIC CHEMISTRY (2007).

MICHAEL B. SMITH, ORGANIC CHEMISTRY (2011).

THE AMERICAN HERITAGE DICTIONARY (Houghton Mifflin Co. 4th ed. 2000).

STEDMAN'S MEDICAL DICTIONARY (Maureen Barlow Pugh et al. eds., 27th ed. 2000).