# EXHIBIT C

REVIEW OF

# Organic Functional Groups

## Introduction to Medicinal Organic Chemistry

FOURTH EDITION

Back of Book CD!




Thomas L. Lemke

LIPPINCOTT WILLIAMS & WILKINS

*Editor: David B. Troy*
*Managing Editor: Matthew J. Hauber*
*Marketing Manager: Samantha Smith*
*Production Editor: Jennifer Ajello*
*Designer: Doug Smock*
*Compositor: Maryland Composition*
*Printer: R.R. Donnelly & Sons-Crawfordsville*

Copyright © 2003 Lippincott Williams & Wilkins

351 West Camden Street
Baltimore, MD 21201

530 Walnut Street
Philadelphia, PA 19106

All rights reserved. This book is protected by copyright. No part of this book may be reproduced in any form or by any means, including photocopying, or utilized by any information storage and retrieval system without written permission from the copyright owner.

The publisher is not responsible (as a matter of product liability, negligence, or otherwise) for any injury resulting from any material contained herein. This publication contains information relating to general principles of medical care that should not be construed as specific instructions for individual patients. Manufacturers' product information and package inserts should be reviewed for current information, including contraindications, dosages, and precautions.

*Printed in the United States of America*

First Edition, 1983
Second Edition, 1987
Third Edition, 1992

**Library of Congress Cataloging-in-Publication Data**

Lemke, Thomas L.
Review of organic functional groups: introduction to medicinal organic chemistry/ Thomas L. Lemke.—4th ed.
p.; cm.
Includes index.
ISBN 0-7817-4381-8
1. Pharmaceutical chemistry. 2. Chemistry, Organic. I. Title.
[DNLM: 1. Chemistry, Organic. 2. Chemistry, Pharmaceutical. QV 744 L554r 2003]
RS403.L397 2003
615′3—dc21

2003051692

*The publishers have made every effort to trace the copyright holders for borrowed material. If they have inadvertently overlooked any, they will be pleased to make the necessary arrangements at the first opportunity.*

To purchase additional copies of this book, call our customer service department at **(800) 638-3030** or fax orders to **(301) 824-7390.** International customers should call **(301) 714-2324.**

***Visit Lippincott Williams & Wilkins on the Internet: http://www.LWW.com.*** Lippincott Williams & Wilkins customer service representatives are available from 8:30 am to 6:00 pm, EST.

04 05 06 07 08
2 3 4 5 6 7 8 9 10

# Introductio

This book has been pr
paced review of orga
book were to be pre
require 14 to 16 form
attempt to cover all of the mat
ly increase your comprehensi
material. You should stop to re
stand. Added to this edition of
around each chapter. The que
correct answer. Enclosed with
posed of problem sets corres
(Chapters 2–15 and 17). Each
and a detailed discussion expla
not understand an answer or th
priate section of the book and

## OBJECTIVES

The following outline is a ge
organic chemistry. It is the ob
nomenclature, physical prope
lipid solubility), chemical prop
al group to normal environme
metabolism (the stability of la
referred to as in vivo stability).
great emphasis be placed on c
physical or chemical stability a
to provide background materi
chemistry. The objectives are p
attention on the expected lear
Upon successful completio
attained:

- The student will be able
molecules given a comm
polyfunctional molecules
groups given the chemica

CHAPTER 16

# Oligonucleotides and Nucleic Acids

By far the most important chemicals in all living cells are the nucleic acids deoxyribonucleic acid (DNA) and ribonucleic acid (RNA). These polymeric molecules are the sources of all information needed for the construction of a living organism and the production of the proteins that run the organism, respectively. DNA found in the nucleus of eukaryotic cells is a double-stranded polymer that makes up the genes of an organism. DNA uncoils into a "sense" strand of nucleic acid and an "antisense" strand. The "antisense" strand is transcribed into messenger RNA (mRNA), which has the same sequence as the "sense" strand of DNA. The mRNA leaves the nucleus and in the ribosome serves as the template defining the sequence for protein synthesis. Thus, DNA and its messenger RNA prescribe the construction of all of the proteins of the body that carry out the day-to-day function of the living organism.

**NOMENCLATURE.** The two nucleic acids, DNA and RNA, are made up of four heterocyclic bases: guanine, adenine, and cytosine (common to both DNA and RNA) and uracil or thymine, present in RNA and DNA, respectively (Fig. 16-1). As discussed in Chapter 15, guanine and adenine are purines, while cytosine, uracil, and thymine are pyrimidines. Two pentoses are present in the nucleic acids, and these pentoses are ribose or deoxyribose in RNA or DNA, respectively. When the pentoses are attached to the N-9 position of the purines or the N-1 position of the pyrimidines, the resulting product is named a *nucleoside*. The suffix "-side" indicates the presence of a sugar. Attachment of the sugar to the bases occurs at the 1′ position of the sugar. The linkage between the sugar and the heterocyclic base is through an acetal functional group. Finally, a phosphoric acid is added to the 5′ position of the pentose to give the nucleotide. The phosphate attachment to the sugar is considered an ester group. Nucleic acids result from the polymerization of nucleotides through ester formation of the 5′-phosphate to the 3′ alcohol of the pentose (Fig. 16-2). The continuous chain of pentose-3′,5′-diester is present as the backbone to this polymer.

An oligonucleotide is a short-chain polymer of nucleotides with the same three components: base, sugar, and phosphate ester. The significance of oligonucleotides is that they represent a new approach to drug therapy, and such agents are referred to as "antisense drugs." Such drugs are designed to block protein synthesis in diseases associated with an abnormal protein and overexpression of a normal protein. The antisense drug is designed to interact with mRNA through Watson-Crick base pairing, leading ultimately to the blockage or termination of the action of mRNA.








**FIGURE 16-1.** S

The nomenclature used to i
Arabic number correspondi
"mer." Thus, the presence of
a 21-mer oligonucleotide.

**PHYSICAL-CHEMICAL PRO**
erties possessed by oligon

CHAPTER 16

re the nucleic acids deoxyri-
ese polymeric molecules are
tion of a living organism and
respectively. DNA found in
polymer that makes up the
rand of nucleic acid and an
ribed into messenger RNA
strand of DNA. The mRNA
the template defining the
essenger RNA prescribe the
rry out the day-to-day func-

d RNA, are made up of four
common to both DNA and
NA, respectively (Fig. 16-1).
re purines, while cytosine,
present in the nucleic acids,
or DNA, respectively. When
urines or the N-1 position of
*ucleoside*. The suffix "-side"
sugar to the bases occurs at
sugar and the heterocyclic
phosphoric acid is added to
he phosphate attachment to
result from the polymeriza-
hosphate to the 3′ alcohol of
se-3′,5′-diester is present as

eotides with the same three
nificance of oligonucleotides
and such agents are referred
ock protein synthesis in dis-
ression of a normal protein.
through Watson-Crick base
tion of the action of mRNA.






**FIGURE 16-1.** Structures of components of nucleotides.

The nomenclature used to identify the length of an oligonucleotide is to use an Arabic number corresponding to the number of nucleotides present, followed by "mer." Thus, the presence of 21 nucleotides would be to indicate the compound as a 21-mer oligonucleotide.

■ **PHYSICAL-CHEMICAL PROPERTIES.** The most significant physical-chemical properties possessed by oligonucleotides and nucleic acids are their hydrophilic-




**FIGURE 16-2.** Structure of nucleic acids.

lipophilic properties and the ability of the various bases to recognize each other through hydrogen bonding. The backbone of the nucleotide diesters is hydrophilic in nature. At biologic pH, the phosphate diester is in an ionic state capable of ion-dipole bonding to water, and the pentose has hydrophilic character. The bases are usually considered hydrophobic in nature (Fig. 16-3).

The most unusual characteristic of nucleotides is the ability of the various bases to base pair through hydrogen bonding. The Watson-Crick model states that a guanine will base pair to a cytosine through three hydrogen bonds, while an adenine will base pair to thymine through two hydrogen bonds (Fig. 16-4). This base pairing in DNA thus results in the double helix, in which the ratio of guanine to cytosine is always 1 and the ratio of adenine to thymine is always 1. Because of the base pairing of the two strands of DNA, the hydrophobic bases are oriented to the inside of the double helix and the hydrophilic backbone is oriented to the outside of the helix.

Unlike DNA, RNA tends to exist as single strands with intermittent intramolecular base pairing, resulting in the formation of loops in the structure.




**FIGURE 16-3.** Lipophilic-hydrophilic portions of an oligonucleotide.






**FIGURE 16-4.** Base pairing of th

The design of oligonucleotide d
deoxyribonucleotide analogs can b
as a result can bind to a specific re
This does require that one identify
that the chosen mRNA be associat
Oligonucleotides present an in
both acid- and base-catalyzed hydr
is at the phospho diester bond. The
cleotide fragments, with a phospha
of the pentose. An interesting c
ribose-containing oligonucleotides
more likely to undergo base-catalyz
due to the participation of the 2′-C




**FIGURE 16-5.** Base catalyz

Case 1:13-cv-01987-LPS Document 131-3 Filed 06/23/15 Page 7 of 9 PageID #: 8316






**FIGURE 16-4.** Base pairing of thymine (T) to adenine (A) and guanine (G) to cytosine(C).

The design of oligonucleotide drugs (antisense drugs) is based upon the fact that deoxyribonucleotide analogs can base pair to complementary areas in mRNA and as a result can bind to a specific region of the mRNA to disrupt protein synthesis. This does require that one identify stretches of mRNA that are not base paired and that the chosen mRNA be associated with the aberrant protein.

Oligonucleotides present an in vitro stability problem in that they are prone to both acid- and base-catalyzed hydrolysis. The site most likely to undergo hydrolysis is at the phospho diester bond. The hydrolytic process leads to formation of oligonucleotide fragments, with a phosphate ester remaining at either the 3′ or 5′ position of the pentose. An interesting complication to the base-catalyzed hydrolysis of ribose-containing oligonucleotides has been seen. The ribose oligonucleotides are more likely to undergo base-catalyzed hydrolysis than their deoxyribose counterpart due to the participation of the 2′-OH in the hydrolysis reaction (Fig. 16-5).




**FIGURE 16-5.** Base catalyzed hydrolysis of a ribose oligonucleotide.




**FIGURE 16-6.** Metabolism of an oligonucleotide by endonuclease.




**FIGURE 16-7.** Structural modification of oligonucleotides to protect against nuclease metabolism.



**METABOLISM.** Commo
via nuclease enzymes. Such
they can attack terminal pl
phodiester bonds (endonucl
nucleic acid (Fig. 16-6). The
ification of the backbone of
of the phosphodiester or cha
phorothioates and methylph
2′-O-methylribonucleotide
toward cellular nucleases.




de by endonuclease.




lphosphonate




e

les to protect against nuclease



■ **METABOLISM.** Common metabolism of oligonucleotides and nucleic acids is via nuclease enzymes. Such enzymes are common to most tissues of the body, and they can attack terminal phosphodiester bonds (exonucleases) or internal phosphodiester bonds (endonucleases) to break the backbone of the oligonucleotide or nucleic acid (Fig. 16-6). The design of nuclease-resistant drugs has turned to modification of the backbone of the oligonucleotide through changes in the structure of the phosphodiester or changes in the pentose. Examples of the former are phosphorothioates and methylphosphonates, while an example of the latter would be 2′-O-methylribonucleotide (Fig. 16-7). Such derivatives show increased stability toward cellular nucleases.