# EXHIBIT D

LEHNINGER

# PRINCIPLES OF BIOCHEMISTRY

David L. Nelson
Michael M. Cox

FIFTH EDITION



| | |
|---|---|
| *Publisher:* | SARA TENNEY |
| *Executive Editor:* | KATHERINE AHR |
| *Senior Developmental Editor:* | RANDI ROSSIGNOL |
| *Associate Director of Marketing:* | DEBBIE CLARE |
| *Marketing Director:* | JOHN BRITCH |
| *Senior Media Editor:* | PATRICK SHRINER |
| *Managing Editor:* | PHILIP McCAFFREY |
| *Project Editor:* | ELIZABETH GELLER |
| *Photo Editor:* | BIANCA MOSCATELLI |
| *Photo Researcher:* | DENA BETZ |
| *Text and Cover Designer:* | VICKI TOMASELLI |
| *Page Makeup:* | MARSHA COHEN |
| *Illustration Coordinator:* | SUSAN TIMMINS |
| *Illustrations:* | H. ADAM STEINBERG; NETWORK GRAPHICS |
| *Molecular Graphics:* | H. ADAM STEINBERG; JEAN-YVES SGRO |
| *Production Coordinator:* | PAUL W. ROHLOFF |
| *Composition:* | APTARA, INC. |
| *Manufacturing:* | QUEBECOR |

On the cover: RNA polymerase II from yeast, bound to DNA and in the act of transcribing it into RNA. Image created by H. Adam Steinberg using PDB ID 1I6H as modified by Seth Darst.

Library of Congress Control Number: 2007941224

ISBN-13: 978-0-7167-7108-1
ISBN-10: 0-7167-7108-X
©2008 by W. H. Freeman and Company
All rights reserved

Printed in the United States of America

Second printing

W. H. Freeman and Company
41 Madison Avenue
New York, NY 10010
Houndmills, Basingstoke RG21 6XS, England
www.whfreeman.com



# 8

> A structure this pretty just had to exist.
>
> —*James Watson*, The Double Helix, *1968*

# Nucleotides and Nucleic Acids


8.1 Some Basics 271

8.2 Nucleic Acid Structure 277

8.3 Nucleic Acid Chemistry 287

8.4 Other Functions of Nucleotides 296


Nucleotides have a variety of roles in cellular metabolism. They are the energy currency in metabolic transactions, the essential chemical links in the response of cells to hormones and other extracellular stimuli, and the structural components of an array of enzyme cofactors and metabolic intermediates. And, last but certainly not least, they are the constituents of nucleic acids: deoxyribonucleic acid (DNA) and ribonucleic acid (RNA), the molecular repositories of genetic information. The structure of every protein, and ultimately of every biomolecule and cellular component, is a product of information programmed into the nucleotide sequence of a cell's nucleic acids. The ability to store and transmit genetic information from one generation to the next is a fundamental condition for life.

This chapter provides an overview of the chemical nature of the nucleotides and nucleic acids found in most cells; a more detailed examination of the function of nucleic acids is the focus of Part III of this text.

## 8.1 Some Basics

**Nucleotides, Building Blocks of Nucleic Acids** The amino acid sequence of every protein in a cell, and the nucleotide sequence of every RNA, is specified by a nucleotide sequence in the cell's DNA. A segment of a DNA molecule that contains the information required for the synthesis of a functional biological product, whether protein or RNA, is referred to as a **gene**. A cell typically has many thousands of genes, and DNA molecules, not surprisingly, tend to be very large. The storage and transmission of biological information are the only known functions of DNA.

RNAs have a broader range of functions, and several classes are found in cells. **Ribosomal RNAs (rRNAs)** are components of ribosomes, the complexes that carry out the synthesis of proteins. **Messenger RNAs (mRNAs)** are intermediaries, carrying genetic information from one or a few genes to a ribosome, where the corresponding proteins can be synthesized. **Transfer RNAs (tRNAs)** are adapter molecules that faithfully translate the information in mRNA into a specific sequence of amino acids. In addition to these major classes there is a wide variety of RNAs with special functions, described in depth in Part III.

### Nucleotides and Nucleic Acids Have Characteristic Bases and Pentoses

**Nucleotides** have three characteristic components: (1) a nitrogenous (nitrogen-containing) base, (2) a pentose, and (3) a phosphate **(Fig. 8–1)**. The molecule




**FIGURE 8–1 Structure of nucleotides. (a)** General structure showing the numbering convention for the pentose ring. This is a ribonucleotide. In deoxyribonucleotides the —OH group on the 2′ carbon (in red) is replaced with —H. **(b)** The parent compounds of the pyrimidine and purine bases of nucleotides and nucleic acids, showing the numbering conventions.

without the phosphate group is called a **nucleoside**. The nitrogenous bases are derivatives of two parent compounds, **pyrimidine** and **purine**. The bases and pentoses of the common nucleotides are heterocyclic compounds.

**KEY CONVENTION:** The carbon and nitrogen atoms in the parent structures are conventionally numbered to facilitate the naming and identification of the many derivative compounds. The convention for the pentose ring follows rules outlined in Chapter 7, but in the pentoses of nucleotides and nucleosides the carbon numbers are given a prime (′) designation to distinguish them from the numbered atoms of the nitrogenous bases. ■

The base of a nucleotide is joined covalently (at N-1 of pyrimidines and N-9 of purines) in an *N*-β-glycosyl bond to the 1′ carbon of the pentose, and the phosphate is esterified to the 5′ carbon. The *N*-β-glycosyl bond is formed by removal of the elements of water (a hydroxyl group from the pentose and hydrogen from the base), as in *O*-glycosidic bond formation (see Fig. 7–29).

Both DNA and RNA contain two major purine bases, **adenine** (A) and **guanine** (G), and two major pyrimidines. In both DNA and RNA one of the pyrimidines is **cytosine** (C), but the second major pyrimidine is not the same in both: it is **thymine** (T) in DNA and **uracil** (U) in RNA. Only rarely does thymine occur in RNA or uracil in DNA. The structures of the five major bases are shown in **Figure 8–2**, and the nomenclature of their corresponding nucleotides and nucleosides is summarized in Table 8–1.

Nucleic acids have two kinds of pentoses. The recurring deoxyribonucleotide units of DNA contain 2′-deoxy-D-ribose, and the ribonucleotide units of RNA contain D-ribose. In nucleotides, both types of pentoses are in their β-furanose (closed five-membered ring) form. As **Figure 8–3** shows, the pentose ring is not planar but occurs in one of a variety of conformations generally described as "puckered."




**FIGURE 8–2 Major purine and pyrimidine bases of nucleic acids.** Some of the common names of these bases reflect the circumstances of their discovery. Guanine, for example, was first isolated from guano (bird manure), and thymine was first isolated from thymus tissue.

**KEY CONVENTION:** Although DNA and RNA seem to have two distinctions—different pentoses and the presence of uracil in RNA and thymine in DNA—it is the pentoses that define the identity of a nucleic acid. If the nucleic acid contains 2′-deoxy-D-ribose, it is DNA by definition even though it may contain some uracil. Similarly, if the nucleic acid contains D-ribose, it is RNA regardless of its base composition. ■

**TABLE 8–1 Nucleotide and Nucleic Acid Nomenclature**

| Base | Nucleoside | Nucleotide | Nucleic acid |
|---|---|---|---|
| **Purines** | | | |
| Adenine | Adenosine | Adenylate | RNA |
| | Deoxyadenosine | Deoxyadenylate | DNA |
| Guanine | Guanosine | Guanylate | RNA |
| | Deoxyguanosine | Deoxyguanylate | DNA |
| **Pyrimidines** | | | |
| Cytosine | Cytidine | Cytidylate | RNA |
| | Deoxycytidine | Deoxycytidylate | DNA |
| Thymine | Thymidine or deoxythymidine | Thymidylate or deoxythymidylate | DNA |
| Uracil | Uridine | Uridylate | RNA |

**Note:** "Nucleoside" and "nucleotide" are generic terms that include both ribo- and deoxyribo- forms. Also, ribonucleosides and ribonucleotides are here designated simply as nucleosides and nucleotides (e.g., riboadenosine as adenosine), and deoxyribonucleosides and deoxyribonucleotides as deoxynucleosides and deoxynucleotides (e.g., deoxyriboadenosine as deoxyadenosine). Both forms of naming are acceptable, but the shortened names are more commonly used. Thymine is an exception; "ribothymidine" is used to describe its unusual occurrence in RNA.




**FIGURE 8–3 Conformations of ribose. (a)** In solution, the straight-chain (aldehyde) and ring (β-furanose) forms of free ribose are in equilibrium. RNA contains only the ring form, β-D-ribofuranose. Deoxyribose undergoes a similar interconversion in solution, but in DNA exists solely as β-2′-deoxy-D-ribofuranose. **(b)** Ribofuranose rings in nucleotides can exist in four different puckered conformations. In all cases, four of the five atoms are in a single plane. The fifth atom (C-2′ or C-3′) is on either the same (endo) or the opposite (exo) side of the plane relative to the C-5′ atom.

**Figure 8–4** gives the structures and names of the four major **deoxyribonucleotides** (deoxyribonucleoside 5′-monophosphates), the structural units of DNAs, and the four major **ribonucleotides** (ribonucleoside 5′-monophosphates), the structural units of RNAs.




**FIGURE 8–4 Deoxyribonucleotides and ribonucleotides of nucleic acids.** All nucleotides are shown in their free form at pH 7.0. The nucleotide units of DNA **(a)** are usually symbolized as A, G, T, and C, sometimes as dA, dG, dT, and dC; those of RNA **(b)** as A, G, U, and C. In their free form the deoxyribonucleotides are commonly abbreviated dAMP, dGMP, dTMP, and dCMP; the ribonucleotides, AMP, GMP, UMP, and CMP. For each nucleotide, the more common name is followed by the complete name in parentheses. All abbreviations assume that the phosphate group is at the 5′ position. The nucleoside portion of each molecule is shaded in pink. In this and the following illustrations, the ring carbons are not shown.




**FIGURE 8–5 Some minor purine and pyrimidine bases, shown as the nucleosides.** **(a)** Minor bases of DNA. 5-Methylcytidine occurs in the DNA of animals and higher plants, $N^6$-methyladenosine in bacterial DNA, and 5-hydroxymethylcytidine in the DNA of bacteria infected with certain bacteriophages. **(b)** Some minor bases of tRNAs. Inosine contains the base hypoxanthine. Note that pseudouridine, like uridine, contains uracil; they are distinct in the point of attachment to the ribose—in uridine, uracil is attached through N-1, the usual attachment point for pyrimidines; in pseudouridine, through C-5.




**FIGURE 8–6 Some adenosine monophosphates.** Adenosine 2′-monophosphate, 3′-monophosphate, and 2′,3′-cyclic monophosphate are formed by enzymatic and alkaline hydrolysis of RNA.

Although nucleotides bearing the major purines and pyrimidines are most common, both DNA and RNA also contain some minor bases **(Fig. 8–5)**. In DNA the most common of these are methylated forms of the major bases; in some viral DNAs, certain bases may be hydroxymethylated or glucosylated. Altered or unusual bases in DNA molecules often have roles in regulating or protecting the genetic information. Minor bases of many types are also found in RNAs, especially in tRNAs (see Fig. 8–25 and Fig. 26–23).

**KEY CONVENTION:** The nomenclature for the minor bases can be confusing. Like the major bases, many have common names—hypoxanthine, for example, shown as its nucleoside inosine in Figure 8–5. When an atom in the purine or pyrimidine ring is substituted, the usual convention (used here) is simply to indicate the ring position of the substituent by its number—for example, 5-methylcytosine, 7-methylguanine, and 5-hydroxymethylcytosine (shown as the nucleosides in Fig. 8–5). The element to which the substituent is attached (N, C, O) is not identified. The convention changes when the substituted atom is exocyclic (not within the ring structure), in which case the type of atom is identified and the ring position to which it is attached is denoted with a superscript. The amino nitrogen attached to C-6 of adenine is $N^6$; similarly, the carbonyl oxygen and amino nitrogen at C-6 and C-2 of guanine are $O^6$ and $N^2$, respectively. Examples of this nomenclature are $N^6$-methyladenosine and $N^2$-methylguanosine (Fig. 8–5). ■

Cells also contain nucleotides with phosphate groups in positions other than on the 5′ carbon **(Fig. 8–6)**. **Ribonucleoside 2′,3′-cyclic monophosphates** are isolatable intermediates, and **ribonucleoside 3′-monophosphates** are end products of the hydrolysis of RNA by certain ribonucleases. Other variations are adenosine 3′,5′-cyclic monophosphate (cAMP) and guanosine 3′,5′-cyclic monophosphate (cGMP), considered at the end of this chapter.

## Phosphodiester Bonds Link Successive Nucleotides in Nucleic Acids

The successive nucleotides of both DNA and RNA are covalently linked through phosphate-group "bridges," in

which the 5′-phosphate group of one nucleotide unit is joined to the 3′-hydroxyl group of the next nucleotide, creating a **phosphodiester linkage** (Fig. 8–7). Thus the covalent backbones of nucleic acids consist of alternating phosphate and pentose residues, and the nitrogenous bases may be regarded as side groups joined to the backbone at regular intervals. The backbones of both DNA and RNA are hydrophilic. The hydroxyl groups of the sugar residues form hydrogen bonds with water. The phosphate groups, with a $pK_a$ near 0, are completely ionized and negatively charged at pH 7, and the negative charges are generally neutralized by ionic interactions with positive charges on proteins, metal ions, and polyamines.

**KEY CONVENTION:** All the phosphodiester linkages in DNA and RNA have the same orientation along the chain (Fig. 8–7), giving each linear nucleic acid strand a specific polarity and distinct 5′ and 3′ ends. By definition, the **5′ end** lacks a nucleotide at the 5′ position and the **3′ end** lacks a nucleotide at the 3′ position. Other groups (most often one or more phosphates) may be present on one or both ends. The 5′ to 3′ orientation of a strand of nucleic acid refers to the *ends* of the strand, not the orientation of the individual phosphodiester bonds linking its constituent nucleotides. ■

The covalent backbone of DNA and RNA is subject to slow, nonenzymatic hydrolysis of the phosphodiester bonds. In the test tube, RNA is hydrolyzed rapidly under alkaline conditions, but DNA is not; the 2′-hydroxyl groups in RNA (absent in DNA) are directly involved in the process. Cyclic 2′,3′-monophosphate nucleotides are the first products of the action of alkali on RNA and are rapidly hydrolyzed further to yield a mixture of 2′- and 3′-nucleoside monophosphates (Fig. 8–8).




**FIGURE 8–7 Phosphodiester linkages in the covalent backbone of DNA and RNA.** The phosphodiester bonds (one of which is shaded in the DNA) link successive nucleotide units. The backbone of alternating pentose and phosphate groups in both types of nucleic acid is highly polar. The 5′ end of the macromolecule lacks a nucleotide at the 5′ position, and the 3′ end lacks a nucleotide at the 3′ position.




**FIGURE 8–8 Hydrolysis of RNA under alkaline conditions.** The 2′ hydroxyl acts as a nucleophile in an intramolecular displacement. The 2′,3′-cyclic monophosphate derivative is further hydrolyzed to a mixture of 2′- and 3′-monophosphates. DNA, which lacks 2′ hydroxyls, is stable under similar conditions.