Filed 06/23/15 Page 1 of 5 PageID #:


The nucleotide sequences of nucleic acids can be represented schematically, as illustrated below by a segment of DNA with five nucleotide units. The phosphate groups are symbolized by Ⓟ, and each deoxyribose is symbolized by a vertical line, from C-1′ at the top to C-5′ at the bottom (but keep in mind that the sugar is always in its closed-ring β-furanose form in nucleic acids). The connecting lines between nucleotides (which pass through Ⓟ) are drawn diagonally from the middle (C-3′) of the deoxyribose of one nucleotide to the bottom (C-5′) of the next.




Some simpler representations of this pentadeoxyribonucleotide are pA-C-G-T-$A_{OH}$, pApCpGpTpA, and pACGTA.

**KEY CONVENTION:** The sequence of a single strand of nucleic acid is always written with the 5′ end at the left and the 3′ end at the right—that is, in the 5′ → 3′ direction. ■

A short nucleic acid is referred to as an **oligonucleotide**. The definition of "short" is somewhat arbitrary, but polymers containing 50 or fewer nucleotides are generally called oligonucleotides. A longer nucleic acid is called a **polynucleotide**.

## The Properties of Nucleotide Bases Affect the Three-Dimensional Structure of Nucleic Acids

Free pyrimidines and purines are weakly basic compounds and thus are called bases. The purines and pyrimidines common in DNA and RNA are aromatic molecules (Fig. 8–2), a property with important consequences for the structure, electron distribution, and light absorption of nucleic acids. Electron delocalization among atoms in the ring gives most of the bonds partial double-bond character. One result is that pyrimidines are planar molecules and purines are very nearly planar, with a slight pucker. Free pyrimidine and purine bases may exist in two or more tautomeric forms depending on the pH. Uracil, for example, occurs in lactam, lactim, and double lactim forms **(Fig. 8–9)**. The structures shown in Figure 8–2 are the tautomers that predominate at pH 7.0. All nucleotide bases absorb UV light, and nucleic acids are characterized by a strong absorption at wavelengths near 260 nm **(Fig. 8–10)**.




**FIGURE 8–9 Tautomeric forms of uracil.** The lactam form predominates at pH 7.0; the other forms become more prominent as pH decreases. The other free pyrimidines and the free purines also have tautomeric forms, but they are more rarely encountered.

The purine and pyrimidine bases are hydrophobic and relatively insoluble in water at the near-neutral pH of the cell. At acidic or alkaline pH the bases become charged and their solubility in water increases. Hydrophobic stacking interactions in which two or more bases are positioned with the planes of their rings parallel (like a stack of coins) are one of two important modes of interaction between bases in nucleic acids. The stacking also involves a combination of van der Waals and dipole-dipole interactions between the bases. Base stacking helps to minimize contact of the bases with water, and base-stacking interactions are very important in stabilizing the three-




| Molar extinction coefficient at 260 nm, $\varepsilon_{260}$ ($M^{-1}cm^{-1}$) | |
|---|---|
| AMP | 15,400 |
| GMP | 11,700 |
| UMP | 9,900 |
| dTMP | 9,200 |
| CMP | 7,500 |

**FIGURE 8–10 Absorption spectra of the common nucleotides.** The spectra are shown as the variation in molar extinction coefficient with wavelength. The molar extinction coefficients at 260 nm and pH 7.0 ($\varepsilon_{260}$) are listed in the table. The spectra of corresponding ribonucleotides and deoxyribonucleotides, as well as the nucleosides, are essentially identical. For mixtures of nucleotides, a wavelength of 260 nm (dashed vertical line) is used for absorption measurements.




**FIGURE 8–11 Hydrogen-bonding patterns in the base pairs defined by Watson and Crick.** Here as elsewhere, hydrogen bonds are represented by three blue lines.

dimensional structure of nucleic acids, as described later.

The functional groups of pyrimidines and purines are ring nitrogens, carbonyl groups, and exocyclic amino groups. Hydrogen bonds involving the amino and carbonyl groups are the most important mode of interaction between two (and occasionally three or four) complementary strands of nucleic acid. The most common hydrogen-bonding patterns are those defined by James D. Watson and Francis Crick in 1953, in which A bonds specifically to T (or U) and G bonds to C **(Fig. 8–11)**. These two types of **base pairs** predominate in double-stranded DNA and RNA, and the tautomers shown in Figure 8–2 are responsible for these patterns. It is this specific pairing of bases that permits the duplication of genetic information, as we shall discuss later in this chapter.



James D. Watson



Francis Crick, 1916–2004

## SUMMARY 8.1 Some Basics

- A nucleotide consists of a nitrogenous base (purine or pyrimidine), a pentose sugar, and one or more phosphate groups. Nucleic acids are polymers of nucleotides, joined together by phosphodiester linkages between the 5′-hydroxyl group of one pentose and the 3′-hydroxyl group of the next.
- There are two types of nucleic acid: RNA and DNA. The nucleotides in RNA contain ribose, and the common pyrimidine bases are uracil and cytosine. In DNA, the nucleotides contain 2′-deoxyribose, and the common pyrimidine bases are thymine and cytosine. The primary purines are adenine and guanine in both RNA and DNA.

## 8.2 Nucleic Acid Structure

The discovery of the structure of DNA by Watson and Crick in 1953 was a momentous event in science, an event that gave rise to entirely new disciplines and influenced the course of many established ones. In this section we focus on DNA structure, some of the events that led to its discovery, and more recent refinements in our understanding of DNA. RNA structure is also introduced.

As in the case of protein structure (Chapter 4), it is sometimes useful to describe nucleic acid structure in terms of hierarchical levels of complexity (primary, secondary, tertiary). The primary structure of a nucleic acid is its covalent structure and nucleotide sequence. Any regular, stable structure taken up by some or all of

Filed 06/23/15 Page 3 of 5 PageID #:
9


the nucleotides in a nucleic acid can be referred to as secondary structure. All structures considered in the remainder of this chapter fall under the heading of secondary structure. The complex folding of large chromosomes within eukaryotic chromatin and bacterial nucleoids is generally considered tertiary structure; this is discussed in Chapter 24.

## DNA Is a Double Helix That Stores Genetic Information

DNA was first isolated and characterized by Friedrich Miescher in 1868. He called the phosphorus-containing substance "nuclein." Not until the 1940s, with the work of Oswald T. Avery, Colin MacLeod, and Maclyn McCarty, was there any compelling evidence that DNA was the genetic material. Avery and his colleagues found that DNA extracted from a virulent (disease-causing) strain of the bacterium *Streptococcus pneumoniae* and injected into a nonvirulent strain of the same bacterium transformed the nonvirulent strain into a virulent strain. They concluded that the DNA from the virulent strain carried the genetic information for virulence. Then in 1952, experiments by Alfred D. Hershey and Martha Chase, in which they studied the infection of bacterial cells by a virus (bacteriophage) with radioactively labeled DNA or protein, removed any remaining doubt that DNA, not protein, carried the genetic information.

Another important clue to the structure of DNA came from the work of Erwin Chargaff and his colleagues in the late 1940s. They found that the four nucleotide bases of DNA occur in different ratios in the DNAs of different organisms and that the amounts of certain bases are closely related. These data, collected from DNAs of a great many different species, led Chargaff to the following conclusions:

1. The base composition of DNA generally varies from one species to another.
2. DNA specimens isolated from different tissues of the same species have the same base composition.
3. The base composition of DNA in a given species does not change with an organism's age, nutritional state, or changing environment.
4. In all cellular DNAs, regardless of the species, the number of adenosine residues is equal to the number of thymidine residues (that is, A = T), and the number of guanosine residues is equal to the number of cytidine residues (G = C). From these relationships it follows that the sum of the purine residues equals the sum of the pyrimidine residues; that is, A + G = T + C.

These quantitative relationships, sometimes called "Chargaff's rules," were confirmed by many subsequent researchers. They were a key to establishing the three-dimensional structure of DNA and yielded clues to how genetic information is encoded in DNA and passed from one generation to the next.



**FIGURE 8–12 X-ray diffraction pattern of DNA.** The spots forming a cross in the center denote a helical structure. The heavy bands at the left and right arise from the recurring bases.

To shed more light on the structure of DNA, Rosalind Franklin and Maurice Wilkins used the powerful method of x-ray diffraction (see Box 4–5) to analyze DNA fibers. They showed in the early 1950s that DNA produces a characteristic x-ray diffraction pattern **(Fig. 8–12)**. From this pattern it was deduced that DNA molecules are helical with two periodicities along their long axis, a primary one of 3.4 Å and a secondary one of 34 Å. The problem then was to formulate a three-dimensional model of the DNA molecule that could account not only for the x-ray diffraction data but also for the specific A = T and G = C base equivalences discovered by Chargaff and for the other chemical properties of DNA.



Rosalind Franklin, 1920–1958



Maurice Wilkins, 1916–2004

James Watson and Francis Crick relied on this accumulated information about DNA to set about deducing its structure. In 1953 they postulated a three-dimensional model of DNA structure that accounted for all the available data. It consists of two helical DNA chains wound around the same axis to form a right-handed double helix (see Box 4–1 for an explanation of the right- or left-handed sense of a helical structure). The hydrophilic backbones of alternating deoxyribose and phosphate groups are on the outside of the double helix, facing the surrounding water. The furanose ring of each deoxyribose is in the C-2′ endo conformation. The purine and pyrimidine bases of both strands are stacked inside the

Filed 06/23/15 Page 4 of 5 PageID #:






**FIGURE 8–13 Watson-Crick model for the structure of DNA.** The original model proposed by Watson and Crick had 10 base pairs, or 34 Å (3.4 nm), per turn of the helix; subsequent measurements revealed 10.5 base pairs, or 36 Å (3.6 nm), per turn. **(a)** Schematic representation, showing dimensions of the helix. **(b)** Stick representation showing the backbone and stacking of the bases. **(c)** Space-filling model.

double helix, with their hydrophobic and nearly planar ring structures very close together and perpendicular to the long axis. The offset pairing of the two strands creates a **major groove** and **minor groove** on the surface of the duplex (Fig. 8–13). Each nucleotide base of one strand is paired in the same plane with a base of the other strand. Watson and Crick found that the hydrogen-bonded base pairs illustrated in Figure 8–11, G with C and A with T, are those that fit best within the structure, providing a rationale for Chargaff's rule that in any DNA, G = C and A = T. It is important to note that three hydrogen bonds can form between G and C, symbolized G≡C, but only two can form between A and T, symbolized A═T. This is one reason for the finding that separation of paired DNA strands is more difficult the higher the ratio of G≡C to A═T base pairs. Other pairings of bases tend (to varying degrees) to destabilize the double-helical structure.

When Watson and Crick constructed their model, they had to decide at the outset whether the strands of DNA should be **parallel** or **antiparallel**—whether their 3′,5′-phosphodiester bonds should run in the same or opposite directions. An antiparallel orientation produced the most convincing model, and later work with DNA polymerases (Chapter 25) provided experimental evidence that the strands are indeed antiparallel, a finding ultimately confirmed by x-ray analysis.

To account for the periodicities observed in the x-ray diffraction patterns of DNA fibers, Watson and Crick manipulated molecular models to arrive at a structure in which the vertically stacked bases inside the double helix would be 3.4 Å apart; the secondary repeat distance of about 34 Å was accounted for by the presence of 10 base pairs in each complete turn of the double helix. In aqueous solution the structure differs slightly from that in fibers, having 10.5 base pairs per helical turn (Fig. 8–13).

As Figure 8–14 shows, the two antiparallel polynucleotide chains of double-helical DNA are not identical in either base sequence or composition. Instead they are **complementary** to each other. Wherever adenine occurs in one chain, thymine is found in the other; similarly, wherever guanine occurs in one chain, cytosine is found in the other.

The DNA double helix, or duplex, is held together by two forces, as described earlier: hydrogen bonding between complementary base pairs (Fig. 8–11) and base-stacking interactions. The complementarity between the DNA strands is attributable to the hydrogen bonding between base pairs. The base-stacking interactions, which are largely nonspecific with respect to the identity of the stacked bases, make the major contribution to the stability of the double helix.

The important features of the double-helical model of DNA structure are supported by much chemical and biological evidence. Moreover, the model immediately suggested a mechanism for the transmission of genetic information. The essential feature of the model is the complementarity of the two DNA strands. As Watson and Crick were able to see, well before confirmatory data became available, this structure could logically be replicated by (1) separating the two strands and (2) synthesizing a complementary strand for each. Because nucleotides in each new strand are joined in a sequence specified by the base-pairing rules stated above, each preexisting strand




**FIGURE 8–14 Complementarity of strands in the DNA double helix.** The complementary antiparallel strands of DNA follow the pairing rules proposed by Watson and Crick. The base-paired antiparallel strands differ in base composition: the left strand has the composition $A_3$ $T_2$ $G_1$ $C_3$; the right, $A_2$ $T_3$ $G_3$ $C_1$. They also differ in sequence when each chain is read in the 5′ → 3′ direction. Note the base equivalences: A = T and G = C in the duplex.




**FIGURE 8–15 Replication of DNA as suggested by Watson and Crick.** The preexisting or "parent" strands become separated, and each is the template for biosynthesis of a complementary "daughter" strand (in pink).

functions as a template to guide the synthesis of one complementary strand **(Fig. 8–15)**. These expectations were experimentally confirmed, inaugurating a revolution in our understanding of biological inheritance.

## WORKED EXAMPLE 8–1 Base Pairing in DNA

In samples of DNA isolated from two unidentified species of bacteria, X and Y, adenine makes up 32% and 17%, respectively, of the total bases. What relative proportions of adenine, guanine, thymine, and cytosine would you expect to find in the two DNA samples? What assumptions have you made? One of these species was isolated from a hot spring (64 °C). Which species is most likely the thermophilic bacterium, and why?

**Solution:** For any double-helical DNA, A = T and G = C. The DNA from species X has 32% A and therefore must contain 32% T. This accounts for 64% of the bases and leaves 36% as G≡C pairs: 18% G and 18% C. The sample from species Y, with 17% A, must contain 17% T, accounting for 34% of the base pairs. The remaining 66% of the bases are thus equally distributed as 33% G and 33% C. This calculation is based on the assumption that both DNA molecules are double-stranded.

The higher the G + C content of a DNA molecule, the higher the melting temperature. Species Y, having the DNA with the higher G + C content (66%), most likely is the thermophilic bacterium; its DNA has a higher melting temperature and thus is more stable at the temperature of the hot spring.

## DNA Can Occur in Different Three-Dimensional Forms

DNA is a remarkably flexible molecule. Considerable rotation is possible around several types of bonds in the sugar–phosphate (phosphodeoxyribose) backbone, and thermal fluctuation can produce bending, stretching, and unpairing (melting) of the strands. Many significant deviations from the Watson-Crick DNA structure are found in cellular DNA, some or all of which may be important in DNA metabolism. These structural variations generally do not affect the key properties of DNA defined by Watson and Crick: strand complementarity, antiparallel strands, and the requirement for A═T and G≡C base pairs.

Structural variation in DNA reflects three things: the different possible conformations of the deoxyribose, rotation about the contiguous bonds that make up the phosphodeoxyribose backbone **(Fig. 8–16a)**, and free rotation about the C-1′–*N*-glycosyl bond (Fig. 8–16b). Because of steric constraints, purines in purine nucleotides are restricted to two stable conformations with respect to deoxyribose, called syn and




**FIGURE 8–16 Structural variation in DNA. (a)** The conformation of a nucleotide in DNA is affected by rotation about seven different bonds. Six of the bonds rotate freely. The limited rotation about bond 4 gives rise to ring pucker, in which one of the atoms in the five-membered furanose ring is out of the plane described by the other four. This conformation is endo or exo, depending on whether the atom is displaced to the same side of the plane as C-5′ or to the opposite side (see Fig. 8–3b). **(b)** For purine bases in nucleotides, only two conformations with respect to the attached ribose units are sterically permitted, anti or syn. Pyrimidines generally occur in the anti conformation.