Filed 06/23/15 Page 1 of 5 PageID #:



anti (Fig. 8–16b). Pyrimidines are generally restricted to the anti conformation because of steric interference between the sugar and the carbonyl oxygen at C-2 of the pyrimidine.

The Watson-Crick structure is also referred to as **B-form DNA**, or B-DNA. The B form is the most stable structure for a random-sequence DNA molecule under physiological conditions and is therefore the standard point of reference in any study of the properties of DNA. Two structural variants that have been well characterized in crystal structures are the **A** and **Z forms**. These three DNA conformations are shown in **Figure 8–17**, with a summary of their properties. The A form is favored in many solutions that are relatively devoid of water. The DNA is still arranged in a right-handed double helix, but the helix is wider and the number of base pairs per helical turn is 11, rather than 10.5 as in B-DNA. The plane of the base pairs in A-DNA is tilted about 20° with respect to the helix axis. These structural changes deepen the major groove while making the minor groove shallower. The reagents used to promote crystallization of DNA tend to dehydrate it, and thus most short DNA molecules tend to crystallize in the A form.

Z-form DNA is a more radical departure from the B structure; the most obvious distinction is the left-handed helical rotation. There are 12 base pairs per helical turn, and the structure appears more slender and elongated. The DNA backbone takes on a zigzag appearance. Certain nucleotide sequences fold into left-handed Z helices much more readily than others. Prominent examples are sequences in which pyrimidines alternate with purines, especially alternating C and G or 5-methyl-C and G residues. To form the left-handed helix in Z-DNA, the purine residues flip to the syn conformation, alternating with pyrimidines in the anti conformation. The major groove is barely apparent in Z-DNA, and the minor groove is narrow and deep.

Whether A-DNA occurs in cells is uncertain, but there is evidence for some short stretches (tracts) of Z-DNA in both bacteria and eukaryotes. These Z-DNA tracts may play a role (as yet undefined) in regulating the expression of some genes or in genetic recombination.

## Certain DNA Sequences Adopt Unusual Structures

Other sequence-dependent structural variations found in larger chromosomes may affect the function and metabolism of the DNA segments in their immediate vicinity. For example, bends occur in the DNA helix wherever four or more adenosine residues appear sequentially in one strand. Six adenosines in a row produce a bend of about 18°. The bending observed with this and other sequences may be important in the binding of some proteins to DNA.

A rather common type of DNA sequence is a **palindrome**. A palindrome is a word, phrase, or sentence that is spelled identically read either forward or backward; two examples are ROTATOR and NURSES RUN. The term is applied to regions of DNA with **inverted repeats** of base sequence having twofold symmetry over two




**FIGURE 8–17 Comparison of A, B, and Z forms of DNA.** Each structure shown here has 36 base pairs. The bases are shown in gray, the phosphate atoms in yellow, and the riboses and phosphate oxygens in blue. Blue is the color used to represent DNA strands in later chapters. The table summarizes some properties of the three forms of DNA.

| | A form | B form | Z form |
|---|---|---|---|
| Helical sense | Right handed | Right handed | Left handed |
| Diameter | ~26 Å | ~20 Å | ~18 Å |
| Base pairs per helical turn | 11 | 10.5 | 12 |
| Helix rise per base pair | 2.6 Å | 3.4 Å | 3.7 Å |
| Base tilt normal to the helix axis | 20° | 6° | 7° |
| Sugar pucker conformation | C-3′ endo | C-2′ endo | C-2′ endo for pyrimidines; C-3′ endo for purines |
| Glycosyl bond conformation | Anti | Anti | Anti for pyrimidines; syn for purines |




**FIGURE 8–18 Palindromes and mirror repeats.** Palindromes are sequences of double-stranded nucleic acids with twofold symmetry. In order to superimpose one repeat (shaded sequence) on the other, it must be rotated 180° about the horizontal axis then 180° about the vertical axis, as shown by the colored arrows. A mirror repeat, on the other hand, has a symmetric sequence within each strand. Superimposing one repeat on the other requires only a single 180° rotation about the vertical axis.




**FIGURE 8–19 Hairpins and cruciforms.** Palindromic DNA (or RNA) sequences can form alternative structures with intrastrand base pairing. **(a)** When only a single DNA (or RNA) strand is involved, the structure is called a hairpin. **(b)** When both strands of a duplex DNA are involved, it is called a cruciform. Blue shading highlights asymmetric sequences that can pair with the complementary sequence either in the same strand or in the complementary strand.

strands of DNA **(Fig. 8–18)**. Such sequences are self-complementary within each strand and therefore have the potential to form **hairpin** or **cruciform** (cross-shaped) structures **(Fig. 8–19)**. When the inverted repeat occurs within each individual strand of the DNA, the sequence is called a **mirror repeat**. Mirror repeats do not have complementary sequences within the same strand and cannot form hairpin or cruciform structures. Sequences of these types are found in virtually every large DNA molecule and can encompass a few base pairs or thousands. The extent to which palindromes occur as cruciforms in cells is not known, although some cruciform structures have been demonstrated in vivo in *Escherichia coli*. Self-complementary sequences cause isolated single strands of DNA (or RNA) in solution to fold into complex structures containing multiple hairpins.

Several unusual DNA structures involve three or even four DNA strands. Nucleotides participating in a Watson-Crick base pair (Fig. 8–11) can form additional hydrogen bonds, particularly with functional groups arrayed in the major groove. For example, a cytidine residue (if protonated) can pair with the guanosine residue of a G≡C nucleotide pair **(Fig. 8–20)**; a thymidine can pair with the adenosine of an A=T pair. The N-7, $O^6$, and $N^6$ of purines, the atoms that participate in the hydrogen bonding of triplex DNA, are often referred to as **Hoogsteen positions**, and the non-Watson-Crick pairing is called **Hoogsteen pairing**, after Karst Hoogsteen, who in 1963 first recognized the potential for these unusual pairings. Hoogsteen pairing allows the formation of **triplex DNAs**. The triplexes shown in Figure 8–20 (a, b) are most stable at low pH because the C≡G • $C^+$ triplet requires a protonated cytosine. In the triplex, the $pK_a$ of this cytosine is >7.5, altered from its normal value of 4.2. The triplexes also form most readily within long sequences containing only pyrimidines or only purines in a given strand. Some triplex DNAs contain two pyrimidine strands and one purine strand; others contain two purine strands and one pyrimidine strand.

Four DNA strands can also pair to form a tetraplex (quadruplex), but this occurs readily only for DNA sequences with a very high proportion of guanosine residues (Fig. 8–20c, d). The guanosine tetraplex, or **G tetraplex**, is quite stable over a wide range of conditions. The orientation of strands in the tetraplex can vary as shown in Figure 8–20e.

In the DNA of living cells, sites recognized by many sequence-specific DNA-binding proteins (Chapter 28) are arranged as palindromes, and polypyrimidine or polypurine sequences that can form triple helices are found within regions involved in the regulation of expression of some eukaryotic genes. In principle, synthetic DNA strands designed to pair with these sequences to form







**FIGURE 8–20 DNA structures containing three or four DNA strands.** **(a)** Base-pairing patterns in one well-characterized form of triplex DNA. The Hoogsteen pair in each case is shown in red. **(b)** Triple-helical DNA containing two pyrimidine strands (poly(C)) and one purine strand (poly(G)) (derived from PDB ID 1BCE). The dark blue and light blue strands are antiparallel and paired by normal Watson-Crick base-pairing patterns. The third (all-pyrimidine) strand (purple) is parallel to the purine strand and paired through non-Watson-Crick hydrogen bonds. The triplex is viewed end-on, with five triplets shown. Only the triplet closest to the viewer is colored. **(c)** Base-pairing pattern in the guanosine tetraplex structure. **(d)** Two successive tetraplets from a G tetraplex structure, viewed end-on with the one closest to the viewer in color. **(e)** Possible variants in the orientation of strands in a G tetraplex.

triplex DNA could disrupt gene expression. This approach to controlling cellular metabolism is of commercial interest for its potential application in medicine and agriculture.

## Messenger RNAs Code for Polypeptide Chains

We now turn our attention to the expression of the genetic information that DNA contains. RNA, the second major form of nucleic acid in cells, has many functions. In gene expression, RNA acts as an intermediary by using the information encoded in DNA to specify the amino acid sequence of a functional protein.

Given that the DNA of eukaryotes is largely confined to the nucleus whereas protein synthesis occurs on ribosomes in the cytoplasm, some molecule other than DNA must carry the genetic message from the nucleus to the cytoplasm. As early as the 1950s, RNA was considered the logical candidate: RNA is found in both the nucleus and the cytoplasm, and an increase in protein synthesis is accompanied by an increase in the amount of cytoplasmic RNA and an increase in its rate of turnover. These and other observations led several researchers to suggest that RNA carries genetic information from DNA to the protein biosynthetic machinery of the ribosome. In 1961 François Jacob and Jacques Monod presented a unified (and essentially correct) picture of many aspects of this process. They proposed the name "messenger RNA" (mRNA) for that portion of the total cellular RNA carrying the genetic




**FIGURE 8–21 Bacterial mRNA.** Schematic diagrams show **(a)** monocistronic and **(b)** polycistronic mRNAs of bacteria. Red segments represent RNA coding for a gene product; gray segments represent noncoding RNA. In the polycistronic transcript, noncoding RNA separates the three genes.

information from DNA to the ribosomes, where the messengers provide the templates that specify amino acid sequences in polypeptide chains. Although mRNAs from different genes can vary greatly in length, the mRNAs from a particular gene generally have a defined size. The process of forming mRNA on a DNA template is known as **transcription**.

In bacteria and archaea, a single mRNA molecule may code for one or several polypeptide chains. If it carries the code for only one polypeptide, the mRNA is **monocistronic**; if it codes for two or more different polypeptides, the mRNA is **polycistronic**. In eukaryotes, most mRNAs are monocistronic. (For the purposes of this discussion, "cistron" refers to a gene. The term itself has historical roots in the science of genetics, and its formal genetic definition is beyond the scope of this text.) The minimum length of an mRNA is set by the length of the polypeptide chain for which it codes. For example, a polypeptide chain of 100 amino acid residues requires an RNA coding sequence of at least 300 nucleotides, because each amino acid is coded by a nucleotide triplet (this and other details of protein synthesis are discussed in Chapter 27). However, mRNAs transcribed from DNA are always somewhat longer than the length needed simply to code for a polypeptide sequence (or sequences). The additional, noncoding RNA includes sequences that regulate protein synthesis. **Figure 8–21** summarizes the general structure of bacterial mRNAs.

## Many RNAs Have More Complex Three-Dimensional Structures

Messenger RNA is only one of several classes of cellular RNA. Transfer RNAs are adapter molecules in protein synthesis; covalently linked to an amino acid at one end, they pair with the mRNA in such a way that amino acids are joined to a growing polypeptide in the correct sequence. Ribosomal RNAs are components of ribosomes. There is also a wide variety of special-function RNAs, including some (called ribozymes) that have enzymatic activity. All the RNAs are considered in detail in Chapter 26. The diverse and often complex functions of these RNAs reflect a diversity of structure much richer than that observed in DNA molecules.

The product of transcription of DNA is always single-stranded RNA. The single strand tends to assume a right-handed helical conformation dominated by base-stacking interactions **(Fig. 8–22)**, which are stronger between two purines than between a purine and pyrimidine or between two pyrimidines. The purine-purine interaction is so strong that a pyrimidine separating two purines is often displaced from the stacking pattern so that the purines can interact. Any self-complementary sequences in the molecule produce more complex structures. RNA can base-pair with complementary regions of either RNA or DNA. Base pairing matches the pattern for DNA: G pairs with C and A pairs with U (or with the occasional T residue in some RNAs). One difference is that base pairing between G and U residues—unusual in DNA—is fairly common in RNA (see Fig. 8–24). The paired strands in RNA or RNA-DNA duplexes are antiparallel, as in DNA.

RNA has no simple, regular secondary structure that serves as a reference point, as does the double helix for DNA. The three-dimensional structures of many RNAs, like those of proteins, are complex and unique. Weak interactions, especially base-stacking interactions, help stabilize RNA structures, just as they do in DNA. Where complementary sequences are present, the predominant double-stranded structure is an A-form right-handed double helix. Z-form helices have been made in the laboratory (under very high-salt or



**FIGURE 8–22 Typical right-handed stacking pattern of single-stranded RNA.** The bases are shown in gray, the phosphate atoms in yellow, and the riboses and phosphate oxygens in green. Green is used to represent RNA strands in succeeding chapters, just as blue is used for DNA.

high-temperature conditions). The B form of RNA has not been observed. Breaks in the regular A-form helix caused by mismatched or unmatched bases in one or both strands are common and result in bulges or internal loops **(Fig. 8–23)**. Hairpin loops form between nearby self-complementary sequences. The potential for base-paired helical structures in many RNAs is extensive **(Fig. 8–24)**, and the resulting hairpins are the most common type of secondary structure in RNA. Specific short base sequences (such as UUCG) are often found at the ends of RNA hairpins and are known to form particularly tight and stable loops. Such sequences may act as starting points for the folding of an RNA molecule into its precise three-dimensional structure. Other contributions are made by hydrogen bonds that are not part of standard Watson-Crick base pairs. For example, the 2′-hydroxyl group of ribose can hydrogen-bond with other groups. Some of these properties are evident in the structure of the phenylalanine transfer RNA of yeast—the tRNA responsible for inserting Phe residues into polypeptides—and in two RNA enzymes, or ribozymes, whose functions, like those of




**FIGURE 8–23 Secondary structure of RNAs.** **(a)** Bulge, internal loop, and hairpin loop. **(b)** The paired regions generally have an A-form right-handed helix, as shown for a hairpin.

**FIGURE 8–24 Base-paired helical structures in an RNA.** Shown here is the possible secondary structure of the M1 RNA component of the enzyme RNase P of *E. coli*, with many hairpins. RNase P, which also contains a protein component (not shown), functions in the processing of transfer RNAs (see Fig. 26–27). The two brackets indicate additional complementary sequences that may be paired in the three-dimensional structure. The blue dots indicate non-Watson-Crick G=U base pairs (boxed inset). Note that G=U base pairs are allowed only when presynthesized strands of RNA fold up or anneal with each other. There are no RNA polymerases (the enzymes that synthesize RNAs on a DNA template) that insert a U opposite a template G, or vice versa, during RNA synthesis.



