


**FIGURE 8–25 Three-dimensional structure in RNA. (a)** Three-dimensional structure of phenylalanine tRNA of yeast (PDB ID 1TRA). Some unusual base-pairing patterns found in this tRNA are shown. Note also the involvement of the oxygen of a ribose phosphodiester bond in one hydrogen-bonding arrangement, and a ribose 2′-hydroxyl group in another (both in red). **(b)** A hammerhead ribozyme (so named because the secondary structure at the active site looks like the head of a hammer), derived from certain plant viruses (derived from PDB ID 1MME). Ribozymes, or RNA enzymes, catalyze a variety of reactions, primarily in RNA metabolism and protein synthesis. The complex three-dimensional structures of these RNAs reflect the complexity inherent in catalysis, as described for protein enzymes in Chapter 6. **(c)** A segment of mRNA known as an intron, from the ciliated protozoan *Tetrahymena thermophila* (derived from PDB ID 1GRZ). This intron (a ribozyme) catalyzes its own excision from between exons in an mRNA strand (discussed in Chapter 26).

protein enzymes, depend on their three-dimensional structures (**Fig. 8–25**).

The analysis of RNA structure and the relationship between structure and function is an emerging field of inquiry that has many of the same complexities as the analysis of protein structure. The importance of understanding RNA structure grows as we become increasingly aware of the large number of functional roles for RNA molecules.

## SUMMARY 8.2 Nucleic Acid Structure

- Many lines of evidence show that DNA bears genetic information. In particular, the Avery-MacLeod-McCarty experiment showed that DNA isolated from one bacterial strain can enter and transform the cells of another strain, endowing it with some of the inheritable characteristics of the donor. The Hershey-Chase experiment showed that

the DNA of a bacterial virus, but not its protein coat, carries the genetic message for replication of the virus in a host cell.

- Putting together the available data, Watson and Crick postulated that native DNA consists of two antiparallel chains in a right-handed double-helical arrangement. Complementary base pairs, A=T and G≡C, are formed by hydrogen bonding within the helix. The base pairs are stacked perpendicular to the long axis of the double helix, 3.4 Å apart, with 10.5 base pairs per turn.
- DNA can exist in several structural forms. Two variations of the Watson-Crick form, or B-DNA, are A- and Z-DNA. Some sequence-dependent structural variations cause bends in the DNA molecule. DNA strands with appropriate sequences can form hairpin/cruciform structures or triplex or tetraplex DNA.
- Messenger RNA transfers genetic information from DNA to ribosomes for protein synthesis. Transfer RNA and ribosomal RNA are also involved in protein synthesis. RNA can be structurally complex; single RNA strands can fold into hairpins, double-stranded regions, or complex loops.

## 8.3 Nucleic Acid Chemistry

The role of DNA as a repository of genetic information depends in part on its inherent stability. The chemical transformations that do occur are generally very slow in the absence of an enzyme catalyst. The long-term storage of information without alteration is so important to a cell, however, that even very slow reactions that alter DNA structure can be physiologically significant. Processes such as carcinogenesis and aging may be intimately linked to slowly accumulating, irreversible alterations of DNA. Other, nondestructive alterations also occur and are essential to function, such as the strand separation that must precede DNA replication or transcription. In addition to providing insights into physiological processes, our understanding of nucleic acid chemistry has given us a powerful array of technologies that have applications in molecular biology, medicine, and forensic science. We now examine the chemical properties of DNA and some of these technologies.

### Double-Helical DNA and RNA Can Be Denatured

Solutions of carefully isolated, native DNA are highly viscous at pH 7.0 and room temperature (25 °C). When such a solution is subjected to extremes of pH or to temperatures above 80 °C, its viscosity decreases sharply, indicating that the DNA has undergone a physical change. Just as heat and extremes of pH denature globular proteins, they also cause denaturation, or melting, of double-helical DNA. Disruption of the hydrogen bonds between paired bases and of base stacking causes unwinding of the double helix to form two single strands, completely separate from each other along the entire length or part of the length (partial denaturation) of the molecule. No covalent bonds in the DNA are broken (Fig. 8–26).

Renaturation of a DNA molecule is a rapid one-step process, as long as a double-helical segment of a dozen or more residues still unites the two strands. When the temperature or pH is returned to the range in which most organisms live, the unwound segments of the two strands spontaneously rewind, or **anneal**, to yield the intact duplex (Fig. 8–26). However, if the two strands are completely separated, renaturation occurs in two steps. In the first, relatively slow step, the two strands "find" each other by random collisions and form a short segment of complementary double helix. The second step is much faster: the remaining unpaired bases successively come into register as base pairs, and the two strands "zipper" themselves together to form the double helix.

The close interaction between stacked bases in a nucleic acid has the effect of decreasing its absorption of UV light relative to that of a solution with the same concentration of free nucleotides, and the absorption is decreased further when two complementary nucleic acid strands are paired. This is called the hypochromic effect. Denaturation of a double-stranded nucleic acid




**FIGURE 8–26 Reversible denaturation and annealing (renaturation) of DNA.**

produces the opposite result: an increase in absorption called the hyperchromic effect. The transition from double-stranded DNA to the single-stranded, denatured form can thus be detected by monitoring UV absorption at 260 nm.

Viral or bacterial DNA molecules in solution denature when they are heated slowly **(Fig. 8–27)**. Each species of DNA has a characteristic denaturation temperature, or melting point ($t_m$; formally, the temperature at which half the DNA is present as separated single strands): the higher its content of G≡C base pairs, the higher the melting point of the DNA. This is because G≡C base pairs, with three hydrogen bonds, require more heat energy to dissociate than A=T base pairs. Thus the melting point of a DNA molecule, determined under fixed conditions of pH and ionic strength, can yield an estimate of its base composition. If denaturation conditions are carefully controlled, regions that are rich in A=T base pairs will specifically denature while most of the DNA remains double-stranded. Such denatured regions (called bubbles) can be visualized with electron microscopy **(Fig. 8–28)**. Note that in the strand separation of DNA that occurs in vivo during processes such as DNA replication and transcription, the sites where these processes are initiated are often rich in A=T base pairs, as we shall see.




**FIGURE 8–28 Partially denatured DNA.** This DNA was partially denatured, then fixed to prevent renaturation during sample preparation. The shadowing method used to visualize the DNA in this electron micrograph increases its diameter approximately fivefold and obliterates most details of the helix. However, length measurements can be obtained, and single-stranded regions are readily distinguishable from double-stranded regions. The arrows point to some single-stranded bubbles where denaturation has occurred. The regions that denature are highly reproducible and are rich in A=T base pairs.




**FIGURE 8–27 Heat denaturation of DNA. (a)** The denaturation, or melting, curves of two DNA specimens. The temperature at the midpoint of the transition ($t_m$) is the melting point; it depends on pH and ionic strength and on the size and base composition of the DNA. **(b)** Relationship between $t_m$ and the G+C content of a DNA.

Duplexes of two RNA strands or one RNA strand and one DNA strand (RNA-DNA hybrids) can also be denatured. Notably, RNA duplexes are more stable than DNA duplexes. At neutral pH, denaturation of a double-helical RNA often requires temperatures 20 °C or more higher than those required for denaturation of a DNA molecule with a comparable sequence. The stability of an RNA-DNA hybrid is generally intermediate between that of RNA and that of DNA. The physical basis for these differences in thermal stability is not known.

## Nucleic Acids from Different Species Can Form Hybrids

The ability of two complementary DNA strands to pair with one another can be used to detect similar DNA sequences in two different species or within the genome of a single species. If duplex DNAs isolated from human cells and from mouse cells are completely denatured by heating, then mixed and kept at about 25 °C below their $t_m$ for many hours, much of the DNA will anneal. The rate of DNA annealing is affected by temperature, the length and concentration of the DNA fragments being annealed, the concentration of salts in the reaction mixture, and properties of the sequence itself

(e.g., complexity and G≡C content). Temperature is especially important. If the temperature is too low, short sequences with coincidental similarity from distant, heterologous parts of the DNA molecules will anneal unproductively and interfere with the more general alignment of complementary DNA strands. Temperatures that are too high will favor denaturation. Most of the reannealing occurs between complementary mouse DNA strands to form mouse duplex DNA; similarly, most human DNA strands anneal with complementary human DNA strands. However, some strands of the mouse DNA will associate with human DNA strands to yield **hybrid duplexes**, in which segments of a mouse DNA strand form base-paired regions with segments of a human DNA strand (Fig. 8–29). This reflects a common evolutionary heritage; different organisms generally have many proteins and RNAs with similar functions and, often, similar structures. In many cases, the DNAs encoding these proteins and RNAs have similar sequences. The closer the evolutionary relationship between two species, the more extensively their DNAs will hybridize. For example, human DNA hybridizes much more extensively with mouse DNA than with DNA from yeast.

The hybridization of DNA strands from different sources forms the basis for a powerful set of techniques essential to the practice of modern molecular genetics. A specific DNA sequence or gene can be detected in the presence of many other sequences if one already has an appropriate complementary DNA strand (usually labeled in some way) to hybridize with it (Chapter 9). The complementary DNA can be from a different species or from the same species, or it can be synthesized chemically in the laboratory using techniques described later in this chapter. Hybridization techniques can be varied to detect a specific RNA rather than DNA. The isolation and identification of specific genes and RNAs rely on these hybridization techniques. Applications of this technology make possible the identification of an individual on the basis of a single hair left at the scene of a crime or the prediction of the onset of a disease decades before symptoms appear (see Box 9–1).




**FIGURE 8–29 DNA hybridization.** Two DNA samples to be compared are completely denatured by heating. When the two solutions are mixed and slowly cooled, DNA strands of each sample associate with their normal complementary partner and anneal to form duplexes. If the two DNAs have significant sequence similarity, they also tend to form partial duplexes or hybrids with each other: the greater the sequence similarity between the two DNAs, the greater the number of hybrids formed. Hybrid formation can be measured in several ways. One of the DNAs is usually labeled with a radioactive isotope to simplify the measurements.

## Nucleotides and Nucleic Acids Undergo Nonenzymatic Transformations

Purines and pyrimidines, along with the nucleotides of which they are a part, undergo spontaneous alterations in their covalent structure. The rate of these reactions is generally *very slow*, but they are physiologically significant because of the cell's very low tolerance for alterations in its genetic information. Alterations in DNA structure that produce permanent changes in the genetic information encoded therein are called **mutations**, and much evidence suggests an intimate link between the accumulation of mutations in an individual organism and the processes of aging and carcinogenesis.

Several nucleotide bases undergo spontaneous loss of their exocyclic amino groups (deamination) (Fig. 8–30a). For example, under typical cellular conditions, deamination of cytosine (in DNA) to uracil occurs in about one of every $10^7$ cytidine residues in 24 hours. This corresponds to about 100 spontaneous events per day, on average, in a mammalian cell. Deamination of adenine and guanine occurs at about 1/100th this rate.

The slow cytosine deamination reaction seems innocuous enough, but is almost certainly the reason why DNA contains thymine rather than uracil. The product of cytosine deamination (uracil) is readily recognized as foreign in DNA and is removed by a repair system (Chapter 25). If DNA normally contained uracil, recognition of uracils resulting from cytosine deamination would be more difficult, and unrepaired uracils would lead to permanent sequence changes as they were paired with adenines during replication. Cytosine deamination would gradually lead to a decrease in G≡C base pairs and an increase in A=U base pairs in the DNA of all cells. Over the millennia, cytosine deamination could eliminate G≡C base pairs and the genetic code that depends on them. Establishing thymine as one of the four bases in DNA may well have been one of the crucial




**(a) Deamination**




**(b) Depurination**

**FIGURE 8–30 Some well-characterized nonenzymatic reactions of nucleotides.** **(a)** Deamination reactions. Only the base is shown. **(b)** Depurination, in which a purine is lost by hydrolysis of the *N*-β-glycosyl bond. Loss of pyrimidines via a similar reaction occurs, but much more slowly. The resulting lesion, in which the deoxyribose is present but the base is not, is called an abasic site or an AP site (apurinic site or, rarely, apyrimidinic site). The deoxyribose remaining after depurination is readily converted from the β-furanose to the aldehyde form (see Fig. 8–3). Further nonenzymatic reactions are illustrated in Figures 8–31 and 8–32.

turning points in evolution, making the long-term storage of genetic information possible.

Another important reaction in deoxyribonucleotides is the hydrolysis of the *N*-β-glycosyl bond between the base and the pentose, to create a DNA lesion called an AP (apurinic, apyrimidinic) site or abasic site (Fig. 8–30b). This occurs at a higher rate for purines than for pyrimidines. As many as one in $10^5$ purines (10,000 per mammalian cell) are lost from DNA every 24 hours under typical cellular conditions. Depurination of ribonucleotides and RNA is much slower and generally is not considered physiologically significant. In the test tube, loss of purines can be accelerated by dilute acid. Incubation of DNA at pH 3 causes selective removal of the purine bases, resulting in a derivative called apurinic acid.

Other reactions are promoted by radiation. UV light induces the condensation of two ethylene groups to form a cyclobutane ring. In the cell, the same reaction between adjacent pyrimidine bases in nucleic acids forms cyclobutane pyrimidine dimers. This happens most frequently between adjacent thymidine residues on the same DNA strand **(Fig. 8–31)**. A second type of pyrimidine dimer, called a 6-4 photoproduct, is also formed during UV irradiation. Ionizing radiation (x rays and gamma rays) can cause ring opening and fragmentation of bases as well as breaks in the covalent backbone of nucleic acids.

Virtually all forms of life are exposed to energy-rich radiation capable of causing chemical changes in DNA. Near-UV radiation (with wavelengths of 200 to 400 nm), which makes up a significant portion of the solar spectrum, is known to cause pyrimidine dimer formation and other chemical changes in the DNA of bacteria and of human skin cells. We are subject to a constant field of ionizing radiation in the form of cosmic rays, which can penetrate deep into the earth, as well as radiation emitted from radioactive elements, such as radium, plutonium, uranium, radon, $^{14}C$, and $^{3}H$. X rays used in medical and dental examinations and in radiation therapy of cancer and other diseases are another form of ionizing radiation. It is estimated that UV and ionizing radiations are responsible for about 10% of all DNA damage caused by environmental agents.