Filed 06/23/15 Page 1 of 6 PageID #:
2






**FIGURE 8–31 Formation of pyrimidine dimers induced by UV light.** **(a)** One type of reaction (on the left) results in the formation of a cyclobutyl ring involving C-5 and C-6 of adjacent pyrimidine residues. An alternative reaction (on the right) results in a 6-4 photoproduct, with a linkage between C-6 of one pyrimidine and C-4 of its neighbor. **(b)** Formation of a cyclobutane pyrimidine dimer introduces a bend or kink into the DNA.

DNA also may be damaged by reactive chemicals introduced into the environment as products of industrial activity. Such products may not be injurious per se but may be metabolized by cells into forms that are. There are two prominent classes of such agents (**Fig. 8–32**): (1) deaminating agents, particularly nitrous acid ($HNO_2$) or compounds that can be metabolized to nitrous acid or nitrites, and (2) alkylating agents.

Nitrous acid, formed from organic precursors such as nitrosamines and from nitrite and nitrate salts, is a potent accelerator of the deamination of bases. Bisulfite has similar effects. Both agents are used as preservatives in processed foods to prevent the growth of toxic bacteria. They do not seem to increase cancer risks significantly when used in this way, perhaps because they are used in small amounts and make only a minor contribution to the overall levels of DNA damage. (The potential health risk from food spoilage if these preservatives were not used is much greater.)

**FIGURE 8–32 Chemical agents that cause DNA damage.** **(a)** Precursors of nitrous acid, which promotes deamination reactions. **(b)** Alkylating agents.



Alkylating agents can alter certain bases of DNA. For example, the highly reactive chemical dimethylsulfate (Fig. 8–32b) can methylate a guanine to yield $O^6$-methylguanine, which cannot base-pair with cytosine.

Guanine tautomers




$O^6$-Methylguanine

Many similar reactions are brought about by alkylating agents normally present in cells, such as *S*-adenosylmethionine.

The most important source of mutagenic alterations in DNA is oxidative damage. Excited-oxygen species such as hydrogen peroxide, hydroxyl radicals, and superoxide radicals arise during irradiation or as a byproduct of aerobic metabolism. Of these species, the hydroxyl radicals are responsible for most oxidative DNA damage. Cells have an elaborate defense system to destroy reactive oxygen species, including enzymes such as catalase and superoxide dismutase that convert reactive oxygen species to harmless products. A fraction of these oxidants inevitably escape cellular defenses, however, and damage to DNA occurs through any of a large, complex group of reactions ranging from oxidation of deoxyribose and base moieties to strand breaks. Accurate estimates for the extent of this damage are not yet available, but every day the DNA of each human cell is subjected to thousands of damaging oxidative reactions.

This is merely a sampling of the best-understood reactions that damage DNA. Many carcinogenic compounds in food, water, or air exert their cancer-causing effects by modifying bases in DNA. Nevertheless, the integrity of DNA as a polymer is better maintained than that of either RNA or protein, because DNA is the only macromolecule that has the benefit of biochemical repair systems. These repair processes (described in Chapter 25) greatly lessen the impact of damage to DNA. ■

## Some Bases of DNA Are Methylated

Certain nucleotide bases in DNA molecules are enzymatically methylated. Adenine and cytosine are methylated more often than guanine and thymine. Methylation is generally confined to certain sequences or regions of a DNA molecule. In some cases the function of methylation is well understood; in others the function remains unclear. All known DNA methylases use *S*-adenosylmethionine as a methyl group donor (Fig. 8–32b). *E. coli* has two prominent methylation systems. One serves as part of a defense mechanism that helps the cell to distinguish its DNA from foreign DNA by marking its own DNA with methyl groups and destroying (foreign) DNA without the methyl groups (this is known as a restriction-modification system; see p. 305). The other system methylates adenosine residues within the sequence (5′)GATC(3′) to $N^6$-methyladenosine (Fig. 8–5a). This is mediated by the Dam (*D*NA *a*denine *m*ethylation) methylase, a component of a system that repairs mismatched base pairs formed occasionally during DNA replication (see Fig. 25–22).

In eukaryotic cells, about 5% of cytidine residues in DNA are methylated to 5-methylcytidine (Fig. 8–5a). Methylation is most common at CpG sequences, producing methyl-CpG symmetrically on both strands of the DNA. The extent of methylation of CpG sequences varies by molecular region in large eukaryotic DNA molecules.

## The Sequences of Long DNA Strands Can Be Determined

In its capacity as a repository of information, a DNA molecule's most important property is its nucleotide sequence. Until the late 1970s, determining the sequence of a nucleic acid containing even five or ten nucleotides was very laborious. The development of two new techniques in 1977, one by Alan Maxam and Walter Gilbert and the other by Frederick Sanger, made possible the sequencing of larger DNA molecules with an ease unimagined just a few years before. The techniques depend on an improved understanding of nucleotide chemistry and DNA metabolism, and on electrophoretic methods for separating DNA strands differing in size by only one nucleotide. Electrophoresis of DNA is similar to that of proteins (see Fig. 3–18). Polyacrylamide is often used as the gel matrix in work with short DNA molecules (up to a few hundred nucleotides); agarose is generally used for longer pieces of DNA.

In both Sanger and Maxam-Gilbert sequencing, the general principle is to reduce the DNA to four sets of labeled fragments. The reaction producing each set is base-specific, so the lengths of the fragments correspond to positions in the DNA sequence where a certain base occurs. For example, for an oligonucleotide with the sequence pAATCGACT, labeled at the 5′ end (the left end), a reaction that breaks the DNA after each C residue will generate two labeled fragments: a four-nucleotide and a seven-nucleotide fragment; a reaction that breaks the DNA after each G will produce only one labeled, five-nucleotide fragment. Because the fragments are radioactively labeled at their 5′ ends, only the fragment to the 5′ side of the break is visualized. The fragment sizes correspond to the relative positions of C and G residues in the sequence. When the sets of fragments corresponding to each of the four bases are electrophoretically separated side by side, they produce a ladder of bands from which the sequence can be read directly **(Fig. 8–33)**. We illustrate only the Sanger




**FIGURE 8–33 DNA sequencing by the Sanger method.** This method makes use of the mechanism of DNA synthesis by DNA polymerases (Chapter 25). **(a)** DNA polymerases require both a primer (a short oligonucleotide strand), to which nucleotides are added, and a template strand to guide selection of each new nucleotide. In cells, the 3′-hydroxyl group of the primer reacts with an incoming deoxynucleoside triphosphate (dNTP) to form a new phosphodiester bond. **(b)** The Sanger sequencing procedure uses dideoxynucleoside triphosphate (ddNTP) analogs to interrupt DNA synthesis. (The Sanger method is also known as the dideoxy method.) When a ddNTP is inserted in place of a dNTP, strand elongation is halted after the analog is added, because it lacks the 3′-hydroxyl group needed for the next step. **(c)** The DNA to be sequenced is used as the template strand, and a short primer, radioactively or fluorescently labeled, is annealed to it. By addition of small amounts of a single ddNTP, for example ddCTP, to an otherwise normal reaction system, the synthesized strands will be prematurely terminated at some locations where dC normally occurs. Given the excess of dCTP over ddCTP, the chance that the analog will be incorporated whenever a dC is to be added is small. However, ddCTP is present in sufficient amounts to ensure that each new strand has a high probability of acquiring at least one ddC at some point during synthesis. The result is a solution containing a mixture of labeled fragments, each ending with a C residue. Each C residue in the sequence generates a set of fragments of a particular length, such that the different-sized fragments, separated by electrophoresis, reveal the location of C residues. This procedure is repeated separately for each of the four ddNTPs, and the sequence can be read directly from an autoradiogram of the gel. Because shorter DNA fragments migrate faster, the fragments near the bottom of the gel represent the nucleotide positions closest to the primer (the 5′ end), and the sequence is read (in the 5′ → 3′ direction) from bottom to top. Note that the sequence obtained is that of the strand *complementary* to the strand being analyzed.

method, because it has proved to be technically easier and is in more widespread use. It requires the enzymatic synthesis of a DNA strand complementary to the strand under analysis, using a radioactively labeled "primer" and dideoxynucleotides.

DNA sequencing is now automated by a variation of Sanger's sequencing method in which the dideoxynucleotides used for each reaction are labeled with a differently colored fluorescent tag **(Fig. 8–34)**. With this technology, researchers can sequence DNA molecules containing thousands of nucleotides in a few hours. The entire genomes of more than a thousand organisms have now been sequenced in this way (see Table 1–2), and many very large DNA-sequencing projects have been completed or are in progress. For example, in the Human Genome Project, researchers have sequenced all 3.2 billion base pairs of the DNA in a human cell (Chapter 9).

**Dideoxy Sequencing of DNA**

## The Chemical Synthesis of DNA Has Been Automated

Also important in nucleic acid chemistry is the rapid and accurate synthesis of short oligonucleotides of known sequence. The methods were pioneered by H. Gobind Khorana and his colleagues in the 1970s. Refinements by Robert Letsinger and Marvin Caruthers led to the chemistry now in widest use, called the phosphoramidite method **(Fig. 8–35)**. The synthesis is carried out with the growing strand attached to a solid support, using principles similar to those used by Merrifield for peptide synthesis (see Fig. 3–29), and is readily automated. The efficiency of each addition step is very high, allowing the routine synthesis of polymers containing 70 or 80 nucleotides and, in some laboratories, much longer strands. The availability of relatively inexpensive DNA polymers with predesigned sequences is having a powerful impact on all areas of biochemistry (Chapter 9).




**FIGURE 8–34 Strategy for automating DNA sequencing reactions.** Each dideoxynucleotide used in the Sanger method can be linked to a fluorescent molecule that gives all the fragments terminating in that nucleotide a particular color. All four labeled ddNTPs are added to a single tube. The resulting colored DNA fragments are then separated by size in a single electrophoretic gel contained in a capillary tube (a refinement of gel electrophoresis that allows for faster separations). All fragments of a given length migrate through the capillary gel in a single peak, and the color associated with each peak is detected using a laser beam. The DNA sequence is read by determining the sequence of colors in the peaks as they pass the detector. This information is fed directly to a computer, which determines the sequence.




**FIGURE 8–35 Chemical synthesis of DNA by the phosphoramidite method.** Automated DNA synthesis is conceptually similar to the synthesis of polypeptides on a solid support. The oligonucleotide is built up on the solid support (silica), one nucleotide at a time, in a repeated series of chemical reactions with suitably protected nucleotide precursors. (1) The first nucleoside (which will be the 3′ end) is attached to the silica support at the 3′ hydroxyl (through a linking group, R) and is protected at the 5′ hydroxyl with an acid-labile dimethoxytrityl group (DMT). The reactive groups on all bases are also chemically protected. (2) The protecting DMT group is removed by washing the column with acid (the DMT group is colored, so this reaction can be followed spectrophotometrically). (3) The next nucleotide has a reactive phosphoramidite at its 3′ position: a trivalent phosphite (as opposed to the more oxidized pentavalent phosphate normally present in nucleic acids) with one linked oxygen replaced by an amino group or substituted amine. In the common variant shown, one of the phosphoramidite oxygens is bonded to the deoxyribose, the other is protected by a cyanoethyl group, and the third position is occupied by a readily displaced diisopropylamino group. Reaction with the immobilized nucleotide forms a 5′,3′ linkage, and the diisopropylamino group is eliminated. In step (4), the phosphite linkage is oxidized with iodine to produce a phosphotriester linkage. Reactions (2) through (4) are repeated until all nucleotides are added. At each step, excess nucleotide is removed before addition of the next nucleotide. In steps (5) and (6) the remaining protecting groups on the bases and the phosphates are removed, and in (7) the oligonucleotide is separated from the solid support and purified. The chemical synthesis of RNA is somewhat more complicated because of the need to protect the 2′ hydroxyl of ribose without adversely affecting the reactivity of the 3′ hydroxyl.

## SUMMARY 8.3 Nucleic Acid Chemistry

- Native DNA undergoes reversible unwinding and separation of strands (melting) on heating or at extremes of pH. DNAs rich in G≡C pairs have higher melting points than DNAs rich in A=T pairs.
- Denatured single-stranded DNAs from two species can form a hybrid duplex, the degree of hybridization depending on the extent of sequence similarity. Hybridization is the basis for important techniques used to study and isolate specific genes and RNAs.
- DNA is a relatively stable polymer. Spontaneous reactions such as deamination of certain bases, hydrolysis of base-sugar *N*-glycosyl bonds, radiation-induced formation of pyrimidine dimers, and oxidative damage occur at very low rates, yet are important because of a cell's very low tolerance for changes in genetic material.
- DNA sequences can be determined and DNA polymers synthesized with simple, automated protocols involving chemical and enzymatic methods.

## 8.4 Other Functions of Nucleotides

In addition to their roles as the subunits of nucleic acids, nucleotides have a variety of other functions in every cell: as energy carriers, components of enzyme cofactors, and chemical messengers.

### Nucleotides Carry Chemical Energy in Cells

The phosphate group covalently linked at the 5′ hydroxyl of a ribonucleotide may have one or two additional phosphates attached. The resulting molecules are referred to as nucleoside mono-, di-, and triphosphates (**Fig. 8–36**). Starting from the ribose, the three phosphates are generally labeled $\alpha$, $\beta$, and $\gamma$. Hydrolysis of nucleoside triphosphates provides the chemical energy to drive many cellular reactions. Adenosine 5′-triphosphate, ATP, is by far the most widely used for this purpose, but UTP, GTP, and CTP are also used in some reactions. Nucleoside triphosphates also serve as the activated precursors of DNA and RNA synthesis, as described in Chapters 25 and 26.

The energy released by hydrolysis of ATP and the other nucleoside triphosphates is accounted for by the structure of the triphosphate group. The bond between the ribose and the $\alpha$ phosphate is an ester linkage. The $\alpha,\beta$ and $\beta,\gamma$ linkages are phosphoanhydrides (**Fig. 8–37**). Hydrolysis of the ester linkage yields about 14 kJ/mol under standard conditions, whereas hydrolysis of each anhydride bond yields about 30 kJ/mol. ATP hydrolysis often plays an important thermodynamic role in biosynthesis. When coupled to a reaction with a positive free-energy change, ATP hydrolysis shifts the equilibrium of the overall process to favor product formation




| Abbreviations of ribonucleoside 5′-phosphates | | | |
|---|---|---|---|
| Base | Mono- | Di- | Tri- |
| Adenine | AMP | ADP | ATP |
| Guanine | GMP | GDP | GTP |
| Cytosine | CMP | CDP | CTP |
| Uracil | UMP | UDP | UTP |

| Abbreviations of deoxyribonucleoside 5′-phosphates | | | |
|---|---|---|---|
| Base | Mono- | Di- | Tri- |
| Adenine | dAMP | dADP | dATP |
| Guanine | dGMP | dGDP | dGTP |
| Cytosine | dCMP | dCDP | dCTP |
| Thymine | dTMP | dTDP | dTTP |

**FIGURE 8–36 Nucleoside phosphates.** General structure of the nucleoside 5′-mono-, di-, and triphosphates (NMPs, NDPs, and NTPs) and their standard abbreviations. In the deoxyribonucleoside phosphates (dNMPs, dNDPs, and dNTPs), the pentose is 2′-deoxy-D-ribose.




**FIGURE 8–37 The phosphate ester and phosphoanhydride bonds of ATP.** Hydrolysis of an anhydride bond yields more energy than hydrolysis of the ester. A carboxylic acid anhydride and carboxylic acid ester are shown for comparison.