Filed 06/23/15 Page 1 of 6 PageID #:



(recall the relationship between equilibrium constant and free-energy change described by Eqn 6–3 on p. 188).

## Adenine Nucleotides Are Components of Many Enzyme Cofactors

A variety of enzyme cofactors serving a wide range of chemical functions include adenosine as part of their structure **(Fig. 8–38)**. They are unrelated structurally except for the presence of adenosine. In none of these cofactors does the adenosine portion participate directly in the primary function, but removal of adenosine generally results in a drastic reduction of cofactor activities. For example, removal of the adenine nucleotide (3′-phosphoadenosine diphosphate) from acetoacetyl-CoA, the coenzyme A derivative of acetoacetate, reduces its reactivity as a substrate for β-ketoacyl-CoA transferase (an enzyme of lipid metabolism) by a factor of $10^6$. Although this requirement for adenosine has not been investigated in detail, it must involve the binding energy between enzyme and substrate (or cofactor) that is used both in catalysis and in stabilizing the initial enzyme-substrate complex (Chapter 6). In the case of β-ketoacyl-CoA transferase, the nucleotide moiety of coenzyme A seems to be a binding "handle" that helps to pull the substrate (acetoacetyl-CoA) into the active site. Similar roles may be found for the nucleoside portion of other nucleotide cofactors.

Why is adenosine, rather than some other large molecule, used in these structures? The answer here may involve a form of evolutionary economy. Adenosine is certainly not unique in the amount of potential binding energy it can contribute. The importance of adenosine probably lies not so much in some special chemical




**FIGURE 8–38 Some coenzymes containing adenosine.** The adenosine portion is shaded in light red. Coenzyme A (CoA) functions in acyl group transfer reactions; the acyl group (such as the acetyl or acetoacetyl group) is attached to the CoA through a thioester linkage to the β-mercaptoethylamine moiety. $NAD^+$ functions in hydride transfers, and FAD, the active form of vitamin $B_2$ (riboflavin), in electron transfers. Another coenzyme incorporating adenosine is 5′-deoxyadenosylcobalamin, the active form of vitamin $B_{12}$ (see Box 17–2), which participates in intramolecular group transfers between adjacent carbons.

Filed 06/23/15 Page 2 of 6 PageID #:


characteristic as in the evolutionary advantage of using one compound for multiple roles. Once ATP became the universal source of chemical energy, systems developed to synthesize ATP in greater abundance than the other nucleotides; because it is abundant, it becomes the logical choice for incorporation into a wide variety of structures. The economy extends to protein structure. A single protein domain that binds adenosine can be used in different enzymes. Such a domain, called a **nucleotide-binding fold**, is found in many enzymes that bind ATP and nucleotide cofactors.

### Some Nucleotides Are Regulatory Molecules

Cells respond to their environment by taking cues from hormones or other external chemical signals. The interaction of these extracellular chemical signals ("first messengers") with receptors on the cell surface often leads to the production of **second messengers** inside the cell, which in turn leads to adaptive changes in the cell interior (Chapter 12). Often, the second messenger is a nucleotide **(Fig. 8–39)**. One of the most common is




Adenosine 3′,5′-cyclic monophosphate (cyclic AMP; cAMP)




Guanosine 3′,5′-cyclic monophosphate (cyclic GMP; cGMP)




Guanosine 5′-diphosphate,3′-diphosphate (guanosine tetraphosphate) (ppGpp)

**FIGURE 8–39** Three regulatory nucleotides.

**adenosine 3′,5′-cyclic monophosphate (cyclic AMP,** or **cAMP)**, formed from ATP in a reaction catalyzed by adenylyl cyclase, an enzyme associated with the inner face of the plasma membrane. Cyclic AMP serves regulatory functions in virtually every cell outside the plant kingdom. Guanosine 3′,5′-cyclic monophosphate (cGMP) occurs in many cells and also has regulatory functions.

Another regulatory nucleotide, ppGpp (Fig. 8–39), is produced in bacteria in response to a slowdown in protein synthesis during amino acid starvation. This nucleotide inhibits the synthesis of the rRNA and tRNA molecules (see Fig. 28–24) needed for protein synthesis, preventing the unnecessary production of nucleic acids.

## SUMMARY 8.4 Other Functions of Nucleotides

- ATP is the central carrier of chemical energy in cells. The presence of an adenosine moiety in a variety of enzyme cofactors may be related to binding-energy requirements.
- Cyclic AMP, formed from ATP in a reaction catalyzed by adenylyl cyclase, is a common second messenger produced in response to hormones and other chemical signals.

## Key Terms

*Terms in bold are defined in the glossary.*

**gene** 271
**ribosomal RNA (rRNA)** 271
**messenger RNA (mRNA)** 271
**transfer RNA (tRNA)** 271
**nucleotide** 271
**nucleoside** 272
**pyrimidine** 272
**purine** 272
**deoxyribonucleotide** 273
**ribonucleotide** 273
**phosphodiester linkage** 275
**5′ end** 275
**3′ end** 275
**oligonucleotide** 276
**polynucleotide** 276
**base pair** 277
major groove 279
minor groove 279
B-form DNA 281
A-form DNA 281
Z-form DNA 281
**palindrome** 281
**hairpin** 282
**cruciform** 282
triplex DNA 282
G tetraplex 282
**transcription** 284
**monocistronic mRNA** 284
**polycistronic mRNA** 284
**mutation** 289
**second messenger** 298
**adenosine 3′,5′-cyclic monophosphate (cyclic AMP, cAMP)** 298

## Further Reading

### General

**Chang, K.Y. & Varani, G.** (1997) Nucleic acids structure and recognition. *Nat. Struct. Biol.* **4** (Suppl.), 854–858.
Describes the application of NMR to determination of nucleic acid structure.

Filed 06/23/15 Page 3 of 6 PageID #:



**Friedberg, E.C., Walker, G.C., Siede, W., Wood, R.D., Schultz, R.A., & Ellenberger, T.** (2006) *DNA Repair and Mutagenesis*, 2nd edn, ASM Press, Washington, DC.

A good source for more information on the chemistry of nucleotides and nucleic acids.

**Hecht, S.M. (ed.).** (1996) *Bioorganic Chemistry: Nucleic Acids*, Oxford University Press, Oxford.

A very useful set of articles.

**Kornberg, A. & Baker, T.A.** (1991) *DNA Replication*, 2nd edn, W. H. Freeman and Company, New York.

The best place to start to learn more about DNA structure.

### Historical

**Judson, H.F.** (1996) *The Eighth Day of Creation: Makers of the Revolution in Biology*, expanded edn, Cold Spring Harbor Laboratory Press, Cold Spring Harbor, NY.

**Olby, R.C.** (1994) *The Path to the Double Helix: The Discovery of DNA*, Dover Publications, Inc., New York.

**Sayre, A.** (1978) *Rosalind Franklin and DNA*, W. W. Norton & Co., Inc., New York.

**Watson, J.D.** (1968) *The Double Helix: A Personal Account of the Discovery of the Structure of DNA*, Atheneum, New York. [Paperback edition, Touchstone Books, 2001.]

### Variations in DNA Structure

**Frank-Kamenetskii, M.D. & Mirkin, S.M.** (1995) Triplex DNA structures. *Annu. Rev. Biochem.* **64**, 65–95.

**Herbert, A. & Rich, A.** (1996) The biology of left-handed Z-DNA. *J. Biol. Chem.* **271**, 11,595–11,598.

**Keniry, M.A.** (2000) Quadruplex structures in nucleic acids. *Biopolymers* **56**, 123–146.

Good summary of the structural properties of quadruplexes.

**Moore, P.B.** (1999) Structural motifs in RNA. *Annu. Rev. Biochem.* **68**, 287–300.

**Shafer, R.H.** (1998) Stability and structure of model DNA triplexes and quadruplexes and their interactions with small ligands. *Prog. Nucleic Acid Res. Mol. Biol.* **59**, 55–94.

### Nucleic Acid Chemistry

**Bonetta, L.** (2006) Genome sequencing in the fast lane. *Nat. Methods* **3**, 141–147.

Faster and more powerful DNA sequencing technologies are under development.

**Collins, A.R.** (1999) Oxidative DNA damage, antioxidants, and cancer. *Bioessays* **21**, 238–246.

**Cooke, M.S., Evans, M.D., Dizdaroglu, M., & Lunt J.** (2003) Oxidative DNA damage: mechanisms, mutation, and disease. *FASEB J.* **17**, 1195–1214.

**Marnett, L.J. & Plastaras, J.P.** (2001) Endogenous DNA damage and mutation. *Trends Genet.* **17**, 214–221.

### ATP as Energy Carrier

**Jencks, W.P.** (1987) Economics of enzyme catalysis. *Cold Spring Harb. Symp. Quant. Biol.* **52**, 65–73.

A relatively short article, full of insights.

## Problems

**1. Nucleotide Structure** Which positions in the purine ring of a purine nucleotide in DNA have the potential to form hydrogen bonds but are not involved in Watson-Crick base pairing?

**2. Base Sequence of Complementary DNA Strands** One strand of a double-helical DNA has the sequence (5′)GCGCAATATTTCTCAAAATATTGCGC(3′). Write the base sequence of the complementary strand. What special type of sequence is contained in this DNA segment? Does the double-stranded DNA have the potential to form any alternative structures?

**3. DNA of the Human Body** Calculate the weight in grams of a double-helical DNA molecule stretching from the Earth to the moon (~320,000 km). The DNA double helix weighs about $1 \times 10^{-18}$ g per 1,000 nucleotide pairs; each base pair extends 3.4 Å. For an interesting comparison, your body contains about 0.5 g of DNA!

**4. DNA Bending** Assume that a poly(A) tract five base pairs long produces a 20° bend in a DNA strand. Calculate the total (net) bend produced in a DNA if the center base pairs (the third of five) of two successive $(dA)_5$ tracts are located (a) 10 base pairs apart; (b) 15 base pairs apart. Assume 10 base pairs per turn in the DNA double helix.

**5. Distinction between DNA Structure and RNA Structure** Hairpins may form at palindromic sequences in single strands of either RNA or DNA. How is the helical structure of a long and fully base-paired (except at the end) hairpin in RNA different from that of a similar hairpin in DNA?

**6. Nucleotide Chemistry** The cells of many eukaryotic organisms have highly specialized systems that specifically repair G–T mismatches in DNA. The mismatch is repaired to form a G≡C (not A═T) base pair. This G–T mismatch repair mechanism occurs in addition to a more general system that repairs virtually all mismatches. Can you suggest why cells might require a specialized system to repair G–T mismatches?

**7. Spontaneous DNA Damage** Hydrolysis of the *N*-glycosyl bond between deoxyribose and a purine in DNA creates an AP site. An AP site generates a thermodynamic destabilization greater than that created by any DNA mismatched base pair. This effect is not completely understood. Examine the structure of an AP site (see Fig. 8–33b) and describe some chemical consequences of base loss.

**8. Nucleic Acid Structure** Explain why the absorption of UV light by double-stranded DNA increases (the hyperchromic effect) when the DNA is denatured.

**9. Determination of Protein Concentration in a Solution Containing Proteins and Nucleic Acids** The concentration of protein or nucleic acid in a solution containing both can be estimated by using their different light absorption properties: proteins absorb most strongly at 280 nm and nucleic acids at 260 nm. Estimates of their respective concentrations in a mixture can be made by measuring the absorbance ($A$) of the solution at 280 and 260 nm and using the table on page 300, which gives $R_{280/260}$, the ratio of absorbances at 280 and 260 nm; the percentage of total mass that is nucleic acid; and a factor, $F$, that corrects the $A_{280}$ reading and gives a more accurate protein

estimate. The protein concentration (in mg/mL) = $F \times A_{280}$ (assuming the cuvette is 1 cm wide). Calculate the protein concentration in a solution of $A_{280} = 0.69$ and $A_{260} = 0.94$.

| $R_{280/260}$ | Proportion of nucleic acid (%) | $F$ |
|---|---|---|
| 1.75 | 0.00 | 1.116 |
| 1.63 | 0.25 | 1.081 |
| 1.52 | 0.50 | 1.054 |
| 1.40 | 0.75 | 1.023 |
| 1.36 | 1.00 | 0.994 |
| 1.30 | 1.25 | 0.970 |
| 1.25 | 1.50 | 0.944 |
| 1.16 | 2.00 | 0.899 |
| 1.09 | 2.50 | 0.852 |
| 1.03 | 3.00 | 0.814 |
| 0.979 | 3.50 | 0.776 |
| 0.939 | 4.00 | 0.743 |
| 0.874 | 5.00 | 0.682 |
| 0.846 | 5.50 | 0.656 |
| 0.822 | 6.00 | 0.632 |
| 0.804 | 6.50 | 0.607 |
| 0.784 | 7.00 | 0.585 |
| 0.767 | 7.50 | 0.565 |
| 0.753 | 8.00 | 0.545 |
| 0.730 | 9.00 | 0.508 |
| 0.705 | 10.00 | 0.478 |
| 0.671 | 12.00 | 0.422 |
| 0.644 | 14.00 | 0.377 |
| 0.615 | 17.00 | 0.322 |
| 0.595 | 20.00 | 0.278 |

**10. Solubility of the Components of DNA** Draw the following structures and rate their relative solubilities in water (most soluble to least soluble): deoxyribose, guanine, phosphate. How are these solubilities consistent with the three-dimensional structure of double-stranded DNA?

**11. Sanger Sequencing Logic** In the Sanger (dideoxy) method for DNA sequencing, a small amount of a dideoxynucleotide triphosphate—say, ddCTP—is added to the sequencing reaction along with a larger amount of the corresponding dCTP. What result would be observed if the dCTP were omitted?

**12. DNA Sequencing** The following DNA fragment was sequenced by the Sanger method. The red asterisk indicates a fluorescent label.

*5′ ——— 3′-OH
3′ ——— ATTACGCAAGGACATTAGAC---5′

A sample of the DNA was reacted with DNA polymerase and each of the nucleotide mixtures (in an appropriate buffer) listed below. Dideoxynucleotides (ddNTPs) were added in relatively small amounts.

1. dATP, dTTP, dCTP, dGTP, ddTTP
2. dATP, dTTP, dCTP, dGTP, ddGTP
3. dATP, dCTP, dGTP, ddTTP
4. dATP, dTTP, dCTP, dGTP

The resulting DNA was separated by electrophoresis on an agarose gel, and the fluorescent bands on the gel were located. The band pattern resulting from nucleotide mixture 1 is shown below. Assuming that all mixtures were run on the same gel, what did the remaining lanes of the gel look like?




**13. Snake Venom Phosphodiesterase** An exonuclease is an enzyme that sequentially cleaves nucleotides from the end of a polynucleotide strand. Snake venom phosphodiesterase, which hydrolyzes nucleotides from the 3′ end of any oligonucleotide with a free 3′-hydroxyl group, cleaves between the 3′ hydroxyl of the ribose or deoxyribose and the phosphoryl group of the next nucleotide. It acts on single-stranded DNA or RNA and has no base specificity. This enzyme was used in sequence determination experiments before the development of modern nucleic acid sequencing techniques. What are the products of partial digestion by snake venom phosphodiesterase of an oligonucleotide with the following sequence?

(5′)GCGCCAUUGC(3′)—OH

**14. Preserving DNA in Bacterial Endospores** Bacterial endospores form when the environment is no longer conducive to active cell metabolism. The soil bacterium *Bacillus subtilis*, for example, begins the process of sporulation when one or more nutrients are depleted. The end product is a small, metabolically dormant structure that can survive almost indefinitely with no detectable metabolism. Spores have mechanisms to prevent accumulation of potentially lethal mutations in their DNA over periods of dormancy that can exceed 1,000 years. *B. subtilis* spores are much more resistant than are the organism's growing cells to heat, UV radiation, and oxidizing agents, all of which promote mutations.

(a) One factor that prevents potential DNA damage in spores is their greatly decreased water content. How would this affect some types of mutations?

(b) Endospores have a category of proteins called small acid-soluble proteins (SASPs) that bind to their DNA, preventing formation of cyclobutane-type dimers. What causes cyclobutane dimers, and why do bacterial endospores need mechanisms to prevent their formation?

**15. Oligonucleotide Synthesis** In the scheme of Figure 8–35, each new base to be added to the growing oligonucleotide is modified so that its 3′ hydroxyl is activated and the 5′ hydroxyl has a dimethoxytrityl (DMT) group attached. What is the function of the DMT group on the incoming base?

## Biochemistry on the Internet

**16. The Structure of DNA** Elucidation of the three-dimensional structure of DNA helped researchers understand how this molecule conveys information that can be faithfully replicated from one generation to the next. To see the secondary structure of double-stranded DNA, go to the Protein Data Bank website (www.rcsb.org). Use the PDB identifiers listed below to retrieve the structure summaries for the two forms of DNA. Open the structures using Jmol (linked under the Display Options), and use the controls in the Jmol menu (accessed with a control-click or by clicking on the Jmol logo in the lower right corner of the image screen) to complete the following exercises. Refer to the Jmol help links as needed.

(a) Obtain the file for 141D, a highly conserved, repeated DNA sequence from the end of the HIV-1 (the virus that causes AIDS) genome. Display the molecule as a ball-and-stick structure (in the control menu, choose Select > All, then Render > Scheme > Ball and Stick). Identify the sugar–phosphate backbone for each strand of the DNA duplex. Locate and identify individual bases. Identify the 5′ end of each strand. Locate the major and minor grooves. Is this a right- or left-handed helix?

(b) Obtain the file for 145D, a DNA with the Z conformation. Display the molecule as a ball-and-stick structure. Identify the sugar–phosphate backbone for each strand of the DNA duplex. Is this a right- or left-handed helix?

(c) To fully appreciate the secondary structure of DNA, view the molecules in stereo. On the control menu, Select > All, then Render > Stereographic > Cross-eyed or Wall-eyed. You will see two images of the DNA molecule. Sit with your nose approximately 10 inches from the monitor and focus on the tip of your nose (cross-eyed) or the opposite edges of the screen (wall-eyed). In the background you should see three images of the DNA helix. Shift your focus to the middle image, which should appear three-dimensional. (Note that only one of the two authors can make this work.)

## Data Analysis Problem

**17. Chargaff's Studies of DNA Structure** The chapter section "DNA Is a Double Helix that Stores Genetic Information" includes a summary of the main findings of Erwin Chargaff and his coworkers, listed as four conclusions ("Chargaff's rules"; p. 278). In this problem, you will examine the data Chargaff collected in support of these conclusions.

In one paper, Chargaff (1950) described his analytical methods and some early results. Briefly, he treated DNA samples with acid to remove the bases, separated the bases by paper chromatography, and measured the amount of each base with UV spectroscopy. His results are shown in the three tables below. The *molar ratio* is the ratio of the number of moles of each base in the sample to the number of moles of phosphate in the sample—this gives the fraction of the total number of bases represented by each particular base. The *recovery* is the sum of all four bases (the sum of the molar ratios); full recovery of all bases in the DNA would give a recovery of 1.0.

**Molar ratios in ox DNA**

| | Thymus | | | Spleen | | Liver |
|---|---|---|---|---|---|---|
| **Base** | **Prep. 1** | **Prep. 2** | **Prep. 3** | **Prep. 1** | **Prep. 2** | **Prep. 1** |
| Adenine | 0.26 | 0.28 | 0.30 | 0.25 | 0.26 | 0.26 |
| Guanine | 0.21 | 0.24 | 0.22 | 0.20 | 0.21 | 0.20 |
| Cytosine | 0.16 | 0.18 | 0.17 | 0.15 | 0.17 | |
| Thymine | 0.25 | 0.24 | 0.25 | 0.24 | 0.24 | |
| *Recovery* | *0.88* | *0.94* | *0.94* | *0.84* | *0.88* | |

**Molar ratios in human DNA**

| | Sperm | | Thymus | Liver | |
|---|---|---|---|---|---|
| **Base** | **Prep. 1** | **Prep. 2** | **Prep. 1** | **Normal** | **Carcinoma** |
| Adenine | 0.29 | 0.27 | 0.28 | 0.27 | 0.27 |
| Guanine | 0.18 | 0.17 | 0.19 | 0.19 | 0.18 |
| Cytosine | 0.18 | 0.18 | 0.16 | | 0.15 |
| Thymine | 0.31 | 0.30 | 0.28 | | 0.27 |
| *Recovery* | *0.96* | *0.92* | *0.91* | | *0.87* |

**Molar ratios in DNA of microorganisms**

| | Yeast | | Avian tubercle bacilli |
|---|---|---|---|
| **Base** | **Prep. 1** | **Prep. 2** | **Prep. 1** |
| Adenine | 0.24 | 0.30 | 0.12 |
| Guanine | 0.14 | 0.18 | 0.28 |
| Cytosine | 0.13 | 0.15 | 0.26 |
| Thymine | 0.25 | 0.29 | 0.11 |
| *Recovery* | *0.76* | *0.92* | *0.77* |

(a) Based on these data, Chargaff concluded that "no differences in composition have so far been found in DNA from different tissues of the same species." This corresponds to conclusion 2 in this chapter. However, a skeptic looking at the data above might say, "They certainly look different to me!" If you were Chargaff, how would you use the data to convince the skeptic to change her mind?

(b) The base composition of DNA from normal and cancerous liver cells (hepatocarcinoma) was not distinguishably different. Would you expect Chargaff's technique to be capable of detecting a difference between the DNA of normal and cancerous cells? Explain your reasoning.

As you might expect, Chargaff's data were not completely convincing. He went on to improve his techniques, as described

Filed 06/23/15 Page 6 of 6 PageID #:
3



in a later paper (Chargaff, 1951), in which he reported molar ratios of bases in DNA from a variety of organisms:

| Source | A:G | T:C | A:T | G:C | Purine:pyrimidine |
|---|---|---|---|---|---|
| Ox | 1.29 | 1.43 | 1.04 | 1.00 | 1.1 |
| Human | 1.56 | 1.75 | 1.00 | 1.00 | 1.0 |
| Hen | 1.45 | 1.29 | 1.06 | 0.91 | 0.99 |
| Salmon | 1.43 | 1.43 | 1.02 | 1.02 | 1.02 |
| Wheat | 1.22 | 1.18 | 1.00 | 0.97 | 0.99 |
| Yeast | 1.67 | 1.92 | 1.03 | 1.20 | 1.0 |
| *Haemophilus influenzae* type c | 1.74 | 1.54 | 1.07 | 0.91 | 1.0 |
| *E. coli* K-12 | 1.05 | 0.95 | 1.09 | 0.99 | 1.0 |
| Avian tubercle bacillus | 0.4 | 0.4 | 1.09 | 1.08 | 1.1 |
| *Serratia marcescens* | 0.7 | 0.7 | 0.95 | 0.86 | 0.9 |
| *Bacillus schatz* | 0.7 | 0.6 | 1.12 | 0.89 | 1.0 |

(c) According to Chargaff, as stated in conclusion 1 in this chapter, "The base composition of DNA generally varies from one species to another." Provide an argument, based on the data presented so far, that supports this conclusion.

(d) According to conclusion 4, "In *all* cellular DNAs, regardless of the species . . . A + G = T + C." Provide an argument, based on the data presented so far, that supports this conclusion.

Part of Chargaff's intent was to disprove the "tetranucleotide hypothesis"; this was the idea that DNA was a monotonous tetranucleotide polymer $(AGCT)_n$ and therefore not capable of containing sequence information. Although the data presented above show that DNA cannot be simply a tetranucleotide—if so, all samples would have molar ratios of 0.25 for each base—it was still possible that the DNA from different organisms was a slightly more complex, but still monotonous, repeating sequence.

To address this issue, Chargaff took DNA from wheat germ and treated it with the enzyme deoxyribonuclease for different time intervals. At each time interval, some of the DNA was converted to small fragments; the remaining, larger fragments he called the "core." In the table below, the "19% core" corresponds to the larger fragments left behind when 81% of the DNA was degraded; the "8% core" corresponds to the larger fragments left after 92% degradation.

| Base | Intact DNA | 19% Core | 8% Core |
|---|---|---|---|
| Adenine | 0.27 | 0.33 | 0.35 |
| Guanine | 0.22 | 0.20 | 0.20 |
| Cytosine | 0.22 | 0.16 | 0.14 |
| Thymine | 0.27 | 0.26 | 0.23 |
| *Recovery* | *0.98* | *0.95* | *0.92* |

(e) How would you use these data to argue that wheat germ DNA is not a monotonous repeating sequence?

### References


**Chargaff, E.** (1950) Chemical specificity of nucleic acids and mechanism of their enzymic degradation. *Experientia* **6**, 201–209.

**Chargaff, E.** (1951) Structure and function of nucleic acids as cell constituents. *Fed. Proc.* **10**, 654–659.