# EXHIBIT E

# Principles of BIOCHEMISTRY

Third Edition



HORTON MORAN OCHS RAWN SCRIMGEOUR

Case 1:13-cv-01987-LPS Document 131-10 Filed 06/23/15 Page 3 of 4 PageID #: 8356



# Principles of Biochemistry

THIRD EDITION

H. Robert Horton
North Carolina State University

Laurence A. Moran
University of Toronto

Raymond S. Ochs
St. John's University

J. David Rawn
Towson State University

K. Gray Scrimgeour
University of Toronto

Prentice Hall
Upper Saddle River, NJ 07458

**Library of Congress Cataloging-in-Publication Data**
Principles of biochemistry / H. Robert Horton ... [et al.].—3rd ed.
p. cm.
Includes index.
ISBN 0-13-026672-8
1. Biochemistry. I. Title: Biochemistry. II. Horton, H. Robert.
QP514.2.P745 2002
572—dc21
00-066538

Executive Editor: John Challice
Development Editor: Mary Ginsburg
Editorial Assistant: Eliana Ortiz
Production Editor: Nicole M. Bush
Editor in Chief, Development: Carol Trueheart
Photo Researcher: Mary Teresa Giancoli/Kathy Ringrose
Photo Coordinator: Tara Gardner
Vice President of Production and Manufacturing: David W. Riccardi
Executive Managing Editor: Kathleen Schiaparelli
Assistant Managing Editor, Science Media: Alison Lorber
Marketing Manager: Steve Sartori
Manufacturing Manager: Trudy Pisciotti
Manufacturing Buyer: Michael Bell
Director of Creative Services: Paul Belfanti
Director of Design: Carole Anson
Art Director: Joseph Sengotta/John Christiana
Interior Designer: Maureen Eide
Cover Designer: Maureen Eide
Cover Molecular Art: Jonathan Parrish
Managing Editor, Audio/Video Assets: Grace Hazeldine
Art Editor: Shannon Sims
Illustrations: Artworks/Jonathan Parrish/Lisa Shoemaker
Photo Editor: Beth Boyd
Copy Editor: Carol Dean
Composition: Vicki L. Croghan, Envision Inc.

***About the cover***: Nucleosome core particle. Double-stranded DNA (yellow) is wrapped around a complex consisting of eight histone proteins. This is the fundamental chromatin particle in eukaryotic nuclei (see Chapter 19).

For a full listing of Illustration Credits, please turn to page 820.

Pearson Education

© 2002, 1996, 1993 by Prentice-Hall, Inc.
Upper Saddle River, NJ 07458

All rights reserved. No part of this book may be reproduced, in any form or by any means, without permission in writing from the publisher.

Printed in the United States of America
10 9 8 7 6 5 4 3 2 1

ISBN 0-13-026672-8

Prentice-Hall International (UK) Limited, *London*
Prentice-Hall of Australia Pty. Limited, *Sydney*
Prentice-Hall Canada Inc., *Toronto*
Prentice-Hall Hispanoamericana, S.A., *Mexico*
Prentice-Hall of India Private Limited, *New Delhi*
Prentice-Hall of Japan, Inc., *Tokyo*
Pearson Education Asia Pte. Ltd.
Editora Prentice-Hall do Brasil, Ltda., *Rio de Janeiro*