Case 1:13-cv-01987-LPS Document 131-11 Filed 06/23/15 Page 1 of 3 PageID #: 8358

CHAPTER

7



# Coenzymes and Vitamins

Evolution has produced a spectacular array of protein catalysts, but the catalytic repertoire of an organism is not limited by the reactivity of groups provided by the amino acid residues of enzymes. Other chemical species, called cofactors, often participate in catalysis. **Cofactors** are required by inactive apoenzymes (proteins only) to convert them to active holoenzymes. There are two types of cofactors: **essential ions** (mostly metal ions) and organic compounds known as **coenzymes** (Figure 7.1). Both inorganic and organic cofactors become essential portions of the active sites of certain enzymes.

Many of the minerals required by all organisms are essential because they are cofactors. Some essential ions, called activator ions, are reversibly bound and often participate in the binding of substrates. In contrast, some cations are tightly bound and frequently participate directly in catalytic reactions.

Refer to Figure 1.1 for a table of the essential elements.

Coenzymes act as group-transfer reagents. They are specific for the chemical groups that they accept and donate. For some coenzymes, the group is hydrogen or an electron; other coenzymes carry larger, covalently attached chemical groups. These mobile metabolic groups are attached at the **reactive center** of the coenzyme. (Either the mobile metabolic group or the reactive center is shown in red in the structures presented in this chapter.) We can simplify our study of coenzymes by focusing on the chemical properties of their reactive centers.




◀ **Figure 7.1**
Types of cofactors. Essential ions and coenzymes can be further distinguished by the strength of interaction with their apoenzymes.

**Top:** Nicotinamide adenine dinucleotide (NAD⊕), a coenzyme derived from the vitamin nicotinic acid (niacin). NAD⊕ is an oxidizing agent.




**Figure 7.2** ▲
Mechanism of carbonic anhydrase. The zinc ion in the active site promotes the ionization of a bound water molecule. The resulting hydroxide ion attacks the carbon atom of carbon dioxide, producing bicarbonate, which is released from the enzyme.

We begin this chapter with a discussion of essential-ion cofactors. Much of the rest of the chapter is devoted to the more complex organic cofactors. In mammals, many of these coenzymes are derived from dietary precursors called vitamins. We therefore discuss vitamins in this chapter. We conclude with a look at a few proteins that are coenzymes. Most of the structures and reactions presented here will be encountered in later chapters when we discuss particular metabolic pathways.

## 7.1 Many Enzymes Require Inorganic Cations

Over a quarter of all known enzymes require metallic cations to achieve full catalytic activity. These enzymes can be divided into two groups: metal-activated enzymes and metalloenzymes. **Metal-activated enzymes** either have an absolute requirement for added metal ions or are stimulated by the addition of metal ions. Some of these enzymes require monovalent cations such as $K^{\oplus}$, and others require divalent cations such as $Ca^{2+}$ or $Mg^{2+}$. For example, kinases require magnesium ions for the magnesium-ATP complex they use as a phosphoryl-group–donating substrate. Magnesium shields the negatively charged phosphate groups of ATP, making them more susceptible to nucleophilic attack (Section 9.3). **Metalloenzymes** contain firmly bound metal ions at their active sites. The ions most commonly found in metalloenzymes are the transition metals iron and zinc, and less often, copper and cobalt.

Metal ions that bind tightly to enzymes often play intimate roles in catalysis. The ions of some metalloenzymes can act as electrophilic catalysts. By attracting electrons, metal ions can polarize bonds. For example, the cofactor for the enzyme carbonic anhydrase is an electrophilic zinc atom bound to the side chains of three histidine residues and to a molecule of water. Binding to $Zn^{2+}$ causes the water to ionize more readily. A basic carboxylate group of the enzyme removes a proton from the bound water molecule, producing a nucleophilic hydroxide ion that attacks the substrate (Figure 7.2). This enzyme has an extremely high catalytic rate ($k_{cat}/K_m$ = $8.3 \times 10^7 M^{-1}s^{-1}$), partly because the simplicity of its mechanism. Many other zinc metalloenzymes activate bound water molecules in this fashion.




◀ **Figure 7.3**
Iron-sulfur clusters. In each type of iron-sulfur cluster, the iron atoms are complexed with an equal number of sulfide ions ($S^{2-}$) and with the thiolate groups of the side chains of cysteine residues.

The ions of other metalloenzymes can undergo reversible oxidation and reduction by transferring electrons from a reduced substrate to an oxidized substrate. Iron, which occurs in many metalloenzymes, can undergo oxidation and reduction. For example, it is part of the heme group of catalase, an enzyme that catalyzes the degradation of $H_2O_2$. Heme groups also occur in cytochromes, electron-transferring proteins found associated with specific metalloenzymes in mitochondria and chloroplasts. Nonheme iron is often found in metalloenzymes in the form of iron-sulfur clusters (Figure 7.3). The most common iron-sulfur clusters are the [2 Fe–2 S] and [4 Fe–4 S] clusters, in which the iron atoms are complexed with an equal number of sulfide ions from $H_2S$ and —S⊖ groups from cysteine residues. Iron-sulfur clusters mediate some oxidation-reduction reactions. Each cluster, whether it contains two or four iron atoms, can accept only one electron in an oxidation reaction.

Review Section 4.12 for the structure of heme.

Cytochromes will be discussed in Section 7.15.

## 7.2 Coenzyme Classification

Coenzymes can be classified into two types based on how they interact with the apoenzyme (Figure 7.1). Coenzymes of one type—often called **cosubstrates**—are actually substrates in enzyme-catalyzed reactions. A cosubstrate is altered in the course of the reaction and dissociates from the active site. The original structure of the cosubstrate is regenerated in a subsequent reaction catalyzed by another enzyme. The cosubstrate is recycled repeatedly within the cell, unlike an ordinary substrate whose product typically undergoes further transformation. Cosubstrates shuttle mobile metabolic groups among different enzyme-catalyzed reactions.

The second type of coenzyme is called a **prosthetic group**. A prosthetic group remains bound to the enzyme during the course of the reaction. In some cases, the prosthetic group is covalently attached to its apoenzyme, while in other cases it is tightly bound to the active site by many weak interactions. Like the ionic amino acid residues of the active site, a prosthetic group must return to its original form during each full catalytic event or the holoenzyme will not remain catalytically active. Both cosubstrates and prosthetic groups supply active sites with reactive groups not present on the side chains of amino acid residues.

In mammals, coenzymes can also be classified by their source. Some mammalian coenzymes are synthesized from common metabolites and are thus referred to as **metabolite coenzymes**. Other coenzymes, called **vitamin-derived coenzymes**, are derivatives of vitamins, which are compounds that cannot be synthesized by mammals and must be obtained as nutrients.

### A. Metabolite Coenzymes

Metabolite coenzymes include a number of nucleoside triphosphates. Adenosine triphosphate (ATP) is by far the most abundant. Other common examples are *S*-adenosylmethionine and nucleotide sugars, such as uridine diphosphate glucose (UDP-glucose). ATP, shown in Figure 7.4, is a versatile reactant that can donate its phosphoryl, pyrophosphoryl, adenylyl (AMP), or adenosyl groups in group-transfer reactions.




◀ **Figure 7.4**
ATP. The nitrogenous base adenine is linked to a ribose bearing three phosphoryl groups. Transfer of a phosphoryl group (red) generates ADP, and transfer of a nucleotidyl group (AMP, blue) generates pyrophosphate ($PP_i$).