## BOX 7.1 Nucleosides and Nucleotides

A number of coenzymes are nucleotides, compounds composed of a heterocyclic base (either a pyrimidine or a purine), a five-carbon sugar, and phosphate (Section 1.3C). A pyrimidine has a single ring that contains four carbon atoms and two nitrogen atoms. The structure of the pyrimidine uracil is shown below. A purine is a bicyclic compound in which an imidazole ring is fused to a pyrimidine. Figure 1.8 introduced adenosine triphosphate (ATP), in which the heterocyclic base is the purine adenine (see the figure below). The five-carbon sugar is usually D-ribose or 2-deoxy-D-ribose (Figure 1.7).

The numbering scheme for the bases is shown with the structures of uracil and adenine. The numbers of the five carbon atoms of the sugars have primes to distinguish them from the numbers of the atoms of the bases.

The compound formed when a base is condensed with a ribose derivative is called a nucleoside. In nucleosides, the heterocyclic base is attached to the sugar by a glycosidic bond (Section 1.3B and Section 8.5), in this case an *N*-glycosidic bond formed between C-1′ of the sugar (a substituted aldehyde) and an amine (the heterocyclic base). The glycosidic bond connects either N-1 of a pyrimidine or N-9 of a purine to the sugar. The structure of the nucleoside deoxyguanosine, formed from the purine guanine and deoxyribose, is shown below.

Nucleotides are phosphorylated nucleosides. The phosphate of nucleotides can be attached to the 2′, 3′, or 5′ hydroxyl groups of the five-carbon sugar. More than one phosphoryl group can be added to a nucleoside. If more than one phosphoryl group is added to a sugar hydroxyl group as a pyrophosphate chain, each phosphate atom is given a Greek letter, starting with α for that closest to the sugar. For example, the terminal phosphoryl group of adenosine triphosphate is called the γ phosphoryl group.

The structure and chemistry of nucleotides is discussed in more detail in Chapter 19.




▲ Structures of **(a)** the pyrimidine uracil, **(b)** the purine adenine, **(c)** the sugar D-ribose, **(d)** the nucleoside deoxyguanosine, and **(e)** the nucleotide uridine 5′-monophosphate (UMP).



**Figure 7.5** ▲
*S*-Adenosylmethionine. The activated methyl group of this coenzyme is shown in red.

The most common reaction involving ATP is phosphoryl-group transfer. In reactions catalyzed by kinases, for example, the γ-phosphoryl group of ATP is transferred to a nucleophile, leaving ADP. The second most common reaction is nucleotidyl-group transfer (transfer of the AMP moiety), leaving pyrophosphate ($PP_i$). The synthesis of DNA and RNA from nucleoside triphosphates (in which the nucleotides are substrates, not coenzymes) occurs by nucleotidyl-group–transfer reactions.

ATP is also the source of several other metabolite coenzymes. One, *S*-adenosylmethionine (Figure 7.5), is synthesized by the reaction of methionine with ATP.

$$\text{Methionine} + \text{ATP} \longrightarrow S\text{-Adenosylmethionine} + P_i + PP_i \qquad (7.1)$$

Case 1:13-cv-01987-LPS Document 131-12 Filed 06/23/15 Page 2 of 2 PageID #: 8362


Unlike the thiomethyl group of methionine, the positively charged sulfonium of *S*-adenosylmethionine is highly reactive. *S*-Adenosylmethionine reacts readily with nucleophilic acceptors and is the donor of virtually all the methyl groups used in biosynthetic reactions. For example, it is required for conversion of the hormone norepinephrine to epinephrine.



Norepinephrine Epinephrine **(7.2)**

Methylation reactions that require *S*-adenosylmethionine include methylation of phospholipids, proteins, DNA, and RNA. In plants, *S*-adenosylmethionine—as a precursor of the plant hormone ethylene—is involved in regulating the ripening of fruit.

Nucleotide-sugar coenzymes are involved in carbohydrate metabolism. The most common nucleotide sugar, uridine diphosphate glucose (UDP-glucose), is formed by the reaction of glucose 1-phosphate with uridine triphosphate (UTP), a nucleoside triphosphate in which the adenine of ATP is replaced by a uracil moiety (Figure 7.6). UDP-glucose can donate its glycosyl group (shown in red) to a suitable acceptor, releasing UDP. UDP-glucose is regenerated when UDP accepts a phosphoryl group from ATP and the resulting UTP reacts with another molecule of glucose 1-phosphate.




**◀ Figure 7.6**
Formation of UDP-glucose catalyzed by UDP-glucose pyrophosphorylase. An oxygen of the phosphate group of α-D-glucose 1-phosphate attacks the α-phosphorus of UTP. The $PP_i$ released is rapidly hydrolyzed to 2 $P_i$ by the action of pyrophosphatase. This hydrolysis helps drive the pyrophosphorylase-catalyzed reaction toward completion. The mobile glycosyl group of UDP-glucose is shown in red.