**TABLE 7.1** Some vitamins and their associated nutritional-deficiency diseases

| Vitamin | Disease |
|---|---|
| Ascorbate (C) | Scurvy |
| Nicotinic acid | Pellagra |
| Riboflavin ($B_2$) | Growth retardation |
| Pantothenate ($B_3$) | Dermatitis in chickens |
| Thiamine ($B_1$) | Beriberi |
| Pyridoxal ($B_6$) | Dermatitis in rats |
| Biotin | Dermatitis in humans |
| Folate | Anemia |
| Cobalamin ($B_{12}$) | Pernicious anemia |

Both the sugar and the nucleoside of nucleotide-sugar coenzymes may vary. For example, derivatives of the nucleotide cytidine diphosphate (CDP), which has cytosine as its nitrogenous base, will be encountered in lipid metabolism (Sections 16.9 and 16.10).

## B. Vitamin-Derived Coenzymes and Nutrition

Vitamins required for the synthesis of coenzymes must be obtained as nutrients, usually in small amounts (micrograms or milligrams per day). Mammals and other animals rely on other organisms to supply these micronutrients. The ultimate sources of vitamins are usually plants and microorganisms, though carnivorous animals can obtain vitamins from meat. Most vitamins must be enzymatically transformed to their corresponding coenzymes.

A nutritional-deficiency disease can result when a vitamin is deficient or absent in the diet of an animal. Nutritional-deficiency diseases can be overcome or prevented by consuming the appropriate vitamin. Recovery from these diseases has been used to test the potency of extracts during the isolation of vitamins. (Another test involves measuring the growth of microorganisms with mutations in their biosynthetic pathways.) Table 7.1 lists nine vitamins and the diseases associated with their deficiencies. Each of these vitamins and their metabolic roles are discussed below. Most of them are converted to coenzymes, sometimes after a reaction with ATP. The portion of the ATP molecule that is transferred to the vitamin is a group that binds the coenzyme to the enzymes' active sites.

The word *vitamin* (originally spelled "vitamine") was coined by Casimir Funk in 1912 to describe a "vital amine" from rice husks that cured beriberi, a nutritional-deficiency disease that results in neural degeneration. Beriberi was first described in fowl, and then in humans whose diets consisted largely of polished rice. The antiberiberi substance (thiamine) became known as vitamin $B_1$. Two broad classes of vitamins have since been identified: water-soluble (such as B vitamins) and fat-soluble (also called lipid vitamins). Although many vitamins proved not to be amines, the term *vitamin* has been retained. Since water-soluble vitamins are readily excreted in the urine

**BOX 7.2** Vitamin C: A Vitamin but Not a Coenzyme

The simplest vitamin is the antiscurvy agent ascorbic acid (vitamin C) (Section 8.4F). The link between scurvy and nutrition was recognized four centuries ago when British navy physicians discovered that citrus juice was a remedy for scurvy in sailors whose diet lacked fresh fruits and vegetables. It was not until 1930, however, that ascorbic acid was isolated and shown to be the essential dietary component supplied by citrus juices. The carbohydrate ascorbic acid is a lactone, an internal ester in which the C-1 carboxylate group is condensed with the C-4 hydroxyl group, forming a ring structure. We now know that ascorbic acid is not a coenzyme but acts as a reducing agent during the hydroxylation of collagen (Section 4.11). Although most animals can synthesize ascorbic acid in the course of carbohydrate metabolism, guinea pigs and primates (including humans) lack this ability and must therefore rely on dietary sources.

Ascorbic acid (vitamin C) and its dehydro, or oxidized, form.




Ascorbic acid

Dehydroascorbic acid

**TABLE 7.2** Major coenzymes

| Coenzyme | Vitamin source | Major metabolic roles | Mechanistic role |
|---|---|---|---|
| Adenosine triphosphate (ATP) | — | Transfer of phosphoryl or nucleotidyl groups | Cosubstrate |
| *S*-Adenosylmethionine | — | Transfer of methyl groups | Cosubstrate |
| Uridine diphosphate glucose | — | Transfer of glycosyl groups | Cosubstrate |
| Nicotinamide adenine dinucleotide (NAD⊕) and nicotinamide adenine dinucleotide phosphate (NADP⊕) | Niacin | Oxidation-reduction reactions involving two-electron transfers | Cosubstrate |
| Flavin mononucleotide (FMN) and flavin adenine dinucleotide (FAD) | Riboflavin ($B_2$) | Oxidation-reduction reactions involving one- and two-electron transfers | Prosthetic group |
| Coenzyme A (CoA) | Pantothenate ($B_3$) | Transfer of acyl groups | Cosubstrate |
| Thiamine pyrophosphate (TPP) | Thiamine ($B_1$) | Transfer of two-carbon fragments containing a carbonyl group | Prosthetic group |
| Pyridoxal phosphate (PLP) | Pyridoxine ($B_6$) | Transfer of groups to and from amino acids | Prosthetic group |
| Biotin | Biotin | ATP-dependent carboxylation of substrates or carboxyl-group transfer between substrates | Prosthetic group |
| Tetrahydrofolate | Folate | Transfer of one-carbon substituents, especially formyl and hydroxymethyl groups; provides the methyl group for thymine in DNA | Cosubstrate |
| Adenosylcobalamin | Cobalamin ($B_{12}$) | Intramolecular rearrangements | Prosthetic group |
| Methylcobalamin | Cobalamin ($B_{12}$) | Transfer of methyl groups | Prosthetic group |
| Lipoamide | — | Oxidation of a hydroxyalkyl group from TPP and subsequent transfer as an acyl group | Prosthetic group |
| Retinal | Vitamin A | Vision | Prosthetic group |
| Vitamin K | Vitamin K | Carboxylation of some glutamate residues | Prosthetic group |
| Ubiquinone (Q) | — | Lipid-soluble electron carrier | Cosubstrate |

and the cellular stores of their coenzymes are labile, they are required daily in small amounts. Conversely, lipid vitamins, such as vitamins A, D, E, and K, are stored by animals, and excessive intakes can result in toxic conditions known as hypervitaminoses.

Table 7.2 briefly describes the major coenzymes, the source for those derived from vitamins, and the metabolic role of each. We have already discussed ATP, *S*-adenosylmethionine, and UDP-glucose. The following sections describe the structures and functions of the other major coenzymes.

## 7.3 NAD⊕ and NADP⊕

The nicotinamide coenzymes—nicotinamide adenine dinucleotide (NAD⊕) and the closely related nicotinamide adenine dinucleotide phosphate (NADP⊕)—were the first coenzymes to be recognized. Both contain nicotinamide, the amide of nicotinic acid (Figure 7.7). Nicotinic acid (also called niacin) is the factor missing in the disease pellagra. Humans can obtain nicotinic acid from enriched cereals, meat, and legumes. Nicotinic acid or nicotinamide is essential as a precursor of NAD⊕ and NADP⊕. (In many species, tryptophan is degraded to nicotinic acid. Dietary tryptophan can therefore spare some of the requirement for niacin or nicotinamide.)

Because nicotinic acid is the 3-carboxyl derivative of pyridine, nicotinamide coenzymes are often referred to as pyridine nucleotide coenzymes. The structures of NAD⊕ and NADP⊕ and their reduced forms, NADH and NADPH, are shown in Figure 7.8. Both coenzymes contain a phosphoanhydride linkage that joins two




**Figure 7.7** ▲
Nicotinic acid (niacin) and nicotinamide.