# EXHIBIT F

# Essentials of Organic Chemistry

*For Students of Pharmacy, Medicinal Chemistry and Biological Chemistry*



PAUL M DEWICK



WILEY

Copyright © 2006 John Wiley & Sons Ltd, The Atrium, Southern Gate, Chichester, West Sussex PO19 8SQ, England

Telephone (+44) 1243 779777

Email (for orders and customer service enquiries): cs-books@wiley.co.uk
Visit our Home Page on www.wiley.com

Reprinted with corrections July 2006, October 2009
Reprinted September 2006, October 2007, January 2009, October 2010

All Rights Reserved. No part of this publication may be reproduced, stored in a retrieval system or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, scanning or otherwise, except under the terms of the Copyright, Designs and Patents Act 1988 or under the terms of a licence issued by the Copyright Licensing Agency Ltd, 90 Tottenham Court Road, London W1T 4LP, UK, without the permission in writing of the Publisher. Requests to the Publisher should be addressed to the Permissions Department, John Wiley & Sons Ltd, The Atrium, Southern Gate, Chichester, West Sussex PO19 8SQ, England, or emailed to permreq@wiley.co.uk, or faxed to (+44) 1243 770620.

Designations used by companies to distinguish their products are often claimed as trademarks. All brand names and product names used in this book are trade names, service marks, trademarks or registered trademarks of their respective owners. The Publisher is not associated with any product or vendor mentioned in this book.

This publication is designed to provide accurate and authoritative information in regard to the subject matter covered. It is sold on the understanding that the Publisher is not engaged in rendering professional services. If professional advice or other expert assistance is required, the services of a competent professional should be sought.

***Other Wiley Editorial Offices***

John Wiley & Sons Inc., 111 River Street, Hoboken, NJ 07030, USA

Jossey-Bass, 989 Market Street, San Francisco, CA 94103-1741, USA

Wiley-VCH Verlag GmbH, Boschstr. 12, D-69469 Weinheim, Germany

John Wiley & Sons Australia Ltd, 42 McDougall Street, Milton, Queensland 4064, Australia

John Wiley & Sons (Asia) Pte Ltd, 2 Clementi Loop #02-01, Jin Xing Distripark, Singapore 129809

John Wiley & Sons Canada Ltd, 22 Worcester Road, Etobicoke, Ontario, Canada M9W 1L1

Wiley also publishes its books in a variety of electronic formats. Some content that appears in print may not be available in electronic books.

***British Library Cataloguing in Publication Data***

A catalogue record for this book is available from the British Library

ISBN-13: 978-0-470-01665-7 (H/B) 978-0-470-01666-4 (P/B)

Typeset in 9.5/11.5pt Times by Laserwords Private Limited, Chennai, India
Printed and bound in Great Britain by CPI Antony Rowe, Chippenham, Wiltshire

# 7

# Nucleophilic reactions of carbonyl groups

## 7.1 Nucleophilic addition to carbonyl groups: aldehydes and ketones

The carbon–oxygen double bond C=O is termed a carbonyl group, and represents one of the most important reactive functional groups in chemistry and biochemistry. Since oxygen is more electronegative than carbon, the electrons in the double bond are not shared equally and the carbon–oxygen bond is polarized, with the oxygen atom attracting more of the electron density (see Section 2.7). This polarization may be represented via the resonance structures A and B, where A is uncharged and B has full charge separation (see Section 2.10).



A B C

However, since the contribution from B is smaller than that from A, the charge distribution is often presented as in C. The partial charges δ+ and δ− indicate the imbalance in electron density.

**Ketones** have two alkyl or aryl groups attached to the carbonyl group; in **aldehydes** one or both of these groups is hydrogen (the simplest aldehyde is formaldehyde $H_2C{=}O$). The carbon atom is $sp^2$ hybridized, so that the carbonyl group and the directly bonded atoms are in one plane (see Section 2.6.2). The two pairs of nonbonding electrons, i.e. lone pairs, on the carbonyl oxygen tend to be omitted in most representations; but, as we shall see, these frequently play an important part in mechanisms involving carbonyl groups. For convenience, or out of sheer laziness, we may show only one of these lone pairs even when they do play a role.

Because of the polarization, it is possible for the carbonyl group to be involved in both **nucleophilic addition** reactions and **electrophilic addition** reactions.

**nucleophilic addition:**



*nucleophile attacks δ+ centre*

**electrophilic addition:**



*oxygen lone pair attacks electrophile*


© 2006 John Wiley & Sons, Ltd

Most addition reactions actually involve both steps, but the order in which these occur depends on the nature of the reagent and the reaction conditions. Under basic conditions, the nucleophile attacks the carbonyl first, and the reaction is completed by abstraction of an electrophile, a proton, from the solvent.




Under acidic conditions, electrophilic addition occurs first, namely protonation of the carbonyl and formation of the conjugate acid. The conjugate acid, with a full positive charge, is now a more reactive electrophile than the original uncharged carbonyl group, which only has partial charge separation due to polarization. As a result, addition can now occur with less-reactive nucleophiles, and typically these are uncharged and attack via their lone pair electrons.




In most of the reactions that we shall encounter there will be attack of a charged nucleophile on to an uncharged carbonyl or, alternatively, attack of lone pair electrons in an uncharged nucleophile onto a charged conjugate acid. An uncharged nucleophile tends to be insufficiently reactive for addition reactions to occur with an uncharged carbonyl. At the other extreme, the combination of charged nucleophile and charged carbonyl is not usually favourable. Since negatively charged nucleophiles are also bases, an acidic environment will not permit their involvement.

The most significant change in these reactions is the formation of the carbon–nucleophile bond; so, in both types of mechanism, the reaction is termed a **nucleophilic addition**. It should be noted that the polarization in the carbonyl group leads to nucleophilic addition, whereas the lack of polarization in the C=C double bond of an alkene leads to electrophilic addition reactions (see Chapter 8). Carbonyl groups in carboxylic acid derivatives undergo a similar type of reactivity to nucleophiles, but the presence of a leaving group in these compounds leads to substitution reactions rather than addition (see Section 7.8).

### *7.1.1 Aldehydes are more reactive than ketones*

The reactions undergone by **aldehydes** and **ketones** are essentially the same, but aldehydes are more reactive than ketones. There are two rational reasons for this. Alkyl groups have an electron-donating inductive effect (see Section 4.3.3) and the presence of two such groups in ketones against just one in aldehydes means the magnitude of $\delta+$ is reduced in ketones. Put another way, the carbonyl group in aldehydes is more electrophilic than that in ketones. It should also be noted that aromatic aldehydes, such as benzaldehyde, are less reactive than alkyl aldehydes. This is because the aromatic ring allows electron delocalization via a resonance effect that also reduces the positive charge on the carbonyl carbon.

*aldehydes are more reactive than ketones*




*the aldehyde carbon is more electrophilic than the ketone carbon*

*aromatic aldehydes are less reactive than aliphatic aldehydes*




*aromatic compounds are less reactive; the aromatic ring delocalizes positive charge away from carbonyl carbon*

The second feature is a steric consideration. During nucleophilic addition, the planar $sp^2$ system of the carbonyl compound (bond angle 120°) is converted into a tetrahedral $sp^3$ system in the product (bond angle 109°) creating more steric crowding, i.e. the groups are brought closer together.

*the addition reaction increases steric crowding*




*formation of new bond creates more steric crowding*

This crowding is more severe with two alkyl substituents (from ketones) than with one alkyl and the much smaller hydrogen (from aldehydes). A consequence of this change is that the planar aldehyde or ketone can be attacked from either side of the plane with essentially equal probability. If the substituents are all different, then this will result in the creation of a chiral centre; but, since both enantiomers will be formed in equal amounts, the product will be an optically inactive racemate (assuming no other chiral centres are present in the R groups); see Section 3.4.1.

### *7.1.2 Nucleophiles and leaving groups: reversible addition reactions*

In principle, all carbonyl addition reactions could be reversible; but, in practice, many are essentially irreversible. Let us consider mechanisms for the reverse of the nucleophilic addition reactions given above. For the base-catalysed reaction, we would invoke the following mechanism:




*base removes proton* *carbonyl formation with loss of leaving group* *nucleophile as leaving group*

Case 1:13-cv-01987-LPS Document 131-14 Filed 06/23/15 Page 7 of 15 PageID #: 8371



For the acid-catalysed reaction, we would write




It becomes clear that, in the reverse reactions, we need the original nucleophile to behave as a good leaving group, either as $Nu^-$ in base-catalysed reactions or as Nu–H in acid-catalysed situations. Conversely, if the nucleophile cannot act as a leaving group, then the reverse reaction is going to be unfavourable and the addition will be essentially irreversible. By appreciating this fundamental concept, we shall be able to rationalize the various carbonyl addition reactions of importance described below. We shall also be able to link in easily the behaviour of carboxylic acid derivatives, where the presence of an alternative leaving group needs to be considered (see Section 7.8).

**Reversible reactions** include addition of water, alcohols, thiols, HCN, and amines. **Irreversible reactions** include addition of hydride and organometallics. In the latter cases, hydride $H^-$ and carbanions such as $Me^-$ are going to be very poor leaving groups, predictable from the $pK_a$ values of $H_2$ (35) and MeH (48). We have seen in Section 6.1.4 that good leaving groups are the conjugate bases of strong acids. We can also rationalize why some addition reactions simply do not occur, e.g. halide ions do not add to carbonyl groups. Although we know that a halide such as bromide can act as an effective nucleophile in $S_N1$ and $S_N2$ reactions (see Section 6.1.2), it is also a very good leaving group ($pK_a$ value for HBr −9). This means that the reverse reaction becomes very much more favourable than the forward reaction. In cases where both forward and reverse reactions are feasible, we can often usefully disturb the equilibrium by using an excess of one reagent (see below).

## 7.2 Oxygen as a nucleophile: hemiacetals, hemiketals, acetals and ketals

The addition of 1 mol of an alcohol to an aldehyde gives a **hemiacetal**, and to a ketone a **hemiketal**. However, most chemists do not now differentiate between hemiacetals and hemiketals; these are both termed hemiacetals. This reaction is usually catalysed

**acid-catalysed formation of hemiacetals**



by acids, but may also be achieved in the presence of base. The reactions follow the general mechanisms given above. The main difference between the acid-catalysed and base-catalysed mechanisms is that acid increases the electrophilicity of the carbonyl group by protonation, whereas base increases the nucleophilicity of the alcohol via ionization to the conjugate base.

**base-catalysed formation of hemiacetals**




Each reaction is reversible, and by extrapolating from the forward reaction it is relatively easy to propose a mechanism for the reverse reaction. Mechanisms are shown here for both acid- and base-catalysed decomposition of hemiacetals.

**acid-catalysed decomposition of hemiacetals**







**base-catalysed decomposition of hemiacetals**




The position of equilibrium, i.e. whether the carbonyl compound or the addition product is favoured, depends on the nature of the reagents. The equilibrium constant is often less than 1, so that the product is not favoured, and many simple hemiacetals and hemiketals are not sufficiently stable to be isolated. However, stable cyclic hemiacetals and hemiketals can be formed. A cyclic product arises if the alcohol function is in the same molecule as the carbonyl, allowing an **intramolecular reaction** rather than an intermolecular one. When these functional groups are separated by three or four carbons, this results in the generation of stereochemically favourable five- or six-membered rings respectively (see Section 3.3.2).

**Table 7.1** Hydroxyaldehyde–cyclic hemiacetal equilibria

| Hydroxyaldehyde | Hemiacetal | Ring size | % Hemiacetal at equilibrium |
|---|---|---|---|
|  |  | 4 | 0 |
|  |  | 5 | 89 |
|  |  | 6 | 94 |
|  |  | 7 | 15 |

However, as seen in Table 7.1, rings other than five- and six-membered are either not formed or are not particularly favoured.

A vast range of natural **sugars** exemplify these cyclic addition products. A typical sugar exists predominantly in the form of a hemiacetal or hemiketal in solution, although this is an equilibrium reaction, and the open chain carbonyl form is always present to a small extent (<1%). The formation of a six-membered cyclic hemiacetal from glucose is achieved by attack of the C-5 hydroxyl onto the protonated carbonyl (conjugate acid).

The cyclic form of **glucose** is termed **glucopyranose**, since the new ring system is a reduced form of the oxygen heterocycle pyran. Nucleophilic attack onto the planar carbonyl may occur from either of its two faces, generating two different stereochemistries at this new chiral centre, designated as α or β. This new chiral centre is termed the **anomeric centre**. Since there are other chiral centres in the molecule, the mixture of α- and β-anomeric forms is not a racemate, but a mixture of diastereoisomers (see Section 3.4.4). The mixture does not contain 50% of each anomer (see below). Although both forms are produced, the β form with the equatorial hydroxyl is thermodynamically favoured (see Section 3.3.2).




Further, the two forms can also equilibrate via the open-chain carbonyl form of the sugar, so that the single isomers in solution are rapidly transformed into the equilibrium mixture (see Box 7.1). Since there are two anomeric forms, and these are often in equilibrium via the acyclic carbonyl compound, we use a new type of bond to indicate that the configuration is not specified, and could be of either stereochemistry. This is the wavy or wiggly bond; and to emphasize our indecision further, it is usually sited halfway between the two possible positions.

**Box 7.1**

*The mutarotation of glucose*

It is possible to separate the two **anomeric forms** of **glucose** by careful recrystallization from water. The two forms have different specific optical rotations (see Section 3.4.1), $[\alpha]_D$ + 112° for α-D-glucopyranose, and $[\alpha]_D$ + 18.7°

Case 1:13-cv-01987-LPS Document 131-14 Filed 06/23/15 Page 10 of 15 PageID #: 8374



for β-D-glucopyranose. If either of these forms is dissolved in water, the optical rotation slowly changes to yield the same final rotation, $[\alpha]_D$ + 52.7°. Because this process produces a change in rotation from that of either pure substance, it is termed **mutarotation**. The final product is an equilibrium mixture of the α and β anomeric forms, and their interconversion involves the open-chain aldehyde form as shown.




A similar transformation is common to all aldehyde-containing hexoses (aldohexoses) and pentoses (aldopentoses); see Section 12.2.3.

From these data, it is also easy to calculate the proportions of the two forms in the equilibrium mixture. Since we are dealing with isomeric compounds, we can relate specific rotations to the amount of each isomer. If the fraction of the α form is $x$ and that of the β form is $1 - x$, then

$$112x + 18.7(1 - x) = 52.7$$

From this one can calculate that $x = 0.36$; there is thus 36% α anomer and 64% β anomer in the equilibrium mixture.

The approximately 2 : 1 preference for the β anomer is consistent with our knowledge of conformations in six-membered rings (see Section 3.3.2); this anomer has the variable hydroxyl in a more favourable equatorial position. Note that the difference in thermodynamic stability is not sufficient to force the equilibrium completely in favour of the β anomer, and it is perhaps unexpected that there is quite so much of the α anomer present at equilibrium. We shall return to this topic, the **anomeric effect**, in Section 12.4.

Glucose is also capable of forming a five-membered hemiacetal ring by attack of the 4-hydroxyl onto the carbonyl, though this is much less favourable than formation of the six-membered ring just discussed (see Section 12.2.2). Five-membered rings are termed **furanose** rings by comparison with the oxygen heterocycle furan, with the most prominent example being that from the five-carbon sugar **ribose**.



Case 1:13-cv-01987-LPS Document 131-14 Filed 06/23/15 Page 11 of 15 PageID #: 8375






The two anomeric forms are called α- and β-ribofuranose. Again, in solution there exists an equilibrium between the open chain carbonyl form and the two anomeric hemiacetal forms. Ribose also forms six-membered pyranose anomers, and an aqueous solution actually contains about 76% pyranose forms to 24% furanose forms. In the vast majority of cases, ribose is found in nature combined in the β-furanose form (see Box 7.2).

### Box 7.2

#### *Some biologically important ribose derivatives*

Nature has exploited **ribose** derivatives for a number of crucially significant biochemicals. Many of these contain a heterocyclic base attached to the β-anomeric position of D-ribofuranose, and are termed **nucleosides**. Adenosine, guanosine, cytidine, and uridine are fundamental components of **ribonucleic acids** (**RNA**; see Section 14.1),



R = OH adenosine
R = H deoxyadenosine

R = OH guanosine
R = H deoxyguanosine

β-D-ribofuranose



R = OH cytidine
R = H deoxycytidine

R = OH uridine

R = H deoxythymidine

Case 1:13-cv-01987-LPS Document 131-14 Filed 06/23/15 Page 12 of 15 PageID #: 8376



and similar derivatives of 2-deoxy-β-D-ribofuranose, the deoxynucleosides deoxyadenosine, deoxyguanosine, deoxycytidine, and deoxythymidine, are the building blocks of **deoxyribonucleic acids** (**DNA**; see Section 14.1).

Nucleosides are also encountered in the structures of **adenosine triphosphate** (**ATP**) and coenzyme A (HSCoA). ATP provides nature with its currency unit for energy. Hydrolysis of ATP to adenosine diphosphate (ADP) liberates energy, which can be coupled to energy-requiring processes in biochemistry, and synthesis of ATP from ADP can be coupled to energy-releasing processes (see Box 7.25).







**Coenzyme A** is used as the alcohol part of thioesters, which are more reactive than oxygen esters (see Section 7.9.3) and are thus exploited in biochemistry in a wide range of reactions, e.g. fatty acid biosynthesis and metabolism (see Section 15.5).

The addition of 2 mol of an alcohol to an aldehyde gives an **acetal**, and to a ketone a **ketal**. Most chemists do not now differentiate between acetals and ketals; these are both termed acetals. These products are formed by further reaction of the hemiacetal or hemiketal with a second molecule of alcohol. In contrast to hemiacetal and hemiketal formation, this reaction is catalysed only by acids, not by base.

**acid-catalysed formation of acetals**






Initially, the reaction involves protonation of one of the oxygen atoms, followed by loss of this group as a neutral molecule and formation of a resonance-stabilized carbocation. If the oxygen protonated were that of the alkoxy group, then the product would merely be the protonated aldehyde, and the reaction becomes a reversal of hemiacetal formation. Only when the oxygen of the hydroxyl is protonated can the reaction lead to an acetal, and this requires nucleophilic attack of the second alcohol molecule on to the alternative resonance-stabilized carbocation.

This is a further example of a carbonyl–electrophile complex, and equivalent to the conjugate acid, so that the subsequent nucleophilic addition reaction parallels that in hemiacetal formation. Loss of the leaving group occurs first in an $S_N1$-like process with the cation stabilized by the neighbouring oxygen; an $S_N2$-like process would be inhibited sterically. It is also possible to rationalize why base catalysis does not work. Base would simply remove a proton from the hydroxyl to initiate hemiacetal decomposition back to the aldehyde – what is needed is to transform the hydroxyl into a leaving group (see Section 6.1.4), hence the requirement for protonation.

The reactions are reversible, including that which regenerates the aldehyde, and the equilibrium must be disturbed to achieve good conversion to an acetal. This is usually achieved by using an excess of the alcohol; if we are using a simple alcohol like methanol or ethanol, we might perhaps employ it as the solvent.

Acetals and ketals are usually stable, but are readily hydrolysed back to aldehydes and ketones by acid hydrolysis, a reversal of the synthetic procedure. This makes acetal or ketal formation a valuable means of protecting an aldehyde or ketone carbonyl from reaction with other reagents being used during a synthetic procedure. For instance, protection of a ketone group may be achieved by forming a cyclic ketal with an excess of ethylene glycol; when protection is no longer required, this **protecting group** may be removed by acid-catalysed hydrolysis using an excess of water. By having the two alcohol functions in the same molecule, formation of a ketal from the intermediate hemiketal becomes favourable, since it requires an intramolecular reaction rather than an intermolecular one. In the example shown, it is feasible under mild acidic conditions to carry out these reactions on a ketoester without affecting the ester function.



Of course, we can use the same strategy to protect a diol. We would convert this into an acetal or ketal using a suitable aldehyde or ketone.




Acetal and ketal linkages are widely found in natural sugars and polysaccharides. The structure of sucrose is a splendid example. **Sucrose** is a disaccharide, composed of two linked monosaccharide units, glucose in pyranose ring form and fructose in furanose ring form. As we have seen above, glucopyranose is a hemiacetal derived from the aldehyde-containing sugar glucose. In sucrose, it is present as its α anomer. On the other hand, fructose is a ketone-containing sugar, and it forms a hemiketal furanose ring by reaction of the C-5 hydroxyl with the ketone group.




In sucrose, fructose is present as the β anomer. Now, one of these sugars has acted as an alcohol to make a bond to the other sugar. We can look at this in two ways. Either fructose acts as an alcohol to react with the hemiacetal glucose to form an acetal, or alternatively, glucose is the alcohol that reacts with the hemiketal fructose to form a ketal. In sucrose, the pyranose ring is an acetal, whilst the furanose ring is a ketal. This all seems rather complicated at first – look carefully at the structures whilst considering the text.

In aqueous solution, both glucose (hemiacetal) and fructose (hemiketal) exist as equilibrium mixtures of cyclic and open-chain carbonyl forms. Sucrose, however, is a single stable substance (acetal and ketal), and conversion back to glucose and fructose requires more rigorous hydrolytic conditions, such as heating with aqueous acid.

**Box 7.3**

*Invert sugar*

**Invert sugar** is the name given to an equimolar mixture of glucose and fructose, obtained from sucrose by hydrolysis with acid or alternatively using the enzyme **invertase**. During the process, the optical activity changes from that of sucrose, $[\alpha]_D + 66.5°$, to that resulting from an equal mixture of glucose and fructose.

Case 1:13-cv-01987-LPS Document 131-14 Filed 06/23/15 Page 15 of 15 PageID #: 8379



The equilibrium mixture of α and β isomers of glucose has $[\alpha]_D + 52.7°$ (see Box 7.1), and that of fructose is strongly laevorotatory with $[\alpha]_D - 92.4°$. Since glucose and fructose are structural isomers and have the same molecular weight, it can be calculated that the resultant optical activity will be $[\alpha]_D - 19.85°$. This derives from $(-92.4) \times 0.5 + (+52.7) \times 0.5$, the 0.5 factor being necessary because 1 g of the disaccharide sucrose gives 0.5 g of each monosaccharide. This change in optical activity from plus to minus is the reason for the terminology 'invert'.

The high sweetness of fructose combined with that of glucose means invert sugar is sweeter than sucrose, so it provides a cheaper, less calorific sweetener than sucrose. The relative sweetness figures for sucrose, glucose and fructose are 1.0, 0.7 and 1.7 respectively. Honey is also composed mainly of invert sugar.

## Box 7.4

### *Polysaccharides: starch, glycogen and cellulose are polyacetals of glucose*

Polysaccharides fulfil two main functions in living organisms, as food reserves and as structural elements. Plants accumulate **starch** as their main food reserve, a material that is composed entirely of glucopyranose units but in two types of molecule. **Amylose** is a linear polymer containing some 1000–2000 glucopyranose units linked through α1 → 4 acetal groups. This terminology means that the 1-position of the first ring is linked to the 4-position of the second ring, and the configuration at the anomeric centre in the first ring is α.




**Amylopectin** is a much larger molecule than amylose (the number of glucose residues varies widely, but may be as high as $10^6$), and it is a branched-chain molecule. In addition to α1 → 4 acetal linkages, amylopectin has branches at about every 20 units through α1 → 6 acetal linkages, i.e. similar acetal bonding but to the 6-hydroxyl of another glucose residue. These branches continue with α1 → 4 linkages, but then may have subsidiary branching giving a tree-like structure. The mammalian carbohydrate storage molecule is **glycogen**, which is analogous to amylopectin in structure, but is larger and contains more frequent branching, about every 10 residues.

