Case 1:13-cv-01987-LPS Document 131-15 Filed 06/23/15 Page 1 of 4 PageID #: 8380



**Cellulose** is reputedly the most abundant organic material on Earth, being the main constituent in plant cell walls. It is composed of glucopyranose units linked $\beta 1 \rightarrow 4$ in a linear chain, i.e. this time the configuration at the anomeric centre is β. Alternate residues are found to be 'rotated' in the structure, allowing hydrogen bonding between adjacent molecules, and construction of the strong fibres characteristic of cellulose, as for example in cotton.

There is further discussion of polysaccharides in Chapter 12.

## *Box 7.5*

### *Acetal linkages in etoposide*

**Etoposide** is an effective anticancer drug used in the treatment of small-cell lung cancer, testicular cancer and lymphomas. It is a semi-synthetic modification of the natural lignan **podophyllotoxin**, and contains three acetal linkages. Can you identify them?




Initially, it is possible to see the cyclic form of glucose as a component of the structure. This is normally a hemiacetal, but here is further bound to an alcohol derived from the podophyllotoxin derivative through an acetal linkage. Secondly, it should be noted that two of the hydroxyl groups of glucose are also bound as a cyclic acetal to acetaldehyde; this linkage can be formed because the two hydroxyls of glucose are suitably positioned and allow a favourable six-membered ring to be constructed (see Section 12.5).

The third acetal linkage is not so obvious, and it is in the five-membered ring fused onto the aromatic ring of the podophyllotoxin derivative. This is called a **methylenedioxy group**, and it is a common bidentate substituent on many natural aromatic structures. However, it can be formally regarded as an acetal of formaldehyde.

Nature does not actually make a methylenedioxy group using formaldehyde. Instead, it modifies an existing *ortho*-hydroxy-methoxy arrangement. Enzymic hydroxylation of the methoxy methyl converts this substituent into what is identical to a hemiacetal of formaldehyde, and then acetal formation follows in a process analogous to a chemical synthesis. The hydroxylating enzyme involved is a cytochrome P-450 mono-oxygenase (see Box 11.4).

Case 1:13-cv-01987-LPS Document 131-15 Filed 06/23/15 Page 2 of 4 PageID #: 8381



**Box 7.5 (continued)**




*ortho*-hydroxy-methoxy derivative — hemiacetal of formaldehyde — methylenedioxy derivative

## 7.3 Water as a nucleophile: hydrates

Water, as the simplest alcohol, should also be able to act as a nucleophile towards aldehydes and ketones and produce a ***gem*-diol**, sometimes termed a **hydrate**. The prefix *gem* is an abbreviation for geminal (Latin *gemini*: twins); we use it to indicate two like groups on the same carbon. However, for most aldehydes and ketones, the equilibrium is unfavourable, and the reaction is not important.



*gem*-diol (hydrate)

The equilibrium only becomes favourable if the δ+ charge on the carbon of the carbonyl can be increased. Since alkyl groups have a positive inductive effect and decrease the δ+ charge (see Section 7.1.1), we need to have no alkyl groups, such as in formaldehyde, or alternatively a functional group with a negative inductive effect that destabilizes the carbonyl group. The equilibrium percentages of hydrate for formaldehyde, acetaldehyde, and acetone in water are found to be about 100, 58, and 0 respectively.



| % hydrate at equilibrium | 100 | 58 | 0 | 100 |
|---|---|---|---|---|

Formaldehyde is normally a gas at room temperature, but dissolves in water. In aqueous solution, formaldehyde exists almost entirely as the *gem*-diol; a 37% solution is called formalin and is used for preserving biological tissues. However, the hydrate cannot be isolated, since the reverse reaction is rapid and the hydrate decomposes to formaldehyde.



formaldehyde — methandiol



chloral — chloral hydrate

If there is a suitable electron-withdrawing substituent, hydrate formation may be favoured. Such a situation exists with trichloroacetaldehyde (chloral). Three chlorine substituents set up a powerful negative inductive effect, thereby increasing the δ+ charge on the carbonyl carbon and favouring nucleophilic attack. Hydrate formation is favoured, to the extent that chloral hydrate is a stable solid, with a history of use as a sedative.

These observations emphasize the fact that *gem*-diols are usually unstable and decompose to carbonyl compounds. However, it can be demonstrated that hydrate formation does occur by exchange labelling of simple aldehyde or ketone substrates with $^{18}O$-labelled water. Thus, after equilibrating acetone with labelled water, isotopic oxygen can be detected in the ketone's carbonyl group.




*exchange labelling demonstrates intermediacy of hydrate*

## 7.4 Sulfur as a nucleophile: hemithioacetals, hemithioketals, thioacetals and thioketals

The reaction of thiols with aldehydes and ketones parallels that of alcohols. However, the reactions are more favourable because sulfur is a better nucleophile than oxygen (see Section 6.1.2). Electrons in larger atoms are more easily polarizable and it becomes easier for them to be donated to an electrophile.

As a consequence, thiols are preferred to alcohols for the protection of aldehyde and ketone groups in synthetic procedures. Thioacetals and thioketals are




excellent protecting groups. They are more readily formed, and are more stable to hydrolytic conditions than acetals and ketals.




cyclohexanone propan-1,3-dithiol *cyclic thioketal*

## 7.5 Hydride as a nucleophile: reduction of aldehydes and ketones, lithium aluminium hydride and sodium borohydride

The carbonyl group of aldehydes and ketones may be reduced to an alcohol group by a nucleophilic addition reaction that appears to involve hydride as the nucleophile. The reduction of the carbonyl group may be interpreted as nucleophilic attack of hydride onto the carbonyl carbon, followed by abstraction of a proton from solvent, usually water.

This is not strictly correct, in that hydride, from say sodium hydride, never acts as a nucleophile, but because of its small size and high charge density it always acts as a base. Nevertheless, there are a number of **complex metal hydrides** such as **lithium aluminium hydride** ($LiAlH_4$; LAH) and **sodium borohydride** ($NaBH_4$) that deliver hydride in such a manner that it appears to act as a nucleophile. We have already met these reagents under nucleophilic substitution reactions (see Section 6.3.5). Hydride is also a very poor leaving group, so hydride reduction reactions are also irreversible (see Section 7.1.2).




*this is an oversimplification of the process*

Whilst the complex metal hydride is conveniently regarded as a source of hydride, it never actually produces hydride as a nucleophile, and it is the aluminium hydride anion that is responsible for transfer of the hydride. Then, the resultant negatively charged intermediate complexes with the residual Lewis acid $AlH_3$.

Case 1:13-cv-01987-LPS Document 131-15 Filed 06/23/15 Page 4 of 4 PageID #: 8383






This complex can also transfer hydride to another molecule of the carbonyl compound in a similar manner, and the process continues until all four hydrides have been delivered. Since all four hydrogens in the complex metal hydride are capable of being used in the reduction process, 1 mol of reducing agent reduces 4 mol of aldehyde or ketone. Finally, the last complex is decomposed by the addition of water as a proton source.

Lithium aluminium hydride reacts violently with water, liberating hydrogen, and must therefore be used in rigorously anhydrous conditions, usually in ether solution. In fact, any solvent containing OH or NH groups would destroy the reagent by acting as a proton donor for hydride. In the case of LAH reductions, the addition of water as the proton source has to be carried out with considerable caution, since any unreacted LAH will react violently with this water. In the laboratory, safe removal of excess LAH may be achieved by initially adding small amounts of an ester, such as ethyl acetate (see Section 7.11).




An analogous series of reactions is involved when sodium borohydride is used as the reducing agent. Sodium borohydride is considerably less reactive than LAH, and may be used in alcoholic or even aqueous solution, so there are no particular problems associated with its use.




All four hydrides in LAH and $NaBH_4$ may be exploited in the reduction of the carbonyl compounds, the intermediate complexes also being reducing agents. However, these complexes become