# EXHIBIT G

# Informational Biopolymers of Genes and Gene Expression



R.D. Blake

University Science Books
*www.uscibooks.com*

| | |
|---|---|
| Production Manager: | Cecile Joyner |
| Manuscript Editor: | Ann B. McGuire |
| Designer: | Mark Ong |
| Compositor: | Windfall Software, using ZzTEX |
| Printer & Binder: | Maple-Vail Book Manufacturing Group |

This book is printed on acid-free paper.

Copyright © 2005 by University Science Books

Reproduction or translation of any part of this work beyond that permitted by Section 107 or 108 of the 1976 United States Copyright Act without the permission of the copyright owner is unlawful. Requests for permission or further information should be addressed to the Permissions Department, University Science Books.

Library of Congress Cataloging-in-Publication Data

Blake, R. D. (Richard D.), 1932–
Informational biopolymers of genes and gene expression / R.D. Blake.
p. cm.
Includes bibliographical references and index.
ISBN 1-891389-28-9 (alk. paper)
1. Genes. 2. Gene expression. 3. Information theory in biology. I. Title

QH447.B57 2004
572.8′6—dc22 2004043051

Printed in the United States of America
10 9 8 7 6 5 4 3 2 1

# 4

# Covalent Features of the Nucleic Acids

The nucleic acids are **polynucleotides**, of which there are two basic types, RNA and DNA. A close look at the chemical structure of a segment of a poly*ribo*nucleotide in Figure 4.1 shows the repeating structure of this biopolymer. The monomeric unit is the **nucleotide** residue, which consists of three distinct chemical components: (1) a pentose sugar, (2) a weak heterocyclic **purine** or **pyrimidine** base, and (3) a phosphate. The backbone consists of repeating phosphate-ribose units, which by themselves are incapable of encoding genetic information. It is the purine and pyrimidine bases attached to each ribose that distinguish the sequence of repeating residue units in the chain and provide the basis for the encoding of genetic information. The individual components and characteristics of the nucleotide unit and phosphodiester linkage are discussed here in successive sections.

## 4.1 Nucleotide Sugar

The sugar is the same throughout the polynucleotide chain and defines the type of nucleic acid as a *ribo*nucleic acid (RNA) or *deoxyribo*nucleic acid (DNA). In RNA molecules the sugar is the five-carbon furanose tautomer of $\beta$-D-ribose (Figure 4.2a), whereas in DNA molecules it is $\beta$-D-deoxyribose. Ribose is one of dozens of sugars that might have been synthesized from environmental formaldehyde (HO–CHO) by the so-called formose reaction,[a] which is recognized for its significance as a possible abiotic source of many metabolically important sugars during the prebiotic era (Section 13.4.3). Factors involved in the prebiotic selection of ribose undoubtedly differed in substantial ways from contemporary factors, which function when the presence of entire metabolic pathways is devoted to a ready supply of ribose and when complex synthetic and replicative processes are based on its availability. Ribose is one of the principal products of the pentose-phosphate cycle,

[a] The *formose reaction,* discovered by A. Butlerow in 1861 and characterized two decades later by E. Fischer, is carried out in an aqueous formaldehyde solution in the presence of calcium acetate and sodium hydroxide and leads to a complex mixture that includes both aldoses and ketoses, of sizes from trioses to heptoses, with straight as well as branched chain sugars (Chapter 13). Products include small amounts of ribose and many of the common metabolic sugars but not the 2-deoxyribose of DNA.

Case 1:13-cv-01987-LPS Document 131-16 Filed 06/23/15 Page 5 of 9 PageID #: 8388






**Figure 4.1** Covalent backbone of the polyribonucleotide.

an ancient metabolic pathway found in organisms as diverse as mammals, invertebrates, bacteria, and plants.

Free deoxyribose is not similarly produced during the formose reaction, nor is it produced by cells. Rather, this sugar is the product of reduction of the ribose C2–OH group, once the latter is already joined to base and phosphate groups as a ribonucleoside diphosphate (rNDP).

### 4.1.1 β-D-Ribofuranose

β-D-ribofuranose (Figure 4.2b), the sugar of virtually all cellular nucleotides, coenzymes, and RNA molecules, has structural features that make it uniquely suited as the linkage joining the base to the backbone of nucleic acids. Each of the individual structural fea-

Case 1:13-cv-01987-LPS Document 131-16 Filed 06/23/15 Page 6 of 9 PageID #: 8389






**Figure 4.2** Covalent and conformational structures of *β*-D-ribofuranose (a) and *β*-D-deoxyribofuranose and (b) sugars of the polymeric backbones of RNA and DNA molecules, respectively.

tures is not especially unique, but they occur in no other sugar in the same combination. Ribose has three hydroxyl groups for condensation between base, sugar, and phosphates and for closing the backbone. The particular **configuration**[b] about asymmetric or *chiral* carbons in ribose places these groups in convenient stereochemical orientations for creating linear polymeric chains in which the base components can interact with neighboring

[b] The term *configuration* refers to the spatial arrangement of atoms attached to a central atom and serves to distinguish stereoisomers. The configuration can be changed only by breaking the bonds of two different atom types attached to a central atom and reversing their positions before reattaching them. The term *conformation* refers to the spatial arrangement of atoms in a molecule of a given constitution and configuration and is changed simply by rotating single bonds without affecting the configuration. The preferred conformation of a molecule depends on the conformational energy arising from electrostatic and nonbonded interactions.

Case 1:13-cv-01987-LPS Document 131-16 Filed 06/23/15 Page 7 of 9 PageID #: 8390



base residues as well as residues from remote segments of the same or different chains. Finally, ribose assumes a particular **hemiacetal** ring structure that fixes these groups in an appropriate spatial arrangement that favors **stacking interactions** between neighboring bases and *hydrogen-bonding* interactions between opposing bases of a second strand; this ring structure also reduces the **conformational entropy** of nucleotides, coenzymes, and polynucleotides.

### 4.1.2 Sugar Configurations

***4.1.2.1 Sugar Chirality.*** The simplest compounds to be regarded as sugars, the **trioses**, contain three carbons and are represented by only two members, glyceraldehyde and dihydroxyacetone. Glyceraldehyde (Figure 4.3) is also classified as an **aldose** because of the C1 aldehyde group, whereas dihydroxyacetone is the isomeric **ketose**. The structures of D- and L-glyceraldehyde shown in Figure 4.3 are distinguished by the tetrahedral arrangement of four different groups attached to C2, the central, chiral atom. By convention, textual representations place the C2–OH group on the right or left of the chiral carbon for the D- and L- forms, respectively. Both **enantiomers** are produced in approximately equal quantities as random products of chemical syntheses such as the formose reaction and undoubtedly would have occurred randomly in prebiotic syntheses as well. However, only the D-stereoisomer occurs in glycolysis, the principal metabolic pathway of cells in which D-glyceraldehyde-3-phosphate is an intermediate. Similar stereochemical constraints occur throughout biochemistry; those that affect the sugars affect the nucleic acids.

For sugars of length $n$, the number of **stereoisomers** increases by $2^{n-2}$. However, the D- and L- designations refer only to the configuration about the penultimate carbon, as shown




**Figure 4.3** Structures of the D- and L-enantiomers of the three-carbon glyceraldehyde, the simplest aldose.

Case 1:13-cv-01987-LPS Document 131-16 Filed 06/23/15 Page 8 of 9 PageID #: 8391



in Figure 4.3 for glyceraldehyde. Consequently, the configuration about C4 identifies the pentose sugar in the center of Figure 4.4 as the D-enantiomer, whereas the oxidation level of C1 identifies the sugar as an aldose. The configurations about C2 and C3 complete the identification as ribose. The abiotic formose reaction generates $2^3 = 8$ stereoisomeric pento-aldoses in four pairs of enantiomers. All occur in roughly equal amounts, and all are related to D-ribose. Why, therefore, did D-ribose end up as the universal constituent of nucleotides, coenzymes, and nucleic acids, if not because it imposes particular conformations that are more favorable for the biological properties of nucleic acids?

When aldoses reach five carbons in length, a new structural feature is possible in aqueous solutions: stable hemiacetal rings. As shown in Figure 4.4, **tautomerization**, a process that takes place with the participation of water, leads to both 5- and 6-membered cyclic forms referred to as **furanoses** and **pyranoses**, respectively, from their similarities to the heterocyclic furan and pyran structures. As shown in this figure, equilibria between tautomeric forms strongly favor the cyclic structures, with less than 1% present in the linear form. The distribution between 5- and 6-membered rings is dependent on the local solvent environment; nevertheless, pyranose forms are favored over furanose forms.[1,2] Because only the furanose form is found in cells, it is again assumed that groups attached to ribose in the formation of nucleotides are responsible for the special fitness of this form.

As can be seen in Figure 4.4, ring formation establishes an additional asymmetric center on C1. These centers are designated $\alpha$ or $\beta$ forms according to the arrangement of the four




**Figure 4.4** Equilibria between the several tautomeric forms of D-ribose.[1] The bottom center configuration of linear D-ribose is one proposed intermediate in the formation of ring structures in aqueous solutions.

Case 1:13-cv-01987-LPS Document 131-16 Filed 06/23/15 Page 9 of 9 PageID #: 8392



substituents on C1 in this figure. Because **mutarotation**[c] about C1 is readily reversible in the manner proposed, the configuration about these centers is changeable in the free sugar. In consequence, C1 is referred to as an **anomeric** carbon to distinguish it from epimeric centers at C2 and C3, which are firmly fixed.

One of the more critical steps leading to the emergence of the RNA epoch would have been the process of stereo-selection of D-ribofuranose moieties. Despite the wide variety of sugars in nature, only ribose and deoxyribose, and only their D-enantiomers, are found in RNA molecules and DNA molecules as well as in those coenzymes and vitamins that have a pentose moiety. Also, the ribofuranose ring tautomer is always in the $\beta$ configuration,[d]



*β-D-ribofuranosyl-(base)*



*α-D-ribofuranosyl-(base)*

Folding the sugar into the furanose ring reduces conformational degrees of freedom, whereas the $\beta$-enantiomer makes possible the stacking of neighboring base residues and the right-handed helical twist of the polynucleotide chain. Sugar structure is clearly important, indeed critical, to the properties and evolution of the nucleic acids. The furanose ring occupies the central position in the nucleotide unit, so that its conformation is the primary factor determining the conformation of monomeric units in polynucleotides.

### 4.1.3 Sugar Conformation

***4.1.3.1 The Reason for Sugar Pucker.*** The five-membered ribofuranose ring prefers a nonplanar "**puckered**" configuration.[3–9] Under normal circumstances, C–C–C bond angles

[c] *Mutarotation* refers to the interconversion of epimers at a labile chiral center. The origin of the term is from the change in optical rotation that accompanies epimerization of an optically active compound.

[d] The first *committed* step in the synthesis of purine nucleosides involves a nucleophilic $S_N2$ attack by the amide nitrogen of glutamine on the pyrophosphate group of 5-*phosphoribosyl-α-pyrophosphate* (PRPP), catalyzed by *amidophosphoribosyl transferase*:




As the amide nucleophile attacks the rear of the sugar C1, the configuration of the three sugar atoms attached to C1 flattens out in the transition state and then *inverts,* flipping to the other side of the carbon. The hybridization about C1 shifts from $sp^3$ to $sp^2$ and back to $sp^3$, with the consequence that the $\alpha$ configuration of the displaced pyrophosphate leaving group results in an amine in the $\beta$ configuration, thus establishing the anomeric structure of the ensuing nucleotide. The pathway of pyrimidine synthesis differs from that of purines. Formation of a pyrimidine nucleotide monophosphate involving a reaction of a nascent pyrimidine ring with PRPP does not occur until four reaction steps into the pathway.