# EXHIBIT H

OIPE IAP100
MAR 10 2006
PATENT & TRADEMARK OFFICE

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Appl. No. : 10/602,691 Confirmation No. 1388
Applicant: : Sommadossi, et al.
Filed : June 20, 2003
TC/A.U. : 1623
Examiner : Howard V. Owens Jr.

Docket No. : 06171.105077 (IDX 1007 CON1)
Customer No. : 20786

Commissioner for Patents
P. O. Box 1450
Alexandria, VA 22313-1450

March 8, 2006

## AMENDMENT AND RESPONSE TO OFFICE ACTION

Sir:

In response to the Office Action mailed November 7, 2005, which is due on April 7, 2006, with a two-month extension of time, please consider the following remarks. A Petition for Extension of Time is enclosed.

**Amendements to the Claims** are reflected in the listing of claims that begins on page 2 of this paper.

**Remarks/Arguments** begin on page 5 of this paper.

CERTIFICATE OF MAILING (37 CFR 1.8a)

I hereby certify that this Amendment and Response to Office Action, along with any paper referred to as being attached or enclosed, is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to: Commissioner for Patents, P. O. Box 1450, Alexandria, VA 22313-1450 on the date shown below.

March 8, 2006
Date

John Ezcurra

**Amendments to the Claims**

This listing of claims will replace all prior versions, or listings, of claims in this application.

**Listing of Claims:**

Claims 1-129 (cancelled)

Claim 130 (currently amended): A method for the treatment of a hepatitis C virus infection in a host, comprising administering an ~~anti-virally~~ effective amount of a purine or pyrimidine β-D-2'-methyl-ribofuranosyl nucleoside or a pharmaceutically acceptable salt or ester thereof.

Claim 131 (original): The method of claim 130, wherein the nucleoside is a pyrimidine nucleoside.

Claim 132 (original): The method of claim 130, wherein the nucleoside is a purine nucleoside.

Claim 133 (original) The method of claim 130 wherein the β-D-2'-methyl-ribofuranosyl nucleoside is administered in combination or alternation with a second anti-hepatitis C agent.

Claim 134 (original): The method of claim 133, wherein second agent is selected from the group consisting of interferon, ribavirin, a protease inhibitor, a thiazolidine derivative, a polymerase inhibitor, and a helicase inhibitor.

Claim 135 (original): The method of claim 134, wherein the second agent is interferon.

Claim 136 (original): The method of claim 134, wherein the second agent is ribavirin.

Claim 137 (original): The method of claim 130, wherein the compound is in the form of a dosage unit.

Claim 138 (currently amended): The method of claim 137, wherein the dosage unit contains 50 to 1000 mg ~~of the β-D-2'methyl-ribofuranosyl nucleoside~~.

Claim 139 (original): The method of claim 137, wherein said dosage unit is a tablet or capsule.

Claim 140 (original): The method of claim 130, wherein the host is a human.

Claim 141 (original): The method of claim 130, wherein the β-D-2'-methyl-ribofuranosyl nucleoside is in substantially pure form.

Claim 142 (original): The method of claim 141, wherein the β-D-2'-methyl-ribofuranosyl nucleoside is at least 90% by weight of the β-D-isomer.

Claim 143 (original): The method of claim 141, wherein the β-D-2'-methyl-ribofuranosyl nucleoside is at least 95% by weight of the β-D-isomer.

Claim 144 (New) The method of claim 130, wherein the β-D-2'-methyl-ribofuranosyl nucleoside is administered.

Claim 145 (New) The method of claim 130, wherein the β-D-2'-methyl-ribofuranosyl nucleoside is administered in the form of a pharmaceutically acceptable salt.

Claim 146 (New) The method of claim 130, wherein the β-D-2'-methyl-ribofuranosyl nucleoside is administered in the form of a pharmaceutically acceptable ester.

Claim 147 (New) The method of claim 144 wherein the nucleoside is a pyrimidine nucleoside.

Clam 148 (New) The method of claim 145 wherein the nucleoside is a pyrimidine nucleoside.

Claim 149 (New) The method of claim 146 wherein the nucleoside is a pyrimidine nucleoside.

Claim 150 (New) The method of claim 144 wherein the nucleoside is a purine nucleoside.

Claim 151 (New) The method of claim 145 wherein the nucleoside is a purine nucleoside.

Claim 152 (New) The method of claim 146 wherein the nucleoside is a purine nucleoside.

BEST AVAILABLE COPY

**Remarks**

Claims 130-152 are now pending in this application. Claims 130 and 138 are currently amended, without prejudice or disclaimer of any previously claimed subject matter. New dependent claims 144-152 have been added.

**Rejections under 35 USC § 102**

The Examiner has rejected claims 130-133 and 135-143 as being anticipated by U.S. 6,777,395 to Bhat et al. (Bhat).

The priority documents for Bhat are provisional application no. 60/344,528 filed on October 25, 2001, provisional application no. 60/299,320 filed on June 19, 2001, provisional application no. 60/282,069 filed on April 6, 2001 and provisional application no. 60/263,313 filed on January 22, 2001. The present application claims earliest priority to U.S. provisional application no. 60/206,585, filed on May 23, 2000, predating the earliest priority document of Bhat by eight months.

Support for the pending claims can be found throughout provisional application 60/206,585, a copy of which is attached. Specifically, the compound with formula VI on page 23 discloses a β-D-2'-methyl ribofuranosyl nucleoside, wherein base is a purine or pyrimidine base, $R^4$ may be alkyl, and R' may be H. The definition of alkyl on page 46 of the provisional application defines alkyl as a saturated hydrocarbon of $C_1$ to $C_{10}$, and specifically includes methyl.

Support for a method for the treatment of a hepatitis C virus infection in a host comprising administering the compounds recited in the claims in combination or alteration with a second anti-hepatitis C agent can be found on page 16, paragraph 2 to page 18 paragraph 1 and on page 49, paragraph 3 to page 51, paragraph 4 of the '585 provisional application. Interferon and ribavirin are specifically identified as second agents on page 49, heading II (1). Protease inhibitors are disclosed on page 49, heading II (2); a thiazolidine derivative is disclosed on page 50, heading II (4); a polymerase inhibitor is disclosed on page 50, heading II (9); and a helicase inhibitor is disclosed on page 50, heading II (8) of the '585 provisional application.

Pharmaceutical compositions are described on page 58, paragraph 2 to page of the provisional application. An oral dosage form containing 50-1000 mg is specifically described on page 58, paragraph 5. Tablet and capsule dosage units are disclosed on page 59, paragraph 2.

Disclosure of the purity of β-D-2'-methyl-ribofuranosyl nucleosides recited in the claims 142 and 143 can be found on page 47, paragraph 5 to page 48, paragraph 2 of the '585 provisional application. The application discloses that the definition of "substantially free of" or "substantially in the absence of" refers to a nucleoside composition that is at least 85% or 90% by weight, preferably 95% to 98% by weight, and even more preferably 99% to 100% by weight of the designated enantiomer of the nucleoside.

**Rejections under 35 USC § 103**

The Examiner has rejected claims 130-143 as obvious over U.S. 6,777,395, Bhat et al. As discussed above, provisional application no. 60/206,585, filed on May 23, 2000, predates the earliest priority of Bhat by eight months and provides support for the pending claims.

Withdrawal of the outstanding rejections is respectfully requested. The Commissioner is authorized to charge any fee associated with this Amendment, as well as any other deficiency, to Deposit Account 11-0980.

Sincerely,

Sherry Knowles

Sherry M. Knowles, Esq.
Registration No. 33,052

King & Spalding LLP
191 Peachtree Street
Atlanta, Georgia 30303
404-572-3541 (Direct Line)
404-572-5145 (Facsimile)