# EXHIBIT I

Express Mail No. EE108488785US

Attorney Docket No.: 06171.105001

PATENT

# PROVISIONAL APPLICATION

FOR

UNITED STATES LETTERS PATENT

FOR

## METHODS AND COMPOSITIONS FOR TREATING HEPATITIS C VIRUS

BY

Jean-Pierre Samadossi, a citizen of the United States of America residing at Birmingham Alabama, USA.

# METHODS AND COMPOSITIONS FOR TREATING HEPATITIS C VIRUS

## FIELD OF THE INVENTION

This invention is in the area of pharmaceutical chemistry, and is in particular, is a method and composition for the treatment of hepatitis C.

## BACKGROUND OF THE INVENTION

The hepatitis C virus (HCV) is the leading cause of chronic liver disease worldwide. (Boyer, N. *et al. J. Hepatol.* 32:98-112, 2000). HCV causes a slow growing viral infection and is the major cause of cirrhosis and hepatocellular carcinoma (Di Besceglie, A. M. and Bacon, B. R., *Scientific American*, Oct.: 80-85, (1999); Boyer, N. *et al. J. Hepatol.* 32:98-112, 2000). An estimated 170 million persons are infected with HCV worldwide. (Boyer, N. *et al. J. Hepatol.* 32:98-112, 2000). Cirrhosis caused by chronic hepatitis C infection accounts for 8,000-12,000 deaths per year in the United States, and HCV infection is the leading indication for liver transplant.

HCV is known to cause at least 80% of posttransfusion hepatitis and a substantial proportion of sporadic acute hepatitis. Preliminary evidence also implicates HCV in many cases of “idiopathic” chronic hepatitis, “cryptogenic” cirrhosis, and probably hepatocellular carcinoma unrelated to other hepatitis viruses, such as Hepatitis B Virus (HBV). A small proportion of healthy persons appear to be chronic HCV carriers, varying with geography and other epidemiological factors. The numbers may substantially exceed those for HBV, though information is still preliminary; how many of these persons have subclinical chronic liver disease is unclear. (The Merck Manual, ch. 69, p. 901, 16th ed., (1992)).

HCV has been classified as a member of the virus family Flaviviridae that includes the *genera* flaviviruses, pestiviruses, and hapaceiviruses which includes hepatitis C viruses (Rice, C. M., Flaviviridae: The viruses and their replication. *In*: Fields Virology, Editors: Fields, B. N., Knipe, D. M., and Howley, P. M., Lippincott-Raven Publishers, Philadelphia, PA, Chapter 30, 931-959, 1996). HCV is an enveloped virus containing a positive-sense single-stranded RNA genome of approximately 9.4kb. The viral genome consists of a 5' untranslated region (UTR), a long open reading frame encoding a polyprotein precursor of approximately 3011 amino acids, and a short 3' UTR. The 5' UTR is the most highly conserved part of the HCV genome and is

sulfonate ester including alkyl or arylalkyl sulfonyl including methanesulfonyl and benzyl, wherein the phenyl group is optionally substituted with one or more substituents as described in the definition of aryl given herein; a lipid, including a phospholipid; an amino acid; a carbohydrate; a peptide; a cholesterol; or other pharmaceutically acceptable leaving group which when administered *in vivo* is capable of providing a compound wherein $R^1$ is independently H or phosphate;

$R^4$ is hydrogen, hydroxy, alkyl, azido, cyano, alkenyl, alkynyl, Br-vinyl, -C(O)O(alkyl), -C(O)O(lower alkyl), -O(acyl), -O(lower acyl), -O(alkyl), -O(lower alkyl), -O(alkenyl), halogen, $NO_2$, $NH_2$, -NH(lower alkyl), -NH(acyl), -N(lower alkyl)$_2$, -N(acyl)$_2$; and

X is O, S, $SO_2$, or $CH_2$.

In a first preferred subembodiment, a compound of Formula III, IV, or V, or a pharmaceutically acceptable salt or prodrug thereof, is provided wherein:

Base is a purine or pyrimidine base as defined herein;

$R^1$ is H or phosphate;

$R^4$ is alkyl; and

X is O, S, $SO_2$, or $CH_2$.

In a second preferred subembodiment, a compound of Formula III, IV, or V, or a pharmaceutically acceptable salt or prodrug thereof, is provided wherein:

Base is a purine or pyrimidine base as defined herein;

$R^1$ is H;

$R^4$ is alkyl; and

X is O, S, $SO_2$, or $CH_2$.

In a third preferred subembodiment, a compound of Formula III, IV, or V, or a pharmaceutically acceptable salt or prodrug thereof, is provided wherein:

Base is a purine or pyrimidine base as defined herein;

$R^1$ is H or phosphate;

$R^4$ is alkyl; and

X is O.

In a fourth principal embodiment, a compound of Formulas VI, VII, and VIII, or a pharmaceutically acceptable salt or prodrug thereof, is provided:



09259650.052503




VI




VII




VIII

wherein:

Base is a purine or pyrimidine base as defined herein;

$R^1$ is independently H; phosphate (including monophosphate, diphosphate, triphosphate, or a stabilized phosphate prodrug); acyl; alkyl; sulfonate ester including alkyl or arylalkyl sulfonyl including methanesulfonyl and benzyl, wherein the phenyl group is optionally substituted with one or more substituents as described in the definition of aryl given herein; a lipid, including a phospholipid; an amino acid; a carbohydrate; a peptide; a cholesterol; or other pharmaceutically acceptable leaving group which when administered *in vivo* is capable of providing a compound wherein $R^1$ is independently H or phosphate; and

$R^4$ is hydrogen, hydroxy, alkyl, azido, cyano, alkenyl, alkynyl, Br-vinyl, -C(O)O(alkyl), -C(O)O(lower alkyl), -O(acyl), -O(lower acyl), -O(alkyl), -O(lower alkyl), -O(alkenyl), halogen, $NO_2$, $NH_2$, -NH(lower alkyl), -NH(acyl), -N(lower alkyl)$_2$, -N(acyl)$_2$; and

X is O, S, $SO_2$, or $CH_2$.

In a first preferred subembodiment, a compound of Formula VI, VII, or VIII, or a pharmaceutically acceptable salt or prodrug thereof, is provided wherein:

Base is a purine or pyrimidine base as defined herein;

$R^1$ is H or phosphate;

$R^4$ is alkyl; and

X is O, S, $SO_2$, or $CH_2$.

In a second preferred subembodiment, a compound of Formula VI, VII, or VIII, or a pharmaceutically acceptable salt or prodrug thereof, is provided wherein:

Base is a purine or pyrimidine base as defined herein;

$R^1$ is H;

$R^4$ is alkyl; and

X is O, S, $SO_2$, or $CH_2$.

In a third preferred subembodiment, a compound of Formula VI, VII, or VIII, or a pharmaceutically acceptable salt or prodrug thereof, is provided wherein:

Base is a purine or pyrimidine base as defined herein;

$R^1$ is H or phosphate;

$R^4$ is alkyl; and

X is O.

In a fifth principal embodiment a compound selected from Formulas IX, X, and XI, or a pharmaceutically acceptable salt or prodrug thereof, is provided:




IX




X




XI

wherein:

Base is a purine or pyrimidine base as defined herein;

$R^1$ is independently H; phosphate (including monophosphate, diphosphate, triphosphate, or a stabilized phosphate prodrug); acyl (including lower acyl); alkyl (including lower alkyl); sulfonate ester including alkyl or arylalkyl sulfonyl including methanesulfonyl and benzyl, wherein the phenyl group is optionally substituted with one or more substituents as described in the definition of aryl given herein; a lipid, including a phospholipid; an amino acid; a carbohydrate; a peptide; a cholesterol; or other pharmaceutically acceptable leaving group which when administered *in vivo* is capable of providing a compound wherein $R^1$ is independently H or phosphate; and

$R^4$ is hydrogen, hydroxy, alkyl, azido, cyano, alkenyl, alkynyl, Br-vinyl, -C(O)O(alkyl), -C(O)O(lower alkyl), -O(acyl), -O(lower acyl), -O(alkyl), -O(lower alkyl), -O(alkenyl), halogen, $NO_2$, $NH_2$, -NH(lower alkyl), -NH(acyl), -N(lower alkyl)$_2$, -N(acyl)$_2$; and

X is O, S, $SO_2$, or $CH_2$.

In a first preferred subembodiment, a compound of Formula IX, X, or XI, or a pharmaceutically acceptable salt or prodrug thereof, is provided wherein:

Base is a purine or pyrimidine base as defined herein;

$R^1$ is H or phosphate;

$R^4$ is alkyl; and

X is O, S, $SO_2$, or $CH_2$.

In a second preferred subembodiment, a compound of Formula IX, X, or XI, or a pharmaceutically acceptable salt or prodrug thereof, is provided wherein:

Base is a purine or pyrimidine base as defined herein;

$R^1$ is H;

$R^4$ is alkyl; and

X is O, S, $SO_2$, or $CH_2$.

In a third preferred subembodiment, a compound of Formula IX, X, or XI, or a pharmaceutically acceptable salt or prodrug thereof, is provided wherein:

Base is a purine or pyrimidine base as defined herein;

$R^1$ is H or phosphate;

$R^4$ is alkyl; and

X is O.

In a sixth principal embodiment the invention provides a compound of Formula XII, or a pharmaceutically acceptable salt or prodrug thereof:




XII

wherein:

Base is a purine or pyrimidine base as defined herein;

$R^1$ is independently H; phosphate (including monophosphate, diphosphate, triphosphate, or a stabilized phosphate prodrug); acyl (including lower acyl); alkyl (including lower alkyl); sulfonate ester including alkyl or arylalkyl sulfonyl including methanesulfonyl and benzyl, wherein the phenyl group is optionally substituted with one or more substituents as described in the definition of aryl given herein; a lipid, including a phospholipid; an amino acid; a carbohydrate; a peptide; a cholesterol; or other pharmaceutically acceptable leaving group which when administered *in vivo* is capable of providing a compound wherein $R^1$ is independently H or phosphate; and

$R^4$ is hydrogen, hydroxy, alkyl, azido, cyano, alkenyl, alkynyl, Br-vinyl, -C(O)O(alkyl), -C(O)O(lower alkyl), -O(acyl), -O(lower acyl), -O(alkyl), -O(lower alkyl), -O(alkenyl), halogen, $NO_2$, $NH_2$, -NH(lower alkyl), -NH(acyl), -N(lower alkyl)$_2$, -N(acyl)$_2$; and

$R^5$ and $R^6$ are independently hydrogen, $OR^1$, hydroxy, alkyl, azido, cyano, alkenyl, alkynyl, Br-vinyl, -C(O)O(alkyl), -C(O)O(lower alkyl), -O(acyl), -O(lower acyl), -O(alkyl), -O(lower alkyl), -O(alkenyl), chlorine, bromine, iodine, $NO_2$, $NH_2$, -NH(lower alkyl), -NH(acyl), -N(lower alkyl)$_2$, -N(acyl)$_2$;

$R^7$ and $R^8$ are independently H, alkyl (including lower alkyl), chlorine, bromine, or iodine; and

X is O, S, $SO_2$, or $CH_2$.

In a first preferred subembodiment, a compound of Formula XII, or its pharmaceutically acceptable salt or prodrug, is provided in which: (1) Base is a purine or pyrimidine base as defined herein; (2) $R^1$ is independently H or phosphate (including monophosphate, diphosphate, triphosphate, or a stabilized phosphate prodrug); acyl (including lower acyl); alkyl (including