# EXHIBIT J

Case 1:13-cv-01987-LPS Document 131-19 Filed 06/23/15 Page 2 of 7 PageID #: 8411



FUNDAMENTALS OF

# Organic Chemistry

SEVENTH EDITION

John McMurry
Cornell University

BROOKS/COLE
CENGAGE Learning™

Australia • Brazil • Japan • Korea • Mexico • Singapore • Spain • United Kingdom • United States

Case 1:13-cv-01987-LPS Document 131-19 Filed 06/23/15 Page 4 of 7 PageID #: 8413

BROOKS/COLE
CENGAGE Learning™

**Fundamentals of Organic Chemistry, Seventh Edition**
**John McMurry**

Publisher: Mary Finch

Executive Editor: Lisa Lockwood

Developmental Editor: Sandi Kiselica

Assistant Editor: Elizabeth Woods

Senior Media Editor: Lisa Weber

Marketing Manager: Amee Mosley

Marketing Assistant: Kevin Carroll

Marketing Communications Manager: Linda Yip

Content Project Manager: Teresa L. Trego

Creative Director: Rob Hugel

Art Director: John Walker

Print Buyer: Paula Vang

Rights Acquisitions Account Manager, Text: Tim Sisler

Rights Acquisitions Account Manager, Image: Don Schlotman

Production Service: Graphic World Inc.

Text Designer: tani hasegawa

Photo Researcher: Scott Rosen, Bill Smith Group

Copy Editor: Graphic World Inc.

OWL Producers: Stephen Battisti, Cindy Stein, and David Hart in the Center for Educational Software Development at the University of Massachusetts, Amherst, and Cow Town Productions

Illustrators: Graphic World Inc., 2064 Design

Cover Designer: Lee Friedman

Cover Image: Tim Fitzharris/Minden Pictures/National Geographic Image Collection

Compositor: Graphic World Inc.

© 2011, 2007 Brooks/Cole, Cengage Learning

ALL RIGHTS RESERVED. No part of this work covered by the copyright herein may be reproduced, transmitted, stored, or used in any form or by any means, graphic, electronic, or mechanical, including but not limited to photocopying, recording, scanning, digitizing, taping, Web distribution, information networks, or information storage and retrieval systems, except as permitted under Section 107 or 108 of the 1976 United States Copyright Act, without the prior written permission of the publisher.

For product information and technology assistance, contact us at
**Cengage Learning Customer & Sales Support, 1-800-354-9706**
For permission to use material from this text or product,
submit all requests online at **www.cengage.com/permissions**
Further permissions questions can be e-mailed to
**permissionrequest@cengage.com**

Library of Congress Control Number: 2009938743

ISBN-13: 978-1-4390-4971-6

ISBN-10: 1-4390-4971-8

**Brooks/Cole**
20 Davis Drive
Belmont, CA 94002-3098
USA

Cengage Learning is a leading provider of customized learning solutions with office locations around the globe, including Singapore, the United Kingdom, Australia, Mexico, Brazil, and Japan. Locate your local office at: **www.cengage.com/global**

Cengage Learning products are represented in Canada by Nelson Education, Ltd.

To learn more about Brooks/Cole, visit **www.cengage.com/brookscole**

Purchase any of our products at your local college store or at our preferred online store, **www.ichapters.com**

Printed in the United States of America
2 3 4 5 6 7 13 12 11 10

**Problem 2.1** Identify the functional groups in the following molecules:

(a)


**Acrylic acid**
**(2 functional groups)**

(b)


**Aspirin**
**(3 functional groups)**

(c)


**Glucose**
**(6 functional groups)**

**Problem 2.2** Propose structures for simple molecules that contain the following functional groups:

**(a)** Alcohol **(b)** Aromatic ring **(c)** Carboxylic acid
**(d)** Amine **(e)** Both ketone and amine **(f)** Two double bonds

**Problem 2.3** Identify the functional groups in the following model of arecoline, a veterinary drug used to control worms in animals. Convert the drawing into a line-bond structure (gray = C, red = O, blue = N, ivory = H).



## 2.2 Alkanes and Alkyl Groups: Isomers

Before beginning a systematic study of the different functional groups, let's look first at the simplest family of molecules—the *alkanes*—to develop some general ideas that apply to all families. We saw in Section 1.7 that the C–C single bond in ethane results from $\sigma$ (head-on) overlap of carbon $sp^3$ hybrid orbitals. If we imagine joining three, four, five, or even more carbon atoms by C–C single bonds, we generate the large family of molecules called **alkanes**.



. . . and so on

**Methane** **Ethane** **Propane** **Butane**

Case 1:13-cv-01987-LPS Document 131-19 Filed 06/23/15 Page 6 of 7 PageID #: 8415



Alkanes are often described as *saturated hydrocarbons:* **hydrocarbons** because they contain only carbon and hydrogen atoms; **saturated** because they have only C–C and C–H single bonds and thus contain the maximum possible number of hydrogens per carbon. They have the general formula $C_nH_{2n+2}$, where $n$ is any integer. Alkanes are also occasionally called **aliphatic** compounds, a word derived from the Greek *aleiphas,* meaning "fat." We'll see in Chapter 16 that animal fats contain long carbon chains similar to alkanes.



**A typical animal fat**

Think about the ways that carbon and hydrogen might combine to make alkanes. With one carbon and four hydrogens, only one structure is possible: methane, $CH_4$. Similarly, there is only one possible combination of two carbons with six hydrogens (ethane, $CH_3CH_3$) and only one possible combination of three carbons with eight hydrogens (propane, $CH_3CH_2CH_3$). If larger numbers of carbons and hydrogens combine, however, more than one kind of molecule can form. For example, there are two ways that molecules with the formula $C_4H_{10}$ can form: the four carbons can be in a row (butane), or they can branch (isobutane). Similarly, there are three ways in which $C_5H_{12}$ molecules can form, and so on for larger alkanes.



$CH_4$ — **Methane, $CH_4$**

$CH_3CH_3$ — **Ethane, $C_2H_6$**

$CH_3CH_2CH_3$ — **Propane, $C_3H_8$**



$CH_3CH_2CH_2CH_3$ — **Butane, $C_4H_{10}$**

$CH_3CHCH_3$ (with $CH_3$ on the central carbon) — **Isobutane, $C_4H_{10}$ (2-methylpropane)**

Case 1:13-cv-01987-LPS Document 131-19 Filed 06/23/15 Page 7 of 7 PageID #: 8416





$CH_3CH_2CH_2CH_2CH_3$

**Pentane, $C_5H_{12}$**

$CH_3CH_2CH(CH_3)CH_3$

**2-Methylbutane, $C_5H_{12}$**

$CH_3C(CH_3)_2CH_3$

**2,2-Dimethylpropane, $C_5H_{12}$**

Compounds like butane, whose carbons are connected in a row, are called **straight-chain alkanes, or normal (*n*) alkanes**, whereas compounds with branched carbon chains, such as isobutane (2-methylpropane), are called **branched-chain alkanes**.

Compounds like the two $C_4H_{10}$ molecules and the three $C_5H_{12}$ molecules, which have the same formula but different structures, are called *isomers*, from the Greek *isos* + *meros*, meaning "made of the same parts." **Isomers** have the same numbers and kinds of atoms but differ in the way the atoms are arranged. Compounds like butane and isobutane, whose atoms are connected differently, are called **constitutional isomers**. We'll see shortly that other kinds of isomerism are also possible, even among compounds whose atoms are connected in the same order.

A given alkane can be arbitrarily drawn in many ways. The straight-chain, four-carbon alkane called butane, for instance, can be represented by any of the structures shown in Figure 2.2. These structures don't imply any particular three-dimensional geometry for butane; they only indicate the connections among atoms. In practice, chemists rarely draw all the bonds in a molecule and usually refer to butane by the *condensed structure*, $CH_3CH_2CH_2CH_3$ or $CH_3(CH_2)_2CH_3$. In such representations, the C–C and C–H bonds are "understood" rather than shown. If a carbon has three hydrogens bonded to it, we write $CH_3$; if a carbon has two hydrogens bonded to it, we write $CH_2$, and so on. Still more simply, butane can even be represented as $n$-$C_4H_{10}$, where *n* signifies *normal*, straight-chain butane.



$CH_3—CH_2—CH_2—CH_3$ $CH_3CH_2CH_2CH_3$ $CH_3(CH_2)_2CH_3$

**Figure 2.2** Some representations of butane ($n$-$C_4H_{10}$). The molecule is the same regardless of how it's drawn. These structures imply only that butane has a continuous chain of four carbon atoms.

Straight-chain alkanes are named according to the number of carbon atoms they contain, as shown in Table 2.2. With the exception of the first four compounds—methane, ethane, propane, and butane—whose names have historical origins, the alkanes are named based on Greek numbers, according to the number of carbons. The suffix *-ane* is added to the end of each name to identify the molecule as an alkane. Thus, pent*ane* is the five-carbon alkane, hex*ane* is the six-carbon alkane, and so on.

If a hydrogen atom is removed from an alkane, the partial structure that remains is called an **alkyl group**. Alkyl groups are named by replacing the *-ane* ending of the parent alkane with an *-yl* ending. For example, removal of