Case 1:13-cv-01987-LPS Document 131-20 Filed 06/23/15 Page 1 of 3 PageID #: 8417






ylpropane, $C_5H_{12}$

w, are called
ith branched
ed **branched-**

12 molecules,
lled *isomers*,
**Isomers** have
e atoms are
re connected
t other kinds
oms are con-

raight-chain,
ted by any of
any particu-
e connections
n a molecule
$H_2CH_2CH_3$ or
ds are "under-
ded to it, we
e $CH_2$, and so
$C_4H_{10}$, where

$CH_3$

er of carbon
f the first four
mes have his-
, according to
each name to
arbon alkane,

structure that
replacing the
le, removal of

**Table 2.2** Names of Straight-Chain Alkanes

| Number of carbons ($n$) | Name | Formula ($C_nH_{2n+2}$) | Number of carbons ($n$) | Name | Formula ($C_nH_{2n+2}$) |
|---|---|---|---|---|---|
| 1 | Methane | $CH_4$ | 9 | Nonane | $C_9H_{20}$ |
| 2 | Ethane | $C_2H_6$ | 10 | Decane | $C_{10}H_{22}$ |
| 3 | Propane | $C_3H_8$ | 11 | Undecane | $C_{11}H_{24}$ |
| 4 | Butane | $C_4H_{10}$ | 12 | Dodecane | $C_{12}H_{26}$ |
| 5 | Pentane | $C_5H_{12}$ | 13 | Tridecane | $C_{13}H_{28}$ |
| 6 | Hexane | $C_6H_{14}$ | 20 | Icosane | $C_{20}H_{42}$ |
| 7 | Heptane | $C_7H_{16}$ | 30 | Triacontane | $C_{30}H_{62}$ |
| 8 | Octane | $C_8H_{18}$ | | | |

a hydrogen atom from methane, $CH_4$, generates a *methyl group,* $-CH_3$, and removal of a hydrogen atom from ethane, $CH_3CH_3$, generates an *ethyl group,* $-CH_2CH_3$. Similarly, removal of a hydrogen atom from the end carbon of any $n$-alkane gives the series of $n$-alkyl groups shown in Table 2.3.

Just as $n$-alkyl groups are generated by removing a hydrogen from an *end* carbon, branched alkyl groups are generated by removing a hydrogen atom from an *internal* carbon. Two 3-carbon alkyl groups and four 4-carbon alkyl groups are possible (Figure 2.3).




**Figure 2.3** Alkyl groups generated from straight-chain alkanes.

Case 1:13-cv-01987-LPS Document 131-20 Filed 06/23/15 Page 2 of 3 PageID #: 8418



**Table 2.3** Some Straight-Chain Alkyl Groups

| Alkane | Name | Alkyl group | Name (abbreviation) |
|---|---|---|---|
| $CH_4$ | Methane | $-CH_3$ | Methyl (Me) |
| $CH_3CH_3$ | Ethane | $-CH_2CH_3$ | Ethyl (Et) |
| $CH_3CH_2CH_3$ | Propane | $-CH_2CH_2CH_3$ | Propyl (Pr) |
| $CH_3CH_2CH_2CH_3$ | Butane | $-CH_2CH_2CH_2CH_3$ | Butyl (Bu) |
| $CH_3CH_2CH_2CH_2CH_3$ | Pentane | $-CH_2CH_2CH_2CH_2CH_3$ | Pentyl, or amyl |

One further word about naming alkyl groups: the prefixes *sec-* (for secondary) and *tert-* (for tertiary) used for the $C_4$ alkyl groups in Figure 2.3 refer to the number of other carbon atoms attached to the branching carbon atom. There are four possibilities: primary (1°), secondary (2°), tertiary (3°), and quaternary (4°).



***Primary*** **carbon (1°) is bonded to one other carbon.**



***Secondary*** **carbon (2°) is bonded to two other carbons.**



***Tertiary*** **carbon (3°) is bonded to three other carbons.**



***Quaternary*** **carbon (4°) is bonded to four other carbons.**

The symbol **R** is used here and throughout this text to represent a *generalized* alkyl group. The R group can be methyl, ethyl, or any of a multitude of others. You might think of **R** as representing the **R**est of the molecule, which isn't specified.



**General class of tertiary alcohols, $R_3COH$**



**Citric acid—a specific tertiary alcohol**

## Worked Example 2.1

### Drawing Isomeric Structures

Propose structures for two isomers with the formula $C_2H_6O$.

**Strategy** We know that carbon forms four bonds, oxygen forms two, and hydrogen forms one. Put the pieces together by trial and error, along with intuition.

**Solution** There are two possibilities:



and



Case 1:13-cv-01987-LPS Document 131-20 Filed 06/23/15 Page 3 of 3 PageID #: 8419



**Problem 2.4** Draw structures for the five isomers of $C_6H_{14}$.

**Problem 2.5** Draw structures that meet the following descriptions:

**(a)** Three isomers with the formula $C_8H_{18}$
**(b)** Two isomers with the formula $C_4H_8O_2$

**Problem 2.6** Draw the eight possible five-carbon alkyl groups (pentyl isomers).

**Problem 2.7** Draw alkanes that meet the following descriptions:

**(a)** An alkane with two tertiary carbons
**(b)** An alkane that contains an isopropyl group
**(c)** An alkane that has one quaternary and one secondary carbon

**Problem 2.8** Identify the carbon atoms in the following molecules as primary, secondary, tertiary, or quaternary:

(a)


(b)


(c)


## 2.3 Naming Branched-Chain Alkanes

In earlier times, when few pure organic chemicals were known, new compounds were named at the whim of their discoverer. Thus, urea ($CH_4N_2O$) is a crystalline substance isolated from urine, and morphine ($C_{17}H_{19}NO_3$) is an analgesic (painkiller) named after Morpheus, the Greek god of dreams. As the science of organic chemistry slowly grew in the 19th century, so too did the number of known compounds and the need for a systematic method of naming them. The system of naming (*nomenclature*) we'll use in this book is that devised by the International Union of Pure and Applied Chemistry (IUPAC, usually spoken as **eye**-you-pac).

A chemical name typically has four parts in the IUPAC system of nomenclature: prefix, parent, locant, and suffix. The prefix specifies the location and identity of various substituent groups in the molecule, the parent selects a main part of the molecule and tells how many carbon atoms are in that part, the locant gives the location of the primary functional group, and the suffix identifies the primary functional group.

**Prefix—Parent—Locant—Suffix**

| Prefix | Parent | Locant | Suffix |
|---|---|---|---|
| Where and what are the substituents? | How many carbons? | Where is the primary functional group? | What is the primary functional group? |

As we cover new functional groups in later chapters, the applicable IUPAC rules of nomenclature will be given. In addition, Appendix A gives an overall view of organic nomenclature and shows how compounds that contain more than one functional group are named. For now, let's see how to name branched-chain alkanes. All but the most complex branched-chain alkanes can be named by following four steps.