# EXHIBIT K

OIPE JC20
JUN 16 2003
PATENT & TRADEMARK OFFICE

1623
#12/A
6-18-03
RECEIVED
JUN 17 2003
TECH CENTER 1600/2900

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicants: LaColla *et al.*

Serial No.: 09/864,078 Group Art Unit: 1623

Filed: May 23, 2001 Examiner: Howard Owens

Title: Methods and Compositions for Treating Hepatitis C Virus

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

June 6, 2003

## AMENDMENT AND RESPONSE TO RESTRICTION REQUIREMENT

Sir:

The Patent Office issued an Restriction Requirement on March 26, 2003, which Applicants respond to below. A Petition for an Extension of Time, through and including June 26, 2003, is attached.

## AMENDMENT

Please amend the above identified application as follows.

**Amendments to the Claims** are reflected in the listing of claims which begins on page 3 of this paper.

**Remarks** begin on page 11 of this paper.

This listing of claims will replace all prior versions, and listing, of claims in the application:

**Listing of Claims:**

Claims 1-82, 84, 85, 87, 88, 91-99, and 103-129 (cancelled)

Claim 83 (currently amended): The ~~A~~ method for the treatment ~~or prophylaxis~~ of Hepatitis C virus infection in a host of claim 89, comprising administering an anti-virally effective amount of a compound of Formula V:




(V)

or a pharmaceutically acceptable salt or prodrug thereof, optionally in a pharmaceutically acceptable carrier or diluent, wherein:

$R^1$, $R^2$ and $R^3$ are independently H; ~~phosphate (including monophosphate, diphosphate, triphosphate, or a stabilized phosphate prodrug)~~ phosphate; stabilized phosphate prodrug; acyl ~~(including lower acyl)~~; alkyl ~~(including lower alkyl)~~; sulfonate ester; alkyl or arylalkyl sulfonyl; methanesulfonyl; benzyl, wherein the phenyl group is optionally substituted with one or more substituents; a lipid; a phospholipid; an amino acid; a carbohydrate; a peptide; a cholesterol; or other pharmaceutically acceptable leaving group which when administered *in vivo* is capable of providing a compound wherein $R^1$, $R^2$ and $R^3$ are independently H or phosphate;

$X^1$ is selected from the group consisting of H, straight chained, branched or cyclic alkyl, CO-alkyl, CO-aryl, CO-alkoxyalkyl, chloro, bromo, fluoro, iodo, $OR^4$, $NR^4NR^5$ or $SR^4$; and

$R^4$ and $R^5$ are independently hydrogen, acyl ~~(including lower acyl)~~, or ~~alkyl (including but not limited to methyl, ethyl, propyl, and cyclopropyl)~~.

Claim 86 (currently amended): The ~~A~~ method for the treatment ~~or prophylaxis~~ of a Hepatitis C virus infection in a host of claim 89, comprising administering an anti-virally effective amount of a compound of Formula X, or XI ~~or XII~~:



(X)



(XI)



~~(XII)~~

or a pharmaceutically acceptable salt or prodrug thereof, optionally in a pharmaceutically acceptable carrier or diluent, wherein:

Base is a ~~purine or~~ pyrimidine base ~~as defined herein~~;

$R^1$, $R^2$ and $R^3$ are independently H; ~~phosphate (including monophosphate, diphosphate, triphosphate, or a stabilized phosphate prodrug) phosphate (including monophosphate, diphosphate, triphosphate, or a stabilized phosphate prodrug)~~ phosphate; stabilized phosphate prodrug; acyl ~~(including lower acyl)~~; alkyl ~~(including lower alkyl)~~; sulfonate ester; alkyl or arylalkyl sulfonyl; methanesulfonyl; benzyl, wherein the phenyl group is optionally substituted with one or more substituents; a lipid; a phospholipid; an amino acid; a carbohydrate; a peptide; a cholesterol; or other pharmaceutically acceptable leaving group which when administered *in vivo* is capable of providing a compound wherein $R^1$, $R^2$ and $R^3$ are independently H or phosphate;

$R^6$ is hydroxy, alkyl, azido, cyano, alkenyl, alkynyl, Br-vinyl, -C(O)O(alkyl), -O(acyl), -O(alkyl), -O(alkenyl), chloro, bromo, fluoro, iodo, $NO_2$, $NH_2$, -NH(lower alkyl), -NH(acyl), -N(lower alkyl)$_2$, -N(acyl)$_2$;

$R^7$ is $OR^3$, hydroxy, alkyl, azido, cyano, alkenyl, alkynyl, Br-vinyl, -C(O)O(alkyl), -O(acyl), -O(alkyl), -O(alkenyl), chlorine, bromine, iodine, $NO_2$, $NH_2$, -NH(lower alkyl), -NH(acyl), -N(lower alkyl)$_2$, -N(acyl)$_2$; and

X is O, S, $SO_2$ or $CH_2$.

Claim 89 (currently amended): A method for the treatment ~~or prophylaxis~~ of a Hepatitis C virus infection in a host, comprising administering an anti-virally effective amount of a compound of Formula XVII:



(XVII)

or a pharmaceutically acceptable or prodrug thereof, optionally in a pharmaceutically acceptable carrier or diluent, wherein:

Base is a ~~purine or~~ pyrimidine base ~~as defined herein~~;

$R^1$ and $R^2$ are independently H; ~~phosphate (including monophosphate, diphosphate, triphosphate, or a stabilized phosphate prodrug)~~ ~~phosphate (including monophosphate, diphosphate, triphosphate, or a stabilized phosphate prodrug)~~ phosphate; stabilized phosphate prodrug; acyl ~~(including lower acyl)~~; alkyl ~~(including lower alkyl)~~; sulfonate ester; alkyl or arylalkyl sulfonyl; methane-sulfonyl; benzyl, wherein the phenyl group is optionally substituted with one or more substituents; a lipid; a phospholipid; an amino acid; a carbohydrate; a peptide; a cholesterol; or other pharmaceutically acceptable leaving group which when administered *in vivo* is capable of providing a compound wherein $R^1$, $R^2$ and $R^3$ are independently H or phosphate;

$R^6$ is hydroxy, alkyl, azido, cyano, alkenyl, alkynyl, Br-vinyl, -C(O)O(alkyl), -O(acyl), -O(alkyl), -O(alkenyl), chloro, bromo, fluoro, iodo, $NO_2$, $NH_2$, -NH(lower alkyl), -NH(acyl), -N(lower alkyl)$_2$, -N(acyl)$_2$;

$R^7$ is $OR^2$, hydroxy, alkyl, azido, cyano, alkenyl, alkynyl, Br-vinyl, -C(O)O(alkyl), -O(acyl), -O(alkyl), -O(alkenyl), chlorine, bromine, iodine, $NO_2$, $NH_2$, -NH(lower alkyl), -NH(acyl), -N(lower alkyl)$_2$, -N(acyl)$_2$;

$R^9$ is hydrogen, $OR^2$, hydroxy, alkyl, azido, cyano, alkenyl, alkynyl, Br-vinyl, -C(O)O(alkyl), -O(acyl), -O(alkyl), -O(alkenyl), chlorine, bromine, iodine, $NO_2$, $NH_2$, -NH(lower alkyl), -NH(acyl), -N(lower alkyl)$_2$, -N(acyl)$_2$;

$R^{10}$ is H, alkyl, chlorine, bromine or iodine; and

X is O, S, $SO_2$ or $CH_2$.

Claim 90 (currently amended): The ~~A~~ method for the treatment ~~or prophylaxis~~ of a Hepatitis C virus infection in a host of claim 89, comprising administering an anti-virally effective amount of a compound of Formula XVIII:



(XVIII)

or a pharmaceutically acceptable salt or prodrug thereof, optionally in a pharmaceutically acceptable carrier or diluent, wherein:

Base is a ~~purine or~~ pyrimidine base ~~as defined herein~~;

$R^1$ and $R^2$ are independently H; ~~mono-, di- or triphosphate~~; phosphate; a stabilized phosphate prodrug; acyl; alkyl; sulfonate ester; alkyl or arylalkyl sulfonyl; methanesulfonyl; benzyl, wherein the phenyl group is optionally substituted with one or more substituents; a lipid; a phospholipid; an amino acid; a carbohydrate; a peptide; a cholesterol; or other pharmaceutically acceptable leaving group which when administered *in vivo* is capable of providing a compound wherein $R^1$ and $R^2$ are independently H or phosphate;

$R^7$ ~~and $R^9$~~ is ~~independently hydrogen~~, $OR^2$, alkyl ~~(including lower alkyl)~~, alkenyl, alkynyl, Br-vinyl, O-alkenyl, chlorine, bromine, iodine, $NO_2$, amino, ~~loweralkylamino, or di(loweralkyl)amino,~~ $NH_2$, -NH(lower alkyl), -NH(acyl), -N(lower alkyl)$_2$, -N(acyl)$_2$;

$R^9$ is $OR^2$, alkyl, alkenyl, alkynyl, Br-vinyl, O-alkenyl, chlorine, bromine, iodine, $NO_2$, amino, $NH_2$, -NH(lower alkyl), -NH(acyl), -N(lower alkyl)$_2$, -N(acyl)$_2$;

$R^6$ and $R^8$ ~~is~~ are independently H, alkyl ~~(including lower alkyl)~~, chlorine, bromine or iodine; ~~$R^7$ and $R^9$, or $R^8$ and $R^9$ can come together to form a bond;~~ and

X is O, S, $SO_2$ or $CH_2$.

Claim 100 (currently amended): A method for the treatment ~~or prophylaxis~~ of a Hepatitis C virus infection in a host, comprising administering an antivirally effective amount of a compound of the structure:




or a pharmaceutically acceptable salt or prodrug thereof, optionally in a pharmaceutically acceptable carrier or diluent.

Claim 101 (currently amended): A method for the treatment ~~or prophylaxis~~ of a Hepatitis C virus infection in a host, comprising administering an antivirally effective amount of a compound of the structure:




or a pharmaceutically acceptable salt or prodrug thereof, optionally in a pharmaceutically acceptable carrier or diluent.

Claim 102 (currently amended): A method for the treatment ~~or prophylaxis~~ of a Hepatitis C virus infection in a host, comprising administering an antivirally effective amount of a compound of the structure:




or a pharmaceutically acceptable salt <u>or prodrug</u> thereof, <u>optionally in a pharmaceutically acceptable carrier or diluent.</u>

Claim 130 (new): The method of any one of claims 83, 86, 89, 90, 100, 101, 102, or 140-145, wherein the pharmaceutically acceptable carrier is suitable for oral delivery.

Claim 131 (new): The method of any one of claims 83, 86, 89, 90, 100, 101, 102, or 140-145, wherein the pharmaceutically acceptable carrier is suitable for intravenous delivery.

A' cont'd

Claim 132 (new): The method of any one of claims 83, 86, 89, 90, 100, 101, 102, or 140-145, wherein the pharmaceutically acceptable carrier is suitable for parenteral delivery.

Claim 133 (new): The method of any one of claims 83, 86, 89, 90, 100, 101, 102, or 140-145, wherein the pharmaceutically acceptable carrier is suitable for intradermal delivery.

Claim 134 (new): The method of any one of claims 83, 86, 89, 90, 100, 101, 102, or 140-145, wherein the pharmaceutically acceptable carrier is suitable for subcutaneous delivery.

Claim 135 (new): The method of any one of claims 83, 86, 89, 90, 100, 101, 102, or 140-145, wherein the pharmaceutically acceptable carrier is suitable for topical delivery.

Claim 136 (new): The method of any one of claims 83, 86, 89, 90, 100, 101, 102, or 140-145, wherein the compound is in the form of a dosage unit.

Claim 137 (new): The method of claim 136, wherein the dosage unit contains 10 to 1500 mg of the compound.

Claim 138 (new): The method of claim 136, wherein the dosage unit is a tablet or capsule.

Claim 139 (new): The method of any one of claims 83, 86, 89, 90, 100, 101, or 102, wherein the host is a human.

Claim 140 (new): A method for the treatment of a Hepatitis C virus infection in a human, comprising administering an antivirally effective amount of a compound of the structure:




or a pharmaceutically acceptable salt or ester thereof.

A' cont'd

Claim 141 (new): A method for the treatment of a Hepatitis C virus infection in a human, comprising administering an antivirally effective amount of a compound of the structure:




or a pharmaceutically acceptable salt or ester thereof.

Claim 142 (new): A method for the treatment of a Hepatitis C virus infection in a human, comprising administering an antivirally effective amount of a compound of the structure:



or a pharmaceutically acceptable salt or ester thereof.

Claim 143 (new): A method for the treatment of a Hepatitis C virus infection in a human, comprising administering an antivirally effective amount of a compound of the structure:



or a pharmaceutically acceptable salt thereof, optionally in a pharmaceutically acceptable carrier.

A', cont'd

Claim 144 (new): A method for the treatment of a Hepatitis C virus infection in a human, comprising administering an antivirally effective amount of a compound of the structure:



or a pharmaceutically acceptable salt thereof, optionally in a pharmaceutically acceptable carrier or diluent.

Claim 145 (new): A method for the treatment of a Hepatitis C virus infection in a human, comprising administering an antivirally effective amount of a compound of the structure:




or a pharmaceutically acceptable salt thereof, optionally in a pharmaceutically acceptable carrier or diluent.

A' cont'd

**Remarks**

Claims 1-82, 84, 85, 87, 88, 91-99, and 103-129 have been canceled. Claims 83, 86, 89, 90, 100-102 remain after amendment. Claims 130-145 have been added.

The Examiner imposed a restriction requirement between groups I-V. Applicants elect Group IV (claim 89), without traverse. Claims 83, 86, 90, 100, 101, and 102 as amended and newly added claims 130-145 fall within the elected group IV. Thus, examination of claims 83, 86, 90, 100, 101, 102, and 130-145 is required.

The Examiner has additionally required an election of species between groups 1-7. Applicants elect the species directed to pyrimidines. Claims 83, 86, 89, 90, 100-102 and 130-145 read on the elected species.

The unifying concept in the remaining claims is that each is a <u>pyrimidine nucleoside</u> that has <u>two non-hydrogen</u> substituents in the 2'-position of the nucleoside, which represents the core of the invention. Applicants are not aware of any prior disclosure of the use of a pyrimidine nucleoside with a "2'-branched" carbon to treat these viruses.

Respectfully submitted,

Sherry M. Knowles, Esq.
Registration No. 33,052

Date: June 6, 2003

King & Spalding
191 Peachtree Street
Atlanta, Georgia 30303
Telephone: 404-572-3541
Facsimile: 404-572-5145