# EXHIBIT L

MICHAEL B. SMITH



# ORGANIC CHEMISTRY

## An Acid–Base Approach

CRC Press
Taylor & Francis Group

# ORGANIC CHEMISTRY

## An Acid–Base Approach

MICHAEL B. SMITH

CRC Press
Taylor & Francis Group
Boca Raton London New York

CRC Press is an imprint of the
Taylor & Francis Group, an **informa** business

CRC Press
Taylor & Francis Group
6000 Broken Sound Parkway NW, Suite 300
Boca Raton, FL 33487-2742

© 2011 by Taylor and Francis Group, LLC
CRC Press is an imprint of Taylor & Francis Group, an Informa business

No claim to original U.S. Government works

Printed in India by Replika Press Pvt. Ltd.
10 9 8 7 6 5 4 3 2 1

International Standard Book Number: 978-1-4200-7920-3 (Hardback)

This book contains information obtained from authentic and highly regarded sources. Reasonable efforts have been made to publish reliable data and information, but the author and publisher cannot assume responsibility for the validity of all materials or the consequences of their use. The authors and publishers have attempted to trace the copyright holders of all material reproduced in this publication and apologize to copyright holders if permission to publish in this form has not been obtained. If any copyright material has not been acknowledged please write and let us know so we may rectify in any future reprint.

Except as permitted under U.S. Copyright Law, no part of this book may be reprinted, reproduced, transmitted, or utilized in any form by any electronic, mechanical, or other means, now known or hereafter invented, including photocopying, microfilming, and recording, or in any information storage or retrieval system, without written permission from the publishers.

For permission to photocopy or use material electronically from this work, please access www.copyright.com (http://www.copyright.com/) or contact the Copyright Clearance Center, Inc. (CCC), 222 Rosewood Drive, Danvers, MA 01923, 978-750-8400. CCC is a not-for-profit organization that provides licenses and registration for a variety of users. For organizations that have been granted a photocopy license by the CCC, a separate system of payment has been arranged.

**Trademark Notice:** Product or corporate names may be trademarks or registered trademarks, and are used only for identification and explanation without intent to infringe.

**Library of Congress Cataloging-in-Publication Data**

Smith, Michael B., 1946 Oct. 17-
Organic chemistry : an acid-base approach / Michael B. Smith.
p. cm.
Includes bibliographical references and index.
ISBN 978-1-4200-7920-3 (hardcover : all. paper)
1. Chemistry, Organic--Textbooks. 2. Organic acids--Textbooks. 3. Chemical reactions--Textbooks.
I. Title.

QD251.3.S654 2011
547--dc22 2010026467

**Visit the Taylor & Francis Web site at**
**http://www.taylorandfrancis.com**

**and the CRC Press Web site at**
**http://www.crcpress.com**

## 28.5 Biological Relevance. Nucleosides and Nucleotides (Heterocycles Combined with Sugars)

It is clear that carbohydrates are multifunctional compounds because they contain hydroxyl units, aldehyde or ketone units, and sometimes carboxyl units. Carbohydrates may also contain an amine unit to give amino sugars. Examples are 2-amino-2-deoxy-β-d-mannopyranose (d-mannosamine, **103**), 3-amino-3,6-dideoxy-β-d-glucopyranose (**104**), and 3-deoxy-β-d-idopyranose (**105**). These compounds are known as deoxy sugars because they have an OH unit replaced with $NH_2$ or H, or another group.




**103** **104** **105**

It is also possible to attach more complex amines to sugar molecules, especially pyrimidine bases such as thymine (**106**) and purine bases such as adenine (**107**). These heterocyclic bases were introduced in Chapter 26 (Sections 26.1.2 and 26.4.1). Of particular interest are the compounds that arise when a purine or pyrimidine base is attached to a ribofuranose unit (illustrated by structure **108**, which contains a thymine unit).




**106** **107** **108**

Other sugars may be used, however. The first reported synthesis of this type of compound involved the reaction of 2,3,4,6-tetra-*O*-acetyl-α-d-glucopyranosyl bromide (**100**) with the silver salt of a purine called theophylline (**109**) in refluxing xylene. The reaction coupled these two fragments, and subsequent removal of the acetate groups by saponification gave **110**. This product is called 7-β-d-glucopyranosyltheophylline, and it was first synthesized by Emil Fischer and B. Helferich (Germany) in 1914.[4] This early work did not give good results in the reaction if pyrimidines were used because *O*-glycosides were formed rather than the desired *N*-glycosides.