

A later improvement on this approach led to the reaction of a chloromercury salt of the heterocyclic amine with a halo-sugar. The reaction of chloromercuric-6-benzamidoadenine (**112**) and 2,3,5-tri-*O*-acetyl-d-ribofuranoyl chloride (**111**), for example, gives **113**, 6-(β-d-ribofuranoyl)adenine (otherwise known as adenosine), after removal of the acetate groups and the *N*-benzyl group. Pyrimidine derivatives are also prepared by this method, and other methods are available that may be used to prepare these compounds. In one, a purine (cytosine, **114**) reacts with **111** in the presence of mercuric cyanide and nitromethane to give 1-(β-d-ribofuranoyl)cytosine (otherwise known as cytidine, **115**), after removal of the protecting groups.





An important reaction is used by many today to prepare many nucleosides. The Vorbrüggen glycosylation reaction[5,6] (H. Vorbrüggen, Germany) couples a highly protected heterocycle, such as **116**, protected as the trimethysilyloxy derivative. Reaction of **116** and tetraacetyl ribofuranose **117** in the presence

The University of Iowa Libraries

of a Lewis acid such as SnCl4 or $TiCl_4$ leads to nucleoside derivative **118**. Note that the $O(SiMe_3)_3$ groups are removed during the course of the reaction to reveal the base in **118** as uridine. This means that **116** is a protected form of uracil. Other heterocyclic bases may be used in the reaction; each base requires a unique set of protecting groups that will not be discussed here.




**116** **117** **118**

Ribose-purines and ribose-pyrimidines are particularly important because these structures are found in DNA and RNA. DNA and RNA are known as nucleic acids, and they are biopolymers made up of repeating deoxyribofuranose or ribofuranose units. *Nucleic acids are oligo (sugar phosphates) because the backbone of these compounds is phosphorous.* This monomeric unit is called a *nucleoside, which is a ribose derivative coupled with a purine or a pyrimidine.* A ribofuranose with a purine or pyrimidine at C1 is called a **ribonucleoside**, or simply a **nucleoside**.



**113**



**119**



**120**



**115**



**108**

Five particularly important nucleosides are derived from d-ribofuranose: two purine derivatives—adenosine (**113**) with an adenine unit on the ribose and guanosine (**119**) with a guanine unit on the ribose—and three pyrimidine derivatives—uridine (**120**) with a uracil unit, cytidine (**115**) with a cytosine unit, and thymidine (**108**) with a thymine unit. Two important deoxyribofuranose derivatives are formed by using a ribose unit without an OH at C2. Purine

Case 1:13-cv-01987-LPS Document 131-23 Filed 06/23/15 Page 3 of 3 PageID #: 8439



derivative **121** is named 2′-deoxyadenosine, **122** is 2′-deoxyguanosine, **123** is 2′-deoxyuridine, **124** is 2′-deoxycytidine, and **125** is 2′-deoxythymidine. The ribofuranose derivatives are the monomeric units found in RNA (ribonucleic acids) and the 2′-deoxyribofuranose derivatives are the monomeric units found in DNA (deoxyribonucleic acids).

**28.30 Draw (a) the arabinofuranose formed when it is coupled to cytosine and (b) the xylofuranose formed when it is coupled with guanine.**




**121**




**122**




**123**




**124**




**125**

Each nucleoside can react with phosphoric acid or a phosphoric acid derivative to form a phosphate ester (see Chapter 20, Section 20.12). *The phosphate ester of a nucleoside is called a nucleotide.* Using adenosine (**113**) as an example, there are three possible monophosphate esters: **126**, **127**, and **128**. These compounds are named adenosine 5′-monophosphate, adenosine 3′-monophosphate, and adenosine 2′-monophosphate. It is also possible to attach a second phosphate unit to the first to make a diphosphate such as adenosine 5′-diphosphate (**129**), and three phosphate units may be attached as in adenosine 5′-triphosphate (**130**).




**126**




**127**




**128**

The University of Iowa Libraries