Case 1:13-cv-01987-LPS Document 131-24 Filed 06/23/15 Page 1 of 1 PageID #: 8440



xyguanosine, **123** is
leoxythymidine. The
in RNA (ribonucleic
onomeric units found

**is coupled to cyto-
it is coupled with**



**125**

hosphoric acid deriva-
2). *The phosphate ester*
) as an example, there
**128**. These compounds
nophosphate, and ade-
second phosphate unit
liphosphate (**129**), and
'-triphosphate (**130**).



**128**



**Table 28.2**
**One-Letter Codes for Heterocyclic Amines**



| Heterocycles (Bases, B) | One-Letter Code |
|---|---|
| adenine | A |
| guanine | G |
| uracil | U |
| cytosine | C |
| thymine | T |

These three compounds have abbreviations that are commonly used: **126** is abbreviated AMP, **129** is ADP, and **130** is ATP. These abbreviations stem from a one-letter code for each heterocycle used to form the nucleotide—in this case, A for adenine. These codes are shown in Table 28.2, but they are trivial; the code simply takes the first letter from each heterocycle.

**28.31 Draw the structure of (a) GMP, (b) UTP, and (c) TDP.**



**129** **130**



ribonucleic acid **131**

deoxyribonucleic acid **132**