# EXHIBIT M

# STEDMAN'S Medical Dictionary

27th Edition

*Illustrated in Color*

Case 1:13-cv-01987-LPS Document 131-25 Filed 06/23/15 Page 3 of 4 PageID #: 8443

*Senior Managing Editor:* Maureen Barlow Pugh
*Managing Editor:* Barbara Werner
*New Terms Editor:* Thomas W. Filardo, MD
*Copy Editors:* Peter W. Binns, Linda G. Francis, Raymond Lukens, Bonnie Montgomery
*Chief On-Line Editor:* Barbara L. Ferretti
*On-Line Editors:* Kathryn J. Cadle, Dana Workman
*Proofreaders:* Peter W. Binns; David A. Bloom, MD; Alfred J. Bollet, MD; Ted Burk; Regina Lavette Davis; John A. Day, Jr., MD, FCCP; Richard Diamanti; John H. Dirckx, MD; Thomas W. Filardo, MD; Linda G. Francis; John M. Last, MD, FRACP, FRCPC; Raymond Lukens; Kate Mason, CMT; Joan Sarchese
*Database Programmers:* Dave Marcus, Lexi-Comp Inc., Hudson, OH
*Art Director:* Jonathan Dimes
*Illustrations:* Neil O. Hardy
*Additional artwork by:* Mary Anna Barratt-Dimes, Kathryn Born, Rob Duckwall, Timothy Hengst, Mikki Senkarik, Michael Schenk, Larry Ward
*Graphic preparation assistance:* Susan Caldwell, Jennifer Clements, Thomas Dolan, Christina Nihira
*Design:* Dan Pfisterer

Copyright © 2000 Lippincott Williams & Wilkins
351 West Camden Street
Baltimore, Maryland 21201–2436 USA

Copyright © by William Wood and Company: 1911, 1st ed.; 1912, 2nd ed.; 1914, 3rd ed.; 1916, 4th ed.; 1918, 5th ed.; 1920, 6th ed.; 1922, 7th ed.; 1924, 8th ed.; 1926, 9th ed.; 1928, 10th ed.; 1930, 11th ed.

Copyright © by Williams & Wilkins: 1933, 12th ed.; 1935, 13th ed.; 1939, 14th ed.; 1942, 15th ed.; 1946, 16th ed.; 1949, 17th ed.; 1953, 18th ed.; 1957, 19th ed.; 1961, 20th ed.; 1966, 21st ed.; 1972, 22nd ed.; 1976, 23rd ed.; 1982, 24th ed.; 1990, 25th ed.; 1995, 26th ed.

All rights reserved. This book is protected by copyright. No part of this book may be reproduced in any form or by any means, including photocopying, or utilized by any information storage and retrieval system without written permission from the copyright owner.

*Stedman's* is a registered trademark of Lippincott Williams & Wilkins.

The publisher is not responsible (as a matter of product liability, negligence or otherwise) for any injury resulting from any material contained herein. This publication contains information relating to general principles of medical care which should not be construed as specific instructions for individual patients. Manufacturers' product information and package inserts should be reviewed for current information, including contraindications, dosages and precautions.

*Database design by Lexi-Comp Inc., Hudson, OH*
*Printed in the United States of America by World Color, Inc.*

**Library of Congress Cataloging-in-Publication Data**

Stedman, Thomas Lathrop, 1853-1938.
Stedman's medical dictionary.—27th ed.
p.; cm.
ISBN 0-683-40007-X (regular)—ISBN 0-683-40008-8 (deluxe)
1. Medicine—Dictionaries. I. Title: Medical dictionary. II. Title.
[DNLM: 1. Medicine—Dictionary—English. W 13 S812m 1999]
R121 .S8 1999
610′.3—dc21

99-056094

00 01 02 03 04 05
1 2 3 4 5

Case 1:13-cv-01987-LPS Document 131-25 Filed 06/23/15 Page 4 of 4 PageID #: 8444



nucleotides with 2′,3′-cyclic nucleotides as intermediates. SYN *Escherichia coli* RNase I, microbial RNase II, plant RNase, RNase $N_2$.

**RNase $U_2$,** an enzyme endonucleolytically cleaving RNA to 3′-phosphomono- and 3′-phosphooligonucleotides ending in adenylate or guanylate residues with 2′,3′-cyclic phosphate intermediates.

**RNase $U_4$,** SYN yeast RNase.

**yeast RNase,** an enzyme catalyzing the exonucleolytic cleavage of RNA to yield 3′-phosphomononucleotides. SYN RNase $U_4$.

**ri·bo·nu·cle·ase (*Ba·cil·lus sub·ti·lis*).** **1.** Ribonuclease (*Azotobacter agilis*); ribonuclease (*Proteus mirabilis*); an enzyme catalyzing the endonucleolytic cleavage of RNA to yield 2′,3′-cyclic nucleotides. **2.** Ribonuclease $T_1$.

**ri·bo·nu·cle·ase (pan·cre·at·ic).** An enzyme isolated from the pancreas of ruminants that transfers the 3′-phosphate of a pyrimidine ribonucleotide residue in a polynucleotide from the 5′-position of the adjoining nucleotide to the 2′-position of the pyrimidine nucleotide itself (a transferase, endonuclease action), thus breaking the chain and forming a pyrimidine 2′,3′-cyclic phosphate, then (or independently) hydrolyzing this phosphodiester to leave a pyrimidine nucleoside 3′-phosphate residue (phosphodiesterase action); used in cytochemistry to selectively degrade and remove RNA as a control for staining of RNA.

**ri·bo·nu·cle·ic ac·id (RNA)** (rī′bō-noo-klē′ik). A macromolecule consisting of ribonucleoside residues connected by phosphate from the 3′-hydroxyl of one to the 5′-hydroxyl of the next nucleoside. RNA is found in all cells, in both nuclei and cytoplasm and in particulate and nonparticulate form, and also in many viruses; polynucleotides made in vitro are generally called such. Various RNA fractions are identified by location, form, or function.

**acceptor RNA,** SYN transfer RNA.

**antisense RNA,** the transcription product of the DNA antisense strand; it can play a role in the inhibition of translation. SEE ALSO antisense DNA.

**chromosomal RNA,** RNA associated with the chromosome (not mRNA, tRNA, or rRNA) that may have a role in transcription.

**heterogeneous nuclear RNA (hnRNA),** an ill-defined form of RNA, of high molecular weight, that never leaves the nucleus and is thought to be the precursor of messenger RNA.

**informational RNA,** SYN messenger RNA.

**initiation tRNA,** tRNA in prokaryotes containing a formyl-methionyl residue that initiates translation. SYN formyl-methionyl-tRNA, starter tRNA.

**messenger RNA (mRNA),** the RNA reflecting the exact nucleoside sequence of the genetically active DNA and carrying the "message" of the latter, coded in its sequence, to the cytoplasmic areas where protein is made in amino acid sequences specified by the mRNA, and hence primarily by the DNA; viral RNAs are considered to be natural messenger RNAs. SYN informational RNA, template RNA.

**messengerlike RNA (mlRNA),** SEE heterogeneous nuclear RNA.

**nuclear RNA (nRNA),** rNA found in nuclei, or associated with DNA, or with nuclear structures (nucleoli).

**RNA polymerase,** SEE nucleotidyltransferases.

**ribosomal RNA,** the RNA of ribosomes and polyribosomes.

**small nuclear RNA (snRNA),** small RNA (i.e., about 90–300 nucleotides long) in the nucleus believed to have a role in RNA processing and cellular architecture.

**soluble RNA (sRNA),** SYN transfer RNA. [soluble in molar salt]

**starter tRNA,** SYN initiation tRNA.

**suppressor tRNA,** the tRNA associated with a suppressor mutation.

**template RNA,** SYN messenger RNA.

**transfer RNA (tRNA),** short-chain RNA molecules present in cells in at least 20 varieties, each variety capable of combining with a specific amino acid (see aminoacyl-tRNA). By joining (through their anticodons) with particular spots (codons) along the messenger RNA molecule and carrying their amino acyl residues along, they lead to the formation of protein molecules with a specific amino acid arrangement—the one ultimately dictated by a segment of DNA in the chromosomes. Each tRNA has about 80 nucleotides (MW about 25,000); most of the 20 varieties occur in multiple "isoacceptor" forms, separable by chromatography. Further subvarieties exist in, e.g., different strains of an organism, in subcellular organelles, and in different metabolic states. Cognate tRNAs are the tRNAs recognized by the specific amino acyl-tRNA synthetases. SYN acceptor RNA, soluble RNA.

**ri·bo·nu·cle·i·nase** (rī-bō-noo′klē-i-nās). SYN ribonuclease.

**ri·bo·nu·cle·o·pro·tein (RNP)** (rī′bō-noo′klē-ō-prō′tēn). A combination of ribonucleic acid and protein.

**ri·bo·nu·cle·o·side** (rī-bō-noo′klē-ō-sīd). A nucleoside in which the sugar component is ribose; the common r.'s of RNA are adenosine, cytidine, guanosine, and uridine.

**ri·bo·nu·cle·o·tide** (rī-bō-noo′klē-ō-tīd). A nucleotide (nucleoside phosphate) in which the sugar component is ribose; the major r.'s of RNA are adenylic acid, cytidylic acid, guanylic acid, and uridylic acid.

**r. reductase,** a protein complex that converts ribonucleotide diphosphates (NDPs) such as ADP and CDP to 2′-deoxyribonucleotide diphosphates (dNDPs) such as dADP and dCDP. This complex requires thioredoxin, thioredoxin reductase, and NADPH. It is crucial for DNA synthesis.

**ri·bo·pho·rins** (rī′-bō-for′inz). Ribosome receptor proteins that interact specifically with the large ribosomal subunit and aid in translocation of newly synthesized proteins across the endoplasmic reticulum. [*ribo*nucleic acid + G. *phoros,* carrying, + -in]

**ri·bo·pyr·a·nose** (rī-bō-pir′ă-nōs). The 1,5-cyclic form of ribose.

**ri·bose (Rib)** (rī′bōs). The pentose that, as the D-isomer, is present in ribonucleic acid; epimers of D-r. are D-arabinose, D-xylose, and L-lyxose.

**ri·bose-5-phos·phate.** Ribose phosphorylated on carbon-5; an intermediate in the pentose phosphate pathway.

**r.-5-p. isomerase,** an enzyme catalyzing interconversion of D-ribose 5-phosphate and D-ribulose 5-phosphate; of importance in ribose metabolism and in the pentose phosphate pathway. SYN phosphopentose isomerase, phosphoriboisomerase.

**ri·bo·side** (rī′bō-sīd). The product formed by replacement of the H of the C-1 OH of ribose by an alcohol residue (which may be another sugar); differs from ribosyl compounds and does not occur in ribonucleic acids, where the radical is a ribosyl (1-OH missing entirely). See structure for methyl β-D-ribofuranoside below.

**ri·bo·some** (rī′bō-sōm). A granule of ribonucleoprotein, 120–150 Å in diameter, that is the site of protein synthesis from aminoacyl-tRNAs as directed by mRNAs. SYN Palade granule.

**ri·bo·su·ria** (rī-bō-soo′rē-ă). The enhanced urinary excretion of D-ribose; commonly one manifestation of muscular dystrophy. [ribose + G. *ouron,* urine]

**ri·bo·syl** (rī′bō-sil). The radical formed by loss of the hemiacetal OH group from either of the two cyclic forms of ribose (yielding ribofuranosyl and ribopyranosyl compounds), by combination with an H of an –NH– or a –CH– group; the natural nucleosides are ribosyl compounds, not ribosides, as the bond between ribose and aglycon is C–N or C–C, not –C–O–X–.

**ri·bo·syl·a·tion** (rī-bō-sil-ā-shŭn). The covalent attachment of one or more ribosyl groups to a molecule (usually a macromolecule).

**ADP r.,** covalent attachment of an ADP-ribosyl moiety to a macromolecule; e.g., the action of diphtheria toxin.

**1-ri·bo·syl·or·o·tate** (rī′bō-sil-ōr′ō-tāt). SYN orotidine.

**ri·bo·syl·pur·ine** (rī′bō-sil-pūr′ēn). SYN nebularine.

**ri·bo·syl·thy·mi·dine.** SYN ribothymidine.

**ri·bo·thy·mi·dine (T, Thd)** (rī-bō-thī′mi-dēn). 5-Methyluridine; the ribosyl analog of thymidine (deoxyribosylthymine); a nucleoside found in small amounts in ribonucleic acids. SYN ribofuranosylthymine, ribosylthymidine.

**ri·bo·thy·mi·dyl·ic ac·id (rTMP, TMP)** (rī′bō-thī-mi-dil′ik). Ribothymidine 5′-phosphate; the ribose analog of thymidylic acid; a rare component of transfer RNAs.

**ri·bo·tide** (rī′bō-tīd). A corruption of riboside, by analogy with nucleoside-nucleotide, to mean ribonucleotide.

**ri·bo·vi·rus** (rī′bō-vī′rŭs). SYN RNA *virus.*