# EXHIBIT N

# *The* American Heritage® Dictionary *of the English Language*

FOURTH EDITION




HOUGHTON MIFFLIN COMPANY
Boston New York

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

American Heritage® and the eagle logo are registered trademarks of Forbes Inc. Their use is pursuant to a license agreement with Forbes Inc.

Copyright © 2000 Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Reference Permissions, Houghton Mifflin Company, 222 Berkeley Street, Boston, MA 02116.

Visit our Web site: www.hmco.com/trade.

*Library of Congress Cataloging-in-Publication Data*

The American Heritage dictionary of the English language.–4th ed.
p. cm.
ISBN 0-395-82517-2 (hardcover) — ISBN 0-618-08230-1
(hardcover with CD ROM)
1. English language–Dictionaries
PE1628 .A623 2000
423–dc21

00-025369

Manufactured in the United States of America

dent or subordinate position. See synonyms at **appendage. 2.** A person associated with another in a subordinate or auxiliary capacity. **3.** *Grammar* A clause or phrase added to a sentence that, while not essential to the sentence's structure, amplifies its meaning, such as *for several hours* in *We waited for several hours.* **4.** *Logic* A nonessential attribute of a thing. ❖ *adj.* **1.** Added or connected in a subordinate or auxiliary capacity: *an adjunct clause.* **2.** Attached to a faculty or staff in a temporary or auxiliary capacity: *an adjunct professor of history.* [From Latin *adiūnctus,* past participle of *adiungere,* to join to. See ADJOIN.] **—ad•junc′tion** (ə-jŭngk′shən) *n.* **—ad•junc′tive** *adj.*

**ad•ju•ra•tion** (ăj′ə-rā′shən) *n.* An earnest, solemn appeal. **—ad•jur′a•to′ry** (ə-jo͝or′ə-tôr′ē, -tōr′ē) *adj.*

**ad•jure** (ə-jo͝or′) *tr.v.* **-jured, -jur•ing, -jures 1.** To command or enjoin solemnly, as under oath: *"adjuring her in the name of God to declare the truth"* (Increase Mather). **2.** To appeal to or entreat earnestly. [Middle English *adjuren,* from Latin *adiūrāre,* to swear to : *ad-,* ad- + *iūrāre,* to swear; see **yewes-** in Appendix I.] **—ad•jur′er, ad•ju′ror** *n.*

**ad•just** (ə-jŭst′) *v.* **-just•ed, -just•ing, -justs** *—tr.* **1.** To change so as to match or fit; cause to correspond. **2.** To bring into proper relationship. **3.** To adapt or conform, as to new conditions: *"unable to adjust themselves to their environment"* (Karl A. Menninger). See synonyms at **adapt. 4.** To bring the components of into a more effective or efficient calibration or state: *adjust the timing of a car's engine.* **5.** In chiropracty, to manipulate (the spine and other body structures) to treat disorders and restore normal function of the nervous system. **6.** To decide how much is to be paid on (an insurance claim). *—intr.* **1.** To adapt oneself; conform. **2.** To achieve a psychological balance with regard to one's external environment, one's needs, and the demands of others. [Obsolete French *adjuster,* from Old French *ajoster,* from Vulgar Latin **adiūxtāre,* to put close to : Latin *ad-,* ad- + Latin *iūxtā,* near; see **yeug-** in Appendix I.] **—ad•just′a•ble** *adj.* **—ad•just′a•bly** *adv.* **—ad•just′er, ad•jus′tor** *n.*

**ad•just•a•ble-rate mortgage** (ə-jŭst′ə-bəl-rāt′) *n. Abbr.* **ARM** A mortgage whose interest rate is raised or lowered at periodic intervals according to the prevailing interest rates in the market. Also called *variable-rate mortgage.*

**ad•just•ed** (ə-jŭs′tĭd) *adj.* **1.** Arranged or changed so as to match, conform, or function, especially in a specified way: *an improperly adjusted scale.* **2.** Having achieved psychological balance, especially regarding others or the demands of everyday life: *a poorly adjusted teenager.*

**ad•just•ment** (ə-jŭst′mənt) *n.* **1.** The act of adjusting or the state of being adjusted. **2.** A means of adjusting. **3.** Settlement of a debt or claim. **4.** A modification, fluctuation, or correction: *made an adjustment on the telephone bill; an adjustment in the consumer price index.*



**admiral**
red admiral
*Vanessa atalanta*

**ad•ju•tant** (ăj′ə-tənt) *n.* **1.** *Abbr.* **Adj.** or **Adjt.** A staff officer who helps a commanding officer with administrative affairs. **2.** An assistant. **3.** See **marabou** (sense 1). [From Latin *adiūtāns, adiūtant-,* present participle of *adiūtāre,* to help. See AID.] **—ad′ju•tan•cy** *n.*

**adjutant general** *n., pl.* **adjutants general** *Abbr.* **AG 1.** An adjutant of a unit having a general staff. **2.** An officer in charge of the National Guard in one of the U.S. states. **3. Adjutant General** The chief administrative officer, a major general, of the U.S. Army.

**adjutant stork** *n.* See **marabou** (sense 1).

**ad•ju•vant** (ăj′ə-vənt) *n.* **1.** A pharmacological agent added to a drug to increase or aid its effect. **2.** An immunological agent that increases the antigenic response. [From Latin *adiuvāns, adiuvant-,* present participle of *adiuvāre,* to help. See AID.]

**ADL** *abbr.* **1.** activities of daily living **2.** Anti-Defamation League

**Ad•ler** (ăd′lər, äd′-), **Alfred** 1870–1937. Austrian psychiatrist who rejected Sigmund Freud's emphasis on sexuality and theorized that neurotic behavior is an overcompensation for feelings of inferiority.

**Ad•ler** (ăd′lər), **Cyrus** 1863–1940. American religious leader and educator who was president of the Jewish Theological Seminary of America (1924–1940) and edited scholarly works concerning Judaism.

**Ad•ler** (ăd′lər, äd′-), **Felix** 1851–1933. German-born American educator and reformer who founded the Society for Ethical Culture (1876), an organization dedicated to the teaching of ethical ideals.

**Adler, Mortimer Jerome** 1902–2001. American educator and philosopher whose numerous published works include *How to Read a Book* (1940) and *The Conditions of Philosophy* (1965).

**Ad•le•ri•an** (ăd-lîr′ē-ən) *adj.* Of or being a psychological school based on the belief that behavior arises in subconscious efforts to compensate for inferiority and that psychological illness results from overcompensation for the perceived inferiority. [After Alfred ADLER.]

**ad lib** (ăd lĭb′) *adv.* In an unrestrained manner; spontaneously. [Short for AD LIBITUM.]

**ad-lib** (ăd′lĭb′) *v.* **-libbed, -lib•bing, -libs** *—tr.* To improvise and deliver extemporaneously. *—intr.* To engage in improvisation, as during delivery of a speech. ❖ *n.* (ăd′lĭb′) Words, music, or actions uttered, performed, or carried out extemporaneously. ❖ *adj.* Uttered, performed, or carried out spontaneously. See synonyms at **extemporaneous. —ad-lib′ber** *n.*

**ad lib•i•tum** (ăd lĭb′ĭ-təm) *adj. Music* At the discretion of the performer. Used chiefly as a direction giving license to alter or omit a part. [Latin *ad,* according to + *libitum,* past participle of *libēre,* to please.]

**ad loc.** *abbr. Latin* ad locum (to, or at, the place)

**ADM** or **Adm.** *abbr.* admiral

**ad•man** (ăd′măn′) *n.* A man who designs, writes, acquires, or sells advertising.

**ad•meas•ure** (ăd-mĕzh′ər) *tr.v.* **-ured, -ur•ing, -ures** To divide and distribute proportionally; apportion. [Middle English *amesuren,* from Old French *amesurer* : *a-,* to (from Latin *ad-;* see AD–) + *mesurer,* to measure (from Late Latin *mēnsūrāre,* to measure, from Latin *mēnsūra,* measure; see MEASURE).] **—ad•meas′ure•ment** *n.* **—ad•meas′ur•er** *n.*

**Ad•me•tus** (ăd-mē′təs) *n. Greek Mythology* A king of Thessaly and husband of Alcestis.

**ad•min•is•ter** (ăd-mĭn′ĭ-stər) *v.* **-tered, -ter•ing, -ters** *—tr.* **1.** To have charge of; manage. **2a.** To give or apply in a formal way: *administer the last rites.* **b.** To apply as a remedy: *administer a sedative.* **c.** To direct the taking of (an oath). **3.** To mete out; dispense: *administer justice.* **4.** To manage or dispose of (a trust or estate) under a will or official appointment. **5.** To impose, offer, or tender (an oath, for example). *—intr.* **1.** To manage as an administrator. **2.** To minister: *administering to their every whim.* [Middle English *administren,* from Old French *administrer,* from Latin *administrāre* : *ad,* ad- + *ministrāre,* to manage (from *minister, ministr-,* servant; see MINISTER).] **—ad•min′is•tra•ble** (-ĭ-strə-bəl) *adj.* **—ad•min′is•trant** *adj. & n.*

**ad•min•is•trate** (ăd-mĭn′ĭ-strāt′) *tr.v.* **-trat•ed, -trat•ing, -trates** To administer.

**ad•min•is•tra•tion** (ăd-mĭn′ĭ-strā′shən) *n.* **1.** The act or process of administering, especially the management of a government or large institution. **2.** The activity of a government or state in the exercise of its powers and duties. **3.** often **Administration a.** The executive branch of a government. **b.** The group of people who manage or direct an institution, especially a school or college. **4.** The term of office of an executive officer or body. **5.** *Law* Management and disposal of a trust or estate. **6.** The dispensing, applying, or tendering of something, such as an oath, a sacrament, or medicine. **—ad•min′is•tra′tive** (-strā′tĭv, -strə-) *adj.* **—ad•min′is•tra′tive•ly** *adv.*

**administrative segregation** *n.* Solitary confinement.

**ad•min•is•tra•tor** (ăd-mĭn′ĭ-strā′tər) *n.* **1.** One who administers, especially one who works as a manager in a business, government agency, or school. **2.** *Law* One appointed to administer an estate.

**ad•mi•ra•ble** (ăd′mər-ə-bəl) *adj.* Deserving admiration. **—ad′mi•ra•ble•ness** *n.* **—ad′mi•ra•bly** *adv.*

**ad•mi•ral** (ăd′mər-əl) *n.* **1.** The commander in chief of a fleet. **2.** A flag officer. **3a.** *Abbr.* **ADM** or **Adm.** A commissioned rank in the U.S. Navy or Coast Guard that is above vice admiral and below Admiral of the Fleet. **b.** One who holds the rank of admiral, Admiral of the Fleet, rear admiral, or vice admiral. **4.** Any of various brightly colored butterflies of the genera *Limenitis* and *Vanessa.* **5.** *Archaic* The ship carrying an admiral; flagship. [Middle English *amiral, admiral,* from Old French and from Medieval Latin *amīrālis, admīrālis,* both from Arabic *'amīr al-* . . . , commander of the . . . : *'amīr,* commander; see **'mr** in Appendix II + *al-,* the.]

**Ad•mi•ral of the Fleet** (ăd′mər-əl) *n.* **1.** The highest rank in the U.S. Navy, equivalent to General of the Army. **2.** One who holds this rank. In both senses also called *Fleet Admiral.*

**ad•mi•ral•ty** (ăd′mər-əl-tē) *n., pl.* **-ties 1a.** A court exercising jurisdiction over all maritime cases. **b.** Maritime law. **2. Admiralty** The department of the British government that once had control over all naval affairs.

**Admiralty Inlet** An arm of the Pacific Ocean in northwest Washington. It is the northernmost part of Puget Sound and lies between Whidbey Island and the mainland.

**Admiralty Island** A mountainous, heavily forested island of southeast Alaska in the Alexander Archipelago southwest of Juneau.

**Admiralty Islands** A group of volcanic islands of the southwest Pacific Ocean in the Bismarck Archipelago. Discovered by the Dutch in 1616, the islands are now part of Papua New Guinea.

**Admiralty Range** A mountain group of Antarctica on the northern coast of Victoria Land northwest of Ross Sea. The range was discovered by Sir James Ross on his 1841 expedition.

**ad•mi•ra•tion** (ăd′mə-rā′shən) *n.* **1.** A feeling of pleasure, wonder, and approval. See synonyms at **regard. 2.** An object of wonder and esteem; a marvel. **3.** *Archaic* Wonder.

❖ **ad•mire** (ăd-mīr′) *v.* **-mired, -mir•ing, -mires** *—tr.* **1.** To regard with pleasure, wonder, and approval. **2.** To have a high opinion of; esteem or respect. **3.** *Chiefly New England & Upper Southern U.S.* To enjoy (something): *"I just admire to get letters, but I don't admire to answer them"* (Dialect Notes). **4.** *Archaic* To marvel or wonder at. *—intr. New England & Upper Southern U.S.* To marvel at something. Often used with *at.* [French *admirer,* from Old French *amirer,* from Latin *admīrārī,* to wonder at : *ad-,* ad- + *mīrārī,* to wonder (from *mīrus,* wonderful; see **smei-** in Appendix I).] **—ad•mir′er** *n.* **—ad•mir′ing•ly** *adv.*

**ad•mis•si•ble** (ăd-mĭs′ə-bəl) *adj.* **1.** That can be accepted; allowable: *admissible evidence.* **2.** Worthy of admission. **—ad•mis′si•bil′i•ty, ad•mis′si•ble•ness** *n.* **—ad•mis′si•bly** *adv.*

**ad•mis•sion** (ăd-mĭsh′ən) *n.* **1a.** The act of admitting or allowing to enter. **b.** The state of being allowed to enter. **2.** The right or power to enter; access. **3.** The price required or paid for entering; an entrance fee. **4.** A confession, as of having committed a crime. **5.** A voluntary acknowledgment of truth. **6.** A fact or statement granted or admitted; a concession. [Middle English, from Latin *admissiō, admissiōn-,* from *admissus,* past participle of *admittere,* to admit. See ADMIT.] **—ad•mis′sive** (-mĭs′ĭv) *adj.*

***Usage Note*** It is often maintained that *admittance* should be used only to refer to achieving physical access to a place (*He was denied admittance to the courtroom*), and that *admission* should be used for the wider sense of achieving entry to a group or institution (*her admission to the club; China's admission to the United Nations*). There is no harm in observing this distinction, though it is often ignored. But *admission* is

forth; see PRO–[1] + Latin *tūber*, a swelling; see **teuə-** in Appendix I.] —**pro·tu'ber·a'tion** *n.*

**proud** (proud) *adj.* **proud·er, proud·est 1.** Feeling pleasurable satisfaction over an act, possession, quality, or relationship by which one measures one's stature or self-worth: *proud of one's child; proud to serve one's country.* **2.** Occasioning or being a reason for pride: *"On January 1, ... Americans and Europeans greeted the twentieth century in the proud ... certain belief that the next hundred years would make all things possible"* (W. Bruce Lincoln). **3.** Feeling or showing justifiable self-respect. ... filled with or showing excessive self-esteem. **5.** Of great dignity; honored: *a proud name.* **6.** Majestic; magnificent: *proud alpine peaks.* **7.** ... Used of an animal: *proud steeds.* [Middle English, from Old English *prūd*, from Old French *prou, prud*, brave, virtuous, oblique case ... from Vulgar Latin **prōdis*, from Late Latin *prōde*, advantageous, ... Latin *prōdesse*, to be good : *prōd-*, for (variant of *prō-*, with *d* on model of *red-*, prevocalic variant of *re-*, back, again; see PRO–[1]) + *esse*, ... see **es-** in Appendix I.] —**proud'ly** *adv.* —**proud'ness** *n.*

**Synonyms** *proud, arrogant, haughty, disdainful, supercilious* These adjectives mean characterized by an inflated ego and disdain for what one considers inferior: *Proud* can suggest justifiable self-satisfaction but often implies conceit: *"There is such a thing as a man being too proud to fight"* (Woodrow Wilson). One who is *arrogant* is overbearingly proud and demands excessive power or consideration: *an arrogant and pompous ... unpopular with students and colleagues alike. Haughty* suggests ... superiority, as by reason of high status: *"Her laugh was satirical, ... was the habitual expression of her arched and haughty lip"* (Charlotte Brontë). *Disdainful* emphasizes scorn or contempt: *"Nor [let] grandeur hear with a disdainful smile,/The short and simple annals of the poor"* (Thomas Gray). *Supercilious* implies haughty disdain and aloofness: *"His ... eyed me in silence with a supercilious air"* (Tobias Smollett).

**proud flesh** *n.* The swollen flesh that surrounds a healing wound, caused by excessive granulation. [From its swelling up.]

**proud·ful** (proud'fəl) *n. Chiefly Southern U.S.* Full of pride; proud.

**proud-heart·ed** (proud'här'tĭd) *adj.* **1.** Full of pride; proud. **2.** ... arrogant; disdainful.

**Proudhon** (proo-dôN'), **Pierre Joseph** 1809–1865. French anarchist who believed that human moral development would ultimately eliminate the need for laws and government.

**Proust** (proost), **Marcel** 1871–1922. French writer whose seven-part *Remembrance of Things Past* (1913–1927) is among the great works of modern literature. —**Proust'i·an** *adj.*

**Prov.** *abbr.* **1.** Provençal **2.** *Bible* Proverbs **3.** province **4.** provost

**prove** (proov) *v.* **proved, proved** or **prov·en** (proo'vən), **prov·ing, proves** —*tr.* **1.** To establish the truth or validity of by presentation of argument or evidence. **2.** *Law* To establish the authenticity of (a will). **3.** To determine the quality of by testing; try out. **4.** *Mathematics* **a.** To demonstrate the validity of (a hypothesis or proposition). **b.** To verify the result of a calculation). **5.** *Printing* To make a sample impression of ... **6.** *Archaic* To find out or learn (something) through experience. —*intr.* To be shown to be such; turn out: *a theory that proved impractical in practice.* —***phrasal verb:* prove out** To turn out well; succeed. [Middle English *proven*, from Old French *prover*, from Latin *probāre*, to test, from *probus*, good. See **per**[1] in Appendix I.] —**prov'a·bil'i·ty, prov'a·ble·ness** *n.* —**prov'a·ble** *adj.* —**prov'a·bly** *adv.* —**prov'ed·ly** *adv.* —**prov'er** *n.*

**Usage Note** *Prove* has two past participles: *proved* and *proven. Proved* is the older form. *Proven* is a variant. The Middle English spellings of ... included *preven*, a form that died out in England but survived in Scotland, and the past participle *proven*, a form that probably rose by analogy with verbs like *weave, woven* and *cleave, cloven. Proven* was originally used in Scottish legal contexts, such as *The jury ruled that the charges were not proven.* In the 20th century, *proven* has made inroads into the territory once dominated by *proved*, so that now the two forms compete on equal footing as participles. However, when used as an adjective before a noun, *proven* is now the more common word: *a proven talent.*

**prov·en** (proo'vən) *v.* A past tense and a past participle of **prove.** —*adj.* Having been demonstrated or verified without doubt: *"a Soviet ... of proven shrewdness and prescience"* (Joyce Carol Oates). See Usage Note at **prove.** —**prov'en·ly** *adv.*

**prov·e·nance** (prŏv'ə-nəns, -näns') *n.* **1.** Place of origin; derivation. **2.** Proof of authenticity or of past ownership. Used of art works and antiques. [French, from *provenant*, present participle of *provenir*, to come forth, from Old French, from Latin *prōvenīre* : *prō-*, forth; see PRO–[1] + *venīre*, to come; see **g**[w]**ā-** in Appendix I.]

**Pro·ven·çal** (prō'vän-säl', prŏv'ən-) *adj.* Of or relating to Provence or its people, language, or culture. ❖ *n.* **1.** The Romance language of Provence. **2.** *pl.* **-çals** or **-çaux** (-sō') A native or inhabitant of Provence. [French, from Latin *prōvinciālis*, from *prōvincia*, province.]

**Provence** (prə-väns', prô-väNs') A historical region and former province of southeast France bordering on the Mediterranean Sea. It was settled c. 600 B.C. by Greeks and later by Phoenician merchants and was conquered by Rome in the second century B.C. Provence became part of the Kingdom of Arles in 933 A.D. and later passed to the Angevin dynasty and to France (1486).

**prov·en·der** (prŏv'ən-dər) *n.* **1.** Dry food, such as hay, used as feed for livestock. **2.** Food or provisions. [Middle English *provendre*, from Old French, alteration of *provende*, from Vulgar Latin **prōvenda*, alteration (influenced by Latin *prōvidēre*, to provide) of Late Latin *praebenda*; see PREBEND.]

**pro·ve·nience** (prə-vēn'yəns, -vē'nē-əns) *n.* A source or origin. [Alteration of PROVENANCE.]

**pro·ven·tric·u·lus** (prō'vĕn-trĭk'yə-ləs) *n., pl.* **-li** (-lī') **1.** The division of the stomach in birds that secretes digestive enzymes and passes food from the crop to the gizzard. **2.** A similar digestive chamber in certain insects and worms. [PRO–[2] + Latin *ventriculus*, stomach, diminutive of *venter*, belly.] —**pro'ven·tric'u·lar** (-lər) *adj.*

**prov·erb** (prŏv'ûrb') *n.* **1.** A short pithy saying in frequent and widespread use that expresses a basic truth or practical precept. See synonyms at **saying. 2. Proverbs** (*used with a sing. verb*) *Abbr.* **Prov.** or **Prv** or **Pr** See table at **Bible.** [Middle English *proverbe*, from Old French, from Latin *prōverbium* : *prō-*, forth; see PRO–[1] + *verbum*, word; see **wer-**[5] in Appendix I.]

**pro-verb** (prō'vûrb') *n.* A word or construction that takes the place of a verb or verb phrase, such as *do* in the sentence *She likes ice cream and I do, too.* [PRO(NOUN) + VERB.]

**pro·ver·bi·al** (prə-vûr'bē-əl) *adj.* **1.** Of the nature of a proverb. **2.** Expressed in a proverb. **3.** Widely referred to, as if the subject of a proverb; famous. —**pro·ver'bi·al·ly** *adv.*

**pro·vide** (prə-vīd') *v.* **-vid·ed, -vid·ing, -vides** —*tr.* **1.** To furnish; supply: *provide food and shelter for a family.* **2.** To make available; afford: *a room that provides ample sunlight through French windows.* **3.** To set down as a stipulation: *an agreement that provides deadlines for completion of the work.* **4.** *Archaic* To make ready ahead of time; prepare. —*intr.* **1.** To take measures in preparation: *provided for the common defense of the states in time of war.* **2.** To supply means of subsistence: *She provides for her family by working in a hospital.* **3.** To make a stipulation or condition: *The Constitution provides for a bicameral legislature.* [Middle English *providen*, from Latin *prōvidēre*, to provide for : *prō-*, forward; see PRO–[1] + *vidēre*, to see; see **weid-** in Appendix I.]

**pro·vid·ed** (prə-vī'dĭd) *conj.* On the condition; if: *will pay the bonus provided the job is completed on time.*

**prov·i·dence** (prŏv'ĭ-dəns, -dĕns') *n.* **1.** Care or preparation in advance; foresight. **2.** Prudent management; economy. **3.** The care, guardianship, and control exercised by a deity; divine direction: *"Some sought the key to history in the working of divine providence"* (William Ebenstein). **4. Providence** God.

**Providence** The capital and largest city of Rhode Island, in the northeast part of the state on Narragansett Bay. It was founded by Roger Williams in 1636 as a haven for religious dissenters and became prosperous as a port in the 18th century. Providence was joint capital with Newport until 1900. Population: 160,728.

**prov·i·dent** (prŏv'ĭ-dənt, -dĕnt') *adj.* **1.** Providing for future needs or events. **2.** Frugal; economical. [Middle English, from Latin *prōvidēns, prōvident-*, present participle of *prōvidēre*, to provide for. See PROVIDE.] —**prov'i·dent·ly** *adv.*

**prov·i·den·tial** (prŏv'ĭ-dĕn'shəl) *adj.* **1.** Of or resulting from divine providence. **2.** Happening as if through divine intervention; opportune. See synonyms at **happy.** —**prov'i·den'tial·ly** *adv.*

**pro·vid·er** (prə-vī'dər) *n.* **1.** One who supplies a means of subsistence: *parents who were good providers.* **2.** One that makes something, such as a service, available: *primary health care providers.*

**pro·vid·ing** (prə-vī'dĭng) *conj.* On the condition; provided.

**prov·ince** (prŏv'ĭns) *n.* **1.** A territory governed as an administrative or political unit of a country or empire. **2.** A division of territory under the jurisdiction of an archbishop. **3. provinces** Areas of a country situated away from the capital or population center. **4.** A comprehensive area of knowledge, activity, or interest: *a topic falling within the province of ancient history.* See synonyms at **field. 5.** The range of one's proper duties and functions; scope or jurisdiction. **6.** *Ecology* An area of land, less extensive than a region, having a characteristic plant and animal population. **7.** Any of various lands outside Italy conquered by the Romans and administered by them as self-contained units. [Middle English, from Old French, from Latin *prōvincia.*]

**Prov·ince·town** (prŏv'ĭns-toun') A town of southeast Massachusetts on the tip of Cape Cod. Pilgrims first landed on the site in 1620 before sailing on to Plymouth. The town is a popular resort famed for the Provincetown Players (1915–1929), a theater group that presented many new works by Eugene O'Neill. Population: 3,374.

**pro·vin·cial** (prə-vĭn'shəl) *adj.* **1.** Of or relating to a province. **2.** Of or characteristic of people from the provinces; not fashionable or sophisticated: *"Well-educated professional women ... made me feel uncomfortably provincial"* (J.R. Salamanca). **3.** Limited in perspective; narrow and self-centered: *provincial attitudes.* ❖ *n.* **1.** A native or inhabitant of the provinces. **2.** A person who has provincial ideas or habits. —**pro·vin'cial·ly** *adv.*

**pro·vin·cial·ism** (prə-vĭn'shə-lĭz'əm) *n.* **1.** A regional word, phrase, pronunciation, or usage. **2.** The condition of being provincial; lack of sophistication or perspective. Also called *provinciality.* **3.** The act or an instance of placing the interests of one's province before one's nation.

**pro·vin·cial·ist** (prə-vĭn'shə-lĭst) *n.* One who is a native or inhabitant of a province.

**pro·vin·ci·al·i·ty** (prə-vĭn'shē-ăl'ĭ-tē) *n., pl.* **-ties 1.** See **provincialism** (sense 2). **2.** *Ecology* The restriction of the range of a plant or animal population to a province or group of provinces.

**pro·vin·cial·ize** (prə-vĭn'shə-līz') *tr.v.* **-ized, -iz·ing, -iz·es** To make provincial. —**pro·vin'cial·i·za'tion** (-shə-lĭ-zā'shən) *n.*

**prov·ing ground** (proo'vĭng) *n.* A place for testing new devices, weapons, or theories.

**pro·vi·rus** (prō'vī'rəs, prŏ-vī'-) *n., pl.* **-rus·es** The precursor or latent form of a virus that is capable of being integrated into the genetic



**Marcel Proust**
detail from an 1892 portrait by Jacques-Émile Blanche (1861–1942)



**provender**

| | |
|---|---|
| ă pat | oi boy |
| ā pay | ou out |
| âr care | ŏŏ took |
| ä father | ōō boot |
| ĕ pet | ŭ cut |
| ē be | ûr urge |
| ĭ pit | th thin |
| ī pie | *th* this |
| îr pier | hw which |
| ŏ pot | zh vision |
| ō toe | ə about, item |
| ô paw | ♦ regionalism |

Stress marks: ' (primary); ' (secondary), as in **dictionary** (dĭk'shə-nĕr'ē)