IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IDENIX PHARMACEUTICALS, INC., UNIVERSITA DEGLI STUDI DI CAGLIARI, CENTRE NATIONAL DE LA RECHERCHE SCIENTIFIQUE and L'UNIVERSITE MONTPELLIER II,<br><br>Plaintiffs,<br><br>v.<br><br>GILEAD SCIENCES, INC. and GILEAD PHARMASSET LLC,<br><br>Defendants. | C.A. No. 13-1987-LPS |
| IDENIX PHARMACEUTICALS, INC., UNIVERSITA DEGLI STUDI DI CAGLIARI, CENTRE NATIONAL DE LA RECHERCHE SCIENTIFIQUE and L'UNIVERSITE MONTPELLIER II,<br><br>Plaintiffs,<br><br>v.<br><br>GILEAD PHARMASSET LLC,<br><br>Defendant. | C.A. No. 14-109-LPS |
| IDENIX PHARMACEUTICALS, INC. and UNIVERSITA DEGLI STUDI DI CAGLIARI,<br><br>Plaintiffs,<br><br>v.<br><br>GILEAD SCIENCES, INC.<br><br>Defendant. | C.A. No. 14-846-LPS |

**DECLARATION OF TASHA M. FRANCIS IN SUPPORT OF DEFENDANTS' OPENING
CLAIM CONSTRUCTION BRIEF**

1

I, Tasha M. Francis, declare as follows:

1. I am an attorney with Fish & Richardson P.C., counsel for Defendants Gilead Sciences, Inc. and Gilead Pharmasset LLC. I am a member of the Bar of the State of Minnesota and am admitted *pro hac vice* to this Court. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2. Attached as Exhibit 1 is a true and correct copy of an article by Raymond T. Chung & Thomas F. Baumert, *Curing Chronic Hepatitis C—The Arc of a Medical Triumph*, 370 N. ENG. J. MED. 1576 (2014).

3. Attached as Exhibit 2 is a true and correct copy of an article by Andrew Pollack, *F.D.A Approves Pill to Treat Hepatitis C*, N.Y. TIMES (Dec. 6, 2013), http://www.nytimes.com/2013/12/07/business/fda-approves-pill-to-treat-hepatitis-c.html?_r=1.

4. Attached as Exhibit 3 is a true and correct copy of an article by Jonathan D. Rockoff & Joseph C. Walker, *FDA Approves Gilead's Hepatitis C Drug*, WALL STREET J. (Dec. 6, 2013, 6:53 PM ET), http://www.wsj.com/articles/SB10001424052702303722104579242651212739832.

5. Attached as Exhibit 4 is a true and correct copy of *Sovaldi® Prescribing Information*, GILEAD SCIS., INC. (Dec. 2013), bates numbered GILEAD01025406 – GILEAD01025439.

6. Attached as Exhibit 5 is a true and correct copy of an excerpt from Raymond F. Schinazi et al., *Approaches for the Development of Antiviral Compounds: The Case of Hepatitis C Virus*, in 189 HANDBOOK OF EXPERIMENTAL PHARMACOLOGY: ANTIVIRAL STRATEGIES 25 (Hans-Georg Krausslich & Ralf Bartenschlager eds., 2009), bates numbered GILEAD01759543 – GILEAD01759569.

7. Attached as Exhibit 6 is a true and correct copy of a Review by Gustine Liu-Young & Michael J. Kozai, Review, *Hepatitis C Protease and Polymerase Inhibitors in Development*, 22 AIDS PATIENT CARE & STDS 449 (2008), bates numbered IDXDE00218250 – IDXDE00218258.

8. Attached as Exhibit 7 is a true and correct copy of *Sommadossi v. Clark*, No. 105,871 (P.T.A.B. Jan. 29, 2014) (Decision on Priority), bates numbered GILEAD05079206 – GILEAD05079232.

9. Attached as Exhibit 8 is a true and correct copy of the *Clark v. Storer*, No. 105,981 (P.T.A.B. Jan. 16, 2015) (Decision on Motions).

10. Attached as Exhibit 9 is a true and correct copy of *Storer v. Clark*, No. 105,981, 2015 WL 1325503 (P.T.A.B. Mar. 23, 2015) (Judgment).

11. Attached as Exhibit 10 is a true and correct copy of Complaint, *Idenix Pharms. LLC v. Gilead Pharmasset LLC*, No. 1:15cv416 (D. Del. May 21, 2015).

12. Attached as Exhibit 11 is a true and correct copy of *Clark v. Storer*, No. 105,981 (P.T.A.B. May 28, 2015) (Storer Second Notice of Judicial Review).

13. Attached as Exhibit 12 is a true and correct copy of *Gilead Scis. Eur. Ltd. v. Idenix Pharms., Inc.*, Nos. 12-155575TVI-OTIR/01 & 13-170456TVI-OTIR/01 (Nor. Oslo D. Ct. Mar. 21, 2014), bates numbered GILEAD05079854 – GILEAD05079895.

14. Attached as Exhibit 13 is a true and correct copy of *Sommadossi v. Clark*, No. 105,871, 2014 WL 343773 (P.T.A.B. Jan. 29, 2014) (Judgment).

15. Attached as Exhibit 14 is a true and correct copy of *Idenix Pharms., Inc. v. Gilead Scis., Inc.* [2014] EWHC (Pat) 3916, bates numbered GILEAD05079921 – GILEAD05080076.

16. Attached as Exhibit 15 is a true and correct copy of Skeleton Argument of the Claimant and Part 20 Defendants, *Idenix Pharms., Inc. v. Gilead Scis., Inc.* [2014] EWHC (Pat) 3916.

17. Attached as Exhibit 16 is a true and correct copy of pages from OXFORD DICTIONARY OF BIOCHEMISTRY AND MOLECULAR BIOLOGY (A D Smith et al. eds., 1st ed. 2000).

18. Attached as Exhibit 17 is a true and correct copy of pages from THE MERCK INDEX (Maryadele J. O'Neil et al. eds., 13th ed. 2001).

19. Attached as Exhibit 18 is a true and correct copy of *Clark v. Sommadossi*, No. 105,871 (P.T.A.B. Mar. 22, 2013) (Decision on Motions), bates numbered GILEAD05079174 – GILEAD05079205.

20. Attached as Exhibit 19 is a true and correct copy of pages from FIDELIS MANYANGA & ALEC SITHOLE, NUCLEIC ACIDS STRUCTURE & FUNCTION FOR GENERAL BIOCHEMISTRY, BIOLOGY & BIOTECHNOLOGY (2014).

21. Attached as Exhibit 20 is a true and correct copy of pages from THE AMERICAN HERITAGE DICTIONARY (Houghton Mifflin Co. 4th ed. 2000), bates numbered GILEAD00000986 – GILEAD00000989.

22. Attached as Exhibit 21 is a true and correct copy of pages from I. DAVID REINGOLD, ORGANIC CHEMISTRY (2007).

23. Attached as Exhibit 22 is a true and correct copy of pages from MARYE ANNE FOX & JAMES K. WHITESELL, ORGANIC CHEMISTRY (2d ed. 1997).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and accurate.

4

Executed this 23rd day of June, 2015.

                                              */s/* Tasha M. Francis
                                              Tasha M. Francis

61173040.doc