IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IDENIX PHARMACEUTICALS LLC, UNIVERSITA DEGLI STUDI DI CAGLIARI, CENTRE NATIONAL DE LA RECHERCHE SCIENTIFIQUE and L'UNIVERSITE MONTPELLIER,<br><br>Plaintiffs,<br><br>v.<br><br>GILEAD SCIENCES, INC. and GILEAD PHARMASSET LLC,<br><br>Defendants. | C.A. No. 13-1987-LPS |
| IDENIX PHARMACEUTICALS LLC, UNIVERSITA DEGLI STUDI DI CAGLIARI, CENTRE NATIONAL DE LA RECHERCHE SCIENTIFIQUE and L'UNIVERSITE MONTPELLIER,<br><br>Plaintiffs,<br><br>v.<br><br>GILEAD PHARMASSET LLC,<br><br>Defendant. | C.A. No. 14-109-LPS |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above captioned actions, through their designated counsel, that all claims and counterclaims be, and hereby are, dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(ii).

The parties are not in agreement regarding entitlement to costs. It is Gilead's position that Gilead is the prevailing party and is entitled to costs. It is Idenix's position that, in light of the joint stipulation of dismissal of each side's claims, each side should bear its own costs. Subject to this Court's approval, however, the parties agree that any determination regarding

entitlement to costs and the amount of costs shall not take place now, but shall take place after the resolution of the appeal in the related action, C.A. No. 14-846.

Dated: September 4, 2018

| ASHBY & GEDDES | FISH & RICHARDSON P.C. |
|---|---|
| By: */s/ John G. Day* <br> Steven J. Balick (#2114) <br> John G. Day (#2403) <br> Andrew C. Mayo (#5207) <br> 500 Delaware Avenue, 8th Floor <br> P.O. Box 1150 <br> Wilmington, DE 19899 <br> (302) 654-1888 <br> sbalick@ashby-geddes.com <br> jday@ashby-geddes.com <br> amayo@ashby-geddes.com <br><br> *Attorneys for Idenix Pharmaceuticals, Inc., Universita Degli Studi Di Cagliari, Centre National de la Recherche Scientifique and L'Université Montpellier II* | By: */s/ Douglas E. McCann* <br> Douglas E. McCann (#3852) <br> Martina Tyreus Hufnal (#4771) <br> Joseph B. Warden (#5401) <br> 222 Delaware Avenue, 17th Floor <br> Wilmington, DE 19899 <br> (302) 652-5070 <br> dmccann@fr.com; hufnal@fr.com; warden@fr.com <br><br> W. Chad Shear (#5711) <br> Jonathan E. Singer <br> FISH & RICHARDSON P.C. <br> 12390 El Camino Real <br> San Diego, CA 92130 <br> (858) 678-5070 <br> shear@fr.com; singer@fr.com <br><br> John M. Farrell <br> FISH & RICHARDSON P.C. <br> 500 Arguello Street, Suite 500 <br> Redwood City, CA 94063 <br> Telephone: (650) 839-5070 <br> jfarrell@fr.com <br><br> Tasha M. Francis <br> FISH & RICHARDSON P.C. <br> 3200 RBC Plaza <br> 60 South Sixth Street <br> Minneapolis, MN 55402 <br> Telephone: (612) 335-5070 <br> tfrancis@fr.com |

        Corrin N. Drakulich
        FISH & RICHARDSON P.C.
        1180 Peachtree St., N.E., 21st Floor
        Atlanta, GA 30309
        Telephone:  (404) 892-5005
        drakulich@fr.com

*Attorneys for Gilead Sciences, Inc. and Gilead Pharmasset LLC*

SO ORDERED, this _____ day of _____, 2018.

_____
Hon. Leonard P. Stark
Chief United States District Judge